# EXHIBIT A

Splenda



• Privacy Policy
• Legal Notice

**HOME** | **PRODUCT INFORMATION** | **CUSTOMER SERVICE** | **LIFESTYLE ARTICLES** | search | **GO ▶**

- About SPLENDA®
  NO CALORIE SWEETENER
- SPLENDA® Recipes
- Cooking & Baking Tips
- Diabetes & SPLENDA®
  NO CALORIE SWEETENER
- Healthcare Professionals
- SPLENDA® Press Room
- Buy SPLENDA® Products

 SPLENDA®
at Foodservice

 SPLENDA® For
Food & Beverage
Manufacturers

🍁 SPLENDA® Canada



New!

# Part SPLENDA®, Part Sugar, Pure Magic™!

New SPLENDA® Sugar Blend for Baking brings your favorite recipes to delectable new heights, because it makes your baked goods rise, spread, and brown - with a taste like pure sugar!  Imagine chewy cookies, fluffy meringues, moist cakes - with all the sweet, satisfying flavor and only half the sugar!



Just a half-cup of SPLENDA® Sugar Blend for Baking replaces a full cup of pure sugar. It's that easy! **Tell Me More! >>**

### Featured Sugar Blend for Baking Recipe: **Angel Food Cake**

**Have a question?** Visit our SPLENDA® Sugar Blend for Baking FAQs for answers!



## Sign up for the FREE SPLENDA® Recipe Club e-newsletter!

Be the first to get exclusive recipes from SPLENDA® No Calorie Sweetener by joining the SPLENDA® Recipe Club e-mail newsletter.  **JOIN NOW!**

**Featured SPLENDA® Sweetened Product**
Kool-Aid® Jammers 10



©McNeil Nutritionals LLC, 2004 Ft. Washington PA, USA.
All rights reserved. This site and its contents are intended for USA audiences only.
Questions or comments? Call **1-800-7-SPLENDA** or click here for **Customer Service**.

Splenda



- Privacy Policy
- Legal Notice

| HOME | PRODUCT INFORMATION | CUSTOMER SERVICE | LIFESTYLE ARTICLES | search | |
|------|---------------------|------------------|--------------------|--------|--|

- About SPLENDA® NO CALORIE SWEETENER
- SPLENDA® Recipes
- Cooking & Baking Tips
- Diabetes & SPLENDA® NO CALORIE SWEETENER
- Healthcare Professionals
- SPLENDA® Press Room
- Buy SPLENDA® Products







- SPLENDA® at Foodservice
- SPLENDA® For Food & Beverage Manufacturers


### SPLENDA® Sugar Blend for Baking

## SPLENDA® Sugar Blend for Baking is a unique mix of SPLENDA® Brand Sweetener and pure sugar.



It helps you reduce the sugar in your home baking, while keeping the great sugar taste your family loves!

- SPLENDA® Sugar Blend for Baking gives you the sweetness, volume, texture and moistness you expect in your baking – but with just half of the sugar you would usually use.

- **A half-cup** of SPLENDA® Sugar Blend for Baking **replaces a full cup of pure sugar.**

- SPLENDA® Sugar Blend for Baking is available in a two-pound bag that contains the same sweetness as in four pounds of pure sugar.

|  | SPLENDA® Sugar Blend for Baking | Sugar |
|--|--------------------------------|-------|
| **For recipe sweetening:** | 1/2 cup | 1 cup |
| Calories | 384 | 768 |
| Carbohydrate | 96 grams | 192 grams |
| **Per serving:** | 1/2 tsp. | 1 tsp. |
| Calories | 8 | 16 |
| Carbohydrate | 2 grams | 4 grams |

**Have a question?**   Visit our SPLENDA® Sugar Blend for Baking FAQs for answers!

©McNeil Nutritionals LLC, 2004 Ft. Washington PA, USA.
All rights reserved. This site and its contents are intended for USA audiences only.
Questions or comments? Call **1-800-7-SPLENDA** or click here for Customer Service.