| | | |
|---|---|---|
| -- [7] 15/22 16/3 18/3 21/22 21/24 23/11 23/18 | 1957 [1] 55/15<br>1982 [2] 7/4 55/17<br>1991 [1] 58/14<br>1992 [1] 187/2<br>1998 [4] 53/13 59/3 59/11 187/4<br>1998 -- [1] 53/13<br>1999 [10] 53/13 55/18 58/17 59/4 59/5 59/9 59/10 64/3 70/8 70/9<br>1999 -- [2] 53/13 70/9 | 46 -- [1] 140/18<br>46.7 [1] 64/22<br>47 [4] 77/24 78/17 78/23 80/4<br>48 [4] 78/19 78/21 79/4 79/5 |
| **$** | | **5** |
| $1.7 [1] 65/21<br>$1.7 million [1] 65/21<br>$32 [1] 64/25<br>$32 million [1] 64/25<br>$580 [1] 54/14<br>$580 million [1] 54/14 | **2** | 50 [26] 12/10 41/12 55/15 68/11 89/8 90/17 94/4 94/4 94/6 94/7 94/8 105/19 105/21 105/23 112/17 112/18 112/18 114/5 134/18 147/20 147/20 149/15 170/19 171/6 171/10 221/20<br>50 percent [1] 171/10<br>50-50 [2] 70/22 146/8<br>50-50 -- [1] 70/22<br>50-pack [1] 171/20<br>50-packet [4] 72/6 91/13 93/20 94/25<br>51 [3] 59/23 59/23 63/20<br>52 [3] 88/10 88/10 88/11<br>53 [1] 87/18<br>54 [1] 88/2<br>580 [1] 54/4 |
| **'** | 2 -- [2] 127/9 210/19<br>20 [16] 20/19 24/9 24/12 31/10 33/23 53/3 79/25 97/3 97/6 99/8 111/10 111/12 111/14 112/6 171/10 181/16<br>20 feet [1] 20/19<br>20 percent [2] 31/10 171/10<br>200 [16] 41/5 41/11 65/1 65/23 112/23 112/24 112/25 113/9 113/11 113/14 113/16 113/23 113/23 114/6 170/19 173/1<br>200 million [1] 65/1<br>200-pack [1] 171/19<br>2000 [12] 5/6 53/11 64/4 64/5 64/6 65/17 72/9 76/7 78/25 101/10 104/3 109/10<br>2001 [4] 14/7 64/25 65/22 77/1<br>2002 [6] 78/25 79/1 79/19 82/21 143/19 184/8<br>2003 [4] 65/22 109/11 109/13 202/12<br>2003 -- [1] 109/11<br>2004 [2] 1/6 64/9<br>22 [3] 72/11 72/13 123/14<br>23 [1] 123/15<br>24 [2] 90/12 90/13<br>2400 [4] 79/2 80/3 82/18 144/10<br>25 [8] 8/15 8/20 10/10 55/17 69/9 69/10 134/18 204/20<br>25 percent [3] 8/15 8/20 10/10<br>26 [3] 1/6 68/13 68/14<br>267 [1] 175/2<br>27 [5] 86/8 86/10 86/11 86/12 109/16<br>27 percent [1] 109/16<br>28 [1] 222/4 | |
| '01 [1] 14/13<br>'03 [1] 147/20<br>'98 [1] 70/8<br>'99 [1] 70/8<br>'99 -- [1] 70/8<br>'arbitrary' [1] 16/3<br>'X' [1] 81/4 | | |
| **-** | | **6** |
| -- [412]<br>------------------------- [1] 1/8 | | 60 [11] 27/1 83/7 83/14 127/14 128/25 132/15 132/22 134/9 139/24 164/2 167/2<br>60 percent [9] 83/14 127/14 128/25 132/15 132/22 134/9 139/24 164/2 167/2<br>60-40 [1] 58/4<br>600 [1] 54/4<br>600 million [1] 54/4<br>63 [3] 76/13 78/1 95/12<br>647 [10] 83/6 83/8 129/2 131/11 131/12 131/13 131/23 132/5 132/12 134/15<br>65 [3] 160/11 160/17 218/4<br>65 percent [2] 160/11 160/17<br>66 [3] 160/10 160/17 218/4<br>66 percent [2] 160/10 160/17<br>67 [1] 218/4<br>68 [1] 85/3<br>68 percent [1] 85/3 |
| **.** | | |
| .05 [1] 101/21 | | |
| **0** | | |
| 0-calorie [1] 91/14<br>00 [1] 107/21<br>000 [5] 65/21 65/23 79/25 84/9 174/25<br>04- [1] 3/1<br>04-1090 [1] 1/4<br>075 [1] 82/13 | | |
| **1** | | **7** |
| 1.9 [1] 215/21<br>1.9 pounds [1] 215/21<br>10 [5] 1/7 20/18 68/24 68/24 84/22<br>10 feet [1] 20/18<br>100 [18] 11/17 41/5 41/12 86/12 94/5 94/5 100/25 105/24 106/3 106/5 112/17 112/19 112/19 114/5 170/19 171/20 199/22 199/24<br>100 percent [1] 11/17<br>1090 [1] 3/1<br>10th [1] 11/16<br>11 [3] 90/11 90/12 92/3<br>1100 [1] 139/6<br>111 [2] 82/10 82/12<br>1111 [2] 131/9 133/21<br>1136 [1] 138/9<br>12 [7] 53/5 58/16 64/7 84/9 87/4 109/11 133/19<br>12 -- [2] 109/11 133/19<br>12 percent [1] 87/4<br>1200 [4] 82/18 82/22 144/9 144/10<br>1207 [3] 131/5 131/13 133/21<br>1228 [3] 130/22 130/22 131/1<br>13 [4] 53/5 87/4 96/4 171/20<br>13 -- [1] 53/5<br>13 percent [2] 87/4 171/20<br>14 [3] 64/7 80/17 171/19<br>14 percent [2] 64/7 171/19<br>15 [13] 21/15 95/8 95/10 95/10 95/10 95/14 96/4 141/15 169/12 171/19 172/23 174/25 221/16<br>15 percent [3] 21/15 96/4 171/19<br>16 [5] 6/3 216/10 216/21 217/3 217/6<br>18 [12] 80/18 80/25 81/1 81/19 81/25 82/1 82/25 127/6 127/9 131/21 137/23 139/5<br>19 [5] 59/10 81/19 84/13 84/13 84/14<br>19 -- [1] 59/10 | **3** | 70 [1] 125/24<br>70 percent [1] 125/24<br>71 [1] 60/16<br>72 [2] 65/10 67/8<br>722-0132 [1] 1/24<br>75 [1] 12/10<br>75 percent [1] 12/10<br>753 [1] 222/5<br>787 [1] 1/24<br>79 [2] 85/13 85/15<br>79 percent [2] 85/13 85/15 |
| | 30 [13] 1/7 20/19 65/21 100/18 100/19 100/21 100/21 107/20 134/8 171/10 181/16 189/9 204/20<br>30 feet -- [1] 20/19<br>30 percent [1] 171/10<br>31 [1] 73/25<br>32 [7] 109/12 109/13 134/7 134/21 135/8 139/22 193/1<br>32 percent [6] 109/12 109/13 134/7 134/21 135/8 139/22<br>33 [4] 94/2 94/3 112/14 112/15<br>34 [4] 207/8 215/19 216/17 217/10<br>34-24-34 [1] 76/24<br>35 [6] 75/5 75/8 165/2 165/6 165/18 166/15<br>35.1 [1] 65/19<br>35.1 percent [1] 65/19<br>36 [3] 75/5 75/11 167/16<br>388 [3] 133/1 133/3 133/11<br>39 [1] 109/12 | **8** |
| | | 80 [1] 27/1<br>844 [1] 7/4<br>88 [1] 160/9<br>88 percent [1] 160/9<br>8th [1] 64/21 |
| | **4** | **9** |
| | 40 [3] 24/24 25/18 58/5<br>40 percent [1] 58/5<br>400 [1] 132/24<br>45.2 [1] 64/9<br>456 [1] 7/4<br>46 [8] 77/23 78/17 78/20 78/23 80/4 80/17 136/16 140/18 | 90 [3] 11/17 27/2 138/7<br>90 percent [2] 27/2 138/7<br>96 [2] 160/9 160/16<br>96 percent [1] 160/9<br>97 [2] 95/19 169/19<br>97 percent [2] 95/19 169/19<br>99 [2] 160/8 160/16<br>99 percent [1] 160/8 |

| A | | |
|---|---|---|
| a.m [1] 1/7 | 123/3 125/21 127/8 128/20 145/2 146/2 168/13 | aisle [9] 24/13 36/3 38/11 41/14 42/1 54/16 88/1 201/21 212/14 |
| able [7] 5/21 5/25 7/18 99/2 163/24 164/1 183/21 | ad [18] 25/25 77/8 147/14 147/20 148/1 149/15 150/16 166/5 166/15 166/15 167/15 167/17 168/13 168/17 168/17 168/24 180/16 180/21 | al [3] 1/4 1/7 3/2 |
| about [203] 4/18 4/22 4/23 4/24 5/1 5/14 5/15 5/23 5/23 6/14 6/17 8/7 9/15 9/23 12/20 12/21 14/7 14/9 14/10 14/15 15/1 15/7 15/23 16/20 17/12 18/7 19/4 20/14 21/9 21/15 22/21 22/22 23/3 24/16 28/9 29/13 29/16 32/17 33/13 34/2 34/6 35/25 40/1 41/20 41/21 46/8 53/5 53/5 53/8 53/23 54/4 55/15 55/17 56/8 56/16 58/8 58/11 60/19 61/3 61/13 63/23 64/17 64/25 65/8 65/14 65/21 66/2 67/13 67/16 69/23 70/4 70/5 70/7 70/12 74/4 74/21 75/10 76/1 76/6 76/11 76/25 79/16 79/18 81/5 81/7 81/10 81/11 82/18 82/18 83/18 83/25 84/13 84/16 84/17 85/23 86/1 86/2 86/16 86/19 87/1 88/25 90/8 90/10 91/5 92/2 92/21 93/10 94/16 95/3 96/11 98/10 98/25 101/3 102/16 104/1 104/2 104/11 104/13 114/3 114/4 114/12 118/13 119/25 120/1 126/2 126/3 126/4 126/12 128/22 129/4 129/7 130/17 131/14 132/23 134/19 139/20 140/24 142/9 143/18 143/20 143/21 146/13 148/8 148/19 153/22 154/14 155/15 156/14 156/18 156/21 157/2 157/7 157/24 158/3 158/10 159/6 159/21 160/3 160/21 164/10 164/16 164/19 169/12 169/25 170/5 172/7 172/14 172/16 173/2 173/18 173/25 175/2 183/24 184/1 184/5 184/9 184/22 186/7 186/8 187/1 187/2 187/4 187/20 187/23 188/9 188/13 188/15 188/16 188/19 188/22 193/12 196/11 197/18 199/1 204/18 208/22 209/1 210/16 211/13 212/10 213/2 214/20 217/15 | | Alcott [5] 79/22 80/9 140/5 140/8 140/9 |
| | ad -- [1] 166/5 | ale [1] 116/25 |
| | added [1] 7/10 | alike [5] 11/18 21/2 96/19 114/9 159/1 |
| | Adding [1] 21/7 | all [79] 3/9 3/10 3/14 3/16 3/20 9/9 10/19 10/21 12/25 17/8 18/12 20/11 20/19 21/9 22/22 24/20 25/19 33/16 34/6 41/17 45/16 46/6 48/24 50/12 53/24 60/24 61/17 62/14 63/22 66/22 67/24 71/9 74/22 77/2 77/11 77/11 79/3 81/11 82/1 82/24 84/8 85/21 85/24 89/6 89/21 89/21 89/25 92/13 94/17 99/22 100/4 101/13 102/8 108/17 113/8 113/19 115/3 119/12 119/12 126/3 135/14 135/21 139/21 144/8 148/10 151/9 154/6 155/7 159/1 159/15 164/19 173/21 175/2 177/20 184/3 198/19 211/2 218/8 219/10 |
| | addition [1] 84/19 | |
| | additional [2] 4/19 105/4 | |
| | adjourned [1] 221/20 | |
| | Administration [2] 53/20 53/21 | |
| | admissions [1] 3/14 | |
| | admit [3] 30/11 32/8 206/11 | |
| | ads [7] 76/16 164/17 164/20 180/6 180/6 180/8 180/18 | |
| | advantage [1] 183/7 | |
| | adverse [1] 100/7 | |
| | advertise [2] 76/8 197/24 | |
| | advertised [4] 9/12 9/12 164/22 198/6 | |
| | advertisement [2] 166/5 167/11 | |
| | advertisement -- [1] 166/5 | |
| | advertisements [3] 77/3 78/10 165/1 | alleged [4] 40/3 42/13 167/5 216/10 |
| | advertising [9] 75/23 76/4 76/12 77/11 98/7 101/15 102/12 102/13 164/3 | allegedly [2] 40/12 42/8 |
| | advise [1] 58/7 | allow [1] 57/17 |
| | aesthetically [2] 70/14 71/17 | allowed [1] 9/2 |
| | affects [3] 7/7 94/17 100/7 | almost [12] 15/19 19/3 55/15 55/17 65/22 70/21 89/8 94/1 99/4 107/14 131/3 138/17 |
| | affects -- [1] 94/17 | |
| | affiants [2] 18/2 21/22 | already [20] 4/15 8/25 10/7 25/17 108/24 113/15 117/5 119/20 129/7 134/11 169/22 190/8 201/22 210/4 210/13 210/22 210/24 211/2 211/13 219/19 |
| | affidavit [7] 40/16 109/10 206/8 210/11 210/18 211/4 213/6 | |
| | affidavit -- [1] 210/11 | |
| | affiliated [1] 22/25 | |
| | affirmative [1] 127/23 | also [54] 3/13 5/21 5/24 6/24 8/14 9/5 11/3 12/18 13/1 14/15 15/1 18/1 23/4 24/15 25/17 30/13 36/14 37/21 52/21 59/23 65/18 65/20 66/7 66/10 66/13 68/13 69/9 72/11 73/25 76/8 78/18 80/16 83/11 84/19 86/7 90/12 112/24 116/22 117/16 125/7 136/7 145/14 151/14 154/18 161/2 163/13 168/4 176/20 177/18 194/21 201/25 203/4 204/9 206/8 |
| | affixed [2] 16/17 16/19 | |
| | afforded [3] 20/9 164/22 218/13 | |
| | after [21] 12/22 25/19 35/12 46/11 46/13 50/4 51/17 62/25 65/16 97/3 139/18 159/9 173/2 183/17 190/1 190/12 193/24 194/2 203/10 206/15 206/18 | |
| | afternoon [6] 108/3 108/6 108/7 195/18 208/3 208/4 | |
| | afterwards [2] 158/4 189/25 | |
| about -- [5] 70/4 70/12 74/4 76/25 156/14 | again [38] 10/5 10/19 13/20 37/13 55/18 56/12 59/7 61/18 69/14 73/23 74/6 74/14 83/25 85/2 85/19 88/13 88/15 90/17 90/21 94/16 119/6 119/11 121/21 125/13 138/5 139/6 139/12 140/8 153/16 153/18 156/11 159/25 167/25 168/17 168/24 172/7 210/6 215/6 | also -- [1] 66/7 |
| above [3] 171/13 178/12 182/20 | | alternative [6] 6/1 22/13 162/11 162/21 163/5 163/20 |
| absence [1] 16/6 | | alternatives [2] 162/14 162/15 |
| absolutely [14] 27/10 27/14 47/1 47/3 75/24 78/15 78/15 99/4 100/4 106/9 106/22 175/9 185/13 186/24 | | Although [1] 15/21 |
| absurd [1] 8/4 | | always [8] 22/5 38/12 41/3 77/8 120/20 193/18 202/18 204/16 |
| Academia [1] 50/6 | age [6] 144/24 145/1 147/20 148/1 149/15 150/16 | am [92] 12/17 13/21 15/11 21/6 23/16 27/2 31/22 35/21 38/12 39/18 40/2 41/17 42/4 43/23 45/8 47/3 47/4 48/5 49/11 49/20 51/24 52/20 52/21 64/5 64/5 65/12 66/1 69/5 75/5 78/25 85/4 85/4 85/8 86/6 86/15 88/5 89/20 91/4 92/16 94/24 95/9 100/17 105/3 105/12 105/22 106/13 117/10 117/13 120/14 121/25 121/25 122/14 122/15 124/5 124/21 129/19 130/13 131/20 148/3 148/4 152/11 154/9 154/12 154/21 156/12 157/5 158/16 158/19 158/23 159/12 163/7 163/22 165/7 172/7 172/9 178/10 179/21 180/6 188/23 191/8 194/9 194/21 194/23 197/17 201/24 203/24 205/3 209/2 216/15 216/23 220/8 220/17 |
| accepted [5] 24/2 62/7 117/8 118/5 118/17 | | |
| access [1] 157/1 | agent [1] 182/2 | |
| accident [2] 176/3 176/4 | ago [12] 6/3 7/1 40/19 53/8 55/15 89/8 142/20 144/5 197/18 208/17 211/12 218/20 | |
| accidentally [2] 97/20 111/22 | | |
| accordance [1] 175/8 | | |
| according [1] 213/5 | agree [22] 81/22 85/13 117/4 117/5 117/9 117/11 117/14 117/16 117/20 117/22 118/2 118/15 118/19 118/20 118/23 119/10 127/25 128/13 128/14 169/10 213/13 216/23 217/6 | |
| account [3] 70/18 70/20 71/1 | | |
| accurate [1] 61/6 | | |
| accurately [1] 13/20 | | |
| accusations [1] 34/12 | | |
| acesulfame [2] 182/10 182/18 | agreed [1] 117/5 | |
| achieve [1] 20/15 | agreement [11] 148/10 148/14 148/22 154/20 155/20 156/3 156/4 156/23 157/3 157/4 157/12 | amber [1] 117/7 |
| acknowledgment [1] 149/20 | | America [1] 178/4 |
| across [3] 24/9 81/7 128/7 | | American [1] 6/12 |
| Act [2] 11/22 22/20 | agreement -- [1] 156/3 | Amigo [2] 171/4 171/7 |
| Act's [1] 11/13 | Aguada [1] 195/12 | among [6] 6/15 85/21 89/21 90/1 203/22 204/2 |
| acting [1] 144/8 | Aha [1] 10/4 | |
| actual [12] 4/17 4/24 7/13 18/3 23/11 87/4 104/4 140/4 140/23 144/15 171/24 219/5 | ahead [8] 36/23 101/1 113/12 123/6 124/23 132/6 132/7 142/18 | amongst [1] 89/25 |
| | | amount [6] 31/16 74/25 135/18 147/5 196/12 196/12 |
| actually [31] 8/9 11/23 19/15 22/2 47/21 55/1 55/7 55/9 55/11 58/4 59/10 62/13 64/10 65/16 66/19 70/4 70/22 82/18 86/6 92/5 92/16 101/2 101/6 106/11 | aided [3] 128/8 128/12 128/15 | |
| | air [1] 75/12 | |

## A

analysis [6] 26/4 109/20 109/20 128/25 129/6 140/6
and -- [1] 78/1
Angel [3] 203/3 203/9 203/16
angle [1] 217/7
annual [2] 54/6 54/8
another [11] 8/12 9/4 119/15 124/23 129/20 154/23 168/12 168/15 214/22 214/24 219/19
answer [3] 112/3 142/18 150/10
answered [2] 48/7 186/25
answers [1] 127/8
anxious [1] 12/18
any [74] 5/19 8/7 9/22 10/1 15/19 16/4 25/10 27/17 30/6 31/5 31/15 31/23 48/12 51/3 52/18 56/3 57/6 58/18 58/25 61/3 61/14 67/19 77/15 77/16 80/10 96/7 98/16 99/19 100/4 100/11 102/11 102/13 103/17 104/4 104/17 106/20 110/22 111/1 115/25 119/8 121/7 121/12 128/9 129/5 130/25 148/11 149/10 152/21 153/11 172/2 174/19 178/4 181/6 183/7 183/20 183/21 194/6 194/19 195/5 197/11 198/16 202/6 202/25 203/21 204/10 205/4 206/23 206/23 207/4 213/2 217/19 218/12 219/12 219/18
anybody [1] 25/2
anymore [2] 116/3 183/13
anyone [12] 28/5 32/11 32/24 69/20 99/4 104/15 104/20 119/4·126/18 151/12 155/4 211/14
anyplace [1] 60/9
anything [21] 5/14 7/20 7/24 26/12 28/5 31/25 33/2 48/22 95/3 130/7 130/9 151/12 155/7 180/9 180/23 180/23 181/25 194/14 194/14 204/7 205/23
anyway [1] 12/13
anywhere [3] 58/18 167/16 181/13
apart [1] 16/8
apologize [2] 53/14 88/9
apologize -- [1] 53/14
apparently [1] 103/7
appealing [1] 153/4
appear [5] 4/10 23/22 92/4 92/18 92/20
APPEARANCES [1] 2/1
appears [3] 75/19 95/5 166/1
applicable [1] 14/13
applications [1] 111/2
apply [2] 14/4 14/4
appointed [1] 222/4
appreciate [4] 4/9 105/5 151/9 165/4
approach [5] 36/9 37/13 41/8 44/23 132/8
approached [2] 192/12 199/13
approaches [1] 70/13
appropriate [2] 23/25 220/16
approval [2] 59/1 60/13
approved [1] 59/2
approximately [7] 53/3 54/3 55/13 58/16 79/1 79/25 80/3
are [437]
are -- [5] 75/14 89/13 102/14 153/5 186/10
area [20] 89/19 106/18 124/2 187/14 195/12 195/13 205/11 205/13 206/3 206/21 206/21 208/23 209/4 210/14 210/20 211/17 211/19 211/21 211/22 213/11
areas [3] 204/3 204/14 209/3
Arecibo [1] 192/5
aren't [5] 18/13 33/24 33/25 114/1 219/9

arguably [2] 12/9 33/19
argue [1] 8/1
arguing [7] 13/25 14/1 14/2 17/19 17/20 17/21 24/17
argument [12] 6/4 6/20 9/2 10/4 10/13 13/24 14/5 17/17 20/8 21/4 23/8 23/9
arguments [5] 15/7 22/14 23/7 26/3 33/22
around [5] 58/16 73/2 80/23 168/4 221/16
arrangement [1] 19/24
arrive [3] 195/1 204/3 209/25
arrived [7] 194/24 198/5 198/7 198/8 198/22 205/8 205/10
arrives [2] 195/3 195/3
art [1] 102/20
article [2] 7/7 148/8
artificial [3] 53/24 216/1 216/2
as [221] 3/8 5/5 5/6 10/21 11/6 11/7 11/9 13/21 13/22 14/10 16/1 16/17 16/25 17/9 19/16 20/9 21/21 21/24 22/11 22/16 22/22 22/23 23/6 23/24 24/1 24/21 26/3 26/23 26/23 27/16 28/16 28/25 29/1 29/17 29/17 32/2 33/19 33/22 34/19 34/24 35/12 35/13 36/13 36/18 37/18 37/21 39/13 43/11 51/17 51/18 52/17 52/22 60/10 62/16 62/18 63/5 64/1 64/10 65/6 66/11 66/24 67/3 67/6 67/7 67/10 67/10 67/12 67/23 68/8 69/8 69/21 70/7 70/16 71/2 71/4 72/21 72/23 73/23 74/8 75/4 75/4 76/10 77/12 79/13 79/18 79/21 79/22 83/10 83/17 84/25 86/19 88/5 88/18 88/24 89/2 89/7 89/9 89/17 90/10 90/20 90/21 90/25 91/25 96/15 96/18 96/21 96/24 97/9 97/12 97/16 98/7 99/17 102/5 102/14 103/6 103/19 103/21 103/21 104/2 104/19 104/20 105/1 105/22 107/13 109/13 109/22 111/1 111/1 111/20 117/2 117/18 117/25 118/5 118/19 118/22 119/16 119/22 120/7 122/9 122/11 124/11 125/1 125/14 126/16 126/16 129/22 130/7 133/18 135/18 136/10 136/10 138/16 139/11 140/2 140/4 140/4 141/8 142/3 143/7 143/18 144/12 145/23 146/24 147/25 151/19 153/13 153/16 154/2 155/3 155/5 155/6 157/18 157/18 159/24 161/11 162/21 163/9 164/1 167/2 167/8 168/9 173/10 174/18 175/4 181/9 181/16 182/2 183/22 185/21 185/22 186/16 186/18 186/20 188/12 190/12 190/14 191/21 193/1 194/8 194/21 197/14 197/20 203/10 203/12 203/25 204/2 204/3 204/5 207/8 209/1 209/14 209/24 210/19 211/25 212/16 212/19 218/4 218/25 219/4 219/25 220/11
as -- [1] 204/2
ascribed [1] 203/19
Aside [1] 52/17
ask [27] 20/2 28/4 44/24 48/21 61/7 61/13 61/25 62/2 69/20 71/24 81/13 81/18 95/7 128/2 128/2 145/14 148/7 149/5 149/12 156/18 159/21 172/6 180/22 186/7 193/3 198/9 205/16
ask -- [1] 81/18
asked [40] 4/19 30/20 33/17 61/9 62/8 79/6 79/22 81/5 81/7 81/22 128/22 129/10 129/12 130/17 135/10 135/12 135/13 135/20 135/21 143/3 143/5 143/22 143/25 144/3 144/6 151/1 155/15 155/15 159/20 164/10 183/24 185/17 192/17 199/8 199/14 199/21 199/24 214/19 217/15 219/6

asking [7] 117/10 119/12 128/4 129/4 158/10 172/7 184/5
aspar [1] 182/15
aspar -- [1] 182/15
aspartame [28] 55/20 55/21 56/8 56/10 56/11 56/17 56/19 57/7 57/19 57/23 66/6 66/8 66/24 68/22 68/23 90/25 99/22 104/23 106/16 106/24 153/7 174/8 182/3 182/10 182/18 183/9 183/14 183/18
aspartame -- [1] 66/6
aspartames [1] 73/17
asserted [1] 206/10
asserting [1] 164/14
assessing [1] 6/6
assistance [1] 203/4
associate [9] 8/19 83/13 104/16 110/18 122/18 125/25 126/14 129/13 180/10
associated [10] 29/9 30/6 30/8 30/22 49/4 77/13 83/15 97/21 98/16 153/15
associates [1] 10/1
association [10] 25/19 77/21 117/6 122/13 152/13 153/6 153/11 161/13 161/21 162/18
assume [3] 91/18 146/13 170/8
assumed [1] 213/6
assuming [1] 69/5
assured [1] 184/12
at -- [2] 93/20 140/17
attach [1] 218/10
attached [2] 32/1 169/22
attempt [1] 23/25
attention [5] 34/1 41/1 80/17 92/21 196/11
attorney's-eyes-only [1] 155/21
attorneys [1] 197/2
attracts [1] 212/20
attribute [2] 81/23 83/15
attributes [3] 81/21 160/21 161/5
audibly [1] 180/10
authenticity [1] 142/4
automatically [5] 13/16 14/18 14/23 62/16 63/9
available [6] 60/8 60/9 101/9 102/3 106/17 220/24
average [3] 97/5 124/22 176/17
award [3] 147/23 149/17 151/16
aware [35] 9/19 75/3 82/6 82/7 82/12 82/20 82/22 83/7 84/2 84/4 84/6 84/9 84/21 85/2 85/3 85/22 103/3 103/9 104/4 108/23 110/2 116/4 120/12 129/3 129/11 129/12 132/12 135/15 135/19 135/20 138/8 153/14 160/15 163/6 163/7
aware -- [1] 135/20
awareness [4] 130/16 160/4 160/8 160/11
awares [1] 134/15
away [9] 8/18 24/9 24/12 30/5 33/23 36/25 49/8 181/16 196/7
azucar [1] 76/20

## B

baby [4] 116/2 116/3 116/5 192/2
Bachelor [1] 53/20
back [30] 3/25 11/16 13/14 15/14 15/14 17/15 18/20 26/5 35/4 36/25 70/9 72/20 95/20 105/23 107/20 127/2 127/20 130/2 130/7 131/16 134/25 137/23 139/5 146/11 169/22 170/2 184/8 198/9 208/25 209/22
back-house [1] 59/21
background [18] 53/16 73/1 77/8 87/23 88/16 91/15 92/12 118/22 119/3 119/7

**B**

background... [8]  119/10 119/16 119/20 120/10 121/9 121/20 121/24 153/1
background -- [1]  119/10
bag [5]  24/23 43/15 43/16 43/17 43/18
bagged [1]  43/20
bagger [1]  43/19
bake [4]  57/17 58/7 162/24 164/1
baking [6]  54/15 74/7 164/1 164/3 166/16 215/22
balance [2]  13/1 13/2
banner [3]  102/25 179/10 182/21
BARBARA [3]  1/23 222/2 222/14
barbarad [1]  1/24
based [8]  10/10 29/25 108/19 109/14 117/8 129/7 188/20 217/22
basic [1]  135/2
basically [14]  32/22 54/1 76/21 76/25 79/18 81/21 83/5 83/6 88/13 95/18 98/6 98/12 98/19 169/24
basics [1]  12/2
basis [4]  27/10 64/19 155/21 186/11
basis -- [1]  155/21
basket [1]  42/25
be [143]  3/8 3/9 3/10 3/12 3/16 3/21 4/2 4/5 4/15 5/8 5/11 5/16 5/17 5/21 5/25 6/13 6/21 7/3 7/17 8/24 9/8 10/7 10/11 11/13 11/22 12/12 12/19 15/13 15/22 15/24 16/2 16/25 20/7 21/18 22/11 24/13 27/13 30/13 30/18 33/18 33/24 33/25 35/4 41/9 49/6 50/16 50/22 55/9 60/22 61/3 61/9 62/2 62/14 63/4 63/8 71/5 78/14 80/23 87/2 87/12 87/13 89/2 91/24 93/2 95/2 95/5 95/5 97/19 98/2 100/4 100/5 104/18 107/11 107/20 115/19 118/1 119/4 119/8 122/13 124/13 124/16 124/17 129/8 132/14 135/14 144/2 145/10 145/22 146/2 147/12 147/15 148/11 148/11 148/23 148/23 150/4 150/23 151/7 151/8 154/21 155/21 156/2 157/7 157/24 158/10 163/24 163/25 164/22 165/21 172/16 172/23 172/24 174/5 175/2 175/5 175/13 175/14 175/16 183/21 184/1 184/3 187/5 187/15 188/16 190/23 190/25 191/4 193/13 198/10 198/12 208/21 209/4 209/19 210/15 211/18 212/1 214/9 218/12 218/13 218/13 218/21 219/1 220/21
be -- [2]  98/2 165/21
beat [1]  12/12
Beatriz [3]  35/6 35/11 35/19
because [117]  4/12 5/20 6/16 6/20 8/12 9/4 10/15 12/18 13/16 14/24 16/11 17/2 18/18 19/12 19/13 19/22 19/23 20/3 20/23 22/2 22/4 22/11 23/20 24/3 24/6 26/18 27/24 29/24 31/14 33/19 33/25 38/11 39/8 41/3 41/14 41/18 42/14 46/14 46/23 47/11 49/4 49/8 49/11 49/11 49/25 50/6 57/19 58/7 67/25 70/24 71/6 71/16 89/1 90/1 90/3 92/8 93/1 97/21 98/20 99/23 100/6 103/20 104/22 109/20 118/16 121/19 124/8 128/5 130/14 134/2 134/15 135/10 135/21 139/22 141/7 143/3 143/14 143/17 143/18 143/24 144/24 145/12 147/15 150/18 152/5 152/9 162/21 162/23 163/9 165/7 171/8 172/15 176/2 176/6 179/17 182/16 193/14 193/17 194/3 196/6 196/8 196/9 196/10 197/7 199/8 200/8 200/10 200/13 200/14 200/15 201/21 201/22 210/24 213/6 213/11 214/15 219/2

become [1]  107/8
becomes [2]  212/16
becoming [1]  162/7
been [77]  6/8 8/9 9/12 20/12 22/5 23/21 25/4 25/21 27/12 27/15 31/21 35/12 37/17 47/7 47/23 48/3 49/21 51/17 53/10 54/20 55/14 57/18 59/15 62/19 62/22 66/16 67/23 72/8 75/14 90/9 101/11 101/17 101/17 103/7 103/25 111/18 111/20 113/12 117/21 123/6 125/11 125/12 129/17 129/22 134/11 134/18 134/19 138/17 140/17 142/2 145/19 148/21 151/16 160/3 163/1 163/3 163/4 164/21 183/14 190/12 193/1 194/20 198/21 200/2 200/16 202/19 203/10 204/16 205/12 206/3 207/8 209/11 210/1 211/18 214/8 218/4 222/9
been -- [2]  55/14 163/3
Beer [1]  26/7
Beer -- [1]  26/7
before [66]  1/11 4/10 6/3 8/6 9/17 24/22 25/17 26/3 27/7 27/19 27/19 27/21 45/5 45/7 57/21 59/2 60/20 62/13 62/19 71/4 71/22 76/3 76/11 86/19 88/3 92/16 104/19 107/19 115/16 117/24 118/8 119/22 120/19 122/9 125/5 125/9 125/18 127/6 127/13 131/16 136/12 143/4 144/4 146/8 148/15 149/6 149/22 151/15 153/22 157/4 157/15 160/2 162/25 164/17 168/13 170/11 178/15 184/25 190/18 193/15 200/14 200/20 200/21 201/9 202/18 214/19
before -- [1]  160/2
begin [1]  190/18
beginning [1]  216/16
behalf [1]  186/6
behaves [1]  80/15
behind [3]  93/5 107/12 122/3
being [21]  34/22 34/25 34/25 69/22 69/22 77/13 81/5 81/7 81/21 95/4 98/11 99/2 103/20 117/22 135/5 139/19 139/19 149/15 151/25 163/4 184/12
belief [1]  163/8
believe [31]  14/18 34/21 60/24 66/17 80/10 80/15 92/20 93/1 97/11 97/21 99/15 102/3 105/21 113/1 113/8 118/1 119/7 121/18 123/1 123/16 125/19 137/6 138/5 140/13 152/20 153/11 154/10 155/5 158/3 162/10 218/6
believe -- [1]  218/6
belt [1]  43/6
Benecol [1]  52/9
benefit [1]  103/23
best [1]  30/11
bet [1]  185/3
better [6]  23/19 32/5 145/22 183/20 183/21 209/7
between [20]  8/11 12/10 15/3 18/12 25/20 27/22 31/6 57/6 90/24 97/14 104/5 108/9 109/10 152/13 152/22 162/18 172/3 192/5 194/20 204/20
beverage [1]  53/5
beverages [1]  54/23
beyond [1]  171/13
biased [5]  143/5 144/2 145/10 145/14 145/20
big [4]  43/18 43/18 50/23 129/18
big -- [1]  43/18
biggest [2]  20/18 83/19
binder [1]  32/13
birth [1]  70/9
bit [22]  40/1 40/25 53/23 56/16 58/6 58/11 60/19 63/23 65/9 65/14 70/4 70/5

76/23 79/16 86/1 89/1 90/8 93/22 94/11 127/2 136/25 184/22
black [13]  143/1 143/3 143/6 143/7 144/1 144/10 144/11 184/13 185/2 185/5 185/12 185/14 185/15
Blanca [2]  207/6 207/14
blanket [1]  157/2
blow [2]  16/10 33/14
blue [105]  7/22 9/21 13/10 15/7 15/9 15/10 15/10 15/10 19/6 19/6 24/18 24/19 24/20 24/24 25/14 25/15 25/16 25/20 30/14 30/16 31/2 42/6 42/15 66/11 66/11 66/15 66/17 66/20 66/20 66/23 66/25 67/2 68/19 69/6 69/6 69/12 69/14 69/15 69/15 69/19 69/22 69/22 71/5 71/6 72/17 73/4 73/4 73/12 73/17 73/23 74/11 86/21 87/23 88/17 88/20 88/25 90/16 90/17 90/18 90/20 90/21 90/22 90/25 91/4 91/19 91/25 92/1 92/2 92/10 92/11 92/11 93/5 93/11 93/13 93/14 102/21 104/23 107/12 114/22 114/25 115/3 115/17 117/2 121/9 126/16 136/1 138/24 139/2 139/7 139/16 139/19 141/1 145/17 145/21 146/20 153/6 168/7 176/24 177/7 179/8 193/18 200/17 212/1 212/4
board [4]  52/21 75/8 165/10 165/11
body [1]  174/17
bold [1]  9/21
borders [1]  8/4
boss [3]  210/7 213/24 214/4
Boston [1]  26/7
both [20]  13/6 14/2 15/2 19/1 19/20 24/7 26/1 27/21 31/11 64/11 66/5 91/6 91/7 94/24 123/2 123/12 166/9 190/23 191/7 206/5
both -- [1]  94/24
bottom [6]  86/20 137/10 166/4 168/23 179/2 179/9
bought [14]  37/6 37/24 40/12 40/16 40/17 40/19 41/21 47/1 47/19 47/25 50/22 115/15 198/19 213/1
bowl [4]  90/5 91/16 124/10 178/21
box [210]  5/1 9/5 15/10 17/3 17/6 17/11 18/3 18/4 18/8 18/9 18/13 18/19 18/20 19/3 19/6 19/14 20/9 20/10 20/15 20/18 20/23 21/6 21/7 21/8 21/25 22/3 22/15 22/17 22/23 24/5 24/7 24/9 24/18 24/23 25/14 25/23 28/10 28/11 28/14 28/16 28/19 29/1 29/10 30/1 30/2 30/8 30/20 30/21 31/2 31/3 31/4 31/6 36/17 38/13 41/4 41/22 42/1 42/5 42/8 42/12 42/15 42/20 42/24 43/3 43/24 44/7 44/8 44/9 44/10 44/14 44/15 44/16 47/2 48/11 67/25 68/6 68/11 68/17 69/4 69/6 69/14 70/13 71/10 72/6 74/9 74/18 86/12 86/13 90/16 90/18 90/24 90/25 91/13 92/16 92/18 93/10 93/14 93/16 93/17 93/21 100/25 102/17 105/19 105/21 106/5 107/10 107/10 107/12 107/13 110/22 114/2 120/7 121/13 121/19 124/2 126/13 126/18 137/15 137/17 138/15 145/16 145/17 146/16 146/18 152/1 152/5 152/9 152/15 161/12 161/14 163/9 164/6 164/9 164/13 164/13 166/4 166/7 166/8 166/10 166/17 167/9 167/12 167/22 167/25 168/1 168/6 168/7 168/8 168/9 168/12 168/17 168/18 168/20 168/24 169/18 170/7 170/11 170/14 171/19 171/20 173/3 173/9 173/10 173/21 173/24 175/16 176/5 176/8 176/24 177/12 177/14 177/20 178/12 178/16 179/1 179/7 179/17 180/23 181/13

## B

**box...** [29] 182/21 187/19 187/21 188/23 195/2 195/3 198/4 199/14 199/18 199/22 200/12 200/16 200/20 201/10 201/18 202/15 202/15 206/6 210/14 211/23 211/25 212/1 212/3 212/4 212/7 212/22 213/20 214/14 219/5
**box --** [8] 20/18 69/4 92/16 152/1 168/12 187/19 188/23 202/15
**boxes** [36] 11/18 18/22 19/6 19/7 19/8 20/12 20/22 21/17 24/20 24/21 31/18 31/19 33/1 33/3 72/15 93/18 93/18 93/19 94/25 108/20 110/23 112/16 113/2 114/4 136/13 176/19 177/21 179/25 181/7 206/5 208/24 209/21 209/23 210/25 211/20 216/25
**bracket** [2] 137/10 138/23
**brackets** [1] 138/22
**brackets --** [1] 138/22
**brand** [76] 5/7 9/15 9/18 10/1 13/9 20/11 20/13 22/6 22/6 22/7 31/20 33/23 38/9 38/10 48/19 53/10 55/1 55/8 56/1 56/5 56/7 56/9 68/21 77/13 81/4 81/9 81/10 82/2 82/7 83/14 86/14 90/10 98/14 98/23 101/7 101/17 103/19 104/25 108/13 108/16 108/19 108/21 115/22 116/10 116/11 116/17 116/19 122/13 126/1 126/15 128/17 128/23 128/24 129/12 134/17 138/16 139/13 140/18 140/23 150/6 152/21 154/14 159/22 162/19 164/25 166/21 170/5 180/1 181/15 184/5 188/11 198/3 200/7 205/2 210/20 217/20
**branded** [3] 86/17 87/1 186/9
**branding** [1] 116/13
**brands** [35] 13/10 20/4 54/24 56/1 56/4 56/13 56/14 58/18 67/17 70/18 70/18 81/5 81/7 81/12 81/23 82/6 84/2 86/17 87/3 87/9 89/21 89/22 119/12 128/20 129/11 134/18 135/17 135/21 135/23 159/11 159/17 159/23 160/15 194/7 205/11
**brands'** [1] 154/13
**break** [6] 58/3 107/20 158/15 158/17 189/8 221/5
**breakfast** [2] 178/17 178/21
**breaking** [1] 190/19
**brief** [23] 4/5 6/19 13/20 14/8 15/1 15/12 17/13 19/10 19/19 23/6 26/18 27/7 32/10 32/10 32/15 33/4 52/25 53/15 181/2 186/5 186/5 187/1 220/12
**brief --** [3] 6/19 23/6 32/15
**briefed** [1] 13/15
**briefing** [2] 4/19 187/9
**briefly** [2] 79/4 220/21
**briefs** [2] 17/18 218/11
**bright-yellow** [1] 86/20
**bring** [1] 80/20
**broader** [2] 17/20 18/9
**broadly** [1] 163/24
**broken** [1] 204/10
**brought** [4] 57/15 83/3 92/21 211/16
**brown** [3] 179/8 195/2 195/3
**budget** [1] 149/24
**built** [1] 103/15
**bulk** [2] 182/5 182/6
**bulked** [2] 106/24 183/14
**bulker** [2] 182/8 183/11
**bulking** [1] 182/2
**bulks** [1] 183/11
**bull's-eye** [2] 150/4 150/21
**bullet** [4] 60/24 61/20 64/17 159/14
**bullets** [1] 160/24
**bunch** [1] 217/15
**burden** [12] 6/22 11/14 12/15 12/24 13/14 13/18 17/13 19/22 23/2 26/5 28/2 33/16
**burdens** [2] 12/25 33/13
**BURGOS** [2] 2/7 3/6
**business** [24] 8/10 13/7 21/12 52/6 53/20 53/21 53/22 58/5 58/6 65/21 66/2 77/19 87/17 98/3 106/11 114/8 117/25 119/23 156/9 157/1 164/2 167/3 191/17 197/25
**buy** [32] 13/9 13/9 13/10 20/3 25/8 29/25 36/19 38/9 40/13 40/14 41/3 41/4 41/14 41/18 48/2 50/22 54/21 89/20 90/7 90/7 115/6 115/8 115/8 115/10 115/12 133/8 153/21 153/21 171/18 188/10 194/4 213/2
**buying** [7] 38/12 41/1 99/1 115/17 123/18 134/21 176/17
**buys** [1] 129/5

## C

**cabinet** [4] 43/24 44/5 44/7 44/8
**Caguas** [3] 207/6 207/13 214/16
**calcium** [1] 52/9
**calculation** [2] 132/23 132/25
**calculator** [4] 130/6 130/7 130/10 134/6
**call** [15] 35/6 39/1 51/9 58/5 59/11 95/15 102/19 110/9 110/10 110/13 151/12 169/23 169/24 190/4 220/3
**called** [41] 3/12 3/21 15/5 35/12 36/18 51/17 55/23 57/3 62/6 66/10 68/11 79/19 79/20 79/22 86/1 100/1 100/16 123/25 128/8 140/3 140/5 141/7 143/10 143/14 143/14 143/16 143/16 165/10 167/16 168/8 170/7 179/2 190/12 192/7 193/20 197/8 197/8 199/18 203/10 206/1 216/9
**called --** [1] 143/10
**calling** [1] 128/15
**calls** [3] 51/12 106/25 203/3
**calories** [7] 83/18 83/22 89/12 89/16 89/16 162/22 163/15
**came** [26] 26/14 53/7 55/16 55/18 55/22 57/2 119/16 125/18 127/15 132/3 133/3 133/10 133/16 134/10 134/22 134/24 137/25 139/2 142/5 149/22 161/22 185/7 192/12 192/16 199/1 210/12
**camera** [1] 217/7
**campaign** [7] 25/25 147/6 147/14 157/3 163/16 180/16 180/21
**campaign --** [1] 25/25
**can** [127] 3/22 15/8 15/12 15/19 17/18 17/18 20/18 21/5 23/10 23/18 24/17 27/24 28/25 32/3 32/20 33/2 33/3 33/16 33/23 34/1 34/10 34/13 35/20 35/25 38/6 41/6 41/8 42/20 42/21 42/23 47/17 48/6 48/9 52/25 53/15 58/8 59/25 61/7 61/10 61/13 61/25 63/15 67/16 68/15 68/24 69/2 71/14 72/21 74/1 75/6 76/14 77/2 78/7 78/10 78/20 79/4 80/22 80/24 82/1 83/1 84/14 84/24 86/3 87/19 88/11 90/14 91/11 92/14 94/2 95/2 97/4 98/1 98/2 98/4 99/24 100/18 100/22 105/17 105/23 112/1 112/6 112/9 113/17 115/12 117/10 121/18 121/23 122/7 122/15 124/13 125/15 127/4 130/7 131/18 132/25 137/20 137/23 142/16 143/2 149/4 150/10 151/1 152/23 158/17 162/24 174/5 181/16 182/25 183/7 183/13 192/9 195/2 195/9 201/17 201/22 205/8 210/2 214/8 214/13 218/10 219/6 220/10 220/11 220/17 220/20 220/21 220/23
**can't** [24] 7/16 8/3 12/12 18/16 19/20 30/12 31/24 49/6 93/2 111/3 122/21 130/14 131/18 142/25 145/25 174/17 176/10 176/10 176/11 176/11 176/11 182/13 183/20 212/25
**Canada** [6] 58/14 58/15 59/16 120/4 120/5 120/7
**Canadian** [2] 120/13 121/1
**candle** [10] 13/19 14/7 14/12 15/14 15/15 15/21 16/8 16/23 16/23 17/2
**candle --** [2] 13/19 16/23
**candles** [2] 16/13 16/15
**cane** [4] 87/25 88/7 88/14 88/14
**cannot** [3] 23/9 119/4 119/8
**card** [1] 79/25
**care** [2] 74/24 204/22
**career** [2] 53/1 53/4
**Caribbean** [1] 88/6
**carry** [3] 99/22 102/2 102/9
**cart** [4] 42/24 42/25 43/1 43/2
**carton** [2] 5/1 72/20
**case** [96] 3/1 4/11 4/22 5/18 7/3 7/8 7/8 7/20 8/6 9/8 10/5 11/9 11/17 13/19 13/22 13/23 14/2 14/4 14/11 14/13 15/1 15/3 15/7 16/24 17/1 17/3 17/4 17/8 18/16 19/1 19/5 19/11 19/15 21/9 22/18 22/19 23/13 24/12 24/18 24/25 27/12 29/7 29/13 29/15 30/11 30/19 30/19 31/9 31/25 35/1 39/9 39/17 46/18 47/13 49/5 50/15 63/3 65/24 78/13 93/11 108/24 110/16 111/20 118/1 118/9 118/13 124/12 126/24 128/19 155/1 158/4 164/9 164/15 166/7 166/16 167/13 167/25 168/10 168/18 173/20 178/20 182/7 184/20 186/6 187/14 188/24 191/5 196/16 205/6 207/17 209/13 212/15 212/24 221/4 221/5 221/12
**case --** [1] 17/1
**cases** [10] 5/2 5/3 18/21 26/7 27/20 65/21 65/23 97/15 103/20 209/25
**catch** [1] 136/19
**categorically** [1] 162/9
**categories** [4] 89/4 89/13 116/23 119/12
**category** [29] 54/7 54/18 54/19 54/21 55/10 55/21 56/7 66/25 69/21 70/25 87/24 88/22 88/24 88/25 89/7 91/19 99/7 104/24 115/20 118/11 119/11 122/9 128/21 129/10 151/19 152/14 163/24 172/15 182/2
**cause** [2] 97/22 222/7
**caused** [1] 175/5
**causes** [1] 174/10
**causing** [1] 10/9
**Cayey** [1] 204/15
**CD** [4] 142/8 155/19 155/22 155/23
**century** [1] 25/22
**cereal** [5] 17/23 164/7 164/13 168/2 178/16
**certain** [5] 3/13 23/7 110/2 156/4 209/3
**certainly** [15] 9/25 11/23 12/11 22/19 24/12 27/21 30/12 33/10 33/21 69/20 78/7 78/11 125/1 157/4 183/16
**certainly --** [1] 157/4
**certainty** [1] 98/1
**CERTIFICATE** [1] 222/1
**certify** [2] 222/5 222/8
**cetera** [3] 123/24 160/4 192/2
**chairperson** [1] 52/21
**challenge** [4] 24/1 118/4 118/16 148/6
**chambers** [3] 3/8 4/6 11/16
**chance** [1] 146/8
**change** [5] 89/11 92/7 92/7 197/11 212/3

# C

changed [3] 93/15 187/4 212/1
changes [2] 183/10 196/13
changing [1] 98/13
channels [1] 59/6
characterize [1] 88/16
characterized [3] 69/5 72/25 74/10
charge [2] 89/17 205/25
charges [1] 171/14
chart [6] 113/6 114/4 131/16 132/8 189/18 189/19
cheaper [2] 22/13 67/3
check [18] 77/19 105/23 137/5 137/14 137/16 137/20 139/15 139/17 145/16 145/17 146/7 184/9 184/25 185/11 198/14 204/3 204/4 212/5
checked [11] 136/13 138/14 139/3 139/7 139/18 139/19 139/23 139/24 146/7 193/7 205/25
checklist [1] 135/23
cheese [1] 176/11
chemically [1] 22/16
chicken [1] 176/10
chief [1] 52/22
child [2] 167/22 168/15
children [1] 49/9
choice [4] 70/1 128/15 128/16 171/9
choices [11] 128/6 128/7 128/17 128/19 136/17 136/23 137/1 139/13 145/15 146/3 163/10
choose [5] 54/2 74/8 89/20 119/2 215/12
choosing [1] 71/15
chose [3] 22/1 73/24 103/14
chronologically [1] 24/22
circled [1] 215/7
Circuit [15] 12/6 13/19 14/7 14/20 15/21 16/8 18/14 23/8 23/16 24/19 26/7 31/18 78/13 78/14 187/2
Circuit's [1] 14/12
circular [2] 197/17 198/3
cited [1] 151/13
CIVIL [2] 1/4 3/1
claim [6] 10/10 28/13 28/17 41/21 43/12 43/19
claimed [1] 29/17
claimed -- [1] 29/17
claims [1] 163/9
clarify [3] 109/3 145/3 190/19
clarity [1] 150/6
classic [3] 5/15 9/7 14/11
clean [1] 158/18
cleaning [5] 43/25 44/2 45/25 46/5 50/21
clear [19] 12/9 15/18 26/23 81/20 87/2 92/2 124/5 126/13 129/8 135/14 146/2 151/9 154/9 157/18 163/14 167/11 182/23 184/1 218/21
clearly [17] 12/7 14/14 15/22 17/14 18/15 24/12 71/6 73/23 84/4 89/4 95/23 96/13 96/14 103/23 122/24 124/15 166/21
clearly -- [1] 15/22
clef [2] 68/1 68/10
clerk [12] 3/19 191/11 209/21 210/7 210/19 213/5 213/10 213/16 214/2 214/20 217/16 217/19
clerk's [1] 210/7
clerks [1] 209/11
client [5] 11/3 192/12 192/13 192/14 194/2
clients [3] 154/21 203/21 204/20
clips [1] 165/8

Clorox [1] 203/22
close [8] 4/1 7/20 25/7 94/15 94/15 131/5 151/19 152/13
close -- [1] 4/1
closed [1] 6/9
closely [1] 178/12
closer [3] 161/21 173/2 201/20
closing [1] 187/8
cloud [8] 73/2 92/12 93/5 93/25 107/12 122/3 168/4 168/7
Code [1] 222/5
coffee [37] 15/17 15/18 15/20 18/23 19/2 31/2 31/19 37/2 37/2 37/3 37/5 38/15 44/13 45/10 45/19 45/21 45/23 46/12 46/14 46/15 46/19 46/20 46/23 46/24 54/22 73/6 76/22 90/5 90/19 91/15 93/6 99/1 102/22 177/4 177/14 177/22 178/20
Cola [1] 53/6
cold [1] 128/4
collected [1] 80/11
collection [1] 155/25
color [57] 17/12 23/21 24/8 24/17 25/9 25/13 36/14 37/21 42/6 71/9 71/16 73/24 77/6 88/22 88/23 92/1 92/8 103/11 103/12 104/20 117/23 118/22 119/3 119/7 119/16 119/20 120/10 122/1 122/10 122/12 122/13 123/17 124/16 124/19 124/20 124/21 126/14 127/19 129/12 137/9 142/13 143/1 143/6 143/15 144/1 144/9 144/12 145/18 153/15 179/7 180/17 185/14 187/2 212/2 212/20 217/22 217/22
colored [3] 145/5 145/7 145/9
coloring [3] 19/7 68/18 103/16
colors [16] 7/9 23/24 24/1 71/8 72/16 92/4 116/23 117/17 118/5 118/16 118/20 153/1 184/4 184/5 186/9 187/5
colors -- [1] 118/20
combination [4] 15/16 15/22 15/24 16/2
combined [1] 64/11
come [29] 3/16 8/6 9/1 17/15 23/5 26/14 27/20 27/23 48/18 54/17 54/18 62/25 73/16 74/21 77/12 114/22 122/10 122/13 128/9 135/12 135/13 138/13 187/14 192/21 210/3 218/6 218/14 220/11 220/20
comes [53] 5/2 9/2 9/5 9/20 10/8 11/15 13/24 20/16 25/2 63/4 67/24 81/14 83/1 83/8 83/14 83/25 84/11 84/23 85/5 85/13 85/16 85/18 85/20 88/19 122/19 126/24 127/13 127/18 127/19 127/24 128/5 129/1 131/24 135/24 136/4 137/10 137/14 137/19 138/7 138/24 139/7 139/14 139/16 139/20 145/15 145/16 145/18 163/20 176/24 182/9 182/15 188/25 200/17
coming [5] 8/22 182/18 183/18 219/12 219/22
commercial [6] 75/8 75/9 75/11 165/9 165/14 165/16
commercials [3] 75/15 75/16 75/20
commodity [1] 87/17
common [8] 15/12 15/16 16/2 17/8 18/12 19/13 19/23 117/6
commonly [1] 18/22
communicate [1] 117/18
communicating [1] 71/25
communication [1] 98/12
companies [4] 19/6 140/3 144/7 209/2
company [24] 1/7 3/2 8/20 15/5 52/7 53/6 59/13 79/19 79/20 79/22 115/8 115/10 119/16 121/23 122/7 140/5 143/4 156/20 195/22 195/25 196/3

196/7 198/24 199/6
compare [5] 22/11 33/2 93/19 111/10 186/10
compared [1] 21/25
compares [1] 21/21
comparing [2] 22/9 96/7
compete [4] 8/3 56/10 56/11 116/4
competidor [2] 96/1 170/22
competing [7] 20/5 21/11 114/8 154/10 154/12 161/8 161/11
competition [13] 7/13 24/2 33/13 34/3 34/3 95/25 96/1 106/8 106/11 118/17 196/6 212/13 212/15
competitive [4] 153/25 159/11 159/23 160/4
competitor [11] 7/12 25/1 95/22 96/15 119/9 154/6 154/7 156/10 159/6 161/18 170/22
competitor -- [1] 154/6
competitors [4] 25/4 55/2 97/8 154/5
compiled [1] 129/16
complaint [4] 104/7 104/10 104/12 104/13
complaints [1] 104/9
complete [6] 78/12 98/19 105/15 113/19 113/21 221/3
completed [1] 6/10
completely [8] 6/8 27/11 27/16 56/18 73/24 107/9 118/10 142/14
compound [1] 188/11
comprises [1] 204/14
concept [1] 166/20
concern [5] 99/3 147/15 155/2 157/20 188/9
concerned [2] 143/15 221/2
conclude [1] 16/5
conclusion [1] 27/25
conclusions [1] 27/19
conduct [1] 139/25
conducted [2] 80/7 80/8
conference [1] 6/10
confidential [3] 155/8 156/5 156/23
configuration [3] 4/23 13/22 14/1
confirm [5] 48/9 143/6 143/16 143/16 143/19
confirmed [1] 143/11
confirming [1] 28/3
confuse [3] 9/3 41/22 97/13
confused [16] 8/9 8/24 8/25 11/22 11/23 21/25 22/10 22/23 26/24 38/1 64/5 97/19 188/16 188/22 194/20 219/9
confused -- [1] 11/23
confusing [11] 9/21 10/23 18/6 95/2 107/14 121/16 122/16 123/16 124/7 124/13 124/18
confusingly [2] 10/17 104/8
confusion [33] 4/16 4/17 4/17 8/8 8/21 10/7 10/8 11/21 11/25 12/5 20/8 20/17 22/22 24/16 26/4 26/20 26/23 27/1 27/3 29/19 30/9 31/6 31/11 31/16 33/22 33/24 34/7 104/5 188/15 188/20 188/24 194/7 218/19
congratulate [1] 147/19
connect [1] 147/6
connected [1] 203/19
connecting [1] 28/19
connection [2] 152/22 152/23
consequences [2] 99/20 174/19
consequently [1] 98/15
consider [4] 27/24 89/2 103/19 154/4
considerably [1] 67/12
consideration [2] 218/11 218/24
consideration -- [1] 218/11
considering [1] 219/10

| C | | |
|---|---|---|
| consistent [1] 150/3 | 124/1 126/11 127/15 127/16 128/6 128/10 131/15 131/24 131/25 132/13 132/16 135/6 135/7 135/12 137/8 138/10 139/4 140/20 141/3 142/22 142/24 143/1 144/13 144/20 147/4 151/11 152/1 152/8 152/10 152/12 153/10 157/25 159/19 159/24 160/4 160/5 160/17 160/18 161/6 161/10 161/14 161/15 162/14 163/11 163/17 164/8 166/6 167/6 167/7 167/24 168/11 168/19 168/21 169/1 170/3 172/25 174/21 175/8 175/13 175/17 176/5 176/6 176/9 176/13 176/17 176/25 177/3 177/8 177/11 177/14 177/16 177/17 180/2 186/3 188/17 191/1 195/23 196/16 197/17 198/4 198/24 200/7 201/21 201/24 204/24 207/17 207/20 207/21 208/8 208/9 208/19 209/6 209/9 209/17 210/5 210/10 210/17 211/3 211/23 212/6 212/8 212/9 212/12 212/14 213/9 213/15 213/24 214/6 215/3 215/8 215/9 215/11 215/14 215/23 216/5 216/8 216/12 216/19 217/2 217/5 217/8 217/11 217/18 221/1 222/6 | 18/12 18/23 31/2 73/6 74/5 74/5 76/22 90/19 91/15 93/6 102/22 177/4 177/14 177/21 178/8 178/20 |
| constitute [1] 14/16 | | cupboard [1] 43/24 |
| consumer [41] 7/17 22/9 53/3 53/9 67/4 70/15 78/24 79/14 79/15 83/13 90/2 93/23 94/18 94/19 94/23 95/6 97/24 98/11 98/22 99/14 100/5 100/9 104/4 104/7 116/22 117/18 124/22 126/7 126/9 126/17 142/13 146/6 152/22 171/7 171/17 175/10 176/17 186/6 187/18 187/20 188/2 | | cups [4] 15/11 15/18 19/2 31/19 |
| | | cur [1] 65/18 |
| | | cur -- [1] 65/18 |
| | | current [1] 75/11 |
| | | currently [2] 91/7 101/18 |
| | | cursive [2] 73/2 74/12 |
| | | customer [4] 192/14 193/24 199/13 212/15 |
| consumers [78] 6/16 8/8 8/9 8/15 8/24 8/25 9/3 10/3 10/23 13/8 20/1 22/12 28/22 33/25 54/2 54/21 59/8 60/3 60/12 69/19 70/11 71/4 71/6 71/18 71/21 71/22 71/24 74/8 75/3 77/12 79/2 81/20 88/24 89/10 89/19 90/3 92/9 97/5 97/8 98/15 99/8 102/4 103/9 103/10 103/10 104/9 107/14 111/9 116/9 116/17 122/10 122/17 123/18 123/20 124/2 124/10 124/15 125/14 125/24 140/16 142/11 144/16 146/2 153/2 153/16 160/15 161/16 163/8 163/14 167/12 169/4 171/3 172/3 172/8 172/19 175/19 186/10 186/22 | | customers [4] 180/17 194/8 196/6 196/7 |
| | | cut [1] 220/13 |
| | | CVS [1] 114/18 |
| | | **D** |
| | | DACHMAN [3] 1/23 222/2 222/14 |
| | | dairy [1] 52/8 |
| | | damage [1] 156/9 |
| | | damaged [1] 204/11 |
| | | dark [3] 9/20 73/5 92/12 |
| | | data [26] 9/13 20/2 62/4 62/5 62/5 62/8 64/20 77/20 80/10 81/15 83/2 84/1 84/24 127/9 128/25 129/16 129/20 129/24 131/17 136/13 141/4 142/8 155/22 163/8 163/11 163/13 |
| | | data -- [1] 62/5 |
| consumers' [2] 25/19 153/12 | | date [6] 27/22 75/1 76/4 76/6 205/20 222/8 |
| contacts [1] 42/18 | | |
| contain [6] 55/5 58/19 99/22 100/5 156/5 186/16 | | dates [1] 48/6 |
| | corresponded [1] 208/24 | daughter's [1] 70/9 |
| container [1] 5/9 | cost [3] 7/7 13/7 13/7 | day [12] 26/17 33/17 38/15 43/21 50/11 50/17 51/7 148/13 190/1 192/11 193/4 200/4 |
| containing [1] 66/5 | Costco [1] 41/17 | |
| contents [1] 156/2 | cotton [7] 114/14 114/16 114/22 115/2 115/3 115/5 117/2 | |
| continental [9] 60/6 60/7 60/8 60/10 102/12 108/9 108/12 108/16 179/19 | | days [7] 6/3 27/7 191/6 218/20 219/23 221/1 221/3 |
| | could [31] 5/8 5/12 16/4 16/25 21/16 21/18 32/13 33/24 37/13 83/9 84/22 103/18 124/17 133/13 136/19 145/23 146/3 146/3 156/9 162/9 162/25 165/4 172/6 174/19 189/19 198/19 205/16 206/2 210/16 213/25 214/10 | deal [3] 51/2 104/19 156/15 |
| continues [2] 9/19 64/22 | | dealt [1] 15/15 |
| contracting [1] 190/20 | | debating [1] 145/4 |
| contractor [1] 191/9 | | Debra [2] 51/12 51/16 |
| contradicted [1] 14/14 | could -- [1] 103/18 | December [3] 92/21 202/11 202/12 |
| contrary [5] 19/1 19/1 26/1 26/2 148/25 | couldn't [5] 92/25 93/1 97/23 97/25 166/9 | December 2003 [1] 202/12 |
| control [20] 28/24 29/2 29/3 29/6 29/7 29/19 29/19 29/22 29/22 30/10 30/11 30/12 30/19 31/7 31/13 31/13 63/15 98/17 98/19 98/22 | | decide [3] 89/20 157/16 158/4 |
| | couldn't -- [1] 92/25 | decided [1] 219/23 |
| | counsel [9] 2/2 2/5 3/15 27/10 27/16 29/18 34/12 77/25 214/11 | decision [6] 14/13 29/25 171/8 171/9 171/11 186/1 |
| | counting [2] 133/7 133/8 | declaration [19] 39/16 39/17 39/20 39/22 47/13 47/16 60/25 184/19 184/23 185/1 196/16 196/18 197/3 197/12 199/13 207/17 207/19 220/2 220/11 |
| control -- [1] 29/3 | countries [1] 58/16 | |
| conversation [1] 151/5 | couple [9] 77/22 97/3 105/3 111/21 118/2 126/2 136/10 148/13 218/20 | |
| convey [1] 182/4 | | |
| conveyor [1] 43/6 | course [5] 3/15 77/18 144/3 151/6 190/23 | declaration -- [1] 39/16 |
| convinced [1] 14/21 | | declarations [9] 17/19 218/3 218/7 218/22 220/8 220/9 220/15 220/22 220/23 |
| convincing [2] 12/9 25/5 | court [30] 1/1 1/11 3/14 3/19 5/5 7/2 7/5 7/9 11/2 16/20 19/5 19/10 23/9 25/11 27/19 27/24 33/8 34/15 34/20 47/19 61/17 157/15 158/7 164/23 187/4 191/11 192/9 221/20 222/2 222/3 | |
| cook [6] 57/17 58/7 162/24 164/1 183/13 183/20 | | |
| | | declare [1] 122/6 |
| cooking [4] 54/15 74/7 164/1 164/3 | | declined [1] 67/11 |
| copies [4] 23/22 36/14 144/9 145/1 | courts [2] 6/5 23/10 | declining [4] 101/11 101/17 103/7 103/19 |
| copy [6] 32/5 36/13 129/19 149/4 155/18 155/21 | cover [4] 158/24 159/9 192/3 192/5 | |
| | coverage [1] 163/4 | decreased [1] 109/12 |
| cor [1] 164/5 | covered [1] 92/17 | deem [2] 11/11 14/19 |
| cor -- [1] 164/5 | create [2] 57/3 61/19 | deemed [2] 5/17 5/17 |
| corner [12] 44/11 73/8 74/14 93/6 93/7 102/22 160/20 177/9 179/2 179/9 181/19 215/24 | credibility [1] 12/19 | deeper [1] 93/22 |
| | credit [1] 204/10 | defeat [1] 145/13 |
| | cropped [6] 32/19 33/5 33/7 34/13 208/11 216/10 | defendant [3] 24/5 65/24 218/20 |
| | | defendants [9] 1/8 2/5 3/5 6/19 16/9 26/20 29/17 33/17 221/13 |
| corner -- [1] 160/20 | cross [2] 107/19 148/24 | |
| Corning [1] 180/13 | cross-examination [5] 38/21 108/4 195/16 208/1 220/12 | defendants' [11] 8/14 8/22 10/2 27/3 31/10 63/13 113/14 113/16 129/22 141/8 221/12 |
| correct [184] 17/1 21/20 39/5 39/10 39/13 39/24 40/2 42/2 42/4 42/25 43/3 43/23 44/18 45/13 47/8 47/9 47/20 49/1 49/2 81/24 82/14 83/23 85/15 108/10 108/17 108/18 108/21 108/22 108/25 109/1 109/9 109/15 109/17 109/18 110/1 110/3 110/14 110/15 110/19 110/20 110/23 111/2 111/7 114/14 114/16 114/17 115/14 116/16 116/17 116/18 116/21 116/24 118/18 120/5 120/6 120/18 120/22 120/25 121/16 | cross-examine [2] 220/10 220/18 | |
| | cross-examined [1] 220/21 | defense [3] 9/1 9/7 10/7 |
| | crumple [3] 46/4 46/5 46/14 | define [2] 18/15 18/17 |
| | Crystals [2] 87/21 215/10 | defined [1] 133/18 |
| | Cuervo [1] 11/5 | definitely [1] 49/3 |
| | cuff [1] 21/17 | |
| | Cumberland [1] 15/6 | |
| | cumulative [1] 218/15 | |
| | cup [21] 15/17 15/20 16/3 17/10 17/22 | |

| D | |
|---|---|
| **definition** [3]  128/11 128/12 128/12 | |
| **definitively** [1]  111/3 | |
| **deflated** [1]  109/19 | |
| **degree** [1]  53/18 | |
| **del** [2]  49/16 49/17 | |
| **deliberately** [1]  34/14 | |
| **delta** [1]  172/3 | |
| **demonstrate** [2]  79/9 102/15 | |
| **demonstrative** [4]  61/2 61/18 63/3 112/9 | |
| **denominator** [1]  132/14 | |
| **denying** [1]  17/16 | |
| **department** [1]  62/9 | |
| **depending** [1]  196/13 | |
| **depends** [2]  41/17 46/6 | |
| **depict** [1]  77/3 | |
| **depth** [5]  94/4 94/12 94/17 94/18 94/19 | |
| **derived** [2]  56/25 117/6 | |
| **describe** [3]  81/4 101/1 173/9 | |
| **described** [3]  13/21 32/3 174/4 | |
| **describes** [2]  11/9 81/23 | |
| **descriptive** [1]  18/25 | |
| **design** [18]  4/23 5/4 5/13 5/16 5/21 6/7 28/21 29/1 70/1 73/16 74/10 102/16 102/20 104/14 107/6 110/22 167/5 167/8 | |
| **designed** [4]  6/13 79/8 107/7 169/3 | |
| **designs** [3]  70/12 71/21 71/23 | |
| **despite** [1]  11/12 | |
| **destroying** [1]  13/7 | |
| **detachable** [1]  14/11 | |
| **detail** [1]  4/21 | |
| **detergent** [3]  5/9 6/25 7/19 | |
| **determine** [4]  5/19 12/11 29/20 31/5 | |
| **develop** [1]  150/2 | |
| **did** [93]  27/16 28/5 28/5 38/3 38/9 38/11 39/20 39/22 40/14 41/22 42/9 43/8 43/8 43/15 43/25 45/10 46/15 47/10 49/21 58/25 59/6 59/19 62/2 70/11 70/16 70/17 70/18 71/5 71/10 71/23 73/19 74/21 74/21 92/17 103/10 103/12 103/15 112/20 113/2 113/3 115/17 115/18 116/3 119/23 126/15 129/14 134/14 136/10 139/25 139/25 140/3 140/5 140/8 140/12 140/14 141/22 143/4 144/7 145/9 151/5 151/12 151/14 151/15 159/21 160/14 169/23 174/24 184/8 184/10 184/14 184/24 184/25 185/4 185/11 193/6 193/11 193/16 194/2 196/18 196/20 197/11 197/12 198/9 199/6 202/9 205/23 206/19 206/20 207/10 208/12 214/3 216/11 216/20 | |
| **didn't** [48]  6/19 31/15 32/17 32/23 42/9 43/2 43/4 43/11 43/22 43/25 44/9 44/20 45/12 48/2 80/20 99/2 103/17 114/6 115/22 125/19 126/12 128/22 135/21 136/7 144/2 144/5 157/3 166/25 174/7 176/5 178/15 180/22 186/1 187/3 187/23 189/18 192/19 194/4 196/22 198/16 199/8 208/11 210/8 211/8 211/14 212/3 221/3 | |
| **diet** [1]  76/23 | |
| **difference** [12]  8/11 57/12 57/13 74/16 94/17 112/1 147/2 151/25 162/22 162/23 172/11 172/19 | |
| **differences** [3]  57/6 57/10 57/11 | |
| **different** [65]  5/3 14/3 17/21 20/10 20/22 24/6 29/15 30/15 30/16 30/16 55/5 55/7 55/8 56/18 56/19 56/20 57/9 63/4 73/21 73/24 74/17 74/17 77/7 77/17 79/21 81/11 87/14 89/4 90/6 90/6 91/13 105/14 107/9 114/13 116/22 118/10 | 120/9 122/24 122/24 123/17 123/18 124/15 124/19 124/20 143/17 143/20 144/15 146/22 146/23 146/25 147/7 147/8 163/25 168/6 170/10 173/18 183/21 211/22 212/7 213/11 214/21 214/22 214/23 220/5 220/6 |
| | **different --** [1]  90/6 |
| | **differential** [2]  21/13 96/5 |
| | **differentiate** [3]  19/9 97/8 170/9 |
| | **differentiation** [1]  97/14 |
| | **differently** [2]  89/14 218/12 |
| | **difficult** [6]  49/7 57/18 119/12 212/17 212/18 212/19 |
| | **digestion** [1]  52/8 |
| | **dimensions** [6]  93/10 93/19 93/22 112/11 112/16 124/10 |
| | **direct** [15]  26/8 35/14 51/19 107/18 111/8 131/7 142/9 146/12 155/14 160/3 173/25 190/15 203/13 220/11 221/4 |
| | **direct --** [2]  146/12 160/3 |
| | **directed** [1]  150/4 |
| | **direction** [2]  144/8 222/10 |
| | **directly** [1]  34/22 |
| | **director** [1]  79/6 |
| | **disagree** [2]  81/22 118/12 |
| | **disclosed** [4]  144/12 148/2 148/21 148/23 |
| | **discovery** [2]  25/12 142/2 |
| | **discussed** [2]  3/8 4/6 |
| | **Discussion** [1]  189/12 |
| | **dish** [1]  123/22 |
| | **dishonest** [1]  35/1 |
| | **disorder** [2]  174/1 176/14 |
| | **dispels** [1]  24/15 |
| | **displayed** [1]  19/16 |
| | **disrupting** [1]  61/22 |
| | **distance** [2]  24/13 42/22 |
| | **distinction** [2]  151/21 151/23 |
| | **distinctions** [1]  117/6 |
| | **distinctive** [22]  5/17 5/18 5/20 6/23 11/12 13/16 13/17 14/17 14/19 15/13 16/1 17/10 18/21 19/4 19/12 19/15 19/23 19/24 20/7 71/2 71/2 73/16 |
| | **distinctiveness** [6]  14/22 14/24 16/7 16/11 19/18 20/16 |
| | **distinguish** [2]  70/17 115/3 |
| | **distinguished** [1]  116/9 |
| | **distinguishing** [1]  212/2 |
| | **distribute** [2]  68/3 196/8 |
| | **distributed** [1]  54/11 |
| | **distributes** [1]  195/22 |
| | **distributing** [1]  145/25 |
| | **distribution** [4]  59/5 99/18 125/13 140/4 |
| | **distributor** [1]  88/6 |
| | **distributors** [1]  13/11 |
| | **DISTRICT** [6]  1/1 1/1 1/11 19/11 222/3 222/3 |
| | **divide** [1]  133/11 |
| | **divided** [1]  70/21 |
| | **division** [4]  52/2 52/3 52/12 53/7 |
| | **division's** [1]  52/16 |
| | **Dixie** [2]  87/21 215/10 |
| | **do** [225] |
| | **document** [20]  78/6 80/18 82/25 130/15 141/6 141/18 142/4 144/15 154/23 155/1 155/5 155/6 155/9 156/2 156/12 156/17 156/19 157/6 158/7 159/23 |
| | **documentary** [1]  148/10 |
| | **documents** [10]  25/10 141/4 141/24 142/1 142/2 142/7 154/19 155/25 156/4 157/2 |
| | **does** [57]  8/6 9/1 9/9 12/9 16/22 16/23 18/25 22/3 23/25 33/11 33/11 36/17 43/15 48/21 49/6 52/13 56/17 58/3 | 64/18 76/8 84/1 86/24 89/9 89/10 96/11 99/5 102/12 108/13 111/12 111/14 111/14 112/4 114/25 118/4 122/22 135/12 135/13 138/13 146/13 146/15 162/1 163/2 177/18 177/19 178/9 178/15 179/23 181/13 181/25 186/16 186/17 186/18 186/19 186/20 186/21 195/1 209/25 |
| | | **doesn't** [29]  9/22 10/20 19/8 27/3 32/3 49/6 49/7 93/23 94/18 94/19 110/21 114/25 118/15 122/21 126/17 126/23 126/23 135/1 135/5 153/25 157/21 175/23 178/8 179/20 179/22 180/20 183/20 187/14 220/1 |
| | | **doesn't --** [1]  126/23 |
| | | **doing** [5]  78/18 102/11 129/6 130/6 214/4 |
| | | **dollar** [12]  21/15 65/19 70/22 70/23 87/4 101/19 102/15 109/12 109/19 173/2 173/2 173/7 |
| | | **dollar --** [1]  70/22 |
| | | **dollars** [11]  54/4 57/2 65/22 75/1 76/6 76/11 76/12 98/8 98/9 109/14 109/16 |
| | | **dominant** [7]  19/7 70/22 87/15 88/22 88/23 120/25 121/1 |
| | | **Domino** [12]  24/22 24/25 25/1 25/17 25/21 86/1 86/22 86/24 87/1 87/22 128/23 215/7 |
| | | **Domino's** [7]  86/11 86/13 86/14 86/16 86/17 87/3 88/18 |
| | | **don't** [108]  7/20 7/23 16/4 21/23 27/5 27/23 32/17 34/16 40/19 42/4 43/13 43/22 44/12 45/16 46/2 46/10 46/11 47/9 48/20 50/13 50/14 50/15 50/19 50/19 56/16 57/25 58/8 61/5 63/11 63/14 66/19 67/20 78/14 80/21 80/25 82/17 89/12 91/19 92/7 98/5 98/21 99/11 111/6 111/9 113/11 114/10 114/23 115/19 118/12 120/20 121/9 121/15 121/18 123/1 123/5 123/7 124/2 127/25 130/5 130/9 130/10 133/8 134/6 140/15 142/4 144/9 148/18 149/9 152/2 153/21 153/24 154/4 155/2 156/7 156/11 156/25 162/9 165/7 171/8 174/13 174/17 176/20 180/6 180/8 183/10 185/25 187/14 196/10 196/10 196/11 198/12 198/23 201/15 202/6 205/20 209/1 209/23 213/2 213/13 213/14 218/8 218/12 219/10 220/9 220/24 221/5 221/7 |
| | | **don't --** [1]  153/24 |
| | | **done** [33]  17/15 26/17 27/4 27/7 27/12 27/15 28/1 28/2 29/16 77/15 77/17 78/23 78/24 79/18 79/21 107/9 117/21 143/7 143/18 144/20 147/23 172/1 176/1 184/8 184/12 185/2 185/5 185/12 185/14 185/15 189/20 190/2 211/5 |
| | | **DORA** [3]  2/4 3/5 39/7 |
| | | **doubly** [1]  185/1 |
| | | **doubt** [1]  61/3 |
| | | **down** [24]  8/6 9/1 9/2 10/8 13/24 29/3 69/16 83/10 83/12 84/20 130/21 136/16 138/21 139/11 139/16 165/20 181/15 181/19 190/2 196/24 197/2 197/6 220/13 221/4 |
| | | **dozens** [1]  7/21 |
| | | **draft** [3]  32/21 196/18 204/6 |
| | | **drank** [1]  45/19 |
| | | **dress** [44]  4/13 4/14 5/2 5/3 5/15 5/20 6/1 6/15 6/23 7/18 7/24 7/25 8/3 9/3 10/6 10/24 14/17 16/21 16/25 17/14 17/20 17/25 18/7 18/15 20/6 23/22 28/17 67/13 69/24 70/6 72/7 72/24 75/19 75/22 77/3 77/12 78/10 126/23 |

## D

dress... [6] 156/8 164/14 166/16 185/18 185/25 186/2
dresses [3] 19/17 69/18 185/22
drink [1] 37/3
drinking [1] 45/21
drug [1] 115/9
drugstore [1] 23/23
due [2] 20/19 101/11
duly [6] 3/18 35/13 51/18 190/13 191/10 203/11
dumb [1] 184/3
during [5] 27/22 29/4 111/8 190/23 194/5

## E

e.g [2] 117/6 117/7
each [15] 34/23 55/7 55/8 62/17 78/10 81/2 81/4 81/23 94/15 97/6 112/11 148/13 206/25 207/4
earlier [12] 64/12 74/20 88/18 90/9 97/12 113/15 113/18 134/14 140/2 153/1 175/18 219/25
early [1] 184/19
easier [4] 36/15 63/6 141/6 159/15
Eastern [1] 19/11
eat [7] 174/4 176/10 176/10 176/11 176/11 176/12 178/18
Econo [1] 207/2
educational [1] 53/15
effect [1] 9/25
effort [1] 14/5
efforts [1] 121/12
eggs [1] 176/11
Eight [1] 26/21
Eighty-seven [1] 139/8
either [9] 6/23 50/8 56/17 71/5 89/10 90/22 97/19 127/25 161/12
El [5] 40/9 47/15 48/10 49/16 214/16
electronic [9] 141/6 141/18 143/24 144/14 144/19 144/24 145/1 145/6 145/7
electronically [1] 145/2
elements [15] 8/2 14/21 15/12 15/16 16/5 17/5 17/8 18/12 18/15 18/25 19/13 19/23 24/7 72/23 173/17
eliminate [1] 34/14
ELMO [2] 141/16 159/15
ELMO -- [1] 141/16
else [17] 21/11 28/5 44/1 60/9 88/5 96/3 113/4 119/4 122/15 140/1 146/17 148/18 155/4 162/1 176/7 187/11 204/7
else's [2] 11/12 16/22
employed [1] 191/15
employee [7] 115/7 115/16 206/12 206/17 219/16 219/20 220/1
employees [2] 194/19 195/14
employment [1] 194/5
encompassed [1] 204/7
end [4] 65/1 92/20 113/9 148/13
ended [1] 80/2
enforce [1] 167/5
engage [1] 23/10
English [3] 178/14 196/22 196/24
enough [4] 29/18 34/18 100/3 175/5
ensure [1] 25/11
enter [1] 157/8
entered [3] 113/12 119/19 210/19
entire [7] 18/8 18/9 155/4 155/6 156/17 157/12 208/11
entirely [4] 13/2 90/6 150/16 182/15
entitled [3] 15/22 15/24 222/7
entity [1] 154/3

entrant [1] 118/20
envelope [1] 140/11
enzyme [1] 174/18
Equal [68] 15/4 19/5 20/4 22/8 29/24 32/6 55/3 55/18 55/19 55/20 55/22 56/9 56/12 57/22 58/2 64/11 66/5 66/12 66/20 66/24 67/2 68/21 69/4 69/12 69/12 69/13 69/14 69/19 69/22 70/22 73/22 81/8 82/9 82/9 82/12 84/2 84/4 90/25 93/14 105/19 105/23 106/15 109/13 109/23 114/12 123/23 129/14 131/6 133/21 136/8 137/1 139/2 139/3 139/6 139/7 139/13 139/17 139/19 140/21 140/22 152/15 154/12 159/19 159/24 160/8 160/16 174/8 205/11
Equal -- [1] 131/6
Equal's [3] 109/11 109/22 177/20
equals [2] 131/9 132/22
Equals -- [1] 131/9
equitable [1] 12/13
equity [1] 154/14
equivalent [3] 22/13 74/3 74/4
erratic [1] 51/1
es [2] 76/20 76/20
Escalona [1] 11/5
especially [5] 8/22 95/1 99/6 103/6 122/11
ESQ [5] 2/3 2/4 2/4 2/6 2/7
essence [2] 4/22 61/14
essential [1] 7/6
essentially [2] 7/15 11/10
establish [4] 48/6 55/10 104/20 164/25
established [2] 98/18 99/7
estopped [1] 23/7
estoppel [1] 23/8
et [6] 1/4 1/7 3/2 123/24 160/4 192/2
even [17] 9/8 10/9 10/9 11/21 15/13 15/17 19/13 83/17 83/21 85/22 88/13 91/23 99/17 103/18 135/8 173/10 221/3
evening [2] 12/23 142/7
event [1] 9/22
eventually [1] 78/13
ever [20] 30/11 45/5 81/3 104/7 104/10 115/15 119/14 119/19 121/7 121/12 143/25 151/12 185/17 185/21 195/6 198/20 200/24 200/25 205/4 206/24
Ever-Ready [1] 6/6
every [9] 19/3 23/23 31/12 97/24 97/24 99/9 146/1 167/1 184/16
everybody [1] 131/3
everyone [11] 62/4 63/7 82/5 82/19 84/17 129/4 129/5 130/17 138/12 152/14 153/14
everything [10] 18/18 29/23 29/24 36/25 80/13 135/1 135/6 162/1 190/2 207/19
evidence [31] 4/16 6/5 8/22 9/24 10/21 11/24 26/8 26/9 27/14 31/9 31/14 33/15 33/21 34/5 36/20 62/16 62/17 63/3 113/12 123/6 148/3 148/10 148/23 154/17 155/2 155/6 155/10 157/17 158/5 218/24 219/8
evidenced [1] 102/5
evidentiary [1] 26/6
exact [3] 58/1 61/1 205/20
exactly [18] 23/13 24/5 37/8 39/14 49/14 50/19 89/9 93/2 99/12 107/6 107/13 148/25 175/15 198/25 199/19 199/21 200/1 211/7
exam [1] 29/4
exam -- [1] 29/4
examination [10] 35/14 48/16 51/19 61/23 131/25 173/25 181/4 190/15 203/13 215/17
examine [2] 156/1 156/14

examined [4] 35/13 51/18 190/13 203/11
example [3] 76/18 82/8 83/21
examples [2] 75/15 76/16
except [7] 3/9 20/22 123/18 124/20 142/10 162/1 188/18
excerpt [1] 155/22
excerpts [1] 186/5
exchanged [7] 62/19 62/22 141/4 145/2 148/11 148/12 148/14
exclusive [1] 7/14
exclusively [1] 58/23
excuse [4] 45/20 77/25 193/22 205/15
excused [9] 3/21 51/6 51/8 189/6 189/7 203/1 203/2 217/25 218/1
exhibit [94] 32/4 36/13 36/17 37/21 37/23 59/23 60/16 61/2 62/17 63/12 65/10 67/8 72/4 72/5 72/11 72/13 73/25 75/8 75/11 76/13 77/23 77/23 78/1 78/19 79/4 79/5 80/4 80/4 80/17 81/25 82/1 82/25 84/13 84/13 84/14 86/3 86/8 86/6 87/18 88/2 90/11 92/3 94/2 94/3 95/8 95/11 95/14 100/18 105/11 105/11 105/11 105/12 105/20 105/21 106/1 106/4 112/13 112/14 123/14 123/15 124/25 127/6 127/9 129/22 131/7 131/21 136/16 137/23 139/5 140/18 141/8 158/23 159/2 159/9 159/13 160/19 165/2 165/6 165/18 167/16 169/12 181/6 189/17 193/1 207/8 215/19 216/9 216/10 216/17 216/21 217/3 217/6 217/10 218/22
Exhibit 1 [1] 36/13
Exhibit 15 [1] 95/8
Exhibit 16 [1] 217/3
Exhibit 18 [7] 82/1 82/25 127/6 127/9 131/21 137/23 139/5
Exhibit 19 [2] 84/13 84/14
Exhibit 19 -- [1] 84/13
Exhibit 22 [1] 72/11
Exhibit 23 [1] 123/15
Exhibit 27 [1] 86/11
Exhibit 3 [1] 105/12
Exhibit 30 [1] 100/18
Exhibit 32 [1] 193/1
Exhibit 33 [1] 94/3
Exhibit 35 [3] 75/8 165/2 165/18
Exhibit 36 [1] 75/11
Exhibit 4 [3] 105/11 105/20 106/1
Exhibit 46 [3] 80/4 80/17 136/16
Exhibit 47 [1] 80/4
Exhibit 48 [1] 79/5
Exhibit 5 [3] 105/11 105/21 106/4
Exhibit 51 [1] 59/23
Exhibit 53 [1] 87/18
Exhibit 72 [1] 65/10
Exhibit 8 [1] 72/5
exhibits [24] 32/25 36/21 62/15 63/18 68/13 68/24 69/9 75/5 77/22 78/17 78/20 80/5 81/19 86/7 86/10 90/14 91/10 100/21 100/23 105/4 105/18 148/13 157/20 218/4
Exhibits 1 [1] 36/21
Exhibits 3 [1] 105/18
Exhibits 7 [1] 86/10
exist [3] 9/9 9/22 10/20
existed [1] 155/19
existence [1] 103/3
exists [1] 9/13
expect [2] 156/25 175/13
expense [1] 77/11
expensive [2] 21/8 41/19
experience [6] 60/12 96/24 98/21 99/14 119/14 178/16
expert [9] 6/11 6/12 12/17 26/13 28/4

**E**

expert... [4]  29/3 30/25 221/10 221/11
expert -- [1]  221/10
experts [2]  3/11 221/9
explain [6]  89/5 94/16 142/6 144/25 151/1 155/11
explained [1]  193/24
explanation [1]  104/17
explore [1]  28/7
extent [9]  6/8 60/21 62/24 92/14 99/17 124/24 155/4 218/10 219/8
exterior [1]  5/16
extinction [1]  103/7
extraordinary [1]  12/13
extremely [2]  150/2 155/14

**F**

fact [33]  3/11 3/20 20/17 26/2 49/7 57/9 62/4 64/14 66/17 71/25 76/10 77/20 83/21 91/1 96/1 98/15 100/9 107/5 135/16 144/10 146/5 152/17 155/17 164/24 175/19 175/20 175/25 182/20 183/1 187/3 188/20 206/9 219/25
factors [2]  21/1 70/5
facts [4]  34/19 34/23 79/20 175/11
factual [1]  63/3
fair [26]  49/6 114/8 116/13 116/22 129/1 134/12 134/22 142/21 145/22 147/6 161/19 162/3 162/8 163/21 164/23 169/2 178/22 187/5 187/6 188/23 196/4 196/8 198/13 209/19 210/9 213/12
fairly [2]  15/17 92/6
Fajardo [1]  204/14
fall [2]  12/10 72/9
falling [2]  69/7 69/16
false [6]  27/11 27/16 33/9 147/15 151/7 151/8
familiar [24]  9/24 23/23 39/16 65/10 65/24 79/11 81/2 81/11 81/15 86/9 86/14 88/5 99/10 100/15 104/15 104/21 104/25 134/12 137/13 139/6 177/21 178/3 180/13 200/16
family [3]  73/11 105/2 173/11
famous [1]  4/13
far [4]  16/8 80/13 111/1 129/17
farthest [1]  165/21
fashion [1]  36/2
fast [1]  23/10
father's [1]  11/4
faulty [1]  29/7
favor [1]  13/3
FDA [5]  59/2 60/12 174/19 175/8 175/15
fear [1]  34/3
feature [2]  7/5 18/22
features [3]  5/21 14/16 16/2
February [3]  1/6 64/21 184/19
February 8th [1]  64/21
federal [4]  110/2 110/8 110/17 110/21
fee [1]  209/4
feel [2]  30/17 107/10
feeling [1]  76/1
feels [1]  161/1
feet [7]  20/18 20/19 20/19 24/9 24/12 33/23 181/16
Felix [3]  190/4 190/11 191/14
female [1]  97/5
few [3]  48/15 102/15 215/16
fiberglass [1]  180/14
fifth [1]  3/24
fifty [3]  41/4 105/25 138/17
figure [2]  54/14 141/1
figured [1]  37/4
figures [3]  60/24 62/9 74/20

file [3]  27/21 78/5 155/24
filed [9]  26/10 26/18 27/7 33/8 33/18 111/1 111/5 184/19 186/5
files [1]  157/6
filing [1]  27/22
filled [1]  195/13
finally [2]  88/9 186/4
finally -- [1]  88/9
financial [2]  13/6 156/24
find [9]  5/22 5/25 8/14 15/20 41/6 58/2 185/4 210/1 210/15
findings [1]  27/18
fine [11]  18/10 28/1 30/8 40/15 61/22 88/14 142/17 149/11 151/2 191/3 206/13
finish [1]  221/2
finished [4]  43/5 208/5 210/24 211/10
firm [5]  4/2 39/5 39/7 39/12 49/12
firms [2]  49/5 144/16
first [73]  12/6 13/14 13/19 14/7 14/12 14/20 15/21 16/8 18/14 23/5 23/8 24/8 26/7 27/4 28/3 33/12 46/18 53/24 55/9 58/12 58/14 58/15 59/6 61/21 63/18 64/7 67/20 72/25 75/8 76/18 77/23 82/1 84/16 84/21 86/9 87/18 92/15 92/18 97/17 98/25 100/22 101/2 117/4 118/20 120/23 120/24 125/25 126/3 127/8 135/14 137/9 137/10 137/19 138/16 139/14 144/8 145/15 145/21 145/21 145/22 147/19 159/6 159/9 165/1 166/5 166/19 169/18 184/3 198/20 199/1 201/6 201/24 205/25
five [6]  31/8 31/14 53/8 65/22 76/11 94/10
five-minute [1]  35/3
fixed [5]  50/10 50/11 196/12 196/14 196/15
flag [1]  179/9
flat [2]  102/20 102/20
fledgling [1]  9/14
flier [3]  169/13 170/14 192/23
flier -- [1]  192/23
fliers [1]  192/21
flip [2]  132/8 189/17
focus [4]  71/24 80/24 81/13 136/14
focus -- [1]  136/14
focused [2]  23/18 76/24
focusing [1]  83/25
folks [2]  83/6 141/5
followed [3]  23/21 55/17 117/23
following [1]  60/12
follows [4]  35/13 51/18 190/14 203/12
followups [1]  48/15
font [2]  92/5 110/9
Fontes [1]  38/25
food [16]  8/10 73/13 123/21 123/21 124/2 125/10 125/11 125/12 125/13 153/19 153/22 168/1 168/5 168/6 219/2 219/3
foods [1]  74/17
for -- [1]  72/17
force [1]  10/23
foregoing [2]  222/6 222/9
forget [1]  82/17
forgive [1]  64/6
form [4]  5/15 101/16 174/14 174/15
forming [1]  63/8
forms [2]  70/25 87/15
forth [6]  27/23 54/23 71/24 83/19 87/3 222/8
forty-seven [1]  82/22
forward [6]  3/16 18/17 26/15 34/25 185/25 218/6
found [8]  11/14 19/5 19/12 20/7 58/19 80/13 185/5 208/21
foundation [3]  27/17 48/8 142/15
four [8]  81/23 85/12 94/9 112/18 128/19 134/19 159/17 160/24
fourth [2]  138/23 167/23
frame [2]  167/23 168/23
frames [1]  75/20
framework [1]  202/10
Francesco [1]  11/5
Francisco [5]  11/4 11/5 47/24 49/24 49/25
Francisco -- [1]  11/4
frank [1]  6/21
frank -- [1]  6/21
frankly [9]  6/20 8/4 60/25 61/22 103/17 155/7 156/11 219/1 221/2
free [3]  98/6 98/12 157/14
frequently [2]  23/20 117/22
from -- [1]  160/24
front [20]  17/11 19/11 24/18 41/11 44/11 61/9 82/2 93/23 113/8 115/21 131/19 170/11 177/4 177/6 177/7 178/9 181/7 197/15 217/7 217/12
front -- [1]  177/4
fruit [3]  31/19 91/16 178/21
full [2]  141/5 208/13
fully [3]  8/15 83/7 84/8
function [5]  5/7 52/22 89/13 130/7 130/10
functional [15]  5/8 5/11 6/24 7/3 7/5 8/3 8/5 15/16 19/8 25/24 152/22 152/23 153/2 160/21 161/5
functionality [9]  6/21 7/10 7/15 24/20 28/10 33/20 57/13 72/2 74/17
functions [1]  183/10
further [18]  38/17 48/14 49/13 51/3 62/14 84/20 107/16 139/16 181/1 189/3 189/4 195/15 202/3 202/5 202/6 207/23 217/24 222/8

**G**

Garcia [2]  218/23 218/23
GARCIA-GREGORY [1]  1/11
gather [2]  155/22 166/12
gave [12]  48/25 133/20 135/23 155/20 196/23 197/2 197/12 208/10 208/10 208/14 216/3 216/6
general [6]  31/3 63/5 118/15 162/13 162/20 188/19
generally [6]  62/7 67/6 71/4 84/14 116/25 162/4
generic [15]  21/18 22/13 23/3 23/22 87/11 88/7 88/13 117/2 117/16 135/24 137/2 139/13 186/8 186/13 186/22
generics [1]  23/24
genetic [1]  174/1
genre [1]  24/20
get [32]  20/17 23/18 26/25 31/24 33/15 39/8 41/6 58/25 60/11 62/4 62/5 75/25 92/16 95/11 97/19 110/16 111/2 112/9 130/4 132/14 136/13 137/9 139/14 139/19 141/22 145/24 165/7 183/4 185/7 187/8 194/22 196/14
get -- [2]  41/6 97/19
gets [2]  18/10 62/5
getting [4]  64/5 98/6 98/12 211/1
gigantic [1]  155/19
ginger [1]  116/25
girl [1]  116/1
give [16]  36/13 52/25 53/15 62/9 86/7 113/17 128/22 136/19 140/15 158/7 180/3 182/5 194/16 208/11 220/8 220/15
given [11]  17/16 32/18 48/23 60/22

## G

**given...** [7]  113/15 130/22 175/19 218/19 219/23 221/1 221/3
**gives** [3]  76/24 95/20 95/21
**giving** [1]  128/15
**glass** [9]  18/23 68/9 73/7 91/17 102/24 177/9 177/16 178/8 178/21
**glasses** [8]  20/19 20/20 42/16 80/20 80/21 83/3 129/24 201/15
**global** [1]  72/22
**go** [74]  3/24 4/20 17/5 18/9 18/17 20/18 21/5 21/23 26/25 36/23 40/6 40/8 40/23 43/14 47/11 50/1 50/2 50/3 50/7 50/8 50/8 50/9 50/13 50/14 50/14 50/18 50/22 62/13 71/6 72/20 76/2 83/4 87/11 89/19 89/19 89/23 90/3 90/6 95/16 99/8 101/1 105/23 111/9 113/12 115/2 116/19 122/11 123/6 123/20 123/22 124/23 127/20 130/21 131/16 135/22 136/16 138/21 138/21 139/16 142/18 155/5 156/7 156/16 158/19 165/19 172/21 180/9 185/25 196/10 209/21 210/8 210/8 211/14 212/5
**go --** [1]  89/23
**goes** [10]  34/24 50/13 60/20 78/13 87/24 157/17 158/5 195/7 197/21 205/5
**going** [61]  3/10 4/2 4/15 8/8 8/14 8/24 10/7 12/19 15/20 23/16 25/2 26/2 26/14 27/2 27/6 27/13 33/15 34/5 34/24 35/3 35/6 41/17 47/4 59/11 63/5 70/8 75/5 80/23 86/6 88/9 89/20 89/23 90/2 95/9 96/16 96/21 96/21 102/9 105/3 105/4 129/19 130/13 139/11 143/17 146/7 148/18 156/17 157/13 157/24 158/10 158/12 158/23 165/25 172/23 194/23 200/10 216/24 220/8 220/21 221/2 221/5
**gone** [1]  111/18
**Gonzalez** [1]  11/7
**good** [25]  21/12 27/5 35/9 35/16 38/23 38/24 51/7 51/21 51/22 76/1 98/17 98/23 103/15 103/17 103/22 106/11 108/3 108/6 108/7 147/23 173/5 195/18 208/3 208/4 209/12
**goods** [4]  5/8 7/7 53/4 188/15
**got** [71]  12/17 15/11 17/21 17/21 17/22 18/2 19/23 20/8 21/24 26/6 26/11 26/13 26/15 26/16 26/20 26/22 30/16 33/13 34/16 34/18 37/9 43/23 44/4 61/12 64/21 64/25 68/1 68/8 68/9 69/15 73/12 74/14 76/1 76/11 80/3 80/4 82/15 88/15 98/5 102/19 102/22 102/24 126/5 127/4 127/12 129/19 130/14 135/14 136/15 136/23 137/4 138/13 138/18 138/18 139/9 141/4 142/13 144/14 145/14 145/17 151/10 153/14 154/18 154/19 160/24 165/19 167/21 176/20 176/20 193/6 197/9
**gotten** [6]  25/10 104/10 138/22 143/24 146/6 152/11
**government** [1]  58/25
**grab** [6]  37/2 41/6 42/1 44/12 180/8 180/23
**grabbed** [7]  36/4 38/13 42/8 42/24 44/14 44/17 45/9
**grabbing** [1]  42/14
**gradation** [1]  122/3
**grades** [1]  132/6
**graduated** [7]  73/4 74/11 91/25 92/11 93/5 107/12 168/5
**Grande** [26]  47/11 47/23 49/22 49/23 49/25 50/8 50/8 171/1 171/7 205/6 205/9 206/17 207/5 207/12 208/7

208/18 210/13 214/7 214/13 214/16 214/17 214/20 214/21 214/23 215/5 217/16
**grant** [2]  10/22 14/23
**granted** [3]  3/14 13/4 13/6
**granting** [2]  7/11 12/14
**granular** [16]  54/21 58/6 74/3 164/6 164/13 166/9 166/13 166/17 167/1 167/8 168/1 168/20 168/25 173/9 173/12 215/21
**granulated** [3]  68/11 88/15 166/1
**Granutech** [1]  6/7
**graphics** [2]  88/17 102/16
**grateful** [1]  151/16
**great** [6]  4/20 74/24 90/20 90/21 104/19 167/20
**greater** [2]  64/10 99/17
**green** [3]  71/13 107/10 116/25
**GREGG** [2]  2/6 3/5
**grew** [1]  64/7
**grid** [4]  82/2 82/4 83/5 84/17
**groceries** [4]  43/15 43/20 44/1 209/1
**grocery** [16]  8/10 13/11 24/13 30/3 40/2 40/6 40/9 40/21 40/22 40/23 41/2 47/5 47/7 47/10 99/5 197/24
**ground** [1]  190/20
**group** [9]  29/21 52/17 52/20 53/7 79/22 80/9 140/5 140/8 140/9
**groups** [1]  71/24
**growing** [1]  75/4
**grown** [4]  65/23 67/11 104/24 134/16
**grows** [1]  99/18
**growth** [1]  25/4
**guess** [7]  12/22 29/23 141/7 145/23 146/4 172/14 188/18
**guessing** [2]  31/3 178/10
**guys** [1]  126/4
**guys --** [1]  126/4

## H

**habitual** [1]  99/6
**hac** [1]  3/13
**had** [90]  12/16 26/10 26/11 26/19 37/6 38/14 42/9 45/7 57/1 57/15 57/18 59/15 60/10 62/14 71/17 80/5 92/3 101/10 101/16 101/17 101/17 103/6 103/15 107/9 112/8 117/23 119/14 119/20 126/10 128/19 128/20 134/11 143/24 143/25 144/3 145/4 145/7 146/2 146/5 146/6 148/10 148/13 151/4 151/7 153/1 153/6 154/15 154/20 156/1 156/3 157/11 164/19 191/6 192/21 193/14 193/17 193/18 195/13 198/5 198/7 198/8 198/9 198/21 198/22 200/14 200/16 200/21 201/3 201/6 201/8 202/17 202/18 202/19 202/20 202/21 205/12 206/2 206/3 210/24 210/25 211/2 211/18 211/19 213/16 213/22 214/20 217/16 218/14 219/19 222/7
**hadn't** [2]  146/7 200/20
**half** [11]  9/13 27/4 75/10 80/3 80/4 82/18 86/20 86/21 104/1 104/2 135/18
**hand** [13]  32/3 44/24 47/17 77/22 78/18 86/6 95/10 124/23 129/22 156/6 156/8 158/23 199/14
**handed** [1]  219/6
**Handing** [1]  63/16
**handle** [6]  5/10 5/10 5/11 6/25 7/19 102/23
**handouts** [1]  61/12
**handy** [1]  176/21
**happen** [7]  74/22 96/16 96/21 97/16 97/18 98/2 99/17
**happened** [20]  36/23 40/4 40/19 67/8

97/11 97/11 187/9 192/9 192/15 194/8 194/17 194/18 194/21 197/7 205/6 205/8 206/2 206/15 211/19 211/25
**happening** [3]  4/15 99/16 193/21
**hard** [5]  34/18 45/15 118/24 118/25 124/8
**harder** [2]  18/11 23/16
**harm** [2]  13/3 13/5
**harmed** [1]  174/5
**harms** [2]  13/1 13/2
**has** [106]  5/5 5/10 6/8 6/23 7/2 9/11 9/12 11/10 11/12 12/4 13/2 17/22 18/14 20/10 20/12 22/2 24/19 25/4 25/21 29/1 29/18 30/14 30/16 31/20 32/5 32/6 32/6 32/6 37/17 43/6 47/7 48/11 61/11 66/13 66/14 66/15 66/23 67/8 67/11 67/11 67/23 78/1 83/18 83/21 96/23 103/25 110/2 111/1 112/16 113/11 117/21 117/23 118/7 118/19 118/21 122/13 123/5 123/7 126/19 126/24 129/17 129/22 140/18 142/1 147/2 147/5 148/5 148/8 148/20 148/25 150/16 151/25 153/11 160/3 161/12 161/13 161/17 161/20 164/21 166/4 169/21 170/11 170/17 174/2 174/20 174/20 177/4 177/6 177/7 177/14 177/16 178/7 179/1 185/17 193/1 194/8 194/21 200/2 204/16 207/8 210/1 210/3 215/7 215/13 221/11 222/9
**has --** [1]  17/22
**hasn't** [3]  27/15 60/22 157/11
**Hatillo** [3]  192/7 192/10 193/4
**have** [358]
**have --** [2]  53/19 99/15
**haven't** [6]  25/10 26/14 28/2 111/18 138/22 156/1
**having** [8]  35/12 51/17 61/9 74/11 172/4 183/22 190/12 203/10
**he** [52]  3/24 4/2 11/6 11/12 11/15 11/17 12/20 26/14 28/4 28/5 29/17 48/5 148/16 156/17 157/11 157/14 157/16 181/10 193/21 197/2 206/2 206/4 206/4 206/5 206/12 206/17 206/18 210/1 210/7 210/24 210/25 211/2 211/4 211/5 211/5 211/10 211/10 211/16 211/19 211/19 211/20 213/6 213/6 213/17 213/17 213/19 213/19 213/20 213/22 213/22 214/4 214/4
**He'll** [1]  6/13
**he's** [9]  11/6 148/19 157/10 157/10 184/16 190/8 190/9 203/6 206/9
**heading** [1]  205/10
**health** [4]  52/10 99/19 174/10 174/19
**healthier** [5]  162/18 162/19 162/21 163/5 163/10
**healthy** [4]  162/11 162/13 178/17 178/21
**hear** [8]  4/18 8/8 11/7 25/2 30/25 33/22 194/11 221/13
**heard** [11]  17/17 28/3 33/18 97/12 153/2 197/3 197/4 197/20 206/12 218/16 219/2
**hearing** [7]  1/10 4/5 22/21 22/22 27/23 62/20 148/12
**hearings** [1]  190/24
**hearsay** [3]  206/7 206/9 218/10
**heart** [2]  52/10 167/21
**heat** [5]  57/14 57/16 57/20 57/20 183/19
**height** [3]  93/24 94/3 94/23
**held** [1]  187/15
**help** [1]  61/18
**helped** [1]  61/19
**helpful** [1]  214/9
**Hemisferica** [1]  4/9

**H**

her [27] 39/7 39/8 50/7 50/9 60/24 61/3 61/9 61/20 61/21 99/1 142/18 143/14 148/7 148/16 148/17 149/12 149/12 151/1 156/14 156/18 192/17 192/19 192/22 199/6 199/8 199/14 199/19
here [121] 3/10 3/17 3/25 5/22 6/14 6/17 9/23 11/6 12/2 12/5 13/4 13/5 14/2 15/15 16/3 16/9 16/10 16/20 17/21 20/13 20/20 23/4 24/7 24/20 26/15 27/5 31/21 32/15 33/1 33/3 33/7 34/24 41/20 46/8 47/15 47/21 48/23 48/25 49/11 64/10 69/7 69/14 74/16 78/17 79/18 83/4 85/19 86/19 88/4 88/8 90/11 91/14 91/21 91/24 94/6 95/20 96/1 96/25 97/11 97/12 98/6 99/4 102/19 105/11 106/15 107/11 107/20 108/19 109/7 119/11 120/2 121/5 122/6 122/15 124/11 127/4 130/7 132/17 132/19 135/3 137/4 137/14 143/12 149/24 155/7 159/5 159/14 161/4 161/23 164/6 164/23 166/21 167/4 168/17 168/25 171/25 172/12 173/23 176/1 176/22 178/6 181/15 181/19 182/8 185/7 186/2 188/25 190/20 197/21 210/12 214/25 215/1 215/24 216/25 217/12 218/17 219/1 219/3 219/13 219/17 220/12
here -- [6] 69/14 95/20 97/11 106/15 149/24 181/15
here's [3] 17/15 128/8 165/8
hereby [1] 222/5
hereinbefore [1] 222/8
heretofore [1] 57/18
HERIBERTO [2] 2/7 3/6
herring [2] 9/7 10/19
Hey [1] 71/5
hiding [1] 27/15
high [5] 6/15 8/21 10/9 57/20 76/18
higher [3] 7/17 12/15 19/22
highest-priced [1] 21/10
highlighted [3] 14/21 84/23 96/14
highlighted -- [1] 96/14
highly [2] 71/15 157/7
him [14] 12/18 26/14 26/16 28/4 154/22 193/20 205/16 206/1 206/4 210/25 211/8 211/10 211/17 211/18
his [13] 11/10 11/17 12/20 26/16 26/17 29/4 29/5 85/25 186/5 210/8 213/23 214/4 214/16
historically [1] 54/19
historically -- [1] 54/19
history [4] 58/11 60/19 63/23 65/15
hit [1] 146/8
Hofstra [1] 53/19
hold [7] 38/14 44/12 53/18 53/20 124/14 127/10 138/2
home [7] 36/25 37/9 43/23 45/8 48/18 50/7 90/5
homework [1] 176/1
honest [4] 34/25 41/9 49/6 115/19
honestly [5] 70/11 80/14 92/25 97/16 220/25
Honor [104] 3/23 4/3 4/7 4/19 4/22 6/10 7/21 9/7 11/1 12/10 15/3 15/23 16/16 18/10 20/20 20/25 21/7 21/14 22/12 23/3 23/11 23/14 23/17 24/21 26/19 27/2 27/9 27/18 31/22 32/4 32/13 34/5 34/8 34/11 35/8 36/9 37/14 38/4 38/18 38/20 41/8 48/9 48/15 51/10 51/13 60/20 60/25 61/10 61/16 62/11 62/13 62/23 63/10 78/8 78/15 95/9 96/20 105/13 107/17 108/3 123/7 124/25 132/9 132/19 142/6 142/13 148/4 148/7 148/9 148/22 149/5 149/9 151/2 154/20 154/23 155/12 156/19 158/1 158/8 158/12 158/13 158/16 158/24 159/2 180/3 181/1 181/3 184/15 187/7 187/13 189/4 190/18 191/2 191/3 202/7 215/15 218/2 218/5 219/10 219/22 220/4 220/14 220/24 221/18
Honor -- [2] 16/16 23/11
HONORABLE [1] 1/11
horizontal [1] 168/10
horizontally [1] 93/16
horrified [1] 92/25
host [1] 71/13
hours [2] 12/22 50/4
house [3] 47/12 50/9 180/13
households [1] 79/25
housekeeping [3] 62/25 125/1 189/15
housewife [1] 97/5
how [59] 19/22 21/1 29/20 32/18 32/19 33/24 46/15 48/5 51/2 54/10 56/8 58/3 63/4 64/20 66/15 71/10 74/21 76/3 77/19 79/16 82/15 82/20 89/22 89/24 93/10 93/11 94/17 95/3 96/11 97/23 98/5 99/12 104/1 108/12 112/4 114/4 115/3 116/9 130/10 130/18 132/2 133/14 137/24 139/7 140/10 153/18 154/8 155/15 178/17 191/15 195/1 195/2 196/10 196/13 197/7 197/9 197/24 204/18 215/6
However [1] 151/18
huge [1] 27/1
Humacao [6] 205/7 205/9 207/1 208/18 214/17 217/17
Humacao -- [1] 208/18
hundred [9] 24/23 26/21 28/23 28/24 75/1 76/6 82/22 98/8 105/22
hundreds [1] 10/3
hurry [1] 40/24
Hypermercados [1] 207/1
hypothetical [1] 10/13

**I**

I -- [7] 38/12 40/18 44/11 47/22 49/11 74/24 115/19
I'd [12] 36/20 37/17 100/8 112/3 119/25 128/11 141/15 155/1 159/9 160/6 173/4 207/7
I'll [8] 41/18 43/17 43/19 46/1 110/9 111/15 147/19 159/14
I'm [10] 22/23 60/21 91/17 111/14 111/16 119/10 119/11 144/24 155/7 172/6
I've [14] 28/3 30/11 76/10 98/7 98/7 98/17 98/17 98/19 98/22 98/23 111/15 117/25 127/4 141/15
i.e [1] 188/2
iced [18] 15/20 16/3 17/10 17/22 18/13 18/23 19/3 31/19 68/9 73/7 102/24 177/10 177/16 177/25 178/5 178/7 178/8 178/24
idea [6] 14/23 31/23 110/17 164/21 165/8 172/2
Ideal [1] 73/10
ideally [1] 6/5
ideas [1] 157/25
identical [3] 33/4 94/1 94/22
identification [4] 36/12 37/18 37/18 93/7
identified [6] 67/25 69/21 73/23 88/24 126/10 146/5
identifiers [1] 116/14
identifies [1] 82/5
identify [11] 5/7 17/14 74/1 90/14 92/9 103/11 105/1 122/10 146/3 146/3 214/8
if -- [2] 121/18 209/14
Ignacio [1] 50/7
ignore [2] 11/15 33/20
ignored [2] 13/2 29/4
ignores [2] 31/11 31/11
image [2] 30/1 167/12
images [2] 18/22 165/19
imagine [1] 67/10
imagine -- [1] 67/10
immediately [4] 50/22 60/12 65/16 200/6
impact [1] 13/6
impeach [3] 148/16 148/16 148/19
impeaching [3] 148/4 148/5 149/10
important [10] 6/16 7/14 24/25 57/13 100/3 103/12 116/12 151/21 151/23 175/5
importantly [3] 13/8 13/11 103/10
impossible [1] 97/24
impression [4] 21/2 29/10 31/6 31/7
improper [2] 27/14 150/16
in -- [3] 32/8 78/25 195/2
inapplicable [1] 80/11
INC [4] 1/4 3/2 4/8 52/3
inches [1] 157/5
incident [4] 40/3 41/20 199/1 210/13
incident -- [1] 210/13
include [3] 153/25 179/20 179/22
included [3] 113/6 134/2 142/8
Incorporated [1] 62/6
incorrect [4] 142/14 143/2 147/13 163/22
incorrectly [1] 151/13
indeed [5] 12/16 17/7 20/25 120/17 121/15
indicate [1] 74/17
indicated [2] 39/4 187/18
indicates [1] 171/21
indicating [39] 16/9 16/10 18/8 19/21 21/6 21/7 21/8 21/9 22/15 22/17 28/22 28/25 29/8 29/9 30/3 30/10 31/5 32/25 33/7 43/14 44/10 44/13 68/18 70/14 111/13 111/13 116/8 117/12 124/14 131/17 140/25 176/22 201/13 215/1 215/20 215/24 216/18 216/25 217/13
indication [1] 19/18
indicative [1] 16/6
individually-wrapped [1] 18/24
indulgence [1] 105/5
industry [5] 56/3 57/15 62/7 95/15 99/25
information [10] 32/19 61/9 62/6 65/10 148/25 156/6 156/10 156/24 157/13 197/5
informational [1] 182/21
infringement [1] 22/20
infringing [2] 30/12 30/13
ingredient [18] 7/14 55/5 55/7 55/19 55/20 55/23 56/21 56/24 57/4 58/19 58/22 66/24 67/3 99/23 101/6 146/22 182/3 183/15
ingredients [9] 22/18 55/6 57/19 67/1 91/5 147/1 147/2 182/9 186/16
inherent [5] 14/22 14/24 16/7 16/11 20/15
inherently [19] 5/17 5/18 5/20 6/23 11/11 13/16 13/17 14/16 14/19 15/13 16/1 17/9 18/21 19/4 19/12 19/14 19/23 19/24 20/7
initially [1] 64/2
injunction [11] 1/10 3/3 5/23 10/23 12/14 13/4 13/6 13/12 22/21 27/23 32/2
injury [1] 13/13
inquiry [1] 7/10
inside [16] 22/15 22/16 22/23 44/15 68/17 69/13 72/14 74/18 86/12 86/22 115/12 163/5 165/20 187/21 188/11

**I**
inside... [1] 188/23
insisted [1] 192/19
instance [8] 5/9 46/7 109/21 110/5 110/7 116/25 123/21 124/13
instances [5] 4/17 8/8 104/4 194/6 219/4
instead [5] 40/13 41/21 133/10 169/4 183/15
integral [1] 19/17
intended [2] 40/13 202/21
intensely [1] 182/16
intent [2] 103/24 107/14
intentionally [3] 213/17 213/23 217/20
intents [2] 9/9 10/19
interact [1] 153/19
interaction [1] 154/7
interest [2] 161/16 161/24
interested [3] 162/7 162/8 162/11
interesting [4] 10/13 91/23 92/6 169/3
interesting -- [1] 169/3
interestingly [2] 84/8 93/15
interfere [1] 7/12
interim [1] 27/22
international [1] 53/18
Internet [5] 59/12 59/20 60/1 60/4 64/2
interpretation [1] 150/23
interpreter [8] 3/17 190/7 190/13 190/19 190/21 190/22 191/10 203/11
interpreters [2] 190/21 191/7
interview [1] 149/21
into -- [1] 45/19
introduce [2] 11/3 58/24
introduced [8] 58/12 58/14 58/15 58/17 89/7 104/3 166/19 176/2
introducing [2] 166/22 166/25
invested [6] 57/1 58/22 74/25 75/1 107/7 164/25
investment [3] 101/12 101/13 101/16
inviting [1] 80/1
involve [2] 5/2 5/3
involved [7] 7/9 30/18 30/19 53/10 69/25 70/1 115/20
involving [1] 137/9
Inwood [1] 7/3
IRI [3] 62/6 62/8 62/10
irrelevant [1] 157/12
irreparable [1] 13/13
is [930]
is -- [11] 23/6 61/6 76/21 84/16 87/21 88/19 99/10 130/17 152/2 165/13 169/23
Isabel [1] 192/5
Island [1] 53/19
isn't [12] 5/8 6/24 6/24 8/7 9/21 10/14 14/23 31/23 116/13 143/12 145/14 219/6
issue [32] 5/25 6/18 6/18 6/21 7/18 8/5 9/8 13/15 15/15 16/8 18/8 23/3 63/4 77/16 107/11 107/15 107/15 118/14 122/15 156/22 164/9 167/12 168/9 168/18 168/25 173/23 183/18 187/10 188/22 188/24 188/25 206/9
issue -- [1] 188/22
issues [8] 12/19 12/20 21/24 23/6 61/11 156/8 157/15 158/4
it [704]
it -- [4] 29/4 100/25 125/22 154/15
it's [252]
It's -- [2] 93/2 170/10
items [2] 94/1 107/13
its [17] 5/21 10/24 20/4 23/20 24/1 69/23 98/13 103/7 117/23 118/4 118/16 147/5 147/6 156/9 156/9 185/22 221/11

itself [7] 14/9 14/14 28/9 74/22 98/13 155/17 173/10
itself -- [1] 155/17
Ives [1] 7/4

**J**
JAG [1] 1/4
January [8] 40/20 64/9 92/22 205/21 207/16 208/8 208/14 216/6
Japanese [1] 191/5
jar [1] 165/22
Javier [1] 11/5
JAY [1] 1/11
job [9] 49/9 147/23 209/10 209/14 209/15 209/24 210/8 213/14 215/12
job -- [1] 209/14
Johnson [39] 4/9 4/9 20/1 20/1 52/4 52/4 53/8 53/8 70/7 70/7 114/14 114/14 115/6 115/6 115/13 115/13 115/16 115/16 115/18 115/18 118/2 118/2 118/3 191/19 191/19 191/21 191/22 192/2 195/5 195/5 195/23 195/23 196/1 196/1 196/3 196/3 198/24 203/19 203/20
Johnson's [6] 116/2 116/4 116/7 116/8 118/4 198/24
joined [2] 53/13 70/7
Juan [1] 1/6
JUDGE [3] 1/11 10/13 70/4
Judicial [1] 23/7
judicially [1] 23/7
jug [4] 5/10 6/25 7/19 7/19
juice [7] 91/18 91/20 93/6 117/7 178/10 178/13 178/21
juror [1] 16/4
just [116] 8/9 16/10 18/9 27/16 28/18 29/23 30/20 32/20 34/10 38/7 43/14 44/12 47/14 49/4 50/1 50/7 50/8 50/19 54/4 58/9 60/11 60/20 60/23 60/23 61/2 61/17 61/22 62/24 67/6 74/4 74/9 74/22 75/15 76/6 77/18 79/4 79/5 80/5 80/25 81/10 81/20 82/4 83/9 83/9 84/20 87/2 93/23 94/6 97/23 101/13 101/18 105/3 105/7 105/9 111/21 113/12 115/20 115/21 118/1 121/19 122/1 122/5 122/11 122/16 122/16 124/11 124/16 124/22 126/19 126/24 133/8 133/20 140/22 140/24 143/20 144/25 145/3 148/17 149/1 149/2 149/3 152/16 154/9 155/8 158/7 158/9 158/12 158/18 164/12 164/24 167/8 167/11 173/21 183/11 184/1 185/24 187/18 188/13 188/19 189/19 192/14 193/3 194/4 194/23 197/12 197/14 208/5 214/15 215/16 215/19 218/8 218/21 218/24 219/14 219/22 221/7
just -- [1] 60/23

**K**
KARLA [2] 2/4 3/4
Karry [3] 192/7 192/10 193/4
Kash [3] 192/7 192/10 193/4
keep [2] 44/5 63/15
keeping [2] 91/25 146/4
key [8] 72/23 75/25 77/21 152/2 159/11 159/23 162/23 165/14
kids [3] 49/21 50/5 115/25
kind [9] 46/3 52/6 54/17 61/16 85/8 92/4 98/21 117/19 191/20
kinds [1] 117/5
kiwi [1] 91/17
knew [11] 130/18 131/1 131/13 131/14 132/3 133/15 139/2 139/22 139/23 213/22 214/3

know [132] 8/11 8/24 8/25 10/6 10/6 20/2 20/3 20/4 21/17 21/18 29/18 29/23 29/24 30/6 32/17 34/11 40/20 41/12 47/9 50/16 54/22 61/5 63/15 66/15 66/19 68/8 71/8 71/9 71/24 72/1 79/7 80/19 81/10 83/17 83/18 84/5 84/7 86/16 87/11 87/23 90/4 90/9 93/7 94/7 94/21 95/18 98/4 98/5 98/21 99/4 100/6 100/12 101/3 101/14 101/20 104/23 107/10 111/1 111/6 113/11 116/11 116/17 116/20 122/14 123/5 123/7 124/20 124/21 126/15 127/18 128/5 129/7 130/10 132/2 133/6 133/14 135/9 135/22 135/24 137/20 140/10 144/5 150/24 151/18 152/23 153/5 155/2 156/11 157/5 157/16 157/23 162/9 163/15 171/6 172/11 174/13 174/25 175/1 176/20 184/4 185/21 188/23 189/25 191/5 191/6 194/10 194/18 194/22 194/22 194/23 196/9 196/10 196/11 196/14 198/12 198/22 201/22 202/9 205/20 206/6 209/1 210/25 212/3 212/20 212/22 212/25 213/19 213/19 217/19 218/8 220/7 220/24
know -- [4] 50/16 98/4 188/23 220/7
knowing [2] 134/21 188/10
knowledge [6] 102/14 110/24 111/3 111/4 183/16 185/24
known [8] 20/1 24/10 24/11 69/20 125/13 135/18 146/25 193/18
knows [5] 28/5 32/16 48/5 124/22 129/4

**L**
label [16] 14/21 15/23 16/22 16/22 16/23 16/25 17/4 19/21 56/4 81/9 87/2 87/9 99/23 175/23 175/25 205/3
label -- [1] 16/25
labeled [9] 87/12 87/13 100/4 100/5 175/5 175/7 175/8 189/18 208/23
labeled -- [1] 100/4
labels [6] 14/8 14/11 14/16 16/14 16/15 17/9
Laboratories [1] 7/4
lack [1] 101/11
Lactaid [1] 52/8
lady [6] 43/25 44/2 45/25 46/5 50/21 192/16
landscape [1] 153/25
language [1] 197/11
Lanham [3] 11/13 11/22 22/20
large [2] 69/6 145/24
largely [12] 54/19 54/21 86/19 87/2 87/3 87/16 90/21 91/1 140/9 153/19 183/17 183/17
largely -- [1] 183/17
larger [1] 172/2
largest [3] 52/16 70/25 83/15
last [22] 6/9 9/13 11/15 12/16 12/23 24/24 26/17 27/4 27/17 39/8 64/20 65/1 78/25 85/11 92/20 158/16 160/19 160/25 165/25 168/23 180/4 202/13
late [3] 53/11 82/21 207/16
later [7] 6/14 11/7 26/15 55/17 55/22 156/15 187/4
latest [1] 62/9
Latin [1] 178/4
launch [21] 53/14 59/11 64/2 65/14 65/17 65/20 66/18 66/21 69/25 70/10 72/8 74/24 75/9 76/7 107/9 119/2 165/3 166/5 166/18 166/19 169/13
launched [22] 53/11 55/9 55/18 59/2 59/3 59/5 59/7 59/10 64/1 64/24 65/16 65/17 66/19 70/19 71/22 98/11 101/10 103/4 119/19 120/4 120/23 120/24

**L**

**launched --** [1] 120/23
**laundry** [3] 5/9 6/25 7/19
**law** [12] 12/3 12/5 15/2 18/20 27/19 31/12 39/5 39/7 39/12 49/5 49/12 187/4
**laws** [1] 23/6
**lawyer** [3] 39/9 113/18 208/5
**lawyers** [10] 39/13 39/24 108/23 196/25 197/6 197/12 208/10 208/14 216/4 216/7
**lawyers'** [1] 112/21
**leader** [22] 18/18 23/20 28/12 64/13 64/14 64/15 65/18 66/18 70/23 97/17 97/22 98/13 107/8 108/20 117/7 117/18 117/23 119/4 119/8 119/11 120/17 121/8
**leader --** [1] 119/11
**leaders** [4] 25/21 66/20 70/21 73/21
**leading** [12] 38/4 54/24 55/1 55/25 56/5 56/9 61/14 67/16 68/21 70/23 89/18 184/16
**learn** [1] 156/10
**learned** [1] 95/3
**least** [7] 24/23 84/23 160/14 173/7 198/2 209/13 218/25
**leave** [4] 45/24 46/2 189/19 189/24
**led** [1] 56/12
**left** [18] 91/20 130/16 130/21 131/18 136/15 137/4 145/18 145/18 160/20 160/25 165/22 170/21 179/2 179/9 194/3 194/4 217/14 221/11
**left --** [2] 160/25 165/22
**left-hand** [6] 44/11 73/8 74/14 91/17 102/25 181/19
**legal** [3] 128/12 141/7 141/8
**legalese** [1] 118/24
**legitimate** [3] 4/12 4/14 7/12
**less** [23] 7/17 9/11 15/25 31/7 31/13 41/19 101/20 101/22 145/20 153/15 171/16 171/19 171/19 171/20 172/11 172/23 196/7 196/8 206/9 207/16 218/13 218/16 218/18
**less --** [1] 172/11
**let** [52] 15/14 23/15 23/18 36/8 36/12 40/1 43/17 48/21 59/23 60/15 68/3 68/13 69/9 72/4 73/25 76/13 77/22 78/18 80/17 80/19 81/13 81/18 86/7 87/18 88/2 91/10 95/7 123/8 127/2 127/4 128/2 128/2 129/8 134/25 135/14 135/24 142/18 146/11 147/25 154/9 155/11 159/5 192/24 193/3 200/22 208/5 208/6 208/25 209/22 213/19 216/16 219/10
**let's** [27] 12/2 18/7 24/22 30/8 53/23 65/8 67/13 69/23 72/20 80/24 81/25 82/8 84/13 84/22 86/1 88/25 89/15 90/8 90/10 106/6 127/8 130/4 142/18 184/1 189/13 192/22 220/20
**let's --** [1] 18/7
**letter** [2] 141/8 151/14
**lettering** [4] 9/21 68/19 176/25 177/7
**letters** [8] 30/15 42/7 42/15 73/2 74/12 121/7 121/10 179/12
**level** [4] 10/8 31/1 31/5 135/15
**levels** [2] 57/20 183/16
**life** [1] 159/15
**LifeScan** [1] 59/13
**lifestyle** [1] 162/18
**light** [5] 42/6 71/10 73/5 92/1 92/12
**like** [101] 5/14 6/5 6/24 7/19 7/19 7/24 14/3 14/9 16/22 19/21 20/13 24/5 25/7 25/25 26/1 26/1 30/3 36/20 37/17 38/16 41/17 44/10 44/12 50/17 56/3 58/4 60/1 67/19 69/8 72/1 72/19 73/9 73/14 74/5 74/15 78/12 89/10 89/12 98/14 99/2 99/21 100/8 101/1 101/21 107/6 109/3 112/3 113/9 116/7 118/24 119/25 121/9 126/18 128/23 131/8 140/10 141/15 147/17 152/16 152/17 153/22 155/1 156/24 157/21 158/17 159/10 160/6 160/22 161/1 161/1 161/1 161/2 161/25 162/2 162/5 163/2 165/23 166/21 166/23 173/1 177/9 178/16 180/23 180/24 183/9 190/6 190/19 192/25 193/17 194/18 201/8 201/13 203/4 207/7 209/3 212/16 212/20 214/25 216/9 218/3 219/1
**liked** [1] 103/22
**likelihood** [15] 5/22 5/25 11/20 11/25 12/4 12/6 12/24 20/8 23/2 26/4 26/20 27/1 31/10 33/22 34/7
**likelihood-of-confusion** [1] 29/21
**likely** [9] 5/24 12/11 15/25 29/8 97/13 99/17 100/11 105/1 172/16
**likes** [1] 163/18
**line** [4] 32/9 32/10 83/25 155/15
**lines** [1] 137/17
**list** [11] 17/15 17/16 18/17 63/11 63/12 81/11 81/21 83/12 124/25 136/14 137/5
**listed** [4] 96/9 159/10 159/23 161/4
**listen** [1] 144/17
**Listerine** [1] 117/8
**lists** [1] 95/22
**literally** [2] 34/10 148/16
**litigation** [1] 191/5
**little** [38] 23/19 32/18 40/1 40/25 53/23 56/16 57/23 58/8 58/11 60/19 63/23 65/8 65/14 70/4 70/5 77/6 79/16 86/1 89/1 90/8 93/22 94/10 101/16 112/6 116/1 127/2 132/4 133/1 136/25 153/21 158/14 168/23 172/22 179/2 182/20 182/23 184/22 217/14
**little-known** [1] 9/18
**live** [3] 49/15 49/16 144/24
**lives** [1] 50/1
**living** [3] 35/20 51/23 145/1
**local** [1] 69/5
**LoCASCIO** [19] 2/6 3/5 38/19 38/22 48/5 85/25 106/25 108/5 155/20 156/14 181/9 181/16 183/24 185/17 186/4 187/17 195/17 208/2 217/15
**LoCascio's** [1] 186/25
**located** [5] 68/17 69/13 192/6 204/22 205/11
**location** [2] 93/25 93/25
**logic** [2] 19/2 135/2
**logical** [1] 27/25
**Logistically** [1] 158/6
**logo** [24] 19/25 20/13 20/15 20/16 68/10 73/12 90/18 91/23 92/6 92/7 93/5 93/25 107/12 110/7 110/8 122/3 122/3 126/20 140/23 147/17 168/4 168/5 168/7 179/5
**logo --** [1] 92/6
**logos** [7] 140/21 145/5 145/7 145/9 184/5 185/23 185/25
**long** [8] 23/18 23/24 53/19 66/15 104/1 112/4 137/5 157/18
**longer** [1] 20/14
**longest** [1] 67/24
**look** [68] 8/12 11/18 12/2 15/19 16/22 19/2 21/1 22/18 26/13 26/15 30/3 30/17 34/18 42/6 43/4 43/13 44/9 45/10 45/16 46/13 64/19 70/17 71/2 71/7 71/23 73/16 76/14 83/10 83/10 83/11 83/11 93/4 93/20 94/6 95/7 95/21 96/18 98/14 99/4 104/8 104/15 104/16 107/6 107/10 111/23 114/9 115/17 115/18 115/22 116/19 122/2 127/2 127/5 127/8 137/23 139/5 145/12 154/1 159/1 165/18 166/21 178/12 179/19 192/22 194/12 194/24 211/12 212/22
**look --** [1] 104/15
**looked** [20] 24/5 46/11 58/1 70/12 71/12 71/13 71/13 93/1 93/20 111/20 127/13 131/16 133/20 136/12 140/25 148/24 171/24 192/23 201/24 206/5
**looking** [22] 84/20 85/4 90/2 90/3 94/24 122/2 122/12 124/3 124/5 124/6 124/11 124/16 131/20 140/17 154/2 162/13 163/25 163/25 172/19 193/9 211/14 215/19
**looks** [14] 7/24 21/21 60/1 113/9 116/7 126/18 131/8 165/21 165/23 166/21 177/9 201/13 212/20 214/25
**loophole** [1] 6/7
**loose** [1] 23/10
**loot** [1] 42/4
**lose** [1] 97/18
**loses** [1] 196/6
**loss** [2] 97/22 98/2
**lost** [4] 98/17 98/19 98/22 98/23
**lot** [29] 10/14 21/8 21/11 32/17 34/11 49/8 80/23 97/13 98/7 98/17 114/16 114/22 116/7 118/24 129/16 129/24 140/3 140/5 157/21 159/1 159/15 164/3 164/4 164/22 164/25 176/12 177/23 177/25 212/20
**lots** [1] 83/18
**loud** [1] 196/23
**low** [51] 9/15 15/5 18/21 19/7 31/16 55/3 55/11 55/21 55/25 56/7 57/22 64/11 67/21 67/23 67/23 68/6 68/9 68/18 69/19 69/22 70/23 73/22 81/8 84/2 84/6 89/8 114/12 123/23 125/13 129/15 136/8 137/1 137/15 137/16 137/21 137/25 138/15 139/14 139/15 139/18 140/21 140/22 153/9 154/12 159/19 159/24 160/9 160/16 177/12 215/25 216/1
**Low --** [1] 67/23
**Low's** [1] 177/14
**low-calorie** [6] 7/21 91/22 154/2 183/2 183/3 183/8
**low-priced** [1] 103/1
**lower** [10] 22/6 22/7 34/4 70/24 109/23 109/25 117/19 133/1 135/14 181/19
**loyal** [1] 115/7
**lunch** [1] 107/20
**luncheon** [1] 107/21
**lying** [1] 220/2
**Lyle** [1] 57/1

**M**

**ma'am** [1] 69/2
**Mabel** [1] 218/23
**made** [70] 15/4 15/5 19/6 22/24 24/5 25/6 26/3 42/13 55/11 57/3 72/1 72/18 73/8 73/13 74/15 76/22 85/4 91/20 93/8 93/8 114/4 121/12 122/4 147/5 147/7 147/8 147/10 147/14 147/16 147/17 148/6 150/6 150/9 151/5 151/20 151/20 151/22 151/24 151/24 151/25 152/2 152/3 152/7 152/17 157/4 158/18 160/24 160/25 161/12 161/13 161/17 161/17 161/21 161/25 161/25 161/25 162/8 162/23 163/9 163/17 163/18 166/22 170/12 179/13 179/15 181/20 181/21 213/6 219/25
**mail** [1] 144/16
**mailed** [3] 144/22 145/3 184/1
**main** [1] 154/4

# M

mainland [1] 108/12
major [3] 56/5 100/11 101/7
majority [1] 53/4
make [43] 15/8 15/9 15/10 17/9 19/14
 21/10 23/8 24/17 29/2 36/15 50/23
 50/24 62/25 72/23 86/24 96/24 113/12
 113/18 114/16 117/16 118/25 121/19
 122/21 122/23 125/16 143/4 154/9
 155/9 157/12 159/15 162/18 183/21
 184/9 185/1 185/11 186/1 186/8 196/7
 204/21 209/10 209/15 213/14 221/5
makers [2] 101/12 104/12
makes [9] 30/4 30/22 114/14 152/21
 157/21 158/13 188/17 195/25 196/4
making [3] 15/9 23/7 29/25
man [2] 13/25 14/5
Management [2] 191/16 203/18
manager [3] 35/21 198/9 210/16
Managing [1] 191/17
manufacturer [2] 103/8 104/10
manufacturer's [1] 213/11
manufacturers [4] 23/4 103/21 117/16
 186/8
manufacturers -- [1] 103/21
many [21] 29/20 46/15 57/1 57/2 80/6
 82/15 82/20 97/15 98/7 99/12 103/21
 108/13 130/18 132/2 136/10 137/24
 139/7 140/11 155/15 188/20 204/18
margin [3] 171/13 172/16 172/18
margins [2] 156/24 156/25
mark [4] 7/11 11/19 24/16 125/1
marked [8] 36/12 37/17 120/2 129/22
 172/22 193/1 207/8 218/4
market [143] 6/17 8/3 9/10 9/11 9/14
 9/15 9/17 9/22 10/20 18/18 23/20 25/6
 25/17 25/21 28/12 29/14 30/23 31/24
 32/16 33/9 34/17 34/19 52/7 53/24 54/3
 54/6 54/25 55/2 55/10 56/20 58/12
 58/17 58/25 59/3 60/2 62/7 64/1 64/8
 64/10 64/13 64/14 64/15 64/15 64/23
 65/6 65/7 65/13 65/18 65/18 65/19 66/4 66/5
 66/10 66/17 66/20 67/7 67/11 67/11
 67/24 70/21 70/21 73/21 73/22 75/2
 75/17 76/17 79/20 79/23 80/15 80/16
 86/18 87/6 87/7 87/7 87/16 88/4 88/25
 89/2 89/25 89/25 95/4 96/3 96/17 97/17
 97/17 97/22 98/9 98/13 99/16 101/18
 101/20 101/24 101/25 102/1 103/25
 104/1 106/18 107/8 108/8 108/15
 108/16 108/20 108/25 109/8 109/14
 109/16 117/7 117/18 117/22 118/21
 119/3 119/8 119/10 119/20 119/23
 119/25 120/1 120/2 120/13 120/17
 120/21 120/25 121/1 121/8 123/21
 123/25 125/9 133/18 133/24 134/1
 134/20 137/13 138/17 146/25 154/1
 161/24 162/10 163/5 171/8 171/24
 172/1 178/3 178/5 179/24
marketed [2] 56/2 97/14
marketer [3] 83/10 84/25 124/21
marketing [17] 51/24 52/18 52/21 53/4
 53/6 62/8 72/22 89/17 96/24 97/3 117/9
 118/5 147/20 147/23 157/3 163/16
 164/10
marketplace [21] 4/16 13/9 19/2 32/2
 33/5 95/24 96/22 101/16 103/1 107/8
 108/13 123/20 125/19 134/17 134/18
 134/19 135/17 162/4 163/11 164/4
 179/19
markets [4] 52/15 59/16 59/22 109/4
marks [2] 173/11 173/21
markup [2] 172/18 173/2

Master [1] 53/21
matched [1] 137/15
math [4] 132/4 132/7 134/5 173/4
matter [9] 62/25 63/5 119/15 120/20
 125/1 185/21 189/15 206/10 219/22
matters [1] 221/7
may [28] 3/24 11/2 11/3 15/22 15/24
 16/2 35/8 36/9 44/23 44/24 51/9 51/13
 60/16 62/11 72/11 76/3 111/5 132/8
 132/19 134/1 148/7 149/5 149/6 151/20
 152/11 160/2 168/22 207/7
maybe [10] 28/1 28/2 55/15 77/5 126/20
 158/17 173/2 173/10 209/7 220/3
Mazis [2] 6/12 221/11
McConnell [7] 35/21 39/5 39/19 48/21
 219/16 219/19 220/1
McNeil [64] 5/24 6/7 6/10 9/18 20/1 23/5
 23/5 23/15 23/20 23/25 24/19 25/3
 25/11 25/12 29/17 31/17 32/16 39/10
 51/12 51/25 52/1 52/2 52/6 52/12 52/19
 52/23 53/13 57/1 58/25 76/8 77/16
 108/23 110/2 110/7 110/16 110/21
 111/1 115/12 117/22 118/2 118/3 118/7
 118/8 118/15 118/19 120/24 125/20
 141/5 142/21 149/24 154/19 154/24
 156/5 157/9 159/22 160/20 161/5
 164/12 173/20 185/17 185/21 186/6
 209/19 221/11
McNeil -- [1] 141/5
McNeil's [6] 10/22 25/4 70/5 108/23
 113/18 156/24
MCNEIL-PPC [7] 1/4 3/1 4/8 52/3 52/13
 52/13 52/15
me [112] 15/14 23/15 23/18 30/4 35/20
 35/25 36/8 36/12 40/1 43/17 43/18
 44/11 45/20 46/1 46/2 48/21 49/8 50/21
 59/23 60/15 61/22 62/9 64/6 67/19 68/3
 68/13 69/9 70/4 72/4 73/25 76/13 77/22
 77/25 78/18 80/17 80/19 80/19 81/13
 81/18 86/7 87/18 87/19 88/2 91/10 95/7
 96/13 101/1 109/3 115/21 117/10
 117/10 118/24 118/25 119/12 120/23
 123/6 124/8 127/2 127/4 128/2 128/2
 128/14 129/8 134/25 135/14 136/19
 137/23 137/24 143/6 143/7 146/11
 147/25 154/9 155/11 157/22 158/6
 158/12 158/15 159/5 159/10 164/10
 165/7 168/1 180/3 192/12 192/17
 192/18 192/20 192/24 193/3 193/21
 193/22 196/24 199/8 199/8 199/14
 199/14 199/21 200/22 205/8 205/15
 208/5 208/6 208/25 209/22 213/19
 213/20 214/3 214/13 216/16 216/23
 219/10
me -- [2] 36/8 60/15
mean [34] 33/11 33/11 40/18 45/4 49/6
 57/9 64/24 67/10 77/5 89/5 92/25 93/2
 94/18 97/2 102/3 114/25 122/21 135/1
 135/5 145/13 145/23 148/4 152/24
 153/15 172/18 192/13 196/9 198/6
 201/22 202/16 211/16 211/24 220/1
 220/10
meaning [16] 6/2 6/6 6/11 6/24 12/21
 15/25 16/6 26/5 26/8 26/12 26/22 27/6
 28/15 28/23 29/2 183/3
means [8] 7/2 59/8 85/10 101/14 115/2
 176/5 178/17 219/10
means -- [1] 101/14
meant [4] 109/3 170/8 211/6 213/2
meantime [1] 81/20
measure [3] 89/24 113/2 154/8
measured [4] 93/18 112/8 112/21 113/4
measurement [1] 157/5
measurements [3] 76/24 94/3 112/20

measures [2] 74/5 161/1
meat [1] 50/20
meet [4] 12/14 14/22 23/1 33/14
memory [1] 61/21
mention [2] 26/11 150/25
mention -- [1] 150/25
mentioned [15] 39/19 57/21 60/10 68/21
 76/10 87/9 89/7 103/6 104/19 111/8
 146/24 153/24 160/2 170/11 206/18
merchandise [6] 191/21 191/23 194/9
 204/4 204/10 210/1
merchandiser [1] 209/25
merchandisers [1] 209/13
merchandising [1] 194/5
MERISANT [15] 1/7 3/2 6/3 9/2 10/23
 11/4 11/6 13/5 13/10 20/10 56/13 65/25
 91/8 106/7 156/5
Merisant -- [1] 156/5
Merisant's [5] 9/1 35/22 67/9 90/8
 156/24
merits [4] 5/24 12/7 33/18 33/19
merits -- [1] 5/24
mess [1] 158/18
message [11] 25/7 25/9 25/24 75/25
 147/14 150/3 150/9 152/12 153/2 169/4
 180/17
met [4] 14/24 26/14 28/2 33/16
metabolize [1] 174/17
metabolize -- [1] 174/17
method [1] 71/15
methodology [3] 12/20 79/6 143/21
Mexico [1] 11/6
Michael [1] 6/12
middle [3] 14/10 81/14 170/2
might [19] 22/15 47/22 47/22 48/3 49/21
 60/22 63/4 67/10 87/12 87/13 104/18
 105/1 150/25 159/15 175/20 175/21
 183/21 193/13 213/10
might -- [1] 47/22
milk [1] 50/20
million [13] 54/4 54/4 54/14 64/25 65/1
 65/21 65/22 75/1 76/6 76/11 76/12 98/8
 98/9
millions [1] 20/12
mind [2] 130/5 187/3
mind-set [1] 90/6
minds [2] 25/19 153/12
minute [7] 26/17 34/11 94/7 105/10
 136/19 144/5 163/15
minutes [6] 97/6 99/9 111/10 111/12
 111/14 112/6
misled [1] 186/23
misplaced [1] 214/14
misrepresentations [1] 34/24
Miss [54] 37/23 38/25 39/1 39/4 40/1
 41/11 45/9 47/1 47/4 48/12 48/18 49/14
 51/12 51/21 76/25 92/14 98/25 100/15
 105/3 105/17 108/6 111/23 112/3 113/8
 115/25 119/14 125/3 128/2 129/16
 129/25 142/9 142/20 144/17 147/19
 148/24 148/25 149/15 150/13 151/4
 154/14 154/24 155/14 158/21 159/5
 160/7 163/3 163/16 164/17 167/4 173/9
 176/4 181/7 186/4 221/1
Miss Sandler [1] 129/25
Miss Sandler's [1] 155/14
missing [3] 50/20 50/20 204/5
misstatement [2] 127/23 187/8
mistake [14] 42/13 193/14 193/16
 193/19 193/21 200/9 200/14 200/15
 202/1 202/16 202/19 213/6 213/18
 217/22
mistakenly [2] 41/22 99/1
mixed [1] 8/12