**M**

model [1] 21/12
modified [1] 91/24
moment [16] 7/1 41/7 41/15 68/3 142/20 192/24 193/13 193/20 197/18 198/5 198/22 200/8 202/19 206/1 208/17 211/12
money [9] 21/11 74/25 83/18 104/20 107/7 164/19 195/25 196/4 196/8
monitor [2] 32/4 197/15
monopoly [1] 118/21
Monsanto [1] 15/4
month [2] 50/12 205/21
months [2] 40/19 64/7
more [53] 7/8 12/7 12/11 12/11 13/8 14/5 20/23 21/8 21/15 24/6 24/13 25/17 29/8 58/4 58/6 76/23 83/21 84/21 87/11 88/13 90/4 98/14 109/21 111/24 112/5 112/6 113/20 125/24 127/2 129/16 135/25 138/22 145/19 162/7 162/8 162/11 162/15 163/2 163/19 163/23 163/24 168/22 172/11 172/16 176/17 196/3 196/4 207/16 213/11 215/16 218/16 218/18 218/24
more -- [1] 58/6
moreover [1] 32/18
morning [14] 6/14 35/9 35/16 37/1 38/23 38/24 44/4 44/22 45/19 51/21 51/22 219/20 220/21 221/16
most [25] 5/15 13/11 29/10 57/13 58/7 62/5 81/11 89/18 94/20 102/2 102/7 103/9 108/20 116/14 122/20 138/11 138/14 138/18 139/9 139/15 139/17 153/16 154/13 179/25 210/3
mostly [1] 106/16
mother [3] 50/1 50/2 50/4
mother's [1] 47/12
motion [2] 10/22 32/1
motions [1] 3/13
mouthwash [1] 117/8
move [7] 14/19 62/18 137/14 155/1 189/18 189/20 221/12
moving [3] 62/17 103/21 148/3
Mr [10] 13/24 38/22 51/20 106/25 108/5 181/5 181/9 187/17 195/17 208/2
Mr. [32] 11/9 11/10 12/4 13/2 14/17 16/9 17/17 19/10 29/4 29/16 38/19 48/5 85/25 126/4 155/20 156/14 181/16 183/24 185/17 186/4 186/25 187/20 190/6 191/15 195/11 195/22 202/9 203/4 203/17 212/3 212/18 217/15
Mr. LoCascio [10] 38/19 48/5 85/25 155/20 156/14 181/16 183/24 185/17 186/4 217/15
Mr. LoCascio's [1] 186/25
Mr. Mundo [4] 203/4 203/17 212/3 212/18
Mr. Muniz [4] 190/6 191/15 195/22 202/9
Mr. Special [1] 195/11
Mr. Zalesin [10] 11/9 11/10 12/4 13/2 14/17 16/9 29/4 29/16 126/4 187/20
Mr. Zalesin's [2] 17/17 19/10
MS [5] 35/15 48/17 190/16 203/14 215/18
MSSS [5] 194/5 203/23 209/10 209/18 213/1
MSSS's [1] 209/15
much [22] 11/9 11/18 16/22 19/22 20/14 21/1 24/6 25/4 29/14 34/1 56/18 76/4 82/4 84/17 93/21 96/18 97/9 97/23 153/16 196/13 201/20 209/1
multiple [1] 128/16

multiplied [1] 171/13
Mundo [8] 203/3 203/4 203/9 203/16 203/17 208/3 212/3 212/18
Muniz [10] 190/4 190/6 190/11 191/14 191/15 195/19 195/20 195/21 195/22 202/9
musical [2] 68/1 68/10
must [5] 8/1 54/20 78/3 78/5 100/5
Muñiz [1] 195/19
my [62] 11/3 11/4 16/23 32/13 36/2 36/4 37/1 37/2 37/2 38/13 40/22 42/14 47/10 47/11 49/8 49/8 49/9 50/1 50/2 53/4 62/8 66/4 70/9 76/18 79/6 80/20 83/3 92/21 93/2 98/22 102/14 110/24 111/3 111/4 112/3 128/11 132/23 134/1 144/17 151/4 155/8 157/20 168/4 169/10 173/4 173/23 182/1 182/7 183/16 185/24 191/6 192/11 193/20 195/12 197/1 197/8 198/1 198/21 204/2 209/24 212/24 222/9
myself [5] 43/10 43/25 111/15 111/22 143/20

**N**

N' [3] 192/7 192/10 193/4
Naguabo [1] 207/2
name [47] 11/4 17/11 20/6 20/11 20/13 20/16 24/9 24/11 24/15 25/18 31/20 33/23 35/17 39/9 42/4 43/3 92/3 92/8 93/6 102/21 108/13 108/17 108/19 108/21 110/5 110/18 111/25 111/25 112/4 112/5 112/7 116/11 116/13 145/17 165/6 167/17 170/5 180/1 181/10 181/15 181/22 190/17 191/13 200/7 203/15 204/25 205/2
name's [1] 24/8
names [4] 115/22 116/10 116/17 140/18
narrowed [1] 29/2
narrower [1] 114/2
natural [3] 162/15 163/19 163/23
Naturally [1] 119/18
near [5] 46/1 46/2 47/11 102/23 215/4
nearby [1] 50/7
nearly [2] 20/9 23/22
necessarily [1] 220/1
necessary [1] 205/24
necessitated [1] 150/2
need [16] 5/11 10/14 12/4 12/14 17/14 18/14 18/16 23/1 41/9 48/8 78/2 90/4 90/4 127/5 129/24 191/9
need -- [1] 90/4
needs [2] 13/3 50/21
negatives [1] 71/17
neither [3] 63/2 63/6 198/7
neon [2] 86/20 102/20
neon-yellow [1] 9/20
net [3] 30/9 31/7 130/25
never [22] 18/3 30/20 34/14 39/19 46/13 47/7 48/11 60/13 99/24 104/12 111/1 125/11 125/12 148/14 151/21 167/11 193/14 193/17 198/21 200/14 200/21 202/17
new [18] 10/24 13/7 19/11 58/15 92/15 92/18 95/3 95/18 106/25 119/2 119/21 134/17 176/2 182/13 190/20 193/25 200/19 217/23
newest [1] 135/16
news [3] 57/14 163/2 163/3
newspaper [1] 197/22
next [20] 34/22 36/23 37/1 38/15 51/9 55/16 81/2 87/22 145/16 160/6 160/10 189/13 193/6 205/23 206/19 206/25 207/3 210/25 211/11 212/10
nicely [1] 98/5

night [2] 12/16 12/23
nine-sixteenths [1] 94/8
Nineteen [1] 64/4
nineties [1] 53/11
Ninety-eight [1] 148/12
Ninety-eight percent [1] 148/12
ninety-nine [1] 64/4
no [181] 4/4 4/12 4/14 5/12 9/10 9/23 9/24 9/25 10/10 11/12 11/25 17/16 17/22 17/22 20/19 27/10 27/12 32/9 32/11 33/22 34/6 34/15 34/23 38/17 39/21 39/23 40/11 41/14 42/17 42/19 43/1 43/22 44/10 44/15 44/22 45/12 45/16 46/10 46/13 47/9 48/14 48/20 49/7 49/13 51/4 51/5 55/7 56/4 56/5 58/21 63/1 63/13 71/17 74/23 76/20 80/13 83/18 83/22 89/16 89/23 95/23 96/3 96/9 98/11 101/8 101/16 102/14 103/22 104/6 104/9 105/7 105/9 105/11 106/9 106/20 107/2 107/16 109/5 111/7 111/20 113/3 113/5 113/7 114/2 114/7 114/10 115/1 115/23 118/21 119/15 121/11 121/14 121/17 121/25 121/25 122/8 122/14 125/17 126/14 126/19 130/8 133/21 133/21 135/13 135/22 136/5 140/15 143/13 143/16 143/16 145/4 146/22 147/11 151/14 152/5 152/6 153/13 154/12 155/18 156/15 156/16 157/12 158/13 159/14 160/4 161/22 162/21 163/15 164/10 164/16 167/14 170/7 171/8 172/1 178/10 178/24 178/25 179/1 179/1 179/23 180/12 180/22 180/25 181/1 181/14 183/10 186/15 186/17 186/19 186/21 189/3 190/25 191/4 192/18 192/19 196/14 196/19 196/21 196/23 196/23 198/11 198/17 199/21 199/25 200/5 201/4 201/8 201/8 201/16 202/3 202/5 202/7 207/23 208/13 211/10 213/4 215/15 216/15 216/22
no -- [2] 179/1 179/1
no-calorie [23] 7/21 9/4 53/23 53/24 54/25 57/7 57/16 57/17 72/18 73/3 74/12 89/3 89/18 89/21 89/24 90/1 90/7 100/15 101/5 154/13 162/25 166/22 166/24
No. [1] 112/14
No. 33 [1] 112/14
noise [2] 29/22 31/1
nominated [1] 151/17
non-trademark-related [1] 7/13
none [3] 104/6 193/21 198/17
nonfunctional [2] 11/14 11/20
normal [8] 40/2 40/9 40/21 40/22 41/13 50/3 77/18 99/13
normally [6] 40/6 41/1 41/4 44/5 49/18 169/7
not [308]
not -- [4] 89/9 111/14 164/6 206/8
notes [1] 68/1
nothing [9] 22/11 56/4 56/4 98/20 187/11 189/4 195/15 212/13 217/24
Nothing -- [1] 56/4
notice [7] 73/3 75/19 76/2 77/5 150/20 152/14 178/15
notice -- [1] 77/5
noticed [4] 46/18 205/12 206/4 210/19
November [2] 65/17 147/20
now [57] 3/9 4/5 6/9 18/12 20/21 23/9 26/11 26/13 47/25 55/25 57/15 58/24 64/12 65/6 66/11 68/21 69/23 70/16 73/15 74/20 75/19 83/9 84/13 85/25 88/25 91/10 92/14 94/24 96/17 98/10 100/8 102/16 113/20 121/8 124/14

| N | 123/4 123/19 126/8 126/22 129/21 | 117/7 178/10 178/12 |
|---|---|---|
| **now... [22]** 141/8 142/25 148/17 149/3 150/10 157/14 157/20 158/7 158/15 158/24 161/18 162/24 171/17 181/24 183/24 186/13 189/8 189/20 191/8 201/10 201/23 204/14 | 130/12 130/13 130/20 131/8 132/1 133/2 134/4 135/17 136/22 137/18 140/10 143/9 146/18 151/9 158/21 159/4 165/5 166/11 167/20 169/17 171/12 171/23 172/10 173/6 174/12 | **order [6]** 17/23 20/15 67/19 88/9 145/21 204/6 |
| | | **order -- [1]** 88/9 |
| | | **ordered [2]** 59/20 60/3 |
| | | **ordinarily [2]** 5/6 5/16 |
| **now -- [2]** 20/21 158/15 | 176/23 178/23 178/23 182/12 183/6 | **orientation [1]** 93/15 |
| **number [23]** 8/21 27/1 31/4 54/12 57/10 77/7 77/17 79/21 82/7 82/9 83/11 85/23 106/16 112/13 130/25 132/17 132/22 133/11 133/23 134/5 143/17 143/19 218/22 | 184/7 184/11 185/6 185/10 185/16 187/25 189/13 189/25 190/5 190/9 196/15 197/10 198/18 199/23 202/24 203/1 203/7 205/6 207/22 208/25 217/25 220/5 220/19 221/8 221/17 | **oriented [3]** 93/11 93/13 93/16 |
| | | **original [14]** 25/14 32/1 32/10 33/4 33/8 78/4 92/2 136/15 141/6 141/12 142/8 143/15 144/12 144/18 |
| | | **originally [1]** 60/2 |
| **numbered [1]** 222/7 | **older [1]** 200/16 | **other [94]** 6/18 8/2 8/18 8/19 10/3 13/10 19/6 19/9 20/4 20/23 21/1 24/4 24/21 27/13 30/6 31/18 31/18 32/20 34/23 40/8 52/13 52/18 55/2 56/1 56/3 56/5 56/9 56/11 56/13 56/14 57/7 57/21 58/18 59/16 70/17 70/18 73/17 75/14 76/23 84/1 93/7 94/15 95/11 95/23 96/7 98/4 114/16 116/4 119/8 122/21 122/23 128/21 134/17 135/17 146/2 154/13 154/21 154/25 155/3 155/3 156/8 156/9 161/4 161/22 163/4 163/10 167/15 170/10 174/7 174/9 177/20 177/20 177/25 178/18 182/5 182/9 183/15 194/6 194/6 194/8 194/10 194/11 200/3 203/21 206/23 206/25 207/4 215/10 215/15 216/14 216/15 218/2 218/19 221/6 |
| **numbers [9]** 58/1 102/5 109/19 131/6 158/13 172/2 196/10 196/11 196/11 | **oldest [1]** 55/14 | |
| **NutraSweet [7]** 18/21 38/16 66/5 66/13 105/21 106/5 160/9 | **on -- [3]** 61/13 81/13 214/25 | |
| | **once [2]** 193/6 194/18 | |
| **nutritional [1]** 175/11 | **one [164]** 3/23 5/12 7/6 7/12 8/11 8/16 9/11 9/11 9/16 9/23 9/25 10/14 11/9 11/12 17/16 17/21 18/4 18/13 20/4 20/23 21/1 23/17 25/3 25/21 26/9 30/12 32/19 34/1 34/10 34/17 34/17 34/18 34/19 37/19 37/19 45/5 45/14 48/12 49/5 61/11 67/20 68/3 69/4 70/16 74/5 75/2 76/18 76/21 76/23 84/16 86/17 87/1 87/24 89/6 89/16 89/16 92/8 93/6 93/22 94/12 95/9 96/3 96/14 98/14 99/21 101/20 101/22 101/22 101/23 101/23 105/9 105/19 105/22 105/23 113/15 113/17 114/25 115/4 116/1 116/12 116/14 122/14 123/5 123/7 125/15 128/20 131/17 135/20 135/24 135/25 136/1 136/4 138/19 139/9 140/3 140/14 140/14 141/1 141/1 141/1 142/9 143/21 144/11 144/14 145/15 145/17 145/18 145/18 146/7 148/17 148/18 151/18 151/25 154/4 155/2 155/15 155/22 155/24 156/6 156/9 156/23 158/16 158/21 160/10 160/22 161/1 166/1 168/22 168/23 168/25 169/21 170/10 172/15 174/25 178/13 178/14 180/3 180/4 181/6 187/13 187/14 187/14 189/15 189/22 192/6 192/11 194/16 195/11 196/20 196/22 201/8 202/18 204/21 212/23 212/23 215/4 215/12 216/15 216/22 216/25 219/3 219/16 221/5 221/9 | |
| **nutritionals [8]** 51/25 52/1 52/2 52/6 52/7 52/12 52/23 53/13 | | |
| **nuts [1]** 176/11 | | |
| **NYU [1]** 53/21 | | |
| **O** | | |
| **o'clock [1]** 44/22 | | **others [6]** 23/21 48/13 117/23 118/16 170/9 203/22 |
| **oath [6]** 47/14 108/1 185/1 190/9 191/9 203/7 | | |
| **object [5]** 27/9 106/23 127/22 148/9 214/15 | | **otherwise [3]** 22/25 25/8 29/21 |
| | | **ounces [1]** 74/4 |
| **objecting [1]** 63/6 | | **our [39]** 3/23 4/2 6/22 15/10 17/13 19/19 20/10 23/6 24/8 27/18 32/10 52/15 59/11 59/13 60/1 60/3 62/4 64/19 66/21 67/10 72/14 77/8 77/9 77/19 77/21 78/23 89/24 107/19 124/25 125/24 125/24 144/8 151/19 154/1 156/23 157/3 164/2 209/13 209/13 |
| **objection [16]** 6/4 38/4 48/4 62/16 63/9 96/20 97/1 105/7 141/21 142/3 142/3 149/10 150/15 184/15 187/7 206/7 | | |
| **objective [1]** 73/15 | | |
| **objectives [1]** 70/16 | | |
| **objects [1]** 63/2 | | |
| **obscure [2]** 9/14 9/18 | | |
| **obtained [1]** 110/8 | | |
| **obviously [11]** 5/12 14/22 22/10 26/24 57/12 61/11 62/23 105/6 218/5 218/11 218/13 | | **our -- [2]** 52/15 72/14 |
| | | **ours [3]** 24/7 31/20 93/8 |
| | | **ourselves [2]** 59/22 154/8 |
| | **one -- [2]** 76/18 144/11 | **out [77]** 8/19 8/20 15/2 17/13 21/7 22/12 26/25 30/9 32/13 32/20 33/7 33/11 34/18 37/4 37/5 43/8 43/10 45/24 45/25 46/1 46/8 47/13 58/3 58/9 58/9 63/4 63/7 74/9 76/22 79/1 79/24 79/25 82/15 83/9 86/7 88/9 96/16 99/8 99/21 100/2 100/8 119/16 132/2 134/14 135/22 140/10 140/12 141/1 141/20 142/20 142/23 143/1 143/3 143/6 143/9 144/1 144/5 144/9 144/11 145/9 149/22 158/8 158/9 161/22 165/25 174/7 181/17 184/1 185/4 192/21 196/23 197/21 204/5 211/1 211/8 216/25 |
| **occasions [1]** 200/3 | **one percent [1]** 9/16 | |
| **OCR [1]** 1/23 | **ones [1]** 145/16 | |
| **of -- [7]** 46/3 59/12 76/23 87/15 91/17 93/7 188/19 | **ongoing [1]** 13/4 | |
| | **only [48]** 6/22 8/17 12/16 16/24 17/19 18/10 24/17 26/8 26/16 26/22 28/13 31/9 31/14 32/20 33/21 34/1 39/7 84/10 87/24 96/9 96/14 117/25 121/23 122/7 124/8 125/15 127/17 129/10 134/19 135/9 136/4 139/18 144/1 155/19 156/13 156/17 161/4 172/14 195/23 200/16 206/11 208/11 211/10 216/15 217/4 217/22 220/12 221/10 | |
| **off [14]** 21/17 24/8 62/25 98/12 102/4 137/6 139/18 139/19 147/19 159/5 189/11 189/12 189/20 211/16 | | |
| **offer [3]** 36/20 59/6 155/1 | | |
| **offered [8]** 27/13 34/21 54/1 59/15 67/4 89/10 91/7 155/13 | | **out -- [2]** 79/24 141/20 |
| | | **outside [5]** 3/22 60/8 72/20 88/5 165/19 |
| **offering [2]** 78/9 103/1 | **open [4]** 44/13 44/15 45/17 141/19 | **over [39]** 4/20 6/9 13/4 13/5 16/3 16/4 16/9 16/10 27/19 32/3 33/7 59/20 65/1 65/23 75/1 98/8 98/8 101/11 101/11 124/11 131/18 137/4 137/14 138/14 139/3 139/6 156/20 168/13 177/9 192/12 192/16 192/23 193/4 198/14 200/23 206/1 211/17 215/24 217/14 |
| **office [1]** 3/25 | **opened [3]** 44/4 45/18 193/7 | |
| **officer [1]** 52/22 | **opening [6]** 4/5 6/8 11/11 29/5 58/8 85/25 | |
| **offices [1]** 112/22 | | |
| **official [3]** 78/3 95/10 222/2 | | |
| **often [4]** 62/24 66/25 114/8 117/21 | **opening -- [1]** 29/5 | |
| **Oh [6]** 46/13 63/12 78/2 123/10 133/21 200/10 | **operating [3]** 52/21 52/22 67/1 | |
| | **operation [1]** 59/21 | |
| **okay [142]** 3/14 28/10 30/7 30/17 36/7 36/24 38/11 39/15 40/15 41/16 41/25 46/22 52/5 52/11 52/24 54/9 55/4 55/12 55/16 55/24 56/6 56/15 57/5 58/10 58/13 59/14 59/18 60/5 60/14 62/12 63/25 64/16 65/13 67/5 67/18 67/22 68/20 69/17 69/23 71/19 72/3 74/19 75/13 75/18 77/10 79/10 79/15 80/22 80/24 81/17 83/4 83/5 83/16 83/24 84/12 85/1 85/7 86/23 87/8 91/9 92/23 94/8 95/25 100/14 100/24 101/4 102/6 102/10 102/18 103/2 106/10 106/12 106/15 106/19 107/3 109/2 109/6 110/25 112/15 114/11 115/11 115/24 | **opinion [3]** 14/14 16/21 73/19 | **overall [13]** 7/23 21/2 28/21 29/10 30/16 31/6 31/7 64/24 87/6 110/22 122/1 122/16 188/19 |
| | **opportunity [10]** 4/10 26/15 28/6 33/18 60/11 151/15 155/9 157/11 220/9 220/18 | |
| | | **overkill [1]** 77/6 |
| | **opposed [5]** 62/16 91/25 141/8 168/9 185/22 | **overpower [1]** 182/17 |
| | | **overruled [2]** 97/1 184/17 |
| | **or -- [2]** 71/24 221/9 | **Owens [1]** 180/13 |
| | **orange [7]** 91/18 91/19 107/10 117/7 | **own [14]** 8/14 26/2 29/3 33/22 36/13 43/15 58/22 103/12 125/19 125/20 |

| O | paid [5] 171/18 196/12 196/12 196/14 209/11 | 197/22 197/24 198/19 213/3 219/9 |
|---|---|---|
| own... [4] 126/1 133/9 149/12 186/5 | painfully [1] 29/4 | people -- [3] 100/2 159/20 174/22 |
| owned [3] 52/3 56/13 103/11 | pains [1] 107/6 | Pepsi [1] 53/6 |
| owns [1] 114/25 | palm [1] 130/9 | PepsiCo [3] 53/5 53/7 149/25 |
| P | panels [1] 93/24 | PepsiCo -- [1] 149/25 |
| | paper [6] 18/24 57/23 112/10 141/7 155/18 197/6 | percent [80] 8/15 8/20 9/12 9/16 10/10 11/17 12/10 21/15 27/2 30/23 31/8 |
| p.m [2] 107/21 221/20 | paper -- [1] 141/7 | 31/10 31/14 34/17 34/19 58/4 58/5 64/7 |
| pace [1] 89/11 | papers [5] 6/19 26/10 26/16 32/1 33/17 | 65/19 83/7 83/14 84/6 84/8 84/10 85/3 |
| pack [19] 41/11 41/12 41/12 112/17 112/17 112/23 112/24 112/25 113/9 113/11 113/14 113/16 113/23 113/23 170/19 170/19 170/19 171/6 173/1 | par [1] 118/13 | 85/5 85/13 85/15 85/19 85/21 87/4 87/4 |
| | par -- [1] 118/13 | 95/19 96/4 101/22 101/23 108/13 |
| | paragraph [2] 109/11 210/18 | 109/12 109/13 109/16 125/24 127/14 |
| | pardon [3] 120/23 158/12 168/1 | 128/25 129/2 131/23 132/5 132/15 |
| | pare [1] 221/4 | 132/22 132/23 133/6 133/15 134/7 |
| package [106] 4/13 5/16 8/16 8/17 8/17 9/17 9/20 9/22 10/16 10/18 13/10 13/16 13/17 14/18 14/25 16/11 19/4 19/21 35/22 41/18 59/19 60/1 66/11 66/11 66/12 70/1 70/12 71/21 72/20 72/23 72/25 73/16 74/10 81/14 83/1 83/8 83/15 83/20 84/1 84/5 84/7 84/11 84/24 85/6 85/14 85/16 85/18 85/20 86/19 99/13 100/11 102/16 107/7 112/1 113/20 114/22 115/18 115/18 116/7 116/13 116/14 118/22 120/24 121/15 122/19 122/20 123/1 126/10 126/25 127/14 127/15 127/18 127/24 128/5 128/9 129/1 131/17 131/24 132/4 133/4 133/10 134/10 134/22 137/10 137/14 137/20 138/1 138/7 138/24 139/2 139/7 139/15 139/17 139/21 146/20 152/21 161/5 167/1 167/5 175/10 180/9 180/9 185/18 193/25 194/3 201/11 | parentheses [1] 82/10 | 134/8 134/9 134/21 135/8 138/7 139/7 |
| | part [25] 5/10 7/10 14/8 17/23 17/24 19/17 24/2 25/9 61/20 63/8 94/20 104/22 105/1 110/14 110/17 117/8 118/5 118/17 134/15 154/13 164/14 181/15 209/10 209/14 209/15 | 139/22 139/24 148/12 153/15 160/8 |
| | | 160/9 160/9 160/10 160/11 160/17 |
| | | 160/17 164/2 167/2 169/19 171/10 |
| | | 171/10 171/10 171/19 171/19 171/20 |
| | | 172/23 174/22 |
| | participants [1] 140/25 | percentage [10] 54/20 85/17 86/24 |
| | participate [2] 80/1 140/15 | 100/2 129/6 139/5 171/14 174/1 175/1 |
| | participating [2] 133/24 134/20 | 175/4 |
| | particular [21] 7/18 16/1 67/19 68/11 70/13 82/16 82/17 118/21 124/12 144/11 152/20 155/2 156/2 156/12 156/13 160/15 167/5 174/5 192/3 197/4 204/22 | percentages [3] 61/1 61/3 172/12 |
| | | Perceptions [1] 82/2 |
| | | perfect [2] 30/19 46/24 |
| | | perfectly [1] 115/19 |
| | | perform [2] 89/9 163/2 |
| | | performance [4] 65/3 65/5 163/1 183/7 |
| | particularly [1] 176/16 | performed [1] 79/17 |
| | parties [3] 20/11 190/22 190/23 | performing [2] 64/20 77/19 |
| | parts [1] 130/13 | perhaps [2] 22/4 52/15 |
| packaged [2] 16/13 53/4 | party [2] 28/13 80/9 | period [1] 6/9 |
| packages [10] 17/21 19/12 71/21 105/14 112/8 112/11 113/19 114/1 123/16 153/20 | pass [1] 192/25 | permit [1] 7/11 |
| | passed [1] 197/5 | perpetual [1] 118/21 |
| | passing [1] 86/7 | person [15] 10/3 21/25 24/17 30/7 143/9 192/14 194/9 194/10 194/10 197/4 |
| | past [2] 16/10 145/24 | 205/25 206/15 211/13 212/25 219/4 |
| packaging [32] 4/23 5/2 5/7 10/1 11/13 13/8 13/21 13/22 14/1 14/3 14/10 14/11 15/6 54/17 67/16 77/9 90/11 103/4 103/14 104/11 104/13 107/6 117/17 119/24 152/15 152/20 153/18 153/17 193/18 193/22 193/25 217/23 | past-month [4] 85/9 85/10 85/15 85/19 | personally [2] 113/3 171/24 |
| | pastel [8] 7/23 8/1 71/10 73/1 73/12 74/11 91/15 107/12 | perspective [5] 64/24 93/3 94/23 124/17 163/1 |
| | patented [3] 56/24 56/25 57/2 | PEÑAGARICANO [2] 2/4 3/5 |
| | patience [1] 158/21 | Pfizer [1] 203/22 |
| | Patriot [2] 23/12 23/13 | phenomenal [2] 150/6 150/21 |
| packed [1] 114/22 | patterns [2] 23/21 117/23 | phenylal [1] 99/24 |
| packet [68] 15/8 15/9 15/9 15/10 18/3 18/3 44/14 44/15 44/17 44/20 45/2 45/9 45/13 45/18 45/24 46/9 54/19 54/21 54/22 58/2 68/8 68/17 69/6 69/12 69/12 69/15 72/14 72/15 72/16 72/17 73/6 86/11 86/13 88/18 88/20 90/20 90/22 91/16 102/23 105/25 122/22 122/23 122/25 123/14 123/15 124/3 124/6 124/6 124/23 125/1 125/7 125/9 125/14 125/16 126/13 153/22 166/8 167/9 168/6 173/10 173/10 173/12 173/24 177/6 177/7 177/18 219/5 219/5 | pay [7] 41/1 171/17 172/4 196/11 209/3 214/3 215/4 | phenylal -- [1] 99/24 |
| | pay -- [1] 171/17 | phenylalanine [7] 99/24 100/5 100/13 174/14 174/15 174/18 174/20 |
| | paying [3] 34/1 172/5 209/2 | phenylketonuric [2] 100/6 100/12 |
| | people [149] 8/9 8/11 11/21 11/23 12/22 15/3 15/4 22/15 25/5 26/21 26/24 28/10 28/19 28/23 28/24 29/1 29/8 29/11 29/20 29/22 29/23 30/2 30/7 30/20 30/23 31/1 31/4 31/18 31/19 58/7 62/5 80/1 80/3 82/6 82/7 82/11 82/15 82/18 82/20 82/22 84/2 84/4 84/9 84/21 85/2 85/3 85/4 85/8 85/22 91/19 97/12 97/19 100/1 100/2 104/24 110/17 114/16 115/2 116/4 122/18 122/19 122/21 122/23 126/5 126/9 127/14 128/4 128/15 129/1 129/2 129/7 129/10 130/22 131/1 131/13 131/23 132/2 132/3 132/17 132/24 133/3 133/6 133/7 133/8 133/11 133/15 133/18 133/23 134/9 134/11 134/15 134/20 135/5 135/8 135/8 135/15 135/19 135/20 135/23 136/3 136/10 136/13 137/13 137/24 138/7 138/18 139/6 139/9 139/12 139/21 139/23 139/23 145/12 145/14 151/19 157/1 159/20 161/24 162/4 162/10 162/13 162/17 162/20 163/16 163/19 163/22 163/23 165/15 166/20 167/21 172/4 172/4 174/4 174/10 174/22 174/25 175/2 176/10 176/16 180/10 180/14 184/4 188/10 | phenylketonurics [1] 100/1 |
| | | photo [10] 32/19 33/5 33/8 208/7 208/10 208/11 208/12 208/14 208/15 216/10 |
| | | photocopy [1] 37/21 |
| | | photograph [2] 34/13 34/21 |
| | | phrase [2] 120/20 125/18 |
| | | physically [1] 145/3 |
| packet -- [2] 219/5 219/5 | | pick [15] 5/11 21/6 46/6 50/5 50/7 50/9 71/11 97/20 97/20 98/15 99/9 100/10 175/21 176/4 194/11 |
| packets [41] 15/8 18/24 19/3 31/19 41/5 41/5 41/5 45/16 46/15 54/18 57/24 57/25 58/5 58/8 68/11 72/8 74/3 86/12 86/22 90/17 91/16 94/4 94/5 94/5 94/5 94/6 100/25 105/19 105/22 105/22 106/3 106/5 123/2 123/9 123/10 123/20 164/16 173/22 177/21 177/24 178/4 | | picked [7] 111/22 115/20 115/21 151/21 176/3 176/6 206/4 |
| | | pickets [1] 15/8 |
| packets -- [1] 105/19 | | picking [4] 21/6 175/20 194/12 194/13 |
| packs [3] 7/22 7/22 7/23 | | picture [29] 17/10 32/12 32/17 167/22 168/12 169/18 177/18 201/25 207/5 |
| page [23] 77/2 80/17 81/14 82/25 83/11 84/22 127/9 131/21 138/4 138/5 141/15 155/3 158/13 158/24 159/9 159/12 159/13 160/6 160/19 160/25 169/18 193/9 193/10 | | 207/10 207/12 207/15 208/6 208/13 |
| | | 214/9 214/13 214/16 214/19 214/21 |
| | | 216/3 216/6 216/11 216/13 216/14 |
| | | 216/17 216/20 216/20 216/23 217/9 |
| page -- [1] 138/4 | | picture -- [2] 216/20 216/23 |
| pages [13] 140/11 154/15 154/16 154/24 154/25 156/14 156/18 157/8 157/15 158/3 158/8 158/9 158/24 | | pictured [1] 74/16 |
| | | pictures [3] 47/4 176/20 207/4 |
| | | pie [5] 17/23 33/2 164/7 164/13 168/1 |
| | | piece [5] 27/15 112/10 129/20 149/22 |

**P**

piece... [1] 164/2
piece -- [1] 149/22
pilot [1] 130/9
pink [31] 7/22 15/8 15/8 15/9 19/7 67/25 68/8 68/18 69/18 69/21 69/22 71/5 71/6 73/17 73/23 126/16 136/1 137/10 137/14 137/20 138/1 138/7 138/14 139/15 139/19 141/1 145/16 145/22 153/9 180/14 180/14
pitcher [1] 73/7
Pitusa [1] 207/1
PK [1] 174/14
PK -- [1] 174/14
PKU [5] 99/25 173/25 174/10 174/18 176/10
place [12] 55/13 198/20 202/9 206/21 209/16 209/18 210/2 210/6 211/9 211/20 213/16 215/12
placed [6] 19/14 44/10 205/13 206/3 210/24 211/18
placement [3] 191/21 191/23 215/4
places [3] 9/5 40/8 215/12
placing [3] 194/9 199/9 210/24
Plainly [1] 135/4
plaintiff [4] 14/15 27/20 52/2 203/3
plaintiff's [1] 24/6
plaintiffs [15] 1/5 2/2 3/4 4/8 11/14 12/25 13/3 18/2 26/22 31/15 39/9 39/12 136/16 169/22 190/4
plaintiffs' [55] 4/13 8/23 15/17 29/17 32/1 32/25 36/13 37/18 37/23 59/23 60/16 63/14 67/8 68/4 68/13 69/9 72/4 73/25 76/13 77/23 77/23 78/1 78/17 78/19 86/3 86/8 88/2 88/11 90/11 91/10 92/3 95/8 95/14 100/21 112/15 123/14 123/15 140/18 165/2 165/6 165/18 166/15 167/15 169/12 193/1 207/8 215/19 216/9 216/17 216/21 217/3 217/6 217/10 218/4 221/3
plant [1] 60/3
plastic [1] 195/4
play [1] 23/9
player [9] 32/16 33/6 33/9 33/10 87/14 120/12 120/20 120/25 121/2
players [2] 86/18 87/1
please [13] 11/2 35/17 36/23 60/17 64/6 65/15 68/25 81/10 86/4 100/18 190/17 191/13 203/15
pleased [1] 65/5
pleasing [2] 70/14 71/17
plight [1] 155/8
PMS [1] 124/21
point [26] 16/21 22/4 22/6 22/7 22/12 23/4 25/12 29/21 33/15 34/5 43/5 71/9 81/18 83/9 99/21 100/2 100/8 103/18 134/14 155/24 156/12 162/5 170/24 197/11 201/6 219/25
point -- [1] 162/5
pointed [1] 17/13
points [5] 21/7 60/24 61/20 101/19 181/16
policy [1] 185/21
population [3] 174/2 174/23 175/1
portal [1] 59/13
portion [1] 208/12
position [11] 48/21 52/17 118/4 118/7 118/8 118/10 118/12 119/3 119/5 164/12 203/23
positioned [3] 95/4 95/5 107/13
positioning [4] 96/12 98/13 122/2 122/4
positions [1] 52/19
possible [1] 32/22

possibly [1] 30/10
post [1] 79/25
pot [1] 90/5
potassium [2] 182/10 182/19
potential [1] 13/3
potentially [2] 100/7 145/20
pound [1] 74/5
pounds [2] 88/8 215/21
pour [6] 5/12 37/2 44/13 46/13 58/9 74/9
poured [3] 45/19 45/23 46/12
pourer [2] 165/22 166/13
pourer -- [1] 165/22
pouring [2] 74/7 166/2
pours [1] 26/1
powdery [1] 4/25
Power [1] 155/24
practically [1] 9/10
practice [4] 62/23 117/17 186/9 191/6
preamble [1] 81/1
predict [2] 97/16 98/2
predominant [1] 87/16
predominantly [3] 56/12 81/9 90/17
prefer [1] 62/18
preference [4] 50/17 62/24 115/5 189/21
preliminary [6] 1/10 3/2 5/23 10/22 12/14 32/2
prepare [1] 79/6
prepared [11] 61/24 62/2 140/7 144/12 144/18 144/19 144/21 144/23 145/4 148/24 222/9
prepared -- [1] 144/23
preponderance [1] 12/8
presence [1] 19/16
present [3] 78/10 95/17 219/24
presentation [3] 93/24 122/16 158/25
presented [4] 29/15 62/18 94/20 94/21
press [1] 163/4
pretty [5] 82/4 84/17 93/21 131/5 153/14
prevail [1] 23/9
prevent [1] 121/18
previous [2] 56/20 118/9
previously [7] 35/12 51/17 79/20 118/19 148/20 190/12 203/10
price [29] 7/17 21/13 21/21 22/4 22/6 22/7 34/4 67/4 96/4 103/1 109/21 109/21 117/19 161/11 170/21 170/21 170/22 170/23 171/1 171/1 171/2 171/3 171/6 171/16 172/3 172/8 172/19 172/22 186/11
price -- [1] 171/16
priced [5] 70/24 95/23 96/3 109/23 109/25
prices [3] 95/23 170/17 171/25
pricing [4] 95/20 95/22 96/2 101/15
primarily [10] 54/13 54/14 57/23 57/25 59/22 60/10 67/25 74/7 86/18 182/2
primary [19] 5/6 25/4 55/2 55/20 57/4 57/11 59/8 68/18 74/16 75/3 75/16 83/13 87/24 96/15 99/5 101/5 128/24 152/3 177/23
print [1] 141/19
printed [2] 144/15 151/16
printout [1] 141/12
prior [10] 54/20 57/19 59/11 66/18 66/20 143/23 143/25 144/3 148/11 191/6
Priscilla [1] 218/23
private [6] 56/4 81/9 87/2 87/9 190/20 191/9
privately [1] 154/22
pro [1] 3/13
probably [11] 32/5 42/10 43/22 45/8 104/22 124/17 132/6 132/23 132/25 138/18 172/16
problem [11] 4/4 63/1 106/20 124/7

156/15 190/25 191/4 219/12 219/14 219/18 219/21
problems [2] 27/8 174/10
proceed [5] 18/16 51/13 62/11 149/7 204/5
proceeded [4] 70/9 205/24 206/20 211/20
proceedings [2] 156/7 222/7
process [3] 57/1 57/2 99/6
produced [5] 141/25 142/1 142/2 156/20 169/25
product [180] 4/22 4/23 4/24 5/2 5/4 7/5 7/14 7/16 8/11 9/6 11/11 11/13 13/7 13/22 13/22 14/1 14/1 14/2 14/9 14/11 15/19 15/23 16/17 16/19 17/2 18/25 21/4 21/18 22/10 22/24 25/6 25/7 26/25 27/15 28/13 29/25 33/23 35/23 37/24 38/1 48/19 52/16 55/8 55/9 56/25 57/3 58/21 58/21 59/12 60/3 60/11 63/24 64/1 64/3 64/20 64/22 66/10 66/15 66/17 67/3 69/5 71/25 72/2 72/22 74/25 75/2 75/3 75/24 76/1 77/9 77/19 77/21 81/2 83/16 85/11 85/11 86/1 88/7 90/3 90/8 93/11 93/13 94/24 95/4 95/17 95/17 95/23 96/7 96/9 97/7 97/8 97/20 97/21 98/6 98/9 98/10 98/16 98/21 99/9 99/18 100/9 100/13 100/16 101/3 101/6 103/11 106/14 106/25 109/7 109/22 111/15 111/21 111/22 116/15 117/17 117/19 118/10 119/2 119/7 119/15 119/17 119/19 119/21 127/17 135/9 135/16 137/2 137/7 139/24 145/17 146/23 147/2 147/6 147/24 149/25 150/3 153/17 153/18 161/12 161/23 162/19 163/20 170/6 170/10 173/1 174/20 176/2 178/18 179/24 181/9 181/11 181/22 182/4 183/8 183/13 186/9 187/21 187/24 188/2 188/5 188/16 188/17 193/11 195/6 199/2 199/10 199/14 199/19 200/17 200/19 205/2 205/5 206/21 209/11 209/12 209/18 212/7 213/1 213/7 213/12
product -- [4] 15/23 58/21 69/5 85/11
products [61] 8/18 8/19 19/9 22/1 22/9 30/6 34/22 38/12 52/13 53/9 54/10 56/10 56/11 56/20 57/21 57/22 57/23 59/15 66/3 66/5 66/13 67/1 67/9 67/14 73/18 84/3 91/6 91/7 94/19 96/17 99/22 100/4 100/4 102/3 104/23 106/7 106/21 111/10 111/23 114/8 116/22 122/2 128/9 137/25 171/25 174/5 174/7 177/25 191/25 194/6 195/23 196/1 196/3 197/24 198/24 204/22 206/18 206/22 211/21 212/16 215/5
professional [1] 52/25
Professor [2] 6/12 221/11
prohibition [1] 157/2
projection [1] 96/24
projects [1] 79/21
prominently [2] 19/16 77/8
promise [1] 105/5
promote [1] 98/9
promoting [1] 103/8
pronounce [2] 39/8 99/24
proof [1] 34/24
properties [2] 89/6 186/20
property [1] 162/24
proposed [1] 17/23
proprietary [1] 156/8
prospective [1] 3/18
protect [1] 5/12
protectability [7] 4/20 6/18 13/15 13/24 26/4 187/2 187/5
protectable [8] 4/14 10/6 11/19 11/21

| P | | |
|---|---|---|
| **protectable...** [4] 11/25 16/21 24/16 33/19 | **questioned** [1] 26/21 | **recognize** [8] 45/2 45/4 75/24 75/25 77/12 109/10 132/17 137/24 |
| **protecting** [1] 33/25 | **questioning** [1] 157/24 | **recognized** [15] 108/25 127/15 131/23 132/3 133/3 133/7 133/9 133/9 133/12 133/15 134/10 134/21 137/25 184/4 200/12 |
| **protection** [6] 6/1 7/9 7/11 15/24 20/9 173/21 | **questionnaire** [12] 78/23 82/16 82/17 126/5 127/7 136/12 138/21 139/11 140/7 142/14 159/21 183/25 | |
| **protein** [3] 174/11 174/14 174/15 | **questionnaires** [3] 12/17 140/4 145/25 | **recognizes** [3] 24/1 118/5 149/12 |
| **provide** [5] 78/2 78/3 78/11 191/19 195/11 | **questionnaires --** [1] 140/4 | **recognizing** [1] 134/24 |
| **provided** [3] 27/13 32/19 156/4 | **questions** [28] 38/17 48/14 49/13 51/3 80/6 105/6 107/16 126/2 136/15 136/17 137/5 137/5 143/22 145/20 155/15 156/21 181/1 183/24 187/1 189/3 202/3 202/5 202/6 202/25 207/23 215/15 215/16 217/15 | **record** [20] 9/25 35/17 36/15 63/9 78/13 90/14 100/22 105/4 105/8 105/15 113/19 113/20 156/16 156/17 157/8 157/13 157/19 189/11 189/12 191/13 |
| **providing** [2] 194/22 204/9 | | **record --** [2] 9/25 105/8 |
| **provisions** [1] 222/4 | | **RECROSS-EXAMINATION** [1] 187/16 |
| **prtc.net** [1] 1/24 | **queue** [1] 3/24 | **rectangular** [1] 20/24 |
| **public** [4] 99/19 156/16 157/13 157/19 | **quickly** [5] 75/4 97/10 103/21 105/17 112/7 | **red** [11] 7/22 9/7 10/19 23/24 25/15 67/25 68/18 87/23 88/16 179/9 179/14 |
| **publication** [1] 169/13 | **quite** [16] 55/7 55/8 65/5 65/23 70/11 80/13 91/13 97/16 103/17 114/13 156/11 174/5 212/16 220/5 220/6 220/25 | **redirect** [4] 48/16 181/2 181/4 215/17 |
| **Pueblo** [12] 40/7 40/9 43/6 43/15 47/14 47/20 48/1 48/3 48/10 49/19 49/20 171/7 | | **reduce** [2] 89/11 89/12 |
| **PUERTO** [61] 1/1 1/6 6/16 9/10 9/23 9/25 10/2 10/11 10/15 10/20 10/24 12/5 20/11 22/5 26/21 28/12 31/21 34/15 60/13 65/8 65/15 65/16 66/3 66/4 67/7 67/9 76/8 76/10 76/17 77/1 80/11 80/14 88/6 91/6 92/19 95/4 96/2 96/17 98/3 101/24 102/1 102/2 102/13 108/9 108/19 108/20 108/25 109/13 111/18 120/2 121/5 161/8 161/23 171/25 175/2 178/3 179/24 192/4 197/21 204/12 222/3 | **quotation** [4] 150/11 150/14 150/15 150/18 | **refer** [5] 64/18 79/13 99/25 183/22 205/1 |
| | **quote** [8] 7/6 7/11 16/2 23/10 23/11 26/11 148/8 149/13 | **references** [3] 22/14 152/15 219/2 |
| | **quoted** [3] 147/25 149/21 151/13 | **referred** [3] 6/25 71/20 197/20 |
| | **quotes** [3] 150/19 150/20 150/21 | **referring** [5] 101/24 146/17 205/3 218/9 218/21 |
| | **R** | **refers** [4] 82/10 153/18 181/9 181/10 |
| | **Rafael** [1] 220/3 | **refined** [1] 88/14 |
| | **raise** [1] 6/19 | **refined --** [1] 88/14 |
| | **raised** [3] 6/3 23/3 63/9 | **reflect** [1] 84/1 |
| **pull** [3] 158/7 158/9 165/4 | **ran** [2] 64/21 75/9 | **reflected** [1] 67/7 |
| **purchase** [3] 41/13 43/19 50/23 | **random** [1] 145/20 | **refresh** [1] 143/20 |
| **purchased** [2] 35/22 85/11 | **randomize** [1] 146/1 | **regardless** [1] 81/3 |
| **purchasing** [1] 97/7 | **rapidly** [4] 101/11 101/17 103/7 103/19 | **register** [4] 43/6 185/22 185/24 186/2 |
| **pure** [3] 87/25 88/14 88/14 | **rate** [2] 6/15 102/8 | **registered** [2] 19/25 185/18 |
| **purple** [1] 71/12 | **rather** [3] 6/20 8/22 81/11 | **registration** [3] 110/8 110/17 110/21 |
| **purpose** [10] 7/6 19/8 25/24 29/3 78/9 142/12 145/13 148/11 156/3 206/11 | **rather--** [1] 193/22 | **registrations** [1] 110/3 |
| **purposes** [2] 9/9 10/20 | **reach** [1] 100/9 | **regular** [7] 13/9 20/12 22/5 22/7 32/6 115/15 200/16 |
| **pursuant** [1] 222/4 | **reached** [2] 111/15 190/22 | **regularly** [1] 23/21 |
| **put** [61] 8/19 16/3 32/9 32/10 32/11 36/25 42/24 43/2 43/23 43/25 45/10 46/15 46/18 46/23 46/24 48/10 74/24 90/11 98/5 105/3 105/7 113/15 114/5 114/5 114/6 119/21 123/6 124/9 135/2 140/11 141/16 154/17 155/9 156/16 159/14 169/7 169/8 180/13 184/4 195/6 197/6 198/10 198/12 199/10 202/20 202/22 209/4 209/11 209/12 209/23 210/4 211/2 211/8 213/10 213/16 213/23 214/2 214/3 214/7 217/20 | **reaching** [2] 111/16 111/21 | **regulatory** [1] 58/25 |
| | **reaction** [3] 13/12 92/15 92/24 | **reinforced** [1] 77/6 |
| | **read** [23] 33/23 42/12 42/20 44/12 44/20 61/10 62/7 72/18 80/22 80/25 111/24 112/4 112/7 141/7 159/10 175/10 175/23 176/5 181/16 182/25 212/18 212/19 | **rela** [1] 134/16 |
| | | **rela --** [1] 134/16 |
| | | **relabel** [1] 158/11 |
| | | **related** [3] 25/8 163/4 173/15 |
| | | **relating** [1] 110/3 |
| | **readily** [1] 183/13 | **relatively** [3] 58/15 88/7 134/17 |
| | **reading** [2] 175/25 176/8 | **relevant** [4] 154/25 156/7 157/15 158/3 |
| | **ready** [3] 158/19 185/7 211/1 | **relied** [2] 148/23 154/24 |
| | **real** [1] 98/1 | **remarkable** [2] 4/11 4/11 |
| | **realized** [3] 38/14 38/16 42/11 | **remarkably** [2] 8/21 10/17 |
| | **really** [36] 4/12 8/7 17/19 18/13 21/9 21/24 29/1 31/5 41/6 43/13 44/12 48/5 55/10 60/9 61/18 65/20 67/12 70/8 74/8 84/20 89/13 93/21 96/3 97/23 103/22 115/23 117/25 119/12 124/9 178/11 182/8 182/9 182/14 183/11 184/1 184/3 | **remedy** [1] 12/13 |
| | | **remember** [22] 11/16 43/20 46/8 46/11 61/1 61/19 99/12 111/10 131/18 146/11 147/21 149/15 159/7 179/5 184/20 187/22 195/9 199/3 199/18 205/19 205/20 217/17 |
| **puts** [2] 8/20 209/21 | | **remember --** [1] 131/18 |
| **putting** [3] 99/1 183/7 206/10 | | **remind** [3] 108/1 190/9 203/6 |
| **Q** | **reason** [13] 5/19 22/2 22/4 24/25 31/17 54/2 80/10 105/13 107/5 152/3 156/16 164/20 217/19 | **remove** [3] 29/22 32/8 206/20 |
| **Q-Tips** [4] 114/20 115/6 115/17 117/2 | | **removed** [1] 103/20 |
| **qualify** [2] 16/1 16/25 | **reasonable** [1] 16/4 | **rendering** [1] 192/11 |
| **Qualitex** [1] 7/8 | **reasons** [2] 10/21 75/3 | **repackaged** [1] 146/20 |
| **quality** [1] 7/7 | **recall** [8] 41/24 55/13 66/19 92/14 185/19 194/17 207/15 216/3 | **repeat** [2] 213/25 214/10 |
| **quantify** [1] 97/25 | | **repetition** [1] 105/13 |
| **quarter** [1] 173/3 | **receive** [1] 140/14 | **rephrase** [1] 38/6 |
| **query** [1] 27/3 | **received** [7] 104/7 104/12 111/5 142/7 142/11 154/23 155/5 | **replace** [1] 166/12 |
| **question** [53] 4/12 4/14 8/7 38/6 48/7 61/6 61/8 61/14 80/18 80/25 81/15 112/3 117/13 126/24 127/13 127/17 127/18 127/20 127/21 127/24 127/24 128/16 129/6 135/10 137/9 137/17 138/13 138/23 139/12 139/14 139/20 142/12 144/4 144/6 144/17 145/15 145/16 146/6 148/8 149/5 151/4 155/16 157/7 157/14 157/21 158/2 172/6 187/13 187/23 188/1 202/8 213/25 214/10 | | **replicate** [1] 9/3 |
| | **recent** [1] 7/8 | **report** [6] 26/17 26/17 31/11 155/17 155/18 155/19 |
| | **recently** [3] 5/6 35/22 192/9 | **reporter** [6] 150/24 151/5 151/10 151/14 152/11 222/2 |
| | **recess** [5] 35/4 35/5 107/21 189/10 221/19 | |
| | **reciprocal** [1] 156/3 | **REPORTER'S** [1] 222/1 |
| | **recognition** [3] 6/15 9/15 149/19 | **represent** [4] 27/11 36/17 78/21 134/6 |
| **question --** [1] 127/21 | | **representative** [9] 11/3 80/2 80/16 99/16 |

243

**R**

representative... [5] 129/9 145/19 203/24 203/25 209/24
represented [3] 13/21 34/15 34/20
represented -- [1] 13/21
representing [1] 141/22
represents [1] 11/6
reprimanded [1] 78/14
reputational [1] 13/8
requested [1] 143/8
required [1] 100/3
requirement [3] 11/13 11/15 26/6
requirements [1] 175/8
research [8] 77/15 77/16 77/18 79/6 79/16 79/21 143/4 144/16
reserve [1] 209/3
Resources [1] 62/6
respect [6] 19/5 20/19 56/8 82/9 156/4 187/9
respected [1] 6/12
respects [1] 163/20
respond [1] 33/18
responded [1] 134/11
respondents [2] 130/22 160/8
responding [1] 164/11
response [1] 40/11
responsibilities [4] 204/1 204/2 204/8 204/21
responsibility [1] 204/9
responsible [1] 72/22
restaurant [5] 53/7 53/7 71/7 123/22 165/22
restaurants [1] 122/11
rested [2] 70/13 71/15
resting [1] 73/7
result [2] 161/11 174/18
results [1] 83/1
resume [1] 189/8
retail [16] 55/1 58/18 59/11 64/2 64/8 64/14 65/1 71/7 72/8 87/7 103/25 171/1 171/24 172/3 172/7 173/7
retail -- [1] 71/7
retailer [4] 170/1 171/14 171/18 172/15
retailer's [2] 171/9 171/10
retailers [2] 95/17 103/22
review [4] 12/22 157/11 157/16 218/3
Rican [4] 66/4 76/17 108/25 120/2
RICO [57] 1/1 1/6 6/16 9/10 9/23 9/25 10/2 10/12 10/15 10/20 10/24 12/5 20/12 22/5 26/21 28/12 31/21 34/16 60/13 65/8 65/15 65/16 66/3 67/7 67/9 76/8 76/10 77/1 80/12 80/14 88/6 91/6 92/19 95/4 96/2 96/17 98/3 101/25 102/1 102/2 102/13 108/10 108/19 108/21 109/13 111/18 121/5 161/8 161/23 171/25 175/2 178/3 179/24 192/4 197/21 204/12 222/4
ride [2] 98/6 98/12
ridiculous [1] 6/20
rife [1] 27/8
right [119] 3/24 3/25 8/16 16/10 18/5 21/17 29/14 33/14 43/6 44/7 44/9 44/16 44/21 46/3 46/19 47/8 47/15 62/14 63/22 66/22 79/3 82/24 85/22 85/24 92/13 94/24 96/24 109/8 109/14 112/9 112/16 112/23 114/6 116/10 118/21 120/15 122/14 122/25 124/12 124/19 126/7 126/18 127/19 129/17 130/19 130/24 131/2 131/7 131/12 131/14 132/4 132/5 132/12 133/12 133/19 133/25 135/2 135/11 136/18 137/11 138/19 139/3 139/9 140/23 142/25 145/10 145/13 146/16 150/8 152/7
153/25 161/9 161/18 162/1 163/6 164/7 164/9 164/15 168/5 170/15 170/22 171/17 174/11 175/16 176/8 176/12 176/21 176/22 177/10 178/12 178/13 179/10 179/20 180/1 188/13 189/20 194/16 197/6 201/13 204/14 208/18 209/2 209/5 209/8 209/16 209/18 209/23 210/8 211/14 211/15 212/5 212/11 212/23 213/3 213/14 213/18 214/5 217/7 217/12
right-hand [2] 102/22 102/23
rights [3] 111/2 164/23 167/5
Rio [2] 49/17 49/17
rise [2] 65/20 74/21
risen [1] 67/6
risk [2] 99/19 100/8
roles [1] 52/18
rolling [1] 197/9
ROM [2] 155/19 155/23
room [3] 3/12 3/22 210/2
Rosa [1] 218/22
roughly [8] 76/3 76/12 83/7 125/23 156/2 164/2 167/2 172/24
round [1] 179/5
routine [5] 37/1 38/13 50/14 99/5 99/6
routine -- [1] 99/5
routinely [1] 43/14
row [2] 165/21 166/4
RPR [1] 1/23
rubric [1] 6/1
run [2] 76/16 140/1
rung [1] 165/20
running [1] 165/16

**S**

S.A [1] 4/9
saccharin [15] 55/11 55/21 56/1 56/1 56/7 56/17 56/19 57/8 57/19 57/22 73/18 100/16 101/6 153/10 182/3
said [92] 8/6 8/18 8/20 10/3 11/12 12/4 14/20 18/14 19/19 19/19 23/15 24/8 24/15 24/19 30/7 30/21 30/24 32/15 32/15 33/5 34/16 44/9 44/20 49/23 55/25 64/2 64/12 66/23 67/23 69/25 70/7 70/8 71/4 71/4 76/3 80/7 81/10 83/8 83/17 84/10 85/8 93/1 98/7 102/14 103/19 104/2 109/3 112/20 113/18 117/25 118/19 120/19 127/14 128/23 129/2 129/3 135/5 135/24 136/10 137/25 138/13 138/16 139/24 142/20 143/18 144/2 146/19 148/20 148/25 149/1 151/7 153/6 153/9 160/3 164/1 167/2 167/8 174/4 175/4 178/6 193/8 199/2 199/13 199/25 200/11 200/15 202/15 206/5 208/22 210/18 211/12 219/6
said -- [1] 210/18
salary [2] 196/14 196/15
sale [23] 34/17 54/2 59/6 59/8 59/16 87/16 91/7 101/9 102/4 102/8 108/15 120/4 192/17 192/18 192/20 198/4 198/6 198/6 199/3 199/15 199/22 199/24 200/2
sales [30] 54/6 54/8 56/12 58/1 58/2 63/23 64/19 64/25 65/2 65/3 65/14 65/20 67/6 67/7 70/24 74/21 76/11 86/24 87/4 87/5 97/18 97/22 98/3 101/19 102/5 102/15 198/2 203/24 203/25 209/24
salesmen [1] 95/16
salesperson [3] 169/25 197/8 197/8
same [284]
same -- [5] 20/12 66/25 90/16 138/4 180/6

Same's [1] 109/21
Sames [1] 46/24
Sammy [1] 11/7
sample [2] 80/2 129/9
San [5] 1/6 47/23 49/23 49/25 50/6
SANCHEZ [9] 2/4 3/4 35/15 48/17 190/16 203/14 215/18 218/23 221/1
Sandler [38] 51/12 51/16 51/21 92/14 100/15 105/3 105/17 108/6 111/23 112/3 113/8 115/25 119/14 125/3 128/2 129/16 129/25 142/9 142/20 144/17 147/19 148/25 149/15 150/13 151/4 154/14 154/24 158/21 159/5 160/7 163/3 163/16 164/17 167/4 173/9 176/4 181/7 186/4
Sandler -- [1] 150/13
Sandler's [2] 148/24 155/14
Santa [1] 192/5
satisfied [1] 65/3
Saturday [1] 50/18
saw [33] 18/4 21/23 30/20 31/4 32/21 74/20 82/11 83/6 84/17 85/21 88/18 92/15 117/2 135/18 145/23 155/15 193/4 193/8 193/11 193/13 199/8 200/6 200/6 201/6 201/25 202/14 205/14 205/19 205/22 208/20 211/10 211/19 219/4
saw -- [1] 83/6
say [93] 12/24 17/15 18/17 18/22 20/3 21/22 21/23 25/1 27/20 28/12 28/18 29/11 29/11 30/14 30/15 30/16 30/18 33/16 40/16 44/17 46/7 49/4 52/12 54/6 55/14 73/3 83/13 85/4 85/5 85/16 85/17 85/20 97/4 101/13 109/11 111/3 114/8 116/13 118/25 119/1 119/6 119/13 121/21 122/9 124/8 125/12 126/12 128/8 134/1 134/1 135/22 136/7 142/25 143/2 145/23 146/14 146/15 147/10 148/18 150/17 151/5 151/12 151/20 151/20 151/21 152/3 153/3 159/14 161/2 162/1 162/3 162/9 166/1 168/24 169/2 169/21 174/7 176/18 180/2 180/22 181/13 187/14 192/13 194/11 194/14 194/23 197/4 200/8 200/10 202/14 206/12 212/25 220/20
say -- [1] 85/4
saying [24] 14/15 17/24 19/20 24/3 34/4 94/16 111/17 121/20 121/23 121/25 122/1 122/14 125/15 135/9 136/3 136/6 144/25 148/1 150/24 151/10 157/10 157/11 165/15 219/4
saying -- [1] 136/6
says [57] 14/10 19/15 22/19 25/6 29/3 45/11 45/13 45/14 47/15 47/21 64/10 69/7 69/14 72/17 81/1 81/2 82/2 82/8 82/11 83/5 83/6 88/13 90/18 90/19 91/14 91/20 91/21 95/18 95/20 95/21 95/25 102/25 139/12 147/17 149/24 152/7 152/16 157/14 159/19 160/7 160/10 166/21 169/18 170/3 170/12 170/14 170/22 174/19 175/15 178/13 181/15 181/19 182/25 183/1 197/3 200/13 201/17
says -- [1] 139/12
scale [2] 13/5 33/10
scenes [3] 165/19 165/20 167/21
scheme [2] 25/10 103/16
school [2] 53/21 76/19
science [1] 23/12
scientific [1] 71/15
scoop [1] 58/9
scratch [1] 159/5
screen [4] 8/16 84/23 130/13 141/19
screener [1] 80/2

| | | |
|---|---|---|
| **S** | September 2002 [1] 79/19 | 47/11 49/18 49/21 50/11 97/9 99/5 |
| seal [6]  73/9 73/14 74/15 147/17 156/22 179/3 | sequentially [1] 62/17 | 111/19 |
| Search [3] 191/16 191/17 203/18 | series [4] 17/5 53/9 56/3 76/16 | short [2] 35/5 189/10 |
| second [11] 23/16 24/18 26/5 31/17 117/11 117/12 158/13 158/22 159/13 180/3 187/1 | serious [3] 12/19 12/20 100/7 | should [30] 5/17 8/11 9/8 10/22 11/15 14/3 14/23 16/12 25/8 25/13 27/20 32/8 32/9 33/25 61/8 83/3 132/25 148/21 155/5 156/22 159/14 164/21 164/22 175/16 187/13 190/25 191/4 208/21 214/8 218/12 |
| | serv [1] 168/1 | |
| | serv -- [1] 168/1 | |
| | served [1] 19/8 | |
| | servers [1] 33/2 | |
| secondary [15] 6/2 6/6 6/10 6/23 12/21 15/25 16/6 26/5 26/8 26/12 26/22 27/6 28/15 28/23 29/2 | service [14] 8/10 123/21 123/21 124/2 125/10 125/11 125/12 125/13 153/19 153/22 194/22 195/11 219/2 219/3 | |
| | | shouldn't [4] 30/18 31/24 33/14 61/2 |
| seconds [2] 111/24 112/5 | services [7] 191/16 191/18 191/19 191/20 191/21 192/11 203/19 | show [42] 10/22 11/24 12/4 13/1 23/15 27/3 32/3 32/14 34/6 34/21 36/12 37/17 47/4 59/23 68/13 69/9 72/4 73/25 74/20 75/5 75/22 76/13 78/9 81/18 87/18 88/2 90/12 91/10 100/21 126/18 129/19 147/25 156/13 166/9 166/25 178/5 207/7 208/6 214/13 216/9 216/24 219/8 |
| secret [2] 156/6 157/13 | | |
| section [3] 115/2 170/2 222/5 | serving [3] 25/23 178/13 178/16 | |
| see [86] 6/5 12/18 17/18 17/18 19/3 20/18 21/3 21/17 23/18 24/9 26/2 27/2 27/5 27/7 28/4 31/1 33/3 34/25 42/9 43/2 43/11 45/4 45/10 45/15 63/4 64/20 68/8 72/22 77/19 79/18 80/24 83/12 87/22 93/4 93/5 93/5 93/6 93/7 93/23 94/6 94/18 94/19 104/25 112/1 122/20 123/20 124/2 124/3 124/16 127/4 130/21 130/25 131/18 132/19 137/19 138/23 138/25 139/12 145/12 149/4 149/6 151/15 156/16 157/4 160/7 160/12 161/2 168/23 172/21 172/21 175/11 182/21 183/12 186/11 192/19 195/2 198/16 199/16 201/22 206/2 210/6 211/8 213/8 215/1 217/1 217/3 | set [5] 13/25 14/4 137/4 206/25 222/8 | |
| | sets [1] 145/25 | |
| | setting [2] 205/22 217/21 | showed [14] 28/22 28/24 30/21 118/1 122/9 127/6 153/13 164/17 165/1 166/9 167/1 167/15 186/4 211/18 |
| | seven [7] 3/18 84/8 84/10 85/19 85/21 153/15 154/16 | |
| | seven percent [1] 84/10 | showed -- [1] 127/6 |
| | seventh [1] 3/24 | showing [4] 6/22 77/8 96/4 154/22 |
| | Seventy-nine [1] 85/5 | shown [15] 8/15 10/2 15/25 28/20 30/2 30/20 33/4 62/15 63/2 81/21 129/17 137/24 154/21 168/17 168/17 |
| | Seventy-nine percent [1] 85/5 | |
| | several [7] 23/6 71/20 75/20 111/8 146/19 154/25 176/19 | |
| | Señor [1] 208/3 | shown -- [1] 168/17 |
| | Señorial [7] 40/7 40/10 47/15 47/23 47/23 48/11 49/16 | shows [18] 6/14 20/2 26/18 26/18 28/9 28/19 30/25 31/10 69/14 83/2 84/25 86/21 90/19 94/3 165/13 165/14 167/12 168/24 |
| | shade [4] 8/1 18/1 28/20 30/15 | |
| seeing [3] 34/4 93/23 124/10 | shaded [1] 92/10 | sic [1] 103/14 |
| seeking [3] 18/14 28/18 173/21 | shades [2] 88/20 90/22 | side [28] 13/5 13/13 24/4 27/13 33/3 63/2 63/6 91/17 93/14 93/14 93/24 93/24 94/21 94/21 95/1 95/1 97/14 97/15 102/24 102/25 130/21 136/15 156/9 178/13 211/16 211/24 211/24 217/14 |
| seeks [1] 185/22 | shading [2] 90/23 93/4 | |
| seem [3] 92/5 146/15 157/21 | shall [3] 3/11 3/16 3/21 | |
| seems [4] 80/23 118/25 150/23 183/1 | Shampoo [2] 116/2 116/5 | |
| seen [38] 15/2 15/11 24/22 25/16 30/11 42/10 45/5 45/7 65/20 88/3 125/5 148/15 155/3 163/8 163/11 163/12 163/13 193/14 193/17 194/6 195/6 195/8 200/14 200/20 200/21 200/22 200/24 200/25 201/3 201/6 201/8 201/10 202/17 202/18 205/4 206/24 207/3 218/8 | Shampoo -- [1] 116/5 | |
| | shape [1] 123/17 | side's [1] 154/21 |
| | shaped [1] 14/9 | sides [2] 15/2 191/7 |
| | share [21] 9/11 9/15 34/17 34/19 62/8 62/9 64/8 64/9 64/17 64/22 65/19 65/19 67/8 67/10 67/11 89/25 101/19 109/12 109/19 109/20 154/1 | Sierra [2] 49/16 49/17 |
| | | Sifontes [16] 35/7 35/11 35/19 37/23 39/1 39/2 39/4 40/1 41/11 45/9 47/1 47/4 48/12 48/18 49/14 98/25 |
| | shared [1] 125/23 | sign [2] 197/12 197/13 |
| sees [1] 104/21 | sharp [1] 65/20 | signed [1] 47/22 |
| segment [3] 79/23 89/2 89/3 | she [31] 39/11 48/7 60/22 60/25 61/9 61/11 61/19 63/15 79/7 96/23 143/11 148/6 148/8 148/17 148/20 149/1 149/12 150/24 151/1 192/18 192/18 192/20 194/3 194/3 194/4 194/4 199/8 199/8 199/18 199/21 199/24 | significant [6] 8/7 19/17 74/25 116/14 120/12 147/5 |
| segmentation [10] 78/24 79/14 79/15 126/7 126/9 126/17 155/13 159/25 183/25 184/22 | | significantly [2] 21/14 174/5 |
| | | signing [1] 184/25 |
| | | silly [1] 10/4 |
| | | sim [1] 91/2 |
| selecting [1] 212/16 | | sim -- [1] 91/2 |
| selection [1] 70/6 | she's [7] 39/9 61/13 96/21 97/7 116/3 148/17 218/9 | similar [18] 8/13 10/17 10/17 66/12 67/1 70/17 74/10 80/5 80/14 91/4 92/6 93/14 93/16 104/8 108/11 109/4 173/17 188/21 |
| sell [16] 7/16 7/16 10/11 34/16 48/2 52/14 66/3 95/15 96/10 106/15 106/16 112/24 169/23 169/24 177/21 213/11 | | |
| | sheet [4] 95/15 96/10 133/20 169/23 | |
| | sheets [1] 169/24 | |
| selling [10] 10/15 10/16 10/16 59/16 90/10 106/7 106/13 106/20 106/23 195/25 | shelf [33] 21/3 87/22 93/12 94/20 95/2 97/6 97/15 97/24 172/23 195/6 198/10 198/13 198/20 201/11 206/2 206/21 208/20 209/2 209/3 209/22 209/23 210/4 210/20 210/23 211/2 211/11 211/17 211/22 214/7 215/1 215/7 215/7 215/13 | similarities [2] 90/24 91/1 |
| | | similarly [2] 82/13 84/5 |
| | | simpler [1] 11/10 |
| sells [11] 28/13 91/6 112/23 112/25 179/25 196/3 196/9 196/10 196/13 198/24 199/7 | | simplicity [1] 74/8 |
| | | simplify [1] 221/7 |
| | | simply [6] 5/1 14/24 61/18 74/9 105/14 126/14 |
| send [4] 144/9 145/9 152/12 169/3 | shelf -- [1] 209/22 | since [11] 6/9 33/17 48/1 48/1 53/10 65/20 72/8 76/6 81/8 190/19 211/25 |
| sending [3] 25/24 147/14 180/17 | shelved [2] 34/22 205/5 | |
| sense [6] 118/25 157/22 182/5 188/19 188/19 218/15 | shelves [17] 54/13 54/15 88/8 90/2 98/11 102/5 103/20 191/25 198/7 198/16 199/10 204/23 204/25 206/1 214/25 215/4 217/7 | single [9] 10/3 48/11 52/16 83/15 83/19 99/9 146/1 167/1 212/25 |
| sensitive [1] 176/16 | | |
| sent [22] 25/9 79/1 79/1 79/24 79/24 121/7 126/5 133/23 139/12 140/10 140/11 142/20 142/23 143/1 143/2 143/6 143/9 144/1 144/5 144/9 144/11 144/15 | | sip [1] 37/5 |
| | shipped [4] 59/19 59/22 60/2 60/13 | sir [1] 108/2 |
| | shocked [1] 93/9 | sister [1] 59/13 |
| | shop [1] 97/9 | sitting [1] 201/17 |
| sentence [3] 117/4 117/11 117/12 | shopped [2] 47/14 48/12 | situation [6] 17/10 20/7 99/20 155/11 205/12 214/16 |
| separate [2] 154/2 157/20 | shopper [1] 192/21 192/22 192/23 193/3 193/6 193/7 197/20 198/3 199/2 200/6 201/7 202/15 | |
| separately [1] 89/14 | | |
| September [6] 58/17 64/3 64/6 79/19 104/3 143/19 | | six [4] 12/22 44/22 82/22 187/4 |
| September 2000 [1] 64/6 | shopping [12] 36/2 40/3 40/6 42/14 43/5 | |

| S | |  |
|---|---|---|
| **sixth** [1] 3/24<br>**sixty** [5] 58/4 129/2 131/23 132/5 132/23<br>**Sixty percent** [1] 132/5<br>**size** [8] 41/4 41/22 54/3 54/6 93/10 94/23 114/1 114/5<br>**sized** [1] 105/14<br>**skip** [1] 161/1<br>**slide** [2] 61/19 62/2<br>**slightly** [2] 114/2 120/9<br>**slogan** [1] 169/2<br>**small** [15] 54/20 59/21 60/10 100/1 100/2 100/3 119/23 120/19 136/11 168/15 168/15 174/1 174/22 175/1 175/4<br>**small --** [2] 100/1 168/15<br>**smaller** [5] 41/18 56/13 87/13 149/24 172/3<br>**Snow** [1] 88/14<br>**so** [233]<br>**So --** [1] 94/14<br>**so-called** [1] 6/6<br>**soft** [2] 71/16 153/4<br>**sold** [34] 7/22 9/4 9/10 20/12 20/13 47/7 48/6 54/10 54/12 54/14 57/23 57/25 58/16 59/12 60/2 60/6 66/16 72/8 72/14 86/12 86/22 88/1 88/5 88/7 95/1 108/17 108/20 109/7 109/7 121/3 121/5 171/3 171/4 212/4<br>**solid** [1] 9/20<br>**some** [74] 4/19 9/4 12/19 12/19 15/2 15/7 17/11 17/23 20/2 21/22 22/3 22/14 24/19 25/15 25/15 25/24 26/10 26/16 27/15 30/8 43/5 48/8 56/13 56/13 59/15 59/22 60/11 61/11 66/13 67/1 71/14 72/2 74/20 77/3 77/18 87/13 88/16 90/4 90/23 100/7 102/7 102/8 103/20 112/8 119/23 120/5 145/21 145/21 145/21 145/24 146/11 153/1 154/7 154/20 157/2 161/17 161/20 162/16 163/10 163/20 164/17 164/23 165/14 167/21 171/13 173/17 176/20 182/5 183/15 183/24 186/4 187/18 194/10 219/1<br>**some --** [1] 176/20<br>**somebody** [4] 25/12 59/20 89/17 140/1<br>**somehow** [2] 104/16 164/21<br>**someone** [21] 16/22 21/11 21/16 21/21 21/23 28/3 43/8 43/16 43/17 44/1 113/4 119/20 160/14 175/23 175/24 175/25 188/16 208/21 210/3 210/16 211/13<br>**something** [21] 7/3 13/1 14/23 15/18 27/24 50/21 58/6 71/7 88/4 101/21 105/8 146/17 147/25 148/18 148/20 154/18 161/20 166/1 169/8 176/7 197/4<br>**sometimes** [11] 25/1 40/7 47/11 50/1 50/6 50/12 50/13 116/23 151/19 212/10 213/10<br>**somewhere** [1] 43/24<br>**sorry** [19] 13/21 64/5 78/25 85/4 85/8 91/4 105/12 105/22 117/10 117/13 130/11 136/20 144/25 159/12 172/7 179/21 180/6 214/11 216/15<br>**sort** [41] 52/22 54/13 56/4 58/7 58/9 59/21 67/25 68/1 69/6 71/4 71/7 71/14 72/25 73/1 73/2 73/4 74/17 76/22 76/23 76/24 77/7 77/18 79/5 79/7 83/9 83/10 83/11 84/19 84/19 84/20 86/19 86/20 87/7 87/13 91/24 92/10 92/11 99/6 102/19 102/20 111/21<br>**sounds** [1] 118/24<br>**source** [9] 5/7 16/6 22/22 26/25 62/2 62/6 79/7 188/15 188/24 | **source --** [1] 62/4<br>**sources** [1] 87/15<br>**space** [4] 29/14 30/23 208/23 209/2<br>**Spanish** [7] 69/4 76/19 78/1 78/4 95/11 178/14 196/20<br>**spatulas** [1] 217/12<br>**speaks** [2] 77/15 77/16<br>**speaks --** [1] 77/15<br>**special** [3] 186/1 195/11 198/3<br>**specials** [1] 198/1<br>**specific** [4] 11/13 204/12 204/23 204/25<br>**specifically** [16] 65/8 66/2 76/9 80/18 90/2 143/3 143/5 144/8 150/22 178/5 180/10 180/16 180/20 180/22 183/25 199/18<br>**specifically --** [1] 144/8<br>**speculate** [1] 96/21<br>**speculation** [1] 27/10<br>**spend** [1] 97/5<br>**spend --** [1] 97/5<br>**spending** [3] 97/6 98/7 99/8<br>**spent** [7] 53/4 76/4 76/12 83/17 98/8 104/19 164/19<br>**Splenda** [354]<br>**Splenda --** [4] 20/14 72/7 188/12 199/3<br>**Splenda's** [7] 28/11 109/20 122/19 188/2 188/5 188/10 217/20<br>**Splendas** [2] 46/25 131/11<br>**split** [1] 80/6<br>**spoon** [1] 90/19<br>**spots** [5] 204/23 204/25 209/7 209/7 209/12<br>**sprinkles** [1] 69/7<br>**squint** [1] 168/22<br>**stable** [3] 57/14 57/16 57/20<br>**staff** [1] 68/2<br>**stage** [1] 148/19<br>**stamp** [1] 179/2<br>**stand** [5] 12/18 25/3 61/2 93/14 210/12<br>**standard** [11] 11/19 12/3 12/12 13/18 14/3 18/10 23/1 26/6 26/23 31/12 118/22<br>**standing** [3] 211/6 211/11 211/15<br>**stands** [1] 168/8<br>**stapled** [1] 140/11<br>**stars** [1] 69/16<br>**start** [12] 12/2 24/22 67/19 67/20 81/25 92/18 107/19 159/5 200/22 208/5 216/16 221/16<br>**started** [1] 92/20<br>**state** [6] 35/17 174/24 190/17 191/13 203/15 211/4<br>**stated** [1] 7/5<br>**statement** [9] 81/4 85/25 148/5 164/24 169/10 175/12 187/5 187/6 196/23<br>**statements** [1] 4/5<br>**STATES** [26] 1/1 1/11 5/5 9/14 54/24 60/6 64/13 64/15 76/5 80/7 80/8 80/11 86/25 101/7 102/12 108/9 108/12 108/16 109/8 120/8 121/3 126/6 179/20 187/3 222/3 222/5<br>**steal** [1] 103/15<br>**steep** [1] 74/21<br>**steer** [1] 127/4<br>**step** [5] 13/14 15/14 132/19 134/25 208/25<br>**steps** [2] 132/6 205/24<br>**Stern** [1] 53/21<br>**Steve** [1] 148/4<br>**STEVEN** [3] 2/3 3/4 4/8<br>**sticker** [4] 91/21 172/23 182/20 182/23<br>**stickered** [1] 183/1<br>**sticking** [1] 216/25<br>**still** [12] 13/18 15/5 58/15 134/16 | 134/16 183/17 183/17 190/9 211/6 212/4 212/4 220/7<br>**stipulated** [3] 20/11 24/11 108/24<br>**stipulation** [2] 190/22 191/1<br>**stock** [3] 191/25 204/5 210/2<br>**stocked** [5] 210/14 210/15 210/21 212/10 217/16<br>**stocking** [6] 192/16 209/1 209/4 210/20 211/4 211/5<br>**stood** [2] 217/9 217/12<br>**stop** [8] 10/23 68/3 95/7 106/7 106/13 121/12 192/24 219/10<br>**store** [70] 21/2 21/5 21/22 21/24 24/14 30/4 32/23 33/1 33/4 34/1 37/7 40/9 40/23 41/2 47/5 47/8 56/4 56/14 81/9 87/3 87/9 88/8 99/12 103/20 111/9 111/18 115/8 115/9 115/10 115/12 115/15 116/19 153/21 154/13 171/17 172/21 194/19 195/1 195/14 198/6 199/11 200/2 200/24 201/11 201/20 202/20 204/10 204/23 205/10 205/25 206/1 207/14 209/11 209/21 210/3 210/13 210/19 210/19 212/4 212/5 212/22 213/5 213/10 213/16 214/2 214/22 214/22 217/16 217/17 217/19<br>**store --** [2] 37/7 210/13<br>**stores** [19] 9/10 13/11 31/23 34/15 59/10 102/2 102/7 102/7 102/8 102/8 121/5 191/23 192/1 192/6 199/10 204/3 204/18 205/4 206/23<br>**stories** [1] 218/19<br>**story** [4] 75/8 98/25 165/10 165/11<br>**straw** [2] 13/25 14/4<br>**strawberries** [1] 91/16<br>**strawberry** [4] 69/7 69/13 69/16 177/20<br>**streak** [1] 165/25<br>**strong** [3] 20/9 122/13 218/25<br>**study** [49] 78/24 79/8 79/8 79/11 79/14 79/15 80/1 100/11 112/1 112/2 126/7 126/9 126/17 127/2 128/8 129/9 129/17 129/18 130/18 130/23 133/9 133/23 134/11 139/25 141/13 142/8 142/25 143/4 143/18 143/20 143/21 145/24 154/15 155/13 155/14 155/17 159/20 159/22 159/24 159/25 160/6 160/14 160/15 160/21 161/5 175/21 175/24 183/25 184/23<br>**study --** [2] 129/9 160/21<br>**studying** [3] 97/6 99/9 100/9<br>**stuff** [2] 4/25 41/3<br>**stylized** [2] 110/9 110/18<br>**subject** [2] 4/20 164/22<br>**submit** [3] 218/3 220/10 220/22<br>**submitted** [3] 187/1 196/16 207/17<br>**subsidiary** [1] 52/4<br>**substantial** [4] 12/6 12/7 12/24 23/2<br>**substitute** [14] 4/25 54/3 55/10 68/12 89/7 89/9 152/19 161/17 163/5 163/14 169/5 169/6 169/9 179/25<br>**substitutes** [10] 25/2 54/1 121/24 122/7 154/6 162/4 162/12 162/20 162/22 174/9<br>**subtract** [3] 29/19 31/4 31/13<br>**succeed** [2] 5/24 73/19<br>**success** [5] 5/22 5/25 12/7 150/7 150/22<br>**success --** [1] 5/22<br>**successful** [1] 14/6<br>**such** [12] 15/21 15/24 16/18 19/14 24/1 27/21 118/4 122/10 191/21 209/24 212/16 212/19<br>**sucralose** [15] 55/23 56/19 56/21 56/22 56/24 57/4 57/6 57/14 58/19 58/24 74/6 182/3 187/19 187/23 188/3<br>**sucralose --** [1] 188/3 |

## S

**suddenly [1]** 194/9
**suffer [1]** 174/19
**sufficient [1]** 96/23
**sugar [324]**
**sugar -- [10]** 26/1 30/21 88/14 128/23 150/9 161/17 162/5 169/4 170/6 200/22
**sugar-like [1]** 161/24
**sugars [1]** 215/10
**suggest [20]** 12/12 13/15 14/12 15/12 16/7 18/8 18/11 18/24 23/6 25/23 26/23 26/24 27/2 27/14 31/9 31/17 33/9 34/5 142/13 220/14
**suggested [3]** 11/11 31/17 96/13
**suggesting [5]** 16/10 21/5 32/22 156/12 166/12
**suggestion [4]** 18/1 31/22 178/13 178/17
**suggestion -- [1]** 31/22
**suggests [3]** 19/10 77/20 126/1
**suing [2]** 107/4 107/5
**summarized [1]** 79/7
**summarizing [1]** 60/21
**summary [8]** 52/25 53/15 79/5 82/3 82/4 82/4 83/5 84/17
**Sunday [1]** 50/18
**supermarket [15]** 36/2 38/13 40/7 50/13 50/18 54/13 54/15 76/2 87/12 87/13 89/19 198/23 205/7 206/17 207/5
**supermarkets [5]** 59/7 92/19 191/24 192/6 204/18
**Supermercado [2]** 192/7 207/12
**Supermercados [1]** 207/1
**supervised [1]** 6/13
**supervisor [6]** 193/20 197/1 197/1 197/5 197/5 197/9
**supplement [1]** 52/9
**supply [1]** 60/11
**support [5]** 101/12 101/13 101/15 101/15 164/21
**supporting [4]** 103/8 191/16 191/17 203/18
**supposed [6]** 175/14 200/8 210/8 210/15 211/17 214/5
**supposedly [1]** 47/25
**Supreme [5]** 5/5 7/2 7/5 7/9 187/3
**sure [57]** 15/11 29/8 38/14 45/8 47/1 47/3 47/25 48/5 53/2 53/17 60/21 63/1 67/15 67/20 74/2 75/7 87/20 90/15 91/18 92/17 102/18 104/19 111/16 113/13 113/19 115/16 121/22 127/11 129/18 136/20 138/3 142/25 143/2 143/4 149/16 152/25 154/9 155/7 155/9 157/5 157/12 165/7 172/6 175/6 178/11 180/7 184/9 185/1 185/11 188/23 199/19 204/21 205/17 209/10 209/15 213/14 218/7
**Surely [1]** 127/3
**surprised [1]** 193/14
**survey [47]** 4/16 6/5 6/7 6/11 6/13 8/15 10/2 10/10 12/17 12/21 26/9 26/11 26/12 26/20 26/22 27/1 27/3 27/4 27/6 27/21 27/24 28/9 28/19 28/23 29/5 29/16 29/18 31/9 31/12 31/14 33/21 79/8 82/5 82/11 84/18 125/23 126/3 127/9 136/12 138/18 139/22 140/25 153/13 153/14 183/25 184/8 185/1
**survey -- [1]** 79/8
**surveying [2]** 28/18 29/1
**surveys [2]** 27/12 140/15
**swab [1]** 115/5
**swabs [7]** 114/14 114/16 114/22 115/2 115/3 115/13 117/2

**swearing [1]** 3/9
**sweet [7]** 46/25 69/8 69/8 102/25 182/9 182/16 183/4
**Sweet'N [49]** 15/5 18/21 19/7 55/3 55/11 55/21 55/25 56/7 57/22 64/11 67/21 67/23 67/23 68/6 68/9 68/18 69/18 69/22 70/23 73/22 81/8 84/2 84/6 89/8 114/12 123/23 129/15 136/8 137/1 137/15 137/16 137/21 137/25 138/15 139/14 139/15 139/18 140/21 140/22 153/9 154/12 159/19 159/24 160/8 160/16 177/12 177/14 215/25 216/1
**sweeten [3]** 54/22 91/19 182/4
**sweetened [7]** 66/8 91/21 106/24 183/2 183/3 183/8 183/14
**sweetener [61]** 9/4 15/2 15/19 18/20 21/10 31/2 36/4 36/5 36/18 37/2 38/2 53/23 54/15 54/25 57/16 57/16 57/18 66/12 67/9 67/14 67/17 72/18 73/3 74/13 82/2 89/3 89/18 89/19 89/20 89/21 89/24 90/7 90/17 90/18 91/14 100/16 101/5 106/23 119/25 130/18 130/25 131/1 131/13 132/3 133/9 133/12 133/15 134/2 157/9 161/24 162/25 163/10 166/22 166/24 182/3 182/8 188/8 212/14 216/1 216/2
**sweetener -- [4]** 36/4 89/24 133/7 157/9
**sweeteners [29]** 7/22 18/22 32/20 36/3 53/25 57/7 67/24 73/17 89/25 90/1 90/25 91/22 106/16 106/17 111/19 120/13 129/5 129/5 130/16 133/8 133/24 134/21 139/22 154/2 154/13 182/16 183/2 183/3 183/9
**sweetening [1]** 66/24
**sweetens [1]** 188/7
**sweeter [1]** 102/25
**sweetness [4]** 74/5 159/25 182/4 183/17
**swirl [5]** 74/12 110/11 110/11 110/12 110/13
**switch [1]** 25/5
**swoosh [4]** 110/10 110/11 110/12 110/19
**swore [2]** 47/13 47/19
**sworn [8]** 3/17 3/18 35/13 51/18 190/8 190/13 191/10 203/11
**Synovate [4]** 79/19 80/9 140/3 140/13
**Synovate -- [1]** 140/3

## T

**table [3]** 15/17 24/4 123/22
**tailored [1]** 161/23
**take [47]** 34/10 35/3 37/2 43/8 70/18 76/14 83/2 84/24 95/7 95/16 105/9 107/19 111/12 111/14 111/14 112/4 116/2 116/23 128/11 133/10 158/12 158/15 158/17 162/20 164/20 171/9 172/15 173/4 175/20 186/25 189/8 189/20 191/6 191/9 194/2 202/9 204/22 205/24 207/4 207/10 210/2 211/8 211/20 216/11 216/20 220/7 220/15
**take -- [1]** 111/14
**taken [10]** 30/4 32/18 35/5 107/22 118/7 118/10 160/14 189/10 207/5 207/12
**takes [3]** 111/24 175/10 196/7
**taking [7]** 3/8 49/8 102/4 122/15 139/21 175/24 176/1
**talk [27]** 6/14 6/17 9/23 12/21 14/15 15/1 17/12 40/1 53/23 60/19 65/8 67/13 69/23 84/13 84/16 86/1 88/25 90/8 98/10 119/25 157/2 169/25 187/23 208/22 210/16 211/13 212/10
**talked [21]** 28/9 29/16 41/20 70/11 71/18 85/25 86/19 103/10 120/1 126/4 130/17 139/20 153/22 154/14 159/6 160/2

164/19 169/12 173/25 184/22 199/1
**talking [31]** 4/24 5/1 5/14 5/15 14/7 14/8 14/10 15/23 16/20 18/7 20/14 46/8 71/20 83/18 114/12 118/13 119/11 126/3 126/12 140/24 146/13 164/16 170/5 173/1 187/20 188/9 188/13 188/18 194/10 202/12 206/16
**talks [4]** 76/25 84/17 160/21 186/8
**tall [1]** 102/24
**taller [3]** 20/23 114/2 114/3
**target [3]** 25/25 150/4 150/21
**targeted [1]** 178/5
**targeting [5]** 95/5 96/13 96/15 163/19 163/22
**targeting -- [1]** 96/13
**targets [1]** 180/16
**taste [20]** 37/3 46/19 57/9 57/12 89/12 90/20 90/21 99/2 102/25 162/5 163/25 182/8 182/9 182/13 182/15 182/17 182/17 183/4 183/21 186/18
**taste -- [1]** 57/9
**tasted [2]** 38/15 38/16
**tastes [14]** 25/7 25/25 72/1 72/19 73/8 73/13 74/15 147/17 152/16 152/17 161/2 162/1 163/18 166/23
**Tate [1]** 57/1
**tea [19]** 15/20 16/4 17/11 17/22 18/13 18/23 19/3 31/19 54/23 68/9 73/7 102/24 177/10 177/16 177/25 178/5 178/7 178/8 178/24
**team [1]** 150/2
**tear [1]** 190/2
**teardrop [1]** 116/11
**technically [2]** 22/16 189/18
**technique [1]** 145/22
**television [3]** 75/14 164/20 165/8
**tell [63]** 28/25 30/4 32/17 34/13 35/20 35/25 48/10 56/16 57/10 58/11 59/25 63/23 65/14 66/2 67/16 68/15 69/2 70/4 70/4 71/14 72/21 75/6 76/14 78/20 79/4 79/16 82/1 84/14 84/24 86/9 86/16 87/19 88/11 91/11 94/2 96/11 97/2 97/23 98/1 98/4 99/2 100/22 101/2 105/17 111/12 111/15 117/10 125/24 132/25 137/23 163/13 163/15 165/7 166/20 192/9 194/15 194/25 199/6 199/8 201/17 205/8 210/7 210/7
**telling [2]** 121/7 206/4
**tells [4]** 50/21 84/25 180/10 194/10
**ten [4]** 20/13 31/21 53/5 90/10
**ten-sixteenths [1]** 94/8
**tend [7]** 97/9 99/9 104/23 115/10 124/15 124/16 154/1
**tends [1]** 172/15
**tenth [6]** 9/11 34/17 34/18 101/20 101/22 101/23
**tenth -- [1]** 101/20
**terms [15]** 16/20 62/9 66/12 66/18 74/11 80/15 86/17 92/8 93/21 94/23 99/19 101/19 104/13 129/6 183/19
**territory [6]** 192/3 192/7 204/12 204/16 204/19 206/24
**test [10]** 7/15 14/22 28/15 29/5 29/18 29/20 30/2 30/12 31/12 165/9
**tested [2]** 71/12 71/22
**testified [20]** 35/13 47/14 51/18 61/12 96/18 108/8 119/22 134/9 134/14 140/2 142/9 148/17 153/1 175/18 190/14 197/17 203/12 208/17 210/12 214/20
**testify [7]** 41/21 61/13 142/16 213/2 218/6 219/13 220/25
**testifying [1]** 21/25
**testifying -- [1]** 21/25
**testimony [16]** 30/25 31/11 45/18 46/17

| | | |
|---|---|---|
| **T** | 166/4 167/22 168/12 168/22 173/10 182/4 184/12 185/7 189/13 189/25 192/15 192/18 192/22 193/20 194/14 194/16 195/12 204/5 210/15 221/12 221/13 221/16 | 57/21 58/1 60/22 61/22 63/6 64/12 69/20 69/25 70/8 71/9 73/15 80/3 81/10 93/22 96/16 96/23 98/16 101/20 102/11 104/22 104/24 111/24 113/20 114/10 114/13 115/19 115/20 115/21 116/11 121/15 122/19 122/23 123/17 124/8 124/13 124/17 124/24 125/23 126/16 126/16 126/19 127/20 127/23 128/24 129/1 134/14 136/3 140/2 140/8 140/8 140/9 145/19 148/16 148/19 149/9 152/15 153/13 153/16 154/25 157/7 161/20 162/4 162/13 162/20 163/22 168/24 169/2 169/7 174/24 175/18 176/19 183/7 183/10 186/22 187/23 187/24 188/1 188/18 193/11 193/16 218/7 218/12 219/8 219/9 220/7 220/16 221/5 |
| testimony... [12] 48/22 48/25 49/2 60/22 61/4 61/20 124/5 170/23 185/7 214/14 218/16 218/18 | | |
| testing [3] 28/15 28/16 29/10 | | |
| text [2] 165/15 175/15 | there [199] 3/13 4/12 4/14 4/15 5/8 6/4 6/8 7/21 8/7 9/4 10/6 11/20 11/25 12/18 15/2 15/3 15/7 16/4 21/13 21/14 21/24 22/11 22/14 24/6 24/21 25/19 26/7 27/10 27/11 31/10 32/9 32/11 33/2 33/11 33/12 33/24 33/24 34/6 34/11 34/15 34/18 34/23 43/17 44/7 44/8 44/16 46/3 46/3 48/6 50/1 50/1 50/6 50/10 50/20 50/21 50/22 54/19 54/20 55/20 56/1 56/3 56/9 56/11 56/13 57/9 57/9 57/12 57/13 58/18 61/2 61/11 64/17 64/17 68/2 68/3 68/9 71/14 73/1 73/6 73/8 74/13 75/14 80/23 82/9 87/14 88/21 90/5 90/19 90/20 90/24 91/21 95/7 96/7 96/16 96/17 97/3 97/13 98/2 99/8 99/19 99/21 99/23 100/13 103/22 105/14 113/4 115/2 123/1 123/22 123/23 123/23 123/23 123/23 123/24 128/7 129/16 129/24 130/2 130/21 134/3 136/14 136/17 138/17 142/1 142/7 145/4 146/19 150/24 152/5 152/6 152/9 154/6 154/25 155/18 157/12 158/13 159/13 161/22 162/21 163/3 165/6 168/12 168/12 168/22 169/8 170/2 170/15 171/13 173/17 175/11 176/19 178/7 178/24 179/1 179/1 179/17 182/20 188/9 188/20 189/24 190/25 191/4 192/18 192/20 194/9 194/21 194/22 198/14 198/15 198/15 198/17 198/20 198/21 202/20 202/25 204/4 204/7 208/24 209/7 210/1 210/25 211/6 211/14 211/15 211/22 212/1 212/3 212/13 213/23 215/1 216/24 217/3 218/19 219/12 219/14 219/18 219/21 219/22 | |
| than [48] 5/3 8/23 9/11 10/11 11/10 12/7 12/11 12/11 14/3 17/20 20/14 21/8 21/15 22/6 22/8 24/7 24/13 25/18 25/18 29/9 29/15 31/8 31/13 64/10 81/11 83/21 101/20 101/22 109/21 109/23 109/25 111/24 112/5 129/17 135/25 147/8 153/15 163/10 171/16 172/12 172/16 172/24 174/7 176/17 177/20 201/21 206/9 218/14 | | |
| than -- [1] 153/15 | | |
| thank [18] 4/7 10/25 11/1 28/8 34/8 35/2 38/20 49/10 49/13 51/7 63/10 63/17 113/17 132/20 133/22 185/16 187/12 202/4 | | think -- [2] 126/19 188/1 |
| thanks [2] 109/5 158/21 | | thinking [7] 22/10 70/5 100/10 175/19 175/21 188/11 195/13 |
| that [980] | | thinks [3] 9/19 11/17 30/7 |
| that -- [7] 46/7 83/12 117/4 156/15 184/9 202/21 205/14 | | third [3] 80/8 165/21 185/11 |
| that's [262] | | thirteen-sixteenths [1] 94/9 |
| that's -- [1] 134/24 | | this [475] |
| the -- [16] 3/8 69/14 73/1 73/6 74/14 77/5 79/13 86/18 122/16 124/9 131/20 135/20 140/14 167/2 206/15 211/20 | | this -- [4] 36/17 144/10 146/11 216/24 |
| | there -- [1] 68/2 | those [56] 3/9 3/10 5/16 12/25 15/12 18/12 18/24 19/3 19/8 19/12 33/24 34/19 34/23 66/13 70/20 70/24 73/23 84/3 84/6 85/3 87/15 109/19 111/2 113/2 114/1 123/16 124/6 130/4 131/1 134/10 136/3 137/25 139/22 145/20 157/14 158/3 162/9 165/1 172/2 173/21 174/7 176/16 196/7 196/11 204/25 209/25 213/2 218/5 218/7 218/13 219/3 220/7 220/8 220/10 220/18 220/22 |
| their [69] 6/19 10/7 10/10 11/11 12/17 13/7 13/12 13/18 13/20 15/1 15/12 15/18 17/18 17/18 17/23 17/24 18/20 18/22 18/25 19/4 19/18 20/2 21/2 21/4 21/12 21/22 22/14 23/2 24/7 25/4 25/6 25/23 25/25 26/2 26/10 28/2 28/19 28/19 28/24 29/3 29/11 32/4 33/4 33/16 33/22 39/13 53/6 62/5 62/5 66/2 67/11 90/11 93/19 95/17 106/13 107/6 117/17 119/24 140/21 152/15 157/3 180/17 180/21 218/11 219/12 219/21 220/2 220/11 | there's [7] 17/22 17/22 33/3 128/5 139/13 161/18 163/3 | |
| | therefore [4] 98/20 98/22 100/12 191/8 | though [10] 10/9 10/9 15/13 19/13 83/17 91/23 91/23 98/2 175/18 218/8 |
| theirs [1] 93/8 | these [70] 10/21 11/17 16/5 16/13 17/8 21/1 21/3 21/3 21/17 25/10 54/10 60/23 60/24 61/1 61/3 67/13 69/18 70/17 70/18 71/1 71/2 75/6 75/14 75/15 75/16 75/20 77/2 78/20 79/1 85/2 85/8 90/14 91/6 91/7 91/11 93/18 94/19 94/21 94/22 94/24 95/1 95/16 95/22 96/17 97/13 100/22 106/17 106/20 111/23 116/9 117/5 124/9 124/10 128/9 129/11 131/6 133/18 135/5 135/8 135/8 144/7 156/5 156/7 169/24 171/25 172/12 181/6 183/16 192/1 219/1 | thought [28] 9/19 25/13 32/8 32/9 32/11 32/21 37/6 70/14 84/10 146/17 176/6 187/18 187/20 188/2 193/13 193/19 194/3 199/3 200/9 200/10 200/13 200/15 201/25 202/2 202/16 202/19 208/21 213/20 214/19 |
| them [84] 10/3 15/11 18/11 19/9 20/2 21/12 30/21 33/14 34/20 43/16 43/17 45/17 50/7 50/9 54/22 62/18 75/24 75/25 79/23 80/3 80/4 80/6 82/12 83/7 84/10 85/5 85/13 102/4 106/13 106/20 106/23 107/4 107/5 112/2 112/21 113/4 114/25 115/8 115/9 115/10 115/15 121/8 121/12 124/11 128/22 129/11 129/12 130/18 134/21 135/21 138/11 138/14 139/15 139/17 143/5 160/22 162/16 163/15 166/20 173/18 177/22 177/23 178/1 186/10 194/11 194/15 194/16 194/25 205/1 206/5 208/10 208/11 211/1 211/8 211/8 211/21 217/1 218/8 218/10 218/22 219/1 219/2 220/15 221/7 | | three [29] 9/13 27/7 76/12 84/6 94/7 94/8 98/8 104/1 104/2 106/17 111/24 112/5 128/9 128/20 132/6 135/23 138/22 139/13 140/18 145/15 157/25 158/24 159/10 165/19 168/13 214/25 216/24 216/25 218/2 |
| | | three million [1] 76/12 |
| | | three percent [1] 84/6 |
| | | threshold [1] 17/13 |
| | | threw [1] 46/8 |
| | they [347] | through [14] 7/13 25/9 33/14 36/3 38/11 56/25 59/12 77/2 78/20 83/2 84/24 143/17 190/13 203/11 |
| theme [1] 150/3 | they'd [1] 146/8 | throw [3] 45/24 46/1 211/1 |
| themselves [2] 16/15 96/8 | they've [3] 26/5 33/13 76/1 | Thursday [1] 197/21 |
| then [98] 3/10 3/11 3/20 5/21 7/8 8/17 11/15 11/20 11/25 13/11 18/10 18/17 19/22 20/7 20/10 22/11 24/3 33/16 37/1 43/5 43/19 43/23 44/4 45/23 46/5 48/3 50/8 50/9 50/23 53/6 53/7 55/18 55/22 59/3 73/10 73/13 82/5 82/6 86/21 91/20 91/21 95/22 99/1 102/24 105/4 107/19 115/22 127/14 128/20 129/10 129/12 130/25 135/20 137/4 137/20 138/14 138/21 139/2 139/16 139/18 139/21 140/10 145/17 146/20 157/16 158/2 158/4 158/17 158/18 160/10 161/1 161/4 165/19 165/20 165/25 165/25 | thick [1] 156/2 | tie [1] 161/17 |
| | thing [24] 5/11 16/24 20/18 22/16 61/17 83/19 97/17 98/4 122/5 125/25 126/15 129/14 130/14 137/19 146/1 148/17 148/18 152/2 156/23 157/17 157/23 158/5 161/4 180/4 | tie-in [1] 76/25 |
| | | time [34] 9/19 10/14 15/4 20/16 23/5 23/16 46/7 49/8 50/10 61/17 70/21 73/22 74/24 82/20 97/9 99/12 120/5 156/1 156/13 175/10 175/21 175/24 176/1 184/16 184/17 184/25 185/11 195/11 202/10 209/25 211/5 216/13 219/15 219/22 |
| | things [19] 61/13 63/1 63/5 83/12 83/13 97/3 128/16 143/17 143/20 151/18 154/20 156/25 159/10 173/17 176/12 178/18 182/5 188/20 213/10 | |
| | think [118] 4/11 6/20 9/20 12/18 13/20 16/4 19/1 21/3 21/6 21/16 21/16 22/12 22/15 22/24 23/17 26/1 28/10 29/8 29/11 29/23 30/4 30/5 30/20 32/22 32/23 34/24 40/14 40/18 47/10 48/7 | time -- [2] 176/1 219/15 |
| | | times [7] 71/20 99/12 111/8 111/21 146/19 194/19 210/3 |
| | | Title [1] 222/4 |
| | | to -- [2] 143/23 154/1 |
| | | today [19] 4/10 4/18 11/6 11/24 27/5 |

| T | Tuesday [4] 142/7 148/13 154/19 156/20 | 177/5 177/15 178/2 179/11 179/16 |
|---|---|---|
| today... [14]  48/23 55/1 66/10 80/23 97/12 104/15 107/11 118/12 122/6 125/20 161/8 167/4 190/24 221/4 | turn [5]  80/17 84/22 141/15 160/6 160/19 | 179/18 180/19 188/4 188/14 208/9 |
| | turned [1]  156/20 | unaided [1]  128/4 |
| | turning [1]  82/25 | unclear [1]  146/15 |
| today's [1]  162/10 | turns [1]  7/10 | under [18]  6/1 20/6 47/14 54/4 74/4 101/18 108/1 137/6 155/20 156/22 159/10 160/24 161/5 175/11 185/1 190/9 203/6 222/9 |
| together [4]  78/4 79/24 135/2 140/9 | TV [2]  164/17 166/5 | |
| told [29]  5/5 7/2 47/10 48/11 56/8 73/15 90/9 98/25 102/11 143/7 143/9 144/7 192/17 192/18 192/19 192/20 192/22 193/20 193/21 197/4 200/11 213/5 213/17 213/18 213/19 213/22 213/23 214/2 214/4 | Twelve [1]  87/4 | |
| | twelve-sixteenths [1]  94/13 | undergraduate [1]  53/18 |
| | Twenty [1]  30/23 | underneath [2]  82/9 172/22 |
| | twice [2]  111/9 194/18 | understand [15]  82/8 89/15 106/6 111/16 118/6 118/7 118/9 142/4 164/12 167/4 172/6 173/20 189/1 197/7 219/4 |
| | Twin [59]  9/6 9/8 9/9 9/24 10/1 10/4 10/11 10/15 10/19 25/18 25/18 30/18 31/23 32/16 32/22 33/5 33/8 34/14 34/16 100/16 100/25 101/2 101/5 101/9 101/10 101/18 102/2 102/13 102/17 102/21 102/23 103/3 103/6 103/14 103/15 103/17 104/5 104/11 104/13 104/16 104/21 119/22 120/12 120/19 120/25 121/1 121/4 121/7 121/15 121/18 125/3 125/19 160/3 160/3 160/10 160/16 176/21 176/24 178/6 | |
| tomorrow [6]  11/24 190/24 220/20 221/9 221/16 221/19 | | understand -- [1]  89/15 |
| | | understanding [15]  62/14 66/4 89/18 92/17 104/17 118/3 162/3 162/17 173/23 181/24 182/1 182/7 190/21 198/1 198/21 |
| tomorrow -- [1]  11/24 | | |
| too [3]  11/18 16/22 46/25 | | |
| took [17]  8/17 32/13 37/5 43/10 55/13 70/20 71/1 82/5 107/5 107/11 207/15 208/7 211/19 216/13 216/13 216/17 217/9 | | unfortunate [1]  176/14 |
| | | Unfortunately [1]  14/20 |
| | | unhappy [1]  209/19 |
| | | unique [4]  5/21 15/18 16/5 55/22 |
| | Twin -- [2]  9/24 101/9 | uniquely [2]  56/24 58/22 |
| top [22]  68/10 73/10 81/8 82/6 86/20 102/21 112/9 112/10 122/12 124/12 124/16 126/20 128/7 128/18 131/7 136/18 136/23 138/23 140/19 159/14 165/19 167/21 | two [59]  11/18 12/16 21/17 21/25 26/8 26/19 27/5 28/23 40/19 46/16 46/23 46/24 50/14 55/2 56/20 57/10 57/19 71/1 74/4 75/10 75/16 84/21 88/8 88/20 89/4 91/15 94/12 96/17 97/13 97/14 101/19 104/8 111/24 112/5 112/16 112/16 123/16 132/6 134/17 138/21 140/2 145/25 146/2 154/15 154/24 156/13 156/18 157/5 157/8 157/15 157/25 158/9 206/18 216/25 217/4 219/2 219/23 221/1 221/3 | unit [1]  70/23 |
| | | UNITED [26]  1/1 1/11 5/5 9/14 54/24 60/6 64/13 64/15 76/5 80/7 80/8 80/11 86/25 101/7 102/12 108/9 108/12 108/16 109/7 120/7 121/3 126/5 179/20 187/3 222/3 222/5 |
| | | universally [1]  135/18 |
| | | Universe [1]  77/1 |
| | | University [2]  6/13 53/19 |
| top -- [3]  136/23 140/19 159/14 | | unless [3]  63/9 97/24 220/17 |
| total [2]  87/7 130/22 | | unpacked [1]  44/1 |
| touched [1]  99/13 | | until [5]  3/21 48/11 161/22 198/22 221/19 |
| tour [1]  172/1 | two -- [1]  84/21 | |
| toward [1]  161/23 | two-inch [2]  156/2 156/17 | unusual [6]  15/14 16/5 17/9 99/11 99/11 157/8 |
| towards [2]  205/10 217/14 | two-sixteenths [1]  94/10 | |
| town [1]  214/24 | two-week [1]  6/9 | unusual -- [1]  15/14 |
| track [1]  146/4 | tying [1]  180/20 | up [70]  5/12 8/12 13/25 14/4 15/14 21/6 21/7 23/5 31/22 32/3 32/11 37/1 38/7 44/4 46/2 46/6 48/11 50/5 50/8 50/9 57/2 64/21 72/23 73/16 80/2 80/6 97/20 97/20 98/15 99/10 100/10 103/16 105/5 111/22 115/20 115/21 123/1 124/14 132/17 134/25 136/19 137/15 137/17 140/18 141/19 145/12 146/11 151/21 158/18 158/23 159/15 165/4 168/8 169/15 175/20 175/21 176/3 176/4 176/6 176/19 182/5 192/25 193/7 194/11 194/13 198/22 204/14 206/5 209/22 |
| trade [52]  4/13 4/14 5/2 5/3 5/15 5/20 6/1 6/15 6/22 7/18 7/24 7/24 8/2 9/3 10/6 10/24 14/17 16/21 16/25 17/14 17/19 17/24 18/7 18/15 19/17 20/6 23/22 28/17 53/18 67/13 69/18 69/23 70/6 72/7 72/23 75/19 75/22 77/3 77/12 78/9 126/23 156/6 156/7 157/13 164/13 166/16 169/13 170/14 185/18 185/22 185/25 186/2 | Tylenol [4]  24/9 52/15 186/6 192/2 | |
| | Tylenol's [3]  23/22 23/23 23/25 | |
| | type [9]  5/12 6/4 6/7 27/9 57/22 69/15 72/17 86/21 215/20 | |
| | typeface [6]  73/2 90/22 91/24 92/4 92/5 92/5 | |
| | typeface -- [1]  92/5 | |
| | types [5]  26/8 77/17 87/11 87/14 191/25 | |
| | typical [3]  75/22 87/21 88/15 | |
| | typically [12]  23/23 54/10 54/12 54/18 69/21 80/5 89/23 91/19 92/7 95/16 124/11 185/25 | |
| trademark [12]  19/25 22/20 23/25 31/12 72/1 98/18 98/20 110/3 110/14 111/5 146/24 166/18 | | |
| trademarks [3]  19/16 185/22 185/24 | | |
| traditional [2]  87/25 91/25 | | |
| traditional -- [1]  87/25 | | |
| transcript [2]  222/6 222/9 | typically -- [1]  80/5 | up -- [1]  115/20 |
| translation [5]  78/4 78/5 95/11 169/21 170/23 | typing [3]  87/23 88/17 88/20 | upon [2]  148/23 154/24 |
| | U | upper [4]  44/11 130/16 160/20 160/25 |
| translations [2]  35/21 78/11 | | upset [1]  194/3 |
| translator [1]  203/5 | U.S [33]  7/4 55/2 58/17 58/24 59/3 59/16 59/22 60/2 60/7 60/8 60/10 64/1 64/25 65/6 65/7 65/17 75/2 75/17 80/2 80/14 86/18 87/6 87/7 98/8 101/18 103/6 103/25 120/1 120/1 120/21 121/8 129/9 177/25 | Urbanizacion [1]  49/17 |
| tray [1]  124/10 | | us [46]  5/5 7/2 17/16 32/17 52/25 53/15 56/9 56/16 58/11 59/25 63/23 65/14 66/2 67/16 68/15 69/2 72/21 73/15 74/1 75/6 76/14 78/20 79/4 79/16 79/23 82/1 83/2 84/14 84/24 84/24 86/9 86/16 88/11 90/9 91/11 94/2 100/22 101/2 102/11 103/23 105/17 135/24 144/12 148/2 156/20 159/16 |
| treated [2]  155/21 218/12 | | |
| treatments [1]  73/13 | | |
| treble [2]  68/1 68/10 | | |
| trickier [1]  158/14 | | |
| tried [1]  145/24 | | |
| trip [3]  40/3 40/21 40/22 | U.S. [1]  54/5 | |
| triply [1]  185/11 | U.S. -- [1]  54/5 | |
| trips [1]  206/23 | Uh-huh [1]  127/7 | |
| troubled [1]  31/23 | Uh-oh [1]  80/21 | usage [1]  162/24 |
| true [13]  25/3 48/25 49/2 120/15 120/16 137/6 145/7 146/21 176/18 196/1 207/19 210/22 222/6 | um [4]  46/3 77/5 95/6 149/18 | use [27]  7/6 7/14 7/18 7/23 8/1 25/13 31/18 31/19 54/22 58/7 74/8 81/4 90/5 91/19 116/2 118/16 118/22 120/20 121/24 122/7 122/15 130/10 163/24 167/16 182/2 182/5 205/1 |
| | um -- [3]  46/3 95/6 149/18 | |
| | um-hmm [44]  37/15 43/7 44/6 47/6 113/25 114/19 117/1 117/3 124/4 128/17 131/15 133/5 133/17 134/8 136/11 137/12 137/22 138/20 139/10 146/9 149/25 150/1 153/23 159/8 160/18 160/23 162/6 164/18 165/12 166/14 167/10 170/16 171/5 177/1 | |
| truth [1]  206/10 | | |
| try [9]  32/12 39/8 44/15 61/21 103/15 111/20 162/5 186/1 216/24 | | used [23]  38/12 63/19 72/16 74/7 75/9 75/17 81/3 117/17 119/4 119/8 119/16 119/20 121/13 125/18 131/7 148/11 |
| try -- [1]  111/20 | | |
| trying [6]  38/7 106/7 106/13 144/25 167/4 221/4 | | |
| TT [1]  129/23 | | |

| U | want [43] 15/9 18/9 18/11 18/17 22/3 | 28/25 30/2 30/20 33/17 40/23 45/21 |
|---|---|---|
| **used...** [7] 150/22 155/3 161/1 177/24 182/2 212/1 215/22 | 29/13 33/3 55/14 61/14 61/21 70/17 71/5 75/24 75/25 78/4 78/14 89/11 89/12 97/7 100/2 105/7 124/9 144/2 148/6 152/12 155/8 156/25 157/6 158/6 158/15 161/20 163/19 163/23 163/23 163/24 184/4 186/6 186/10 187/15 189/24 199/2 213/11 214/15 | 57/20 60/2 63/19 66/20 69/25 70/1 70/20 70/24 71/1 71/21 71/25 73/22 73/23 79/1 82/6 82/12 82/20 82/22 83/6 84/9 84/20 84/21 85/22 94/16 103/3 103/5 103/9 104/15 104/16 109/4 112/21 113/4 113/19 114/4 115/17 126/12 129/3 129/11 130/22 131/6 |
| **useful** [1] 7/17 | | |
| **user** [1] 46/17 | | |
| **users** [7] 85/9 85/10 85/16 85/17 85/19 95/6 125/24 | | |
| **uses** [3] 24/1 55/22 118/4 | **wanted** [7] 71/2 113/18 132/2 133/6 133/14 143/19 145/3 | 135/10 135/12 135/13 136/6 137/1 137/24 138/8 139/6 139/21 140/14 |
| **using** [5] 121/9 121/12 121/19 121/19 169/4 | **wants** [2] 148/16 156/14 | 140/24 140/25 143/14 143/17 144/7 144/11 145/1 146/4 146/7 146/17 |
| **usual** [6] 36/2 37/1 38/1 38/9 204/3 204/5 | **warm** [1] 153/5 | 147/20 149/21 150/22 154/17 154/24 |
| **usually** [10] 36/19 40/7 41/14 42/14 43/18 44/10 46/16 48/18 49/20 124/9 | **warning** [2] 99/23 174/20 | 155/15 156/10 159/23 160/15 166/25 |
| | **was** [333] | 171/18 174/7 188/12 192/10 199/20 |
| **utilizing** [1] 186/9 | **wasn't** [17] 6/4 25/14 27/5 28/1 28/4 37/4 37/9 37/10 120/1 126/13 142/20 142/23 198/7 198/19 198/20 210/22 214/4 | 206/16 206/18 211/15 215/19 218/19 219/5 219/23 220/11 221/1 221/4 |
| **UU** [1] 141/10 | | **were --** [1] 71/25 |
| **V** | **waste** [1] 10/14 | **weren't** [3] 7/18 135/9 136/3 |
| | **wastebasket** [2] 46/1 46/2 | **what** [305] |
| **Valdes** [5] 35/21 39/5 39/19 48/22 220/1 | **watch** [1] 97/24 | **what's** [2] 22/23 188/11 |
| **value** [3] 22/6 67/4 90/10 | **way** [37] 12/20 19/14 25/6 30/8 32/9 32/11 50/2 56/18 59/12 59/17 77/3 80/15 87/16 87/24 94/19 95/24 96/3 98/16 99/25 100/11 103/7 104/24 106/24 107/13 113/9 124/14 128/2 128/3 149/10 155/3 174/4 175/7 177/23 183/10 186/25 220/12 221/5 | **whatever** [9] 22/2 41/6 41/14 54/2 62/23 128/14 132/22 137/15 220/15 |
| **value-priced** [2] 67/2 109/22 | | **whatever --** [1] 128/14 |
| **variety** [5] 70/12 71/12 71/21 71/23 87/14 | | **whatsoever** [1] 104/6 |
| **various** [7] 8/2 67/9 67/13 69/18 78/20 81/5 90/22 | | **when** [135] 6/3 6/5 8/17 8/22 10/2 20/8 20/10 20/16 21/17 25/11 26/10 27/2 28/4 28/15 28/20 29/5 29/16 30/4 30/20 36/3 37/1 37/4 37/5 37/9 38/13 38/15 40/3 41/2 42/8 43/2 43/23 45/9 45/16 48/2 48/5 50/20 54/6 55/13 58/12 59/5 59/19 66/18 70/18 71/6 71/17 76/2 80/19 92/15 93/20 101/10 101/13 103/3 103/10 103/14 109/3 110/16 111/16 112/21 113/4 114/4 115/2 115/17 116/19 119/2 119/8 120/19 123/21 125/18 128/22 134/9 134/14 140/24 141/4 141/19 142/7 143/10 143/14 144/6 144/19 148/24 149/2 149/21 151/4 153/21 154/1 154/19 157/8 160/2 160/14 165/18 166/19 166/25 169/7 179/19 184/8 186/25 189/20 190/1 192/13 193/8 193/11 194/12 194/22 194/24 195/12 197/3 200/6 200/22 201/6 201/20 201/24 202/9 202/14 205/8 205/10 205/14 205/16 205/19 205/22 206/4 207/3 207/15 208/10 208/14 209/21 209/25 210/11 211/4 211/10 211/12 212/5 212/22 213/1 216/3 217/9 |
| **version** [22] 22/13 32/4 67/2 130/22 140/17 141/5 141/6 141/12 141/18 142/14 143/24 144/14 144/18 144/19 144/23 145/4 145/6 145/7 146/20 186/13 186/22 | **ways** [5] 19/20 54/12 77/7 87/25 92/9 | |
| | **we** [404] | |
| | **we --** [3] 52/7 58/21 71/14 | |
| | **we'd** [2] 79/22 132/4 | |
| **versus** [6] 13/22 96/5 109/20 111/25 149/25 151/24 | **we've** [11] 15/10 17/15 17/21 17/21 17/22 21/24 74/14 75/1 77/17 140/17 160/24 | |
| **vertically** [4] 83/12 93/13 94/22 168/9 | **wear** [3] 42/16 42/18 201/15 | |
| **vertically --** [1] 94/22 | **Wednesday** [1] 197/21 | |
| **very** [72] 3/7 4/1 5/3 6/11 6/14 6/15 9/15 9/18 15/15 23/4 34/9 38/12 43/13 43/13 43/14 43/14 49/7 50/23 50/23 50/25 51/1 51/1 54/20 55/9 57/18 57/18 57/20 67/6 73/21 74/10 74/20 80/5 80/14 87/21 88/15 89/13 93/9 94/15 94/15 94/15 95/2 97/10 97/12 99/6 99/13 100/2 100/7 102/15 103/9 103/12 105/1 108/11 112/10 115/20 116/17 125/12 125/12 136/11 144/15 145/24 147/7 147/8 163/14 174/22 175/1 176/14 189/5 190/3 190/5 221/8 221/15 221/18 | **week** [7] 27/4 41/18 48/11 50/10 50/11 50/17 64/21 | |
| | **week-to-week** [1] 64/19 | |
| | **weekly** [2] 64/17 196/14 | |
| | **weeks** [5] 12/16 26/19 27/5 50/14 85/12 | |
| | **weeks --** [1] 12/16 | |
| | **weight** [4] 89/11 218/13 220/8 220/15 | |
| | **welcome** [1] 3/15 | |
| | **well** [116] 3/7 8/18 10/8 11/7 11/8 11/19 12/5 14/18 15/17 16/24 18/5 18/12 19/21 21/18 21/22 24/10 24/11 24/21 25/9 25/16 26/10 28/1 28/6 29/13 29/17 29/18 30/17 31/3 32/3 33/7 34/9 40/18 41/3 45/4 45/9 50/25 61/7 61/25 62/19 64/19 64/22 65/23 66/11 67/10 67/12 70/7 70/22 71/3 72/25 79/22 84/4 84/13 86/9 94/18 96/23 99/21 101/2 103/17 105/22 108/12 108/15 112/18 116/3 116/17 119/22 128/20 129/8 133/14 134/1 139/12 140/4 142/18 146/19 146/25 152/2 153/4 157/23 158/2 158/9 164/24 171/8 178/6 181/15 188/1 189/5 189/24 190/3 190/5 192/11 192/14 192/22 193/17 194/15 196/9 198/14 198/21 201/22 202/17 204/2 204/9 204/14 205/2 206/5 206/15 209/13 209/20 209/24 210/22 212/15 212/19 213/13 213/19 219/19 221/8 221/15 221/18 | **when --** [1] 48/5 |
| | | **whenever** [1] 181/10 |
| | | **where** [65] 5/9 7/4 8/8 9/10 12/9 15/24 15/25 32/18 33/4 33/15 40/6 40/12 40/14 40/16 40/17 40/18 44/5 45/7 47/10 47/25 49/14 50/11 88/5 95/21 95/25 115/12 119/15 119/15 119/19 120/1 120/23 120/23 123/20 125/23 126/4 127/5 128/8 141/22 142/4 148/19 160/7 175/13 175/14 183/4 194/17 194/19 195/6 195/9 199/1 201/17 204/4 205/5 205/11 208/5 208/20 209/4 209/11 210/8 210/14 210/20 211/17 214/3 214/8 214/13 217/9 |
| **very --** [1] 51/1 | | **whereas** [3] 66/13 70/23 135/17 |
| **via** [1] 59/5 | | **Whereupon** [10] 3/18 35/5 35/10 51/15 107/21 189/10 190/10 191/10 203/8 221/20 |
| **Viactiv** [1] 52/8 | | |
| **vice** [1] 3/13 | | |
| **vice-president** [4] 51/24 52/18 52/20 72/21 | | |
| **view** [6] 32/20 108/8 109/13 119/2 153/24 218/25 | **well-known** [4] 6/11 20/11 31/21 69/19 | **whether** [34] 5/23 7/11 18/20 22/12 27/3 29/13 61/5 77/7 81/3 81/22 81/22 117/6 126/12 142/25 143/6 156/15 156/22 157/17 158/5 159/6 160/15 171/9 173/20 178/4 185/17 185/21 187/20 188/24 192/17 198/12 198/14 199/21 |
| **vigorous** [1] 26/6 | **went** [21] 12/20 21/22 21/23 36/3 36/25 38/11 40/2 48/2 70/5 82/17 84/19 110/16 138/14 139/3 192/23 195/11 195/12 198/14 208/21 210/15 211/12 | |
| **Villa** [2] 207/5 207/14 | | |
| **violation** [2] 11/22 22/20 | | |
| **virtually** [4] 25/11 82/19 94/22 138/12 | | |
| **virtue** [1] 135/15 | **were** [111] 5/19 6/3 8/15 10/11 11/21 15/7 16/13 17/8 17/9 19/13 19/13 24/3 24/4 24/4 24/7 26/21 26/24 27/12 28/17 | |
| **visible** [1] 24/12 | | |
| **visit** [2] 50/2 50/3 | | |
| **visuals** [1] 165/14 | | |
| **Vizcarrondo** [1] 220/4 | | |
| **volume** [4] 87/5 108/20 109/20 120/17 | | |
| **voluminous** [2] 155/14 155/18 | | |
| **voluntarily** [1] 49/11 | | |
| **W** | | |
| **wager** [1] 32/5 | | |
| **wait** [3] 3/11 3/22 46/5 | | |
| **waiting** [2] 3/21 198/12 | | |
| **wake** [1] 37/1 | | |
| **walked** [2] 208/17 211/5 | | |

| W | 105/9 107/19 107/20 113/12 113/15 122/9 124/23 124/25 134/5 135/2 136/14 136/16 136/25 142/6 149/10 149/17 157/16 157/16 158/4 158/11 160/19 163/13 165/7 175/11 183/18 187/8 188/12 189/8 190/1 190/2 190/23 191/13 206/11 217/3 218/21 220/3 221/9 221/12 221/13 221/16 221/19 | 172/24 173/9 175/2 175/13 176/18 184/3 184/6 187/5 188/16 190/6 190/17 190/19 191/9 192/25 196/7 203/4 209/19 213/17 213/23 214/4 214/9 216/9 216/23 217/6 217/19 218/3 218/13 219/1 220/14 |
|---|---|---|
| **whether...** [2] 199/24 204/4 | | **wouldn't** [9] 26/25 32/23 50/16 50/17 60/25 107/11 152/3 184/3 213/17 |
| **which** [79] 4/17 5/1 6/16 7/9 9/13 10/5 10/16 12/12 12/21 15/4 15/5 17/17 18/8 22/21 26/13 26/22 28/17 33/20 36/5 36/15 38/2 41/4 41/12 41/22 47/11 50/7 52/8 52/9 52/9 57/18 58/6 65/21 65/22 71/8 71/8 72/7 79/20 80/3 97/7 105/23 112/13 113/16 115/4 126/4 135/24 136/1 136/1 136/1 139/20 141/1 141/1 141/1 142/8 144/14 144/15 145/15 145/16 145/18 156/6 158/24 161/13 162/25 168/1 168/10 169/12 173/25 174/8 182/9 189/17 189/22 203/19 204/13 204/22 206/2 212/22 212/23 214/7 218/8 219/23 | **will --** [1] 98/19 | **wrap** [3] 31/22 38/7 105/5 |
| | **willing** [1] 220/17 | **wrapping** [1] 195/4 |
| | **win** [1] 12/1 | **write** [4] 39/22 151/14 196/20 196/22 |
| | **Wipes** [1] 192/2 | **written** [1] 196/24 |
| | **wish** [1] 71/14 | **wrong** [13] 19/15 39/8 48/18 147/12 151/10 152/11 165/8 210/6 211/9 212/13 213/1 213/16 214/21 |
| | **with --** [4] 86/9 110/9 161/18 219/18 | |
| | **withdraw** [3] 149/10 220/23 221/7 | **wrongdoing** [1] 34/12 |
| | **withdrawn** [6] 115/4 122/18 188/1 200/23 209/14 210/11 | **wrote** [2] 39/24 197/1 |
| | **within** [8] 41/18 52/19 64/7 85/11 192/4 204/12 205/24 222/7 | **WW** [5] 141/9 158/23 159/2 159/9 160/19 |
| **whichever** [2] 128/24 137/15 | **without** [6] 8/4 19/21 27/17 61/9 62/15 142/15 | **WW --** [1] 141/9 |
| **while** [7] 16/1 78/18 86/7 90/12 130/6 165/16 192/10 | **withstanding** [1] 183/19 | **X** |
| **white** [47] 4/25 23/23 24/24 25/14 25/14 25/16 25/20 30/14 31/2 73/1 86/11 86/21 86/22 87/23 88/14 88/16 88/20 88/24 90/18 91/15 91/25 92/10 92/12 102/21 102/22 121/10 143/1 143/3 143/7 143/7 144/1 144/10 144/11 153/16 153/20 165/25 168/4 168/7 176/24 177/4 179/8 184/13 185/2 185/5 185/12 185/14 185/15 | **witness** [48] 3/11 3/22 6/11 35/12 37/19 38/5 44/24 47/17 48/10 51/8 51/9 51/17 60/21 61/1 61/7 61/8 61/12 61/15 61/19 61/24 62/15 63/5 63/18 95/10 98/25 113/15 113/17 142/16 148/4 156/13 157/7 157/21 157/24 158/2 158/10 184/16 189/7 189/14 190/9 190/12 193/1 203/2 203/6 203/10 207/8 218/1 221/10 221/11 | **XX** [2] 189/17 189/23 |
| | | **Y** |
| | | **Yankee** [9] 13/19 14/7 14/12 14/15 14/21 15/14 15/15 15/21 16/8 |
| | **witness'** [1] 156/20 | **yeah** [70] 40/18 51/1 52/20 53/12 56/3 59/21 68/16 69/3 73/20 77/4 78/22 78/25 82/4 84/15 88/4 91/12 93/13 93/20 94/3 95/5 96/1 97/2 108/11 109/9 112/6 112/18 112/21 116/12 117/15 123/8 126/21 131/2 131/22 134/1 134/13 134/23 136/2 137/17 138/16 145/8 145/11 146/17 147/9 147/16 149/20 152/2 152/14 152/19 153/4 153/18 154/1 159/20 159/25 161/20 165/3 166/9 168/3 169/1 169/5 169/6 169/9 170/8 170/13 177/23 178/19 178/23 179/4 179/6 188/8 188/18 |
| | **witnessed** [1] 194/19 | |
| | **witnesses** [12] 3/9 3/11 3/16 3/18 3/20 3/23 62/25 63/2 218/6 219/23 220/10 220/18 | |
| | **woman** [2] 199/1 200/11 | |
| | **women** [1] 52/9 | |
| **who** [96] 3/10 3/10 3/24 8/10 8/11 8/15 11/7 13/9 13/9 13/10 15/3 15/5 21/3 21/25 25/2 26/25 29/11 29/23 29/23 30/4 30/21 30/22 31/1 31/4 34/25 34/25 50/5 54/2 60/3 82/5 82/6 82/7 82/11 82/15 83/6 83/6 84/2 84/4 84/6 84/9 84/9 84/17 84/21 85/2 85/3 85/22 89/10 89/17 91/6 99/5 100/1 100/6 104/15 104/21 104/21 126/15 126/16 129/4 129/5 129/7 129/10 130/17 131/1 131/13 132/5 132/17 133/6 133/8 133/9 133/15 134/11 134/20 135/15 137/24 138/7 138/18 139/6 140/7 140/10 140/12 163/23 163/24 163/24 166/20 175/23 175/24 175/25 186/8 188/16 188/17 188/24 197/6 206/15 209/21 217/16 219/9 | **won** [2] 23/15 24/19 | |
| | **won't** [3] 4/20 125/12 134/1 | |
| | **wonder** [1] 32/20 | |
| | **wondering** [1] 189/19 | |
| | **word** [8] 42/9 42/20 92/3 110/8 140/22 173/4 200/12 212/18 | **year** [11] 5/6 59/2 65/1 75/10 78/25 92/20 92/22 101/11 101/11 101/11 202/13 |
| | **words** [5] 111/10 150/22 165/15 170/15 199/20 | **years** [22] 9/13 20/13 24/23 25/18 31/21 53/3 53/5 53/8 55/15 55/17 57/1 64/5 75/10 89/8 90/10 97/3 104/1 104/2 121/13 134/18 138/17 187/4 |
| | **work** [22] 8/10 27/15 39/4 39/12 39/19 50/4 63/7 70/10 149/25 191/16 195/5 195/22 195/25 198/23 198/23 203/17 203/18 204/4 204/13 213/1 214/5 | |
| **who --** [1] 84/9 | | **yellow** [206] 7/23 7/23 8/2 9/5 10/1 10/24 18/2 18/4 18/5 18/18 18/19 23/24 24/21 24/23 24/24 25/14 25/16 25/20 25/20 25/23 28/10 28/11 28/14 28/17 28/18 28/19 28/20 28/25 29/7 29/12 29/14 30/14 30/15 31/1 31/2 31/18 35/23 38/9 42/6 42/15 44/8 47/2 66/11 71/10 71/15 71/16 72/17 73/1 73/6 73/12 73/24 74/11 77/6 77/20 81/14 83/1 83/8 83/14 83/19 84/1 84/5 84/7 84/11 84/23 85/6 85/13 85/16 85/18 85/20 88/22 88/23 91/2 91/3 91/15 92/11 92/16 92/18 93/4 93/15 95/3 96/12 98/17 102/20 102/20 102/23 103/4 103/12 103/13 103/14 103/16 104/20 104/22 107/12 119/20 120/10 120/24 121/9 121/20 121/24 122/5 122/7 122/11 122/13 122/15 122/18 122/19 122/20 122/21 122/23 124/22 125/7 125/9 125/14 125/16 125/19 125/20 126/1 126/10 126/24 127/14 127/15 127/18 127/24 128/5 128/9 129/1 129/3 131/17 131/24 132/4 132/18 133/3 133/10 133/11 133/16 134/10 134/22 134/24 135/1 135/1 135/5 135/6 135/9 135/12 135/13 135/22 135/25 136/1 136/4 136/7 136/8 |
| **who's** [1] 213/1 | **worked** [9] 53/3 53/9 53/14 79/19 79/24 117/25 119/15 140/2 199/6 | |
| **whole** [15] 28/16 29/1 65/6 71/13 73/10 122/4 122/5 130/14 130/14 137/5 155/1 157/17 158/5 158/7 208/15 | **working** [2] 49/5 190/23 | |
| | **works** [1] 89/22 | |
| | **world** [2] 58/16 58/19 | |
| **wholesale** [3] 171/1 171/2 171/16 | **world-known** [1] 52/13 | |
| **wholly** [1] 52/3 | **worldwide** [4] 51/24 52/17 52/20 58/12 | |
| **whom** [1] 203/17 | **worry** [1] 58/8 | |
| **whose** [1] 25/18 | **worse** [2] 10/10 209/7 | |
| **why** [20] 18/14 24/3 31/16 38/9 47/10 56/16 67/20 80/25 97/7 104/17 107/4 143/15 147/16 154/21 160/1 165/6 193/16 201/25 217/19 221/7 | **worth** [1] 219/9 | |
| | **would** [107] 3/9 5/11 5/21 5/24 7/11 7/16 7/17 10/11 11/22 12/12 14/3 14/17 16/25 18/8 22/11 23/5 26/23 29/2 30/3 31/16 32/5 32/12 32/24 42/10 42/10 42/12 42/12 46/13 49/4 57/17 62/14 62/17 67/19 78/12 81/4 83/13 87/22 97/2 99/21 100/6 101/1 102/19 103/18 103/22 104/21 109/3 118/15 125/24 128/13 128/14 132/14 133/10 133/14 137/16 145/9 145/12 145/13 145/19 145/22 147/10 147/12 147/15 147/15 150/4 151/7 151/8 151/21 154/20 155/20 156/25 157/7 165/4 169/7 171/17 171/18 172/14 172/16 172/18 | |
| **wide** [4] 70/12 71/12 87/14 201/21 | | |
| **widely** [2] 69/20 108/24 | | |
| **wider** [1] 94/11 | | |
| **width** [4] 94/4 94/9 94/10 114/3 | | |
| **will** [110] 3/8 4/2 4/5 4/18 5/16 10/21 11/7 11/16 11/24 12/21 17/12 25/11 26/13 27/11 27/20 28/4 28/6 30/25 32/8 32/11 33/15 33/21 34/25 35/4 35/17 36/13 39/7 39/8 48/10 50/7 50/24 52/23 57/10 57/15 58/2 60/19 63/4 63/8 67/3 73/1 76/2 81/18 89/23 90/3 90/12 94/16 95/11 97/12 97/17 97/18 97/19 97/19 97/20 97/22 98/1 98/2 98/17 98/19 98/22 98/23 99/15 99/17 100/6 100/12 103/15 103/18 103/23 | | |

## Y

**yellow... [55]** 136/9 138/22 139/20 141/2 145/12 145/18 145/21 146/6 146/13 146/18 146/21 147/1 152/21 153/11 161/5 168/4 168/6 176/24 177/6 177/7 179/12 179/13 180/8 180/9 180/10 180/20 180/22 180/23 181/6 181/25 182/1 182/13 186/13 194/20 195/1 195/6 198/4 201/11 205/5 205/12 205/22 206/3 206/24 207/3 210/14 210/20 211/18 211/20 211/23 212/1 212/7 212/20 213/20 217/16 217/20
**yellow -- [1]** 122/18
**Yep [6]** 131/4 131/10 138/6 162/16 167/19 174/3
**yes [248]**
**yesterday [8]** 26/16 143/5 143/10 143/11 143/25 144/3 148/14 185/8
**yet [6]** 26/14 28/18 60/22 138/23 198/8 198/10
**yet -- [1]** 138/23
**York [1]** 19/11
**you [1106]**
**you -- [1]** 152/23
**you'd [2]** 24/13 158/17
**you've [14]** 15/2 15/11 19/23 88/15 96/18 98/5 99/13 102/22 102/24 119/15 136/23 139/20 139/24 163/11
**your [265]**
**yours [1]** 15/10
**yourself [7]** 39/22 43/8 43/20 112/20 139/25 184/12 196/18
**yummy-looking [1]** 69/6

## Z

**ZALESIN [15]** 2/3 3/4 4/8 11/9 11/10 12/4 13/2 14/17 16/9 29/4 29/16 51/20 126/4 181/5 187/20
**Zalesin's [3]** 13/24 17/17 19/10
**zoom [5]** 130/13 131/18 136/14 136/17 136/25