A. Well, a 'brand' is one of the words you can use interchangeably with company or source.

Q. Okay. And you also know as an expert in this field who has testified many, many times in trade bar cases, that in order to have a protectable trademark or trade dress, the people in the market, the consumers who purchase those products, don't have to know the name of a company that puts it out, they just have to know that it's a brand, it's a single source; correct?

A. When you're dealing with secondary meaning, yes.

Q. Okay. And when you're dealing with confusion if they think it comes from the same brand, they are confused; right?

A. If it comes from the same source, yes.

Q. Or the same brand?

A. If they the same brand, yes.

Q. Okay. So it would have been useful to find out in your survey whether people recognized the brand of the product that you're showing them, whether it be SAME or SUGAR TWIN; right?

A. I'm not sure what the question is.

Q. Well, the purpose of your Question 1, one of the purposes -- I've just highlighted the words that go to this idea. But there is nothing wrong with asking

them 'Do you know what brand puts out the sugar substitute that I showed you, is there?

A. You could ask them that in addition.

Q. Okay. You could break it up into pieces, like Professor Mazis was talking about; correct?

A. I don't know if you could break it up into pieces. The problem with what you're doing is you're funneling or focusing people on only one element, which would be brand.

If they answer that, then they are committed to that answer. And it influences the rest of their answers.

So generally speaking, you don't funnel people in a survey when you design it like this.

Q. With respect, Mr. Johnson, the problem is that you're telling people, 'Only tell me if know. Please don't guess,' and then asking them if they know the name of the company that puts out the product. And your question is so long and convoluted that they lose to word "brand." Isn't that right, sir?

A. No.

Q. Isn't that the reason why 88 percent of the consumers showed SAME, the most famous sugar substitute trademark in all of Puerto Rico, when you take it away, two seconds later, they can't identify it? Isn't that

right?

A. No.

Q. In fact, I believe on your direct testimony you used the word "admonishment." And what you meant by that is you admonish the people before you ask them Question 1, 'If you don't know the answer, it's okay to say so. Please do not guess.' Is that what you did in your survey?

A. That's what I did in my survey, yes.

Q. When McCarthy and Ever Ready tell us what you ought to ask is 'Who do you think puts out this product.' Right?

A. McCarthy was talking about --

Q. Yes or no, sir.

A. -- what was done in an Ever Ready test.

MR. ZALESIN: May I have an answer, Your Honor?

A. I did not see in McCarthy --

MR. ZALESIN: Your Honor?

A. -- in what you showed me the notion that --

THE COURT: You have to answer yes or no.

THE WITNESS: That's not the question. Ask me the question again, then.

MR. ZALEZIN: I'll withdraw the question.

BY MR. ZALEZIN:

Q. Let's talk about your choice of a control in your survey. You said one of the reasons why you put -- first of all, I wrote down a number of things that you said, and the record will reflect what it reflects. But first of all, let me just ask you whether you would agree that the reason for a control is to measure error or noise or guessing in a survey; is that correct?

A. That's what a control generally does, yes.

Q. Okay. And you said you picked SUGAR TWIN because you thought it was a pretty good control; right?

A. I think SUGAR TWIN is an control.

Q. And one of the reasons you thought it was a good control is because it's not well known in the Puerto Rico market; right?

A. That's correct.

Q. If a brand or a product is well known in the market, then people are going to respond based on what they know about that brand or think about that brand, as opposed to just being shown the stimulus; correct?

A. Well, it dilutes its value. In other words, it's going to have less effect. It will be a slightly less effective control.

Q. Now, you also said -- well, just to close the loop on that. So you would agree, then, that the vast

majority of consumers in Puerto Rico are not familiar with the SUGAR TWIN brand. That's one of the criteria you used to select it as a control; correct?

A. What I'm saying is that to the extent that this is a wildly popular brand and you would have to worry about brand share mentions, it's not likely to be as large a factor for this product as other products you could find in the marketplace here.

So you're picking a product that's in the marketplace, but it's not the market leader.

Q. Not only is it not the market leader, the 12 boxes that you bought for your survey has probably doubled their said sales in the month of February; right? You know that they have less than one-tenth of a 1 percent of the market in Puerto Rico.

A. I heard that testimony, yes.

Q. And you're not here to disagree with that; right?

A. No, I'm not.

Q. Now, I think you said also that when you're selecting a control for a survey, that you want to get as close as possible to the trade dress that's sought to be protected without choosing a trade dress that's infringing. Is that your testimony?

A. I think to that effect, yes.

Q. Are you familiar with any case law or treatise that says you want to get as close as possible without stepping over the line when you're choosing your control?

A. The Manual on Litigation. The federal manual says that.

Q. Do you have that up there?

A. No, I don't.

Q. Let me give you a copy, and why don't you go ahead and find it for me.

MR. ZALESIN: May I have a copy of Plaintiff's 74?

(Book given to the witness.)

BY MR. ZALESIN:

Q. To you help you out, if you go to page 256, that's the section on controls. Why don't you tell me what in here you're relying on.

A. Page 258, the second paragraph, "In designing your --

Q. Let me catch up with you. Hang on. Go ahead, Mr. Johnson. Do you want to point me to the particular paragraph?

A. Well, I just did.

"In designing a control group study the expert should select a stimulus for the control group that

shares as many characteristics with the experimental stimulus as possible with the key exception of the characteristics whose influence is being assessed."

Q. So the characteristics whose influence is being assessed, that would be the shared elements of the trade dress, like the color yellow and the pictures on the box; right?

A. No.

Q. Isn't it a fact, sir, that what this article is talking about is it's got to have a different name, maybe the same orientation. But like it says here, the control should not share with the experimental stimulus the feature whose impact is being assessed, because if it does, you're going to get pretty much the same responses to both stimuli. Right? It doesn't take a genius to figure that out. Isn't that right?

A. In the paragraph you just outlined, if you look in the middle of that, it's, "if for example the control stimulus in the case of alleged trademark infringement is itself a likely source of consumer confusion.",

We are talking about the infringing elements, as I understand this.

Q. Are you here to testify that there is no likely or possible confusion between SUGAR TWIN and

SPLENDA?

A. I am not here to determine whether or not SUGAR TWIN infringes or does not infringe. The testimony I heard yesterday says it not infringe.

What I am here is to tell you why I picked SUGAR TWIN as a control, which is what I'm trying to do.

Q. I'm talking about confusion. You're talking about infringement, sir. Infringement is a matter of law for the Court to determine.

Let's talk about confusion. Are you here to testify that there is no possibility or no likelihood of confusion in the Puerto Rico marketplace where SPLENDA is the market leader and SUGAR TWIN has a one-tenth of 1 percent share, between the trade dress of SUGAR TWIN and the trade dress of SPLENDA? Are you here to say that or not?

A. Well, I could talk about the amount of confusion you measure in terms of SUGAR TWIN and SPLENDA in the market here in Puerto Rico, which is a side result of the survey.

Q. Okay. And if we were to talk about that, what we would find out is that about 20 percent of consumers in your survey thought that SUGAR TWIN was the same brand or came from the same company as SPLENDA; right?

A. Well, what it says is the noise level in the survey, in other words the amount of error of people saying incorrectly that SUGAR TWIN and SPLENDA are related, is 20.6 percent.

Q. Sir, if I showed you a box of EQUAL, and 20 percent of your consumers said 'that comes from EQUAL or comes from Merisant,' that's not noise; that's what people are saying in response to the stimulus. Right?

A. That's what you're measuring when you measure a control or a test cell.

Q. Sure. So for example, if I took SPLENDA and I changed it to 'Sprenda' instead, and I gave people that modified trade dress, kept everything else the same; and people came back and said in proportions, 'gee, that's SPLENDA or that comes from the same company as SPLENDA,' that's not noise. That's confusion. Right?

A. It depends on how many people would say it compared to how many people would normally say of another product in genre.

Q. Let's see if we can get to the bottom line here. You chose SUGAR TWIN as your quote/unquote control because it was the closest thing you could find to SPLENDA. It's the only other no-calorie sweetener sold anywhere that uses a yellow and white with blue accent trade dress. And you're basing your testimony

in this case on the fact that the level of confusion caused by Merisant's new SAME product is no worse than the level of confusion caused by SUGAR TWIN. Isn't that in essence what you're saying?

A. Well, first of all, you're saying 'level of confusion.'

Q. Uh-huh.

A. If there is a level of confusion, it's caused by SPLENDA, not SUGAR TWIN, first of all, in terms of SUGAR TWIN; because SUGAR TWIN is the senior user, as I understand it, of their trade dress.

Q. Mr. Johnson, I know that you do a lot of litigation, but I would appreciate it if you could answer my questions and not give legal analysis to the Court. Okay?

You know, as well as I, based on the facts, that SUGAR TWIN is a virtually non-existent product in the Puerto Rico market; correct?

A. SUGAR TWIN has very low sales here.

Q. And very low awareness. That's why you picked it as your control. That's what you said a minute ago. Right?

A. Well, I know it has very low sales. I never measured its awareness.

Q. Okay. In contrast, SPLENDA has a lot of sales

and high awareness; right?

A. That's correct.

Q. And so when people today, in 2004, in Puerto Rico are handed a box of SUGAR TWIN, if they say, 'gee, that makes me think of SPLENDA,' or 'I think that comes from the same company that puts out SPLENDA,' it's because they are mixing up SUGAR TWIN with SPLENDA based on the similarity in the packaging. Right?

A. Or they are mixing up SPLENDA with SUGAR TWIN, depending on how you think about it.

Q. Okay.

A. That's the base level of noise or error of people in a survey situation when you go to measure it who confuse the two products, SUGAR TWIN and SPLENDA.

Q. And the conclusion that you testified to today that there is no likelihood or minimum likelihood of confusion between SAME and SPLENDA, that conclusion is based upon the notion that the control you picked, SUGAR TWIN, sets, to use your words, a bench level or a bench mark in the marketplace which is an acceptable level of confusion. Correct?

A. It's the baseline of existing confusion, yes.

Q. Okay. So the fact that 20.6 percent of consumers today in 2004 in Puerto Rico might confuse SUGAR TWIN with SPLENDA is the basis for your

conclusion that it's okay for SAME to confuse 25 percent of consumers; correct?

A. That's not what I said. What I said is that the statistics -- and, again, we'll have to go back to the facts that these estimates are based on a survey, and the survey has an error rated, and we are measuring the error in the test cell and the error in the control cell, and then you subtract the two.

The only number you can be certain of is the difference between a baseline number, which you know includes the number of people who guess, the number of people who answer SPLENDA for other reasons when they are given a package of sweetener that's available in the marketplace, and the same group for SAME.

So what I know is this 4.3 percent is the confusion rate.

Q. Confusion rate.

A. That's correct.

Q. You testified a minute ago that this 20.6 percent is an error rate?

A. It is.

Q. By error rate you mean a confusion rate?

A. It is the number of the people in the survey situation when sold a product who say that it has some relationship to SPLENDA. So they are in error.

Q. And it's not an error rate, like you show people a red and white box that has no similarity at all to SPLENDA in lieu of the brand name, and they yes, 'Yep, that's SPLENDA.' That's an error. Right?

A. That's guessing. That's what we call "random."

Q. And that isn't what you're measuring. What you're measuring is the likely confusion rate between SUGAR TWIN, which comes in a yellow and white trade dress, and SPLENDA, when the products are presented in the way they were presented in your survey; correct?

A. No. The likely error rate.

Q. I want to ask you about one of the other conclusions in your report. Your report says that it's your opinion -- I'm in paragraph 15 -- it's your opinion that "the color serves to some extent as a functional attribute suggesting membership in the product genre of sugar substitutes but does not have any trademark significance such as secondary meaning when used for these products."

That's your opinion, sir?

A. Yes, it is.

Q. So it's functional as suggesting membership in the genre of sugar substitutes. That's essentially what you're saying?

A. Yes.

Q. So NUTRASWEET, which has no yellow, has managed to compete without that functional attribute. Is that right?

A. Clarke manages to compete without it, yes.

Q. SWEET'N LOW, which has no yellow, has managed to compete just fine without that functional attribute. Is that right?

A. That's correct.

Q. EQUAL has no yellow and manages to compete and has for over 20 years without that functional attribute. Do you agree with that?

A. Yes.

Q. And the blue SAME product which Merisant, their predecessor, has sold in Puerto Rico for ten years, that also has managed to compete quite nicely without the what you call "functional attribute," the yellow color. Right?

A. Yes. I don't know how "nicely" it is.

Q. Well, it's the market leader based on volume. That's not bad. Right?

A. Well, it might do better if it were yellow.

Q. Maybe that's why they changed their or came out with the yellow package.

A. Maybe it is.

Q. I see. And, again, as somebody who spends a lot of time working on legal cases, I take it you're familiar with the doctrine of functionality in trademark law; correct?

A. I am.

Q. And you know that the United States Supreme Court has spoken on that a number of times; right?

A. Yes.

Q. And I'm just going to show you an excerpt from the 1st Circuit case called "I. P. Lund Trading against Kohler, from 1998. Do you know that case?

A. I read a number of decisions regarding that. I believe it was a couple of decision.

Q. What I want to get at here, and I'm not really here to examine your legal expertise. What I want to examine with you is whether your survey measures what the United States Supreme Court says is the test of functionality. Okay?

So I'm going to start from the functionality and legal standards, on page 37 of this case, which is 163 F3d, 27, is the cite. The 1st Circuit tells us that the core inquiry into whether trade dress is functional requires examination of the effects that granting protection to a product will have on the ability of others to compete.

Did your survey examine that, sir?

A. No, I don't believe it does.

Q. Continuing on. Thus, in Inwood Laboratories versus Ives Laboratories, from the United States Supreme Court in 1982, the Court stated that a functional feature is one that is essential to the use or purpose of the article or that affects the cost or quality of the article.

Did your survey measure that, sir?

A. No, it does not.

Q. And the fact that all these other sweeteners we just went through, these no-calorie sweeteners, that competed for decades without yellow packaging tends to suggest that it's not essential, doesn't it?

A. That's not a survey result.

Q. But your survey didn't measure that, in any event; right?

A. No, it does not.

Q. And the 1st Circuit goes on that in Qualitex -- which do you know that Qualitex is another recent Supreme Court case?

A. Yes.

Q. Relatively recent. In the late 90's or so.

In Qualitex the Court added that an inquiry into functionality turns in part on whether granting

protection to a mark, quote, would permit one competitor to interfere with legitimate non-trademark-related competition through actual or potential exclusive use of an important product ingredient.

Does you survey measure that, Mr. Johnson?

A. No, it does not.

Q. So your survey doesn't measure in any way whether the color yellow is functional in the no-calorie sweetener market, does it?

A. It doesn't measure it, no.

Q. And the opinion that you expressed is based on no research; correct?

A. No, it's based on the results of the study that talked about the attribution of color to a number of different brands.

What it says is that if I make a decision on source based on color, and we saw it earlier in the surveys that color, and in this case yellow, is used to tell consumers a lot of different brands from a lot of different manufacturers, which means it's not exclusive to one.

Q. What does your survey tell you about the use of yellow to identify a lot of brands from a lot of manufacturers?





A. When we asked people in the survey why they said a particular product came from a particular manufacturer, color was the most frequent mentioned.

Q. When you asked them why, they said that the product being shown to them is associated with SPLENDA, they mentioned the color yellow; right? That's what you're talking about?

A. Yes, as well as other products, for example, Lipton Tea.

Q. But Lipton Tea isn't in the no-calorie sweetener market, is it?

A. No. But it is yellow.

Q. And you understand that McNeill isn't claiming ownership of the color yellow for all consumer products. We are not trying to stop Prestone from selling their antifreeze in a yellow jug. You understand that. Right?

A. I understand.

Q. And when you showed them SAME, the hand full of people who did remember the SAME brand name or knew that it came from SAME, they didn't say 'that's SAME because it comes a yellow box.' Did they?

A. I don't think there were a lot of mentions about that.

Q. The only time anybody mentioned the color





yellow is when they said in response to the question 'Why is it that you think this product is associated with SPLENDA?' Then and only then in your survey did they say 'because it comes in a yellow box.' Right?

A. Well, other people said other brands. They associated it with those brands, because they came in a yellow box.

Q. Like Lipton Tea?

A. Like Lipton Tea.

Q. I'm talking about no-calories sweeteners, sir.

Few people mentioned Lipton Tea having a similar color scheme to SUGAR TWIN. Right? That's what you were just referring to?

A. Yes.

Q. In the SAME cell the group of people who saw SAME, when people mentioned the color as the reason, what they said is not Lipton Tea, they said, 'that's the color of SPLENDA.' Right?

A. For the most part, yes.

Q. I have a hypothesis to try out on you, Mr. Johnson. I fear you will disagree, but let's give it a shot.

Here is my hypothesis. Your survey doesn't show that there is a low level of likely confusion between SAME and SPLENDA, after all, they look pretty





much alike. What your survey shows is that both of those products that you tested, both SAME and SUGAR TWIN, among some consumers in Puerto Rico is likely to be confused with SPLENDA.

Isn't that in fact what your survey shows?

A. No.

Q. Because you consider any mention of SPLENDA in response to SUGAR TWIN to be noise that has to be filtered out; right.

A. This is a survey.

Q. Yes or no.

A. When you do a survey --

Q. Mr. Johnson, excuse me. You can say whatever you want on redirect. The reason why you reject my hypothesis is because you consider anyone who mentions SPLENDA as being associated with SUGAR TWIN after looking at a SUGAR TWIN box, to be noise; correct?

A. Noise or error, yes.

Q. Just as few questions about Dr. Mazis's survey, and then we can -- at least I'll stop.

I think you said that in the test stimulus that they should have removed the swoosh.

Is that your testimony?

A. I said I was surprised to see it, because it's part of the trademark, which is unusual.

Q. It's also a part of the overall look of the package, isn't it?
A. Well, so is trade name. If the trade mark is SPLENDA with the swoosh as part of the name, then normally it wouldn't be on here.
Q. If you wanted to know whether the famous NIKE swoosh has secondary meaning in the sneaker market, you wouldn't give people a pair of sneakers and remove the swoosh, would you?
A. No, you would test just the swoosh.
Q. And by the same token, in the case of SPLENDA, you also pointed out it's got the type face in the graduated lettering that fades from light blue to dark blue. You wouldn't want to make it a different color lettering, would you?
A. Well, typically you do.
Q. Do you understand, Mr. Johnson, that the graduated blue lettering, from light to dark, is one of the elements of trade dress that McNeil is seeking to protect in this case?
A. Yes, I do.
Q. So if you're doing a test of secondary meaning of the trade dress to which protection is sought, it would be pretty silly to remove one of the elements for which protection is sought, wouldn't it?

A. Usually when you do it, for example, if you're going to test the Nike swoosh or you were going to test the graduated look, you would test it monadically with -- you would give someone a graduated look bar, for example, and ask them whether that tells them anything in terms of -- does it tell them anything, is what you would ask them.
Usually you don't do it like this.
As I said earlier, it's very difficult to design a package -- and I'm not a designer of this, and this is always a disputed thing. But usually you remove the trade name or the trademark from the product when you test it.
Q. Is it your testimony that the trade name wasn't removed?
A. Well, part of it was and part of it wasn't.
Q. It's your testimony that Dr. Mazis's survey is worthless junk that no qualified expert would rely on. Is that your testimony?
A. I don't remember saying that.
Q. Is that your opinion?
A. I didn't say that.
Q. Do you think Dr. Mazis's survey has any probative value of whether SPLENDA, the SPLENDA trade dress, has achieved secondary meaning in the Puerto

Rico market?
A. No, I don't.
Q. And the reason you say that primarily is because of the discrepancy with these 37 interviews?
A. No.
Q. Does the 37 interviews have anything to do with your assessment of the probative value of Dr. Mazis's survey?
A. Well, it's not for me to judge whether or not those are indicative of a larger problem.
If we set them aside and, for example, we didn't consider the control at all, other than the fact that we the considered the 37 in or out, is an enormous error on guessing.
So you have to ask yourself 'What are we testing given the way the survey was designed and carried out?' Are we testing that people know that SPLENDA is yellow, or are we testing whether or not there are trademark significance in this package that tells people that this package only comes from a single source, whether or not it's SPLENDA or not.
Q. You know, Mr. Johnson, that in all of the interviews that were filled out on white paper, there were a grand total of four people who said that the control stimulus is the package of SPLENDA. Right?

A. There were four people out of -- I don't know if it was 40 or 50 that were asked the question.
Q. Okay. But of the 100 interviews conducted on the white paper, on the white box, there were four people who said that this the trade dress of SPLENDA. Right?
A. Again, there were four out of however many were asked. So maybe 50 people were asked. That's 4. That's about 8 percent.
Q. However you percentage it, you understand that, say we get rid of the 37 and we left the 63, you have four out off 63 people. That's going to raise it from 4 percent to 7 percent, or 7 percent to 11 percent, however you want to percentage it. It's not -- no matter what you do with those 37 interviews, it's not going to cause a high number of respondents to be saying that this control stimulus is the trade dress of SPLENDA.
MR. LOCASCIO: Objection. It's the same that Mr. Zalesin raised before, mixing up the denominator. Only 45 of those 63 people were asked of what it was associated with.
It mischaracterizes testimony and the evidence.
BY MR. ZALESIN:

Q. Can you answer my question, sir

A. I believe that what we are all saying sort of is that there is some unknown number. But it's probably, let's say, between 4 and 12 percent of people who have never seen that box before would say that comes from SPLENDA. So that's the measure of sort of random guessing.

Q. As opposed to about 62 and-a-half percent who saw the box and said 'I recognize this. This is SPLENDA.' Right?

A. Right. So if we will have 12 percent and 62 percent it would leave about 50 who say, 'Well, maybe that's SPLENDA because it's yellow.'

Q. Or it's yellow and it's got a cloud and graduated blue lettering; and it's got the swoosh; and you see where it belongs, the coffee cup where it belongs; and all the other elements of the SPLENDA trade dress. Right?

A. Well, where Dr. Mazis was testifying --

Q. Yes or no. Can I have a yes or no, then you can say whatever you want.

A. He said primarily it was color. That's all I'm referring to.

Q. Okay. And your results agree with Dr. Mazis's; correct?

A. In what respect?

Q. Well, in the following respects, sir.

When people are shown this box, the yellow SPLENDA box with the name removed, the primary reason that causes them to associate this trade dress with SPENDA, is the yellow color. Correct?

A. They don't associate that trade dress with only the SPLENDA.

Q. The primary thing that people mention when they are asked 'Why are you telling me SPLENDA,' is the yellow color. Correct?

A. In his survey to those questions, yes.

Q. Likewise, in your survey when among the 25 percent of consumers who would associate the new yellow SAME box with SPLENDA, the primary reason they gave for that association was the color yellow. Correct?

A. The primary reason was yellow for that as well as SUGAR TWIN.

Q. So you saved me the trouble. The same for SUGAR TWIN; right?

A. Right.

Q. So all the surveys of all the experts agree that the dominant or prominent feature that causes consumers to associate no-calorie sweeteners with SPLENDA is the color yellow; right?

A. Well, that people can say that SPLENDA is yellow, yes.

Q. You aren't here to testify -- are you, sir -- that it would be anti-competitive or impossible for Merisant to compete with SPLENDA unless it could use the exact same color scheme as SPLENDA, are you?

A. That's not my province.

MR. ZALESIN: If I could have just a moment, Your Honor. I think that's about it.

MR. LOCASCIO: No questions of this witness.

THE COURT: Very well. The witness is excused.

THE WITNESS: Thank you, Your Honor.

MR. LOCASCIO: We have only one other witness, Your Honor, and he will be available whenever we continue.

THE COURT: Are we going to continue on Tuesday?

MR. LOCASCIO: I got a call from my mediator last night and this afternoon that despite one of the other side's witnesses parties not being to give us authority, we should go to the mediation.

Good luck to us, I guess. I've been ordered to go to Dallas Monday. Whatever is convenient to the Court to have the hearing, we'll all be here. If

that's Tuesday, I can be here Tuesday. I need to check. I'm not sure if I can get back. After lunch for, sure. I'm not sure if I can be back from Dallas Monday night to be here for Tuesday morning. Tuesday afternoon I can be here and not sleep in the courtroom and be a little more presentable.

MR. ZALESIN: Whatever time is fine for McNeil, Your Honor.

THE COURT: Your next witness is a fact witness?

MR. LOCASCIO: It's the corporate representative. It's just one witness. But he's, as you know or only fact witness. So the direct is not that brief.

THE COURT: No, it's not going to be that brief, if you go by his counterpart, Ms. Sandler.

MR. LOCASCIO: We'll try to be a little briefer than Ms. Sandler.

THE COURT: Well, that's okay, because in any event I think it's safe to say that we can probably start at 2 p.m. on Tuesday. Okay? And then if it takes the whole afternoon, we can work on Wednesday day morning, because the courtrooms have to be closed by noon. So we would still have Wednesday morning. We could probably finish within Tuesday and then have your

arguments Monday or whatever. Your arguments shouldn't take more than one hour, I guess.

And then your mediation is going to take the whole day, I guess, on Monday.

MR. LOCASCIO: Yes.

THE COURT: And then you would have to rush back to Puerto Rico to be here early in the morning. And I don't like that because I know what travelling can do, especially coming from Texas, where I have been quite a few times.

So, I don't know, I guess I identify myself still with my travels as a practitioner before. So I know how it is.

MR. LOCASCIO: I certainly appreciate that, Your Honor.

THE COURT: Yes. So we'll start then on Tuesday day at 2 p.m.

MR. LOCASCIO: Okay. Is the plan we will have argument if we can get it in Tuesday as well?

THE COURT: Yes, if we can get it in safely and without court employees crumbling down and everything going on.

You will probably have enough time to recuperate.

THE CLERK: I hope so.

THE COURT: Okay. So then we will recess until Tuesday at 2 p.m. I wish you good luck in your mediation.

(The taking of the hearing was concluded.)

REPORTER'S CERTIFICATE

I, JOYCE DEL VALLE, Official Court Reporter;

DO HEREBY CERTIFY that the foregoing transcript is a full, true and correct record of the testimony that was taken down by me by machine shorthand and thereafter transcribed by means of computer aided transcription method.

I FURTHER CERTIFY that I am in no way interested in the outcome of the case mentioned in said caption.

~~JOYCE DEL VALLE~~
Official Court Reporter

' [108] 9:19 37:4 65:14 66:25 70:16 71:6 78:21 82:17 82:25 83:1 83:4 83:5 83:13 87:13 91:12 92:22 93:8 93:10 94:20 94:24 95:1 96:25 99:3 106:10 107:10 107:25 108:3 109:10 112:24 113:16 131:21 131:22 153:1 158:7 161:13 162:2 162:23 187:6 187:9 191:3 192:21 192:22 193:11 193:12 194:2 194:5 194:6 194:6 194:7 194:10 194:12 195:7 195:8 197:12 197:16 197:19 198:22 199:1 199:10 200:17 201:18 201:23 202:1 202:19 206:7 209:9 209:19 209:20 210:6 214:11 214:15 214:23 215:23 223:2 223:10 230:19 231:2 231:14 231:19 231:23 232:1 232:8 232:23 232:25 233:1 234:20 234:23 235:5 235:8 235:19 236:19 238:17 239:7 239:12 245:7 245:16 246:6 247:5 247:6 249:4 254:22 255:3 255:4 255:18 259:17 261:10 261:13 262:10
'balanced [1] 195:8
'because [1] 255:4
'brand' [1] 237:1
'Diet [1] 236:19
'Difference [1] 202:1
'do [16] 82:8 82:17 82:25 162:1 162:21 195:7 198:22 200:17 201:23 231:21 232:1 232:25 234:19 235:4 235:17 238:1
'does [1] 214:10
'don't [3] 82:25 209:9 209:20
'gee [2] 245:14 247:4
'have [2] 61:12 214:23
'How [2] 197:14 202:15
'I [6] 96:24 107:25 112:23 223:1 247:5 261:9
'I'm [2] 109:8 187:8
'if [8] 100:14 192:20 193:10 231:1 231:14 231:18 232:24 239:6
'it [1] 184:22
'it's [2] 78:19 209:5
'just [1] 223:9
'know [1] 193:17
'level [1] 246:5
'maybe [1] 126:23
'no [4] 194:5 194:6 194:6 234:22
'Oh [1] 187:5
'one [1] 214:13
'Only [1] 238:16
'or [4] 83:5 93:2 93:8 93:10
'other [1] 209:19
'other' [2] 209:7 209:8
'packaging [1] 210:6
'please [2] 192:22 193:11
'related [2] 199:2 199:9
'relationship [1] 202:18
's [1] 205:16
'seen [1] 161:16
'source [1] 194:1
'Sprenda' [1] 245:12
'SUGAR [1] 62:19
'that [1] 245:6
'that's [2] 254:21 255:17
'the [1] 107:8
'these [1] 9:19
'this [5] 83:12 92:21 94:23 190:22 230:16
'Version [1] 86:6
'We've [1] 113:11
'well [14] 65:13 66:24 71:5 94:18 94:25 99:2 108:1 152:24 158:5 196:21 206:5 213:5 215:22 261:12
'what [11] 70:15 91:11 106:10 131:21 131:21 194:12 197:11 197:17 197:19 235:6 259:15
'who [6] 87:3 83:4 194:8 232:7 232:22 239:11
'whoever [1] 198:23
'Why [2] 255:2 262:10
'yellow [1] 87:13
'Yep [1] 249:4
'yes [2] 194:6 201:18
.5 [1] 209:19
001 [1] 227:11
04-1090 [1] 1:8
1 [71] 7:9 13:24 14:24 15:8 15:13 18:9 18:10 18:16 26:14 35:22 38:14 83:20 83:24 85:16 85:18 85:22 86:6 86:11 88:9 88:16 89:7 89:12 90:4 90:6 109:16 113:6 113:12 118:4 119:20 120:2 120:16 120:17 120:18 120:22 120:24 121:1 122:2 122:3 122:4 122:25 123:4 123:6 129:5 130:18 132:7 132:11 132:19 132:21 133:10 133:20 133:20 134:12 134:14 134:16 134:23 135:1 135:21 136:7 151:25 152:3 165:25 166:1 187:3 197:6 200:5 201:17 203:4 237:23 239:6 241:15 244:15
1's [2] 132:14 133:23
1.7 [1] 209:19
1.9 [2] 202:9 202:10
10 [7] 1:16 21:14 75:10 79:6 129:10 136:6 184:6
10.7 [1] 208:25
100 [35] 10:3 18:18 72:5 73:3 73:11 74:2 74:12 74:19 74:20 74:22 78:20 79:4 84:17 84:18 89:1 105:16 106:3 109:25 112:8 112:9 112:24 113:1 113:3 135:9 135:10 135:16 159:1 166:5 166:10 170:15 187:21 188:6 188:11 206:19 260:3
10th [1] 138:17
11 [4] 123:11 150:15 150:22 260:13
11.2 [1] 209:13
110 [3] 25:23 25:24 147:1
12 [11] 22:15 22:17 22:18 30:23 31:6 31:22 37:21 79:6 241:11 261:4 261:11
125 [2] 22:25 23:4
12th [2] 5:1 69:1
13 [2] 21:7 95:18
14 [4] 19:10 25:17 25:19 146:19
146 [3] 21:19 22:2 22:15
15 [9] 1:16 3:23 5:2 79:6 118:5 171:13 195:23 227:9 249:15
15.1 [3] 208:20 208:24 208:25
15.8 [1] 31:8
150 [1] 75:10
16 [2] 108:23 153:17
163 [1] 251:21
17 [3] 26:2 98:14 147:6
17-page [1] 172:25
17.4 [5] 101:4 101:16 101:21 142:23 143:20
174 [3] 21:9 21:18 95:14
18 [5] 127:22 128:19 129:11 153:20 153:20
19.2 [2] 33:17 202:23
19.8 [1] 33:22
1982 [1] 252:5
1996 [1] 9:19
1998 [1] 251:11
19th [3] 123:11 123:19 123:20
1A [7] 30:10 32:17 40:3 40:4 81:23 133:20 201:3
1B [5] 31:18 34:2 34:5 81:23 194:13
1C [2] 81:23 201:3
1st [1] 251:10
2 [40] 15:14 16:11 17:2 18:11 21:21 26:17 29:18 36:1 36:11 39:7 46:9 83:20 85:17 85:21 85:24 108:9 109:6 113:9 113:13 118:5 119:19 120:17 121:2 123:5 132:12 133:10 133:21 133:21 134:12 134:14 134:19 135:21 166:2 187:3 200:6 202:13 203:5 264:21 265:17 266:2
2's [2] 132:15 133:23
2.2 [3] 32:2 201:23 202:8
2.4 [3] 32:4 32:4 209:1
2.8 [4] 33:22 33:23 33:25 202:24
20 [7] 3:23 26:2 185:10 205:16 244:23 245:5 250:11
20.6 [5] 34:7 203:24 245:4 247:23 248:19
200 [21] 10:2 11:18 18:18 22:6 23:1 71:23 72:2 72:5 73:4 89:1 89:6 95:14 108:6 112:8 112:9 112:23 113:1 113:3 135:7 166:10 188:3
2004 [3] 1:16 247:3 247:24
20th [6] 69:9 123:11 123:12 123:14 123:20 123:21
21 [1] 178:19
21st [5] 69:9 123:11 123:14 123:20 123:21
22 [5] 26:1 33:13 147:6 150:21 202:22
22.0 [1] 33:22
237 [2] 111:24 113:12
23rd [3] 124:10 126:12 126:18
24 [17] 24:1 24:7 24:11 25:1 65:4 65:5 105:15 106:1 106:3 106:3 106:4 157:18 159:1 159:10 159:25 159:25 159:25
24,000 [1] 205:16
24.9 [6] 34:6 50:13 203:8 203:17 204:17 204:21
24rd [1] 124:13
24th [4] 124:17 125:10 126:13 126:18
25 [5] 2:25 50:19 204:21 248:1 262:13
256 [2] 46:22 242:15
257 [1] 48:9
258 [18] 49:13 114:6 114:6 114:8 114:10 115:11 115:20 115:21 116:7 116:8 116:10 116:14 116:16 116:23 117:11 117:19 117:21 242:18
259 [5] 115:18 115:23 116:14 117:11 117:19
25th [1] 125:11
26 [8] 21:8 21:21 21:23 95:18 129:8 129:9 130:3 136:7
27 [6] 1:16 127:23 130:6 130:9 130:14 251:21
29 [5] 127:22 128:21 129:11 130:13 130:17
2A [6] 32:14 32:16 32:16 39:8 40:3 40:7
2B [4] 33:10 34:2 34:6 133:21
3 [26] 15:24 15:25 16:9 16:13 17:3 22:13 22:18 24:22 28:2 28:5 28:11 29:2 32:11 36:1 36:11 151:1 151:2 151:3 151:24 179:8 180:25 185:22 187:3 190:13 210:13 225:15
3-day [2] 20:5 69:5
3.2 [1] 209:17
30 [6] 29:22 29:23 31:11 36:3 43:4 154:8
30-something [1] 221:18
300 [3] 72:12 114:3 117:4
300,000 [1] 130:18
32 [4] 26:1 103:12 147:5 153:17
32.074 [1] 35:8
35 [4] 120:23 121:11 225:16 225:20
37 [53] 88:15 89:11 90:13 90:21 91:20 92:1 95:7 107:17 107:23 109:5 109:7 109:20 109:25 110:4 110:19 110:20 110:24 111:23 113:5 113:15

118:16 119:24 120:12 120:23 121:11 126:24 127:23 127:23 128:24 129:1 130:3 130:9 130:13 130:16 131:18 134:24 134:25 135:3 135:4 135:10 136:7 160:9 160:14 160:14 164:2 165:23 219:16 251:20 259:4 259:6 259:13 260:11 260:15
3A [3] 16:14 16:23 17:4
3B [2] 16:24 25:19
3rd [1] 26:20
4 [27] 16:1 17:2 23:13 23:14 23:17 24:4 36:1 36:13 50:6 78:19 144:3 144:4 159:23 164:12 198:4 204:11 204:12 210:9 210:11 210:12 211:3 211:15 218:10 218:11 260:8 260:13 261:4
4,000,000 [1] 74:21
4.1 [3] 32:1 201:20 202:7
4.3 [3] 34:8 204:1 248:15
4.9 [1] 209:18
40 [2] 48:13 260:2
400 [6] 73:4 73:11 73:17 74:4 74:7 74:13
41 [2] 32:24 33:1
43 [1] 184:4
44 [1] 103:24
45 [9] 78:19 106:5 127:13 127:20 128:14 128:15 128:17 137:12 260:21
45.9 [1] 33:3
49 [3] 7:21 72:2 213:24
49A [1] 7:21
4A [2] 17:4 28:2
5 [3] 16:4 16:24 211:8
50 [17] 8:20 8:22 9:20 33:7 72:6 75:10 75:12 76:19 76:20 116:5 205:15 213:23 220:14 225:6 260:2 260:8 261:12
51 [2] 8:23 9:1
53 [1] 166:23
55 [13] 4:19 4:21 95:24 96:23 97:18 101:6 102:5 102:23 103:11 106:4 107:15 154:12 154:25
56 [4] 20:6 20:9 20:10 146:20
57 [3] 10:10 10:13 40:7
58-and-a-half [2] 23:21 25:8
58.5 [2] 23:18 26:20
59 [1] 13:7
6 [4] 23:5 28:13 211:11 211:13
6.1 [1] 209:15
60 [2] 33:8 78:20
61 [3] 17:19 17:22 132:18
62 [2] 261:8 261:11
62-and-a-half [1] 25:3
62.5 [4] 23:1 23:16 23:17 143:25
63 [18] 108:8 108:8 108:15 111:25 127:12 127:13 127:20 128:10 129:11 130:12 130:17 135:10 160:1 160:15 164:6 260:11 260:12 260:21
67 [1] 113:13
7 [5] 26:5 42:17 49:7 260:13 260:13
70 [2] 172:15 223:5
71 [7] 108:13 108:16 108:23 127:13 127:20 128:21 220:10
73 [9] 22:3 22:3 22:15 26:8 26:19 130:9 130:17 131:4 131:17
74 [3] 46:1 46:4 242:12
7Up [1] 236:8
8 [9] 20:21 23:5 42:2 115:24 116:11 151:7 209:3 227:12 260:9
80 [1] 223:5
800 [3] 76:7 78:1 227:3
81 [1] 70:15
82 [1] 71:6
827 [2] 184:12 184:12
87 [8] 21:6 26:15 95:14 102:2 102:25 103:5 103:11 108:22
88 [7] 31:9 31:16 38:13 40:4 234:20 234:25 238:22
9 [2] 115:24 116:10
90 [4] 178:11 211:8 222:25 223:5
90's [1] 252:23
a-third [3] 104:24 104:24 104:25
A.A.P.O.R [1] 174:16
A.B.A [1] 174:20
a.m [1] 1:16
AAA [1] 221:2
abdomen [1] 4:14
abdominal [1] 4:13
Abforce [1] 4:13
ability [2] 195:17 251:25
able [5] 90:20 125:6 130:7 131:10 196:6
above [4] 47:13 122:10 171:24 211:11
absolute [1] 113:22
absolutely [2] 58:8 112:12
academia [3] 3:11 165:18 224:1
academic [1] 3:15
accent [1] 245:25
accept [4] 50:5 61:18 107:7 232:18
acceptable [1] 247:20
accepted [9] 42:3 94:23 155:15 162:18 178:7 185:8 185:14 185:18 228:6
accepting [1] 136:9
access [1] 8:6
accessible [1] 30:9
according [7] 15:23 33:22 109:15 134:24 196:2 210:21 225:4
account [7] 42:4 124:11 149:25 150:1 166:19 167:3 218:25
accumulates [1] 34:3
accuracy [2] 88:6 212:13
accurate [24] 73:6 73:11 73:14 73:20 73:23 74:13 74:17 74:18 74:23 75:3 77:2 77:3 77:5 86:17 86:18 90:12 90:24 93:9 101:18 109:17 116:1 166:1 177:4 205:5
accurately [1] 74:20
achieved [1] 258:25
acknowledge [1] 184:13
Act [6] 173:12 191:11 199:6 206:24 222:4 222:9
actual [10] 7:8 32:7 35:18 70:11 113:5 117:21 157:18 180:24 216:17 253:3
acuity [1] 179:22
ad [2] 84:1 191:7
add [1] 203:16
added [3] 100:6 161:8 252:24
adding [1] 93:7
addition [4] 62:12 169:12 225:20 238:3
additional [2] 13:5 35:25
address [2] 194:22 204:23
adequate [2] 164:6 165:2
adjust [1] 45:13
adjustment [1] 50:11
adjustments [1] 18:5
administer [1] 19:16
administered [2] 13:5 18:15
Administration [4] 3:7 3:21 4:3 169:25
administrative [2] 123:8 169:12
admissible [2] 139:5 139:8
admit [1] 82:11
admitted [1] 166:22
admonish [2] 193:7 239:5
admonishment [2] 192:19 239:4
adult [1] 178:20
adults [1] 178:18
Advance [2] 69:8 111:22
Advanced [12] 18:3 20:10 20:13 70:7 70:21 70:25 79:8 79:10 110:17 119:15 121:6 123:14
advantage [2] 29:7 95:5
advertising [6] 4:16 73:1 142:16 143:18 173:15 173:15
advisement [1] 167:4
affects [2] 220:7 252:7
affidavit [1] 62:13
affirmatively [1] 37:22
afield [1] 107:4
afraid [1] 184:20
afternoon [9] 118:14 118:15 169:1 169:2 223:23 223:24 263:20 264:5 264:22
afterwards [1] 100:1
again [38] 8:14 13:13 25:1 28:7 28:16 32:18 38:20 39:21 39:22 40:15 55:21 63:7 76:18 85:18 108:21 134:10 139:24 147:25 149:16 162:20 184:18 189:18 195:17 199:5 199:6 199:7 203:5 208:7 208:9 208:18 214:24 215:9 227:20 231:17 239:23 248:4 251:1 260:7
against [2] 35:12 251:10
age [3] 11:23 12:1 178:15
agency [1] 191:8
ago [14] 5:2 31:11
94:12 99:21 159:7 171:3 172:6 175:9 195:23 197:13 197:16 225:9 246:21 248:19
agree [27] 62:6 63:22 74:11 74:16 77:1 102:24 108:25 109:3 111:5 115:22 123:1 142:10 143:6 146:5 153:12 157:7 224:21 228:18 228:21 228:24 229:2 235:24 240:6 240:25 250:12 261:24 262:22
agreed [1] 140:14
agrees [1] 13:4
ahead [13] 28:5 68:1 139:21 152:7 174:1 176:12 183:17 200:23 221:1 223:19 234:12 242:10 242:20
aided [1] 267:16
al [2] 1:6 1:9
Alcohol [1] 4:4
alike [1] 256:1
alleged [5] 49:16 150:11 181:15 182:24 243:19
allegedly [1] 121:23
allotted [1] 68:22
almost [4] 33:2 106:20 118:3 143:1
alone [1] 74:10
along [2] 108:1 206:18
alternated [2] 190:17 191:16
alternatively [1] 90:22
always [31] 43:3 63:8 73:24 80:12 81:18 81:19 106:19 120:8 120:9 120:15 120:22 135:14 142:11 142:13 142:15 142:18 143:3 143:10 143:21 144:11 155:19 173:18 183:24 186:12 187:14 188:24 191:4 191:19 202:4 206:1 258:11
American [6] 2:17 2:18 2:24 3:10 174:15 174:16
Ameritech [9] 98:22 102:10 102:13 103:20 142:3 142:8 142:19 144:7 220:16
among [6] 5:21 15:2 23:20 201:22 256:3 262:13
amount [12] 108:23 131:19 142:25 143:21 151:4 184:4 204:18 205:23 206:8 206:20 244:18 245:2
analysis [3] 102:10 103:22 246:14
analyst [3] 170:22 170:23 215:22

analyze [3] 27:7 80:16 137:21
analyzing [1] 106:7
ancient [1] 185:12
and-a-half [4] 32:11 98:14 151:25 261:8
angry [1] 115:9
anonymous [1] 236:7
answer [54] 11:14 12:12 13:21 16:7 25:21 38:25 39:5 41:1 44:14 64:17 66:24 73:22 81:24 82:16 83:13 87:1 114:15 114:18 115:14 115:15 115:17 122:9 126:20 150:19 154:22 155:2 155:4 155:6 160:3 162:15 162:17 181:17 192:15 192:20 193:6 193:10 193:16 199:11 199:15 214:7 229:8 229:16 231:1 231:19 235:4 236:12 238:10 238:11 239:6 239:16 239:21 246:14 248:12 261:1
answered [5] 15:12 23:14 32:3 37:22 131:12
answers [17] 13:18 15:9 16:7 24:14 32:3 34:5 44:18 70:18 75:21 79:13 91:13 135:24 154:20 196:16 199:19 229:14 238:12
anti-competitive [1] 263:4
antifreeze [1] 254:16
anyhow [1] 118:3
anyway [3] 18:22 117:23 158:6
apologize [4] 76:17 114:10 123:10 203:14
appear [1] 43:1
appearance [2] 209:1 209:16
append [1] 83:5
application [1] 49:21
applies [2] 100:15 142:18
appreciate [4] 58:18 204:4 246:13 265:14
approach [6] 38:17 166:14 178:5 178:5 186:18 212:23
approached [1] 128:5
appropriate [18] 43:7 44:8 44:21 44:24 46:25 47:6 50:10 61:21 61:25 111:21 141:9 145:24 148:12 167:8 182:14 194:20 206:11 215:8
approximate [1] 23:21
arch [1] 222:25
area [12] 9:3 34:24 97:21 180:2 180:4 180:4 180:8 180:25 186:23 224:22 224:24 224:25
areas [4] 19:5 19:11 173:8 184:13
Arecibo [1] 122:20
argument [3] 165:12 166:18 265:19
arguments [2] 265:1 265:1
arithmetic [4] 103:23 109:3 109:4 151:10
arrangement [2] 57:24 124:2
arranging [1] 180:11
array [1] 47:20
arrive [1] 26:24
arrived [1] 27:2
art [1] 45:1
article [5] 49:4 107:7 243:9 252:7 252:8
articulate [1] 152:12
artificial [1] 206:1
ascertain [1] 212:25
aside [4] 7:1 108:4 180:4 259:11
asks [5] 11:4 12:9 22:18 32:16 198:21
asserted [4] 57:5 59:16 59:25 63:10
asserting [3] 23:14 52:21 60:16
asserts [1] 63:19
assess [4] 6:3 41:13 41:20 142:24
assessed [7] 59:8 107:12 207:23 208:3 243:3 243:5 243:13
assessment [2] 106:17 259:7
assigned [2] 227:2 227:5
assistance [1] 204:3
assistant [1] 170:20
associate [17] 9:11 24:12 26:18 50:6 59:21 66:8 75:22 106:10 129:17 129:17 147:3 151:23 199:24 262:5 262:7 262:14 262:24
associated [17] 5:24 21:20 26:22 32:22 33:16 39:20 60:13 149:4 198:25 199:3 199:10 203:9 254:5 255:2 255:6 256:16 260:22
Associates [3] 169:5 170:5 180:16
associating [3] 60:19 153:24 154:1
association [12] 3:1 60:20 157:14 174:13 174:15 174:16 174:17 174:20 180:22 202:19 204:8 262:16
assume [10] 17:14 19:17 69:25 92:16 112:11 191:19 202:12 219:18 219:18 232:16
assumed [4] 72:20 89:23 100:16 116:8
assumption [3] 112:8 133:8 133:24
assumptions [1] 109:19
assured [1] 236:18
attach [1] 187:3
attached [1] 224:22
attempt [3] 106:23 207:24 212:25
attempting [1] 47:14
attention [4] 46:22 89:18 136:3 185:20
attitudes [1] 171:23
attorney [1] 54:5
attorneys [3] 121:14 122:16 127:11
attribute [6] 142:11 249:17 250:3 250:7 250:12 250:17
attributes [3] 42:24 49:8 188:20
attribution [1] 253:15
Auri [3] 19:24 85:3 119:21
author [1] 46:13
authoritative [1] 46:7
authority [1] 263:22
automatically [1] 11:15
availability [1] 168:3
available [6] 105:23 156:11 156:11 156:19 248:13 263:15
average [2] 11:10 205:14
avoid [2] 86:21 145:4
aware [2] 88:17 124:4
awareness [4] 172:20 246:20 246:24 247:1
away [12] 30:4 30:19 32:10 34:19 90:14 156:1 183:1 192:9 192:10 230:22 235:3 238:24
B [10] 3:3 11:11 11:13 28:5 39:8 187:3 200:5 200:6 201:3 201:17
B.S [1] 169:23
background [8] 3:2 48:14 48:24 54:9 61:4 87:8 169:22 175:8
backup [1] 86:10
backwards [1] 91:13
bad [2] 51:10 250:21
balance [2] 72:13 87:22
balanced [1] 185:16
ballpark [2] 75:10 171:25
banner [2] 57:6 57:11
bar [3] 222:22 237:4 258:4
barely [1] 68:25
base [5] 184:15 189:23 206:20 207:2 247:12
based [42] 6:21 30:11 34:1 34:9 37:12 45:19 48:19 50:9 60:12 106:16 121:7 121:9 126:14 127:9 164:25 166:3 169:6 172:17 182:18 185:4 194:2 199:25 202:14 210:16 210:25 211:12 211:19 219:4 221:5 221:11 228:4 228:5 233:16 240:18 246:16 247:8 247:18 248:5 250:20 253:12 253:14 253:18
baseline [9] 202:4 204:10 205:11 206:6 206:9 206:9 210:25 247:22 248:10
basic [3] 29:12 34:18 129:10
basing [2] 122:11 245:25
basis [5] 12:17 70:4 71:15 166:17 247:25
batches [1] 227:17
became [1] 170:24
becomes [1] 216:8
began [1] 145:25
beginning [1] 229:22
behavior [4] 2:21 171:8 171:24 174:24
behind [1] 57:2
belief [7] 48:20 161:18 162:21 201:18 201:23 215:5 215:5
beliefs [4] 48:14 48:17 48:22 171:23
Belknap [2] 5:4 137:17
belongs [2] 261:16 261:17
below [1] 58:16
belt [1] 166:13
Beltran [3] 19:24 85:3 119:21
belts [1] 4:13
bench [4] 118:8 190:4 247:19 247:20
benefit [1] 181:8
best [8] 41:16 71:22 95:8 111:16 112:22 156:12 185:7 186:23
bet [1] 118:21
better [12] 18:13 62:9 65:15 73:18 73:24 91:3 99:3 107:6 112:4 188:24 218:3 250:22
between [32] 24:19 27:14 33:7 33:19 33:22 34:8 53:3 64:25 79:12 79:25 133:2 148:19 151:5 163:11 176:2 186:7 193:14 202:1 205:24 208:4 210:10 210:18 212:23 221:9 236:14 243:25 244:15 247:17 248:10 249:8 255:25 261:4
beverage [4] 56:11 56:15 56:22 56:25
bias [9] 42:12 44:14 44:15 44:17 45:15 82:16 92:21 93:12 145:20
biased [2] 41:4 85:11
biases [2] 41:3 157:8
biasing [3] 41:6 92:23 157:13
big [6] 24:21 42:10 72:18 72:25 73:1 178:1
bigger [1] 188:4
biggest [1] 53:3
bilingual [1] 183:10
bit [3] 196:24 211:1 229:6
black [1] 23:4
blame [1] 5:5
blanks [1] 77:8
blue [32] 9:15 10:5 23:12 24:15 24:24 24:24 43:9 45:5 54:17 54:25 55:3 56:2 56:5 63:3 63:11 65:14 104:25 106:11 145:8 156:1 156:2 157:2 157:4 158:5 217:3 233:21 245:24 250:14 257:13 257:14 257:18 261:15
boat [1] 81:5
book [2] 59:11 242:13
bothered [1] 184:18
bottom [5] 22:5 54:21 69:17 147:11 245:20
bought [4] 191:17 192:2 215:2 241:12
bout [1] 60:18
box [272] 6:25 8:1 8:21 8:24 9:12 9:16 10:3 19:16 21:6 21:6 21:18 21:20 21:20 23:8 23:8 23:12 23:13 23:22 24:1 24:5

24:11 24:22 25:3 25:20 25:22 25:25 29:15 30:16 30:17 30:19 32:5 32:7 32:7 32:10 33:3 37:25 40:12 53:11 53:14 54:20 54:23 55:9 55:15 55:21 56:4 56:14 56:21 57:9 57:18 57:23 57:25 59:2 59:4 59:15 59:19 59:20 60:1 60:13 62:18 63:11 63:12 63:16 63:23 64:8 64:10 64:14 65:7 65:20 66:2 71:6 71:24 84:7 84:12 85:8 85:22 85:24 86:8 87:4 87:9 87:11 87:15 88:10 95:12 95:15 95:16 95:19 95:23 95:25 96:3 96:12 96:16 96:20 96:25 97:5 97:7 97:8 98:8 100:10 102:3 102:5 104:7 104:9 104:25 105:1 106:10 106:20 107:19 107:25 108:6 108:8 108:10 109:9 109:15 109:17 110:9 112:3 112:11 112:14 113:7 113:16 114:18 114:22 115:7 120:2 120:8 120:10 121:4 121:24 122:5 123:1 129:5 129:6 133:6 133:15 135:15 141:1 141:2 141:5 141:9 144:13 145:11 147:3 148:1 148:4 148:5 148:7 148:9 148:11 148:12 149:5 149:11 149:18 150:11 150:12 150:15 150:20 150:25 151:5 151:7 151:16 151:22 152:3 152:8 152:9 152:11 152:20 152:25 153:5 153:6 153:7 153:8 153:10 153:14 153:17 153:20 153:25 154:1 154:24 155:1 155:5 155:5 155:9 155:11 155:25 156:2 156:10 156:11 156:18 157:2 157:2 157:9 157:10 157:16 157:17 157:25 158:11 158:15 158:18 158:21 158:23 158:23 158:25 159:1 159:5 159:11 159:16 161:4 162:1 163:23 164:18 164:18 164:21 166:7 166:7 166:8 186:2 186:11 186:20 186:21 186:23 187:12 187:17 187:19 187:19 187:20 187:22 188:4 188:6 188:10 188:12 188:19 191:24 199:24 206:16 206:17 208:10 209:1 209:12 209:15 209:16 209:25 210:2 210:6 213:24 213:24 214:13 216:21 216:24 218:4 218:5 220:10 221:19 221:21 222:1 233:21 235:13 235:14 235:15 243:7 245:5 247:4 249:2 254:22 255:4 255:7 256:17 260:4 261:5 261:9 262:3 262:4 262:15

boxes [16] 8:6 87:24 105:5 134:11 147:17 154:18 186:3 186:7 186:11 186:15 186:19 191:22 192:2 214:20 220:19 241:12

branch [1] 224:14

brand [119] 5:25 6:1 7:12 8:11 8:11 9:17 14:1 15:15 15:15 15:22 16:1 16:10 16:15 17:1 17:5 21:21 21:21 22:2 22:11 22:14 22:21 22:22 23:22 24:14 25:5 26:3 26:18 26:22 30:12 31:12 31:13 31:15 31:17 31:23 32:7 32:12 33:15 37:13 38:2 38:7 38:8 41:2 42:6 47:10 47:17 47:20 47:21 47:22 47:24 49:25 54:16 55:2 55:7 55:10 96:14 148:10 161:3 161:4 162:8 162:8 162:11 162:11 162:14 162:14 172:20 182:5 187:5 189:4 189:7 194:3 194:9 195:13 195:14 196:4 196:11 196:12 197:19 198:1 198:18 199:25 201:13 215:14 217:21 231:22 233:5 233:13 233:23 234:15 234:19 234:21 235:4 235:6 235:9 235:10 235:18 235:20 235:22 236:9 236:15 236:17 236:21 236:25 237:9 237:13 237:16 237:17 237:19 238:1 238:9 238:20 240:17 240:19 240:19 241:2 241:5 241:6 244:25 249:3 254:20

brands [11] 32:22 33:1 39:20 105:20 196:14 198:25 253:16 253:20 253:24 255:5 255:6

break [8] 51:19 79:15 81:21 118:7 167:19 219:11 238:4 238:6

breakdown [1] 153:8

brief [13] 3:1 13:17 54:7 117:12 117:23 136:16 137:5 138:5 139:9 139:18 163:7 264:14 264:16

briefed [1] 138:15

briefer [1] 264:18

briefly [2] 13:14 212:11

briefs [4] 124:16 124:21 125:8 126:18

bring [3] 12:24 180:8 185:20

bringing [1] 160:7

Bristol [1] 138:12

brought [1] 136:3

Bureau [1] 4:4

BURGOS [1] 1:24

business [8] 2:17 3:5 3:6 131:1 132:7 165:19 169:25 170:1

buy [3] 12:16 115:6 171:10

buy' [1] 209:5

buying [1] 190:16

C [7] 2:17 11:21 11:22 39:8 187:3 200:5 200:6

C.E.O [3] 170:25 171:1 171:4

C.L.E [1] 174:21

C.R.C [1] 180:19

C.V [3] 174:2 174:9 174:10

calculate [1] 199:25

calculated [1] 154:10

calculation [1] 34:10

calculations [1] 136:8

calendar [1] 181:8

California [1] 4:5

calls [7] 2:4 33:21 119:14 149:12 168:15 183:8 183:10

caloric [4] 5:21 12:8 12:13 28:19

caloric-free [1] 216:14

camp [1] 74:23

candor [1] 223:16

cannot [1] 226:16

caption [1] 267:17

Carbide [3] 35:1 35:12 232:7

career [4] 3:12 43:3 141:18 224:17

carefully [1] 73:13

carried [5] 19:9 19:10 21:9 28:22 259:17

carry [2] 58:13 63:1

case [119] 4:16 4:23 6:18 8:17 34:23 35:1 35:7 35:13 35:18 35:18 36:8 36:19 40:10 43:19 45:4 49:16 49:21 50:7 52:7 52:11 52:12 52:22 53:21 53:23 55:8 55:13 56:20 57:6 57:14 59:2 59:8 59:25 60:25 62:8 62:14 62:16 63:10 63:21 67:9 76:6 77:2 83:11 85:12 85:15 86:10 88:10 93:20 94:16 98:21 100:11 101:3 101:6 101:16 101:21 102:10 107:13 117:5 119:6 124:16 137:17 137:21 137:25 138:10 138:15 138:19 139:13 139:14 140:2 141:20 141:25 142:3 142:6 142:12 142:14 142:16 143:23 144:8 145:8 151:24 152:19 154:19 156:9 167:3 167:18 173:23 174:10 175:6 175:7 176:6 177:13 178:18 181:11 183:6 185:5 186:3 186:13 206:9 206:11 206:15 208:2 211:19 220:16 220:19 221:6 221:13 226:7 229:1 232:12 242:1 243:19 246:1 251:10 251:11 251:20 252:21 253:19 257:11 257:20 267:17

cases [23] 5:15 19:12 19:12 19:13 35:9 37:6 44:21 46:8 46:18 68:12 72:23 119:18 120:15 120:20 139:18 173:19 174:11 222:23 225:16 226:9 228:20 237:5 251:2

catch [1] 242:20

categories [3] 11:23 152:19 236:11

categorized [1] 153:15

category [3] 26:17 153:4 210:6

causal [1] 46:24

caused [7] 40:22 42:19 66:10 189:25 246:2 246:3 246:8

causes [4] 188:16 197:23 262:5 262:23

causing [3] 44:15 47:9 61:25

cell [36] 2:4 72:18 74:5 74:7 74:13 74:14 104:12 104:18 104:22 105:15 111:20 142:24 144:21 144:22 153:7 153:24 186:4 186:4 201:21 202:23 203:23 204:17 208:13 208:19 209:13 209:22 209:22 210:7 210:8 210:10 220:8 220:10 245:10 248:7 248:8 255:15

cells [1] 208:13

center [15] 18:9 20:11 20:13 46:6 70:21 70:25 79:9 119:11 119:15 127:7 147:11 147:18 180:15 180:17 180:20

Center's [3] 58:9 59:11 207:14

centers [6] 19:13 29:2 179:1 180:2 180:3 180:25

certain [19] 6:19 10:21 11:5 11:23 18:5 41:11 93:7 99:11 121:19 142:11 164:21 178:17 185:13 205:11 205:23 222:14 236:18 236:18 248:9

certainly [23] 6:5 38:6 42:10 45:1 65:7 66:22 90:24 91:2 110:8 110:23 121:25 131:23 139:12 139:17 145:9 158:8 161:23 166:21 169:23 178:24 186:17 216:9 265:14

certainty [1] 126:25

CERTIFICATE [1] 267:10

certified [1] 172:12

CERTIFY [2] 267:14 267:16

cetera [5] 49:8 229:9 230:10 230:18 236:19

chain [1] 169:17

chance [4] 30:3 159:17 160:16 211:12

chances [1] 130:16

change [4] 116:4 164:14 164:24 173:16

changed [9] 18:6 18:8 117:19 127:1 127:4 133:19 133:20 245:12 250:23

changes [9] 18:2 18:20 18:21 93:7 93:8 130:18 131:1 195:22 195:24

changing [1] 168:10

characteristic [5] 59:7 60:3 60:9 207:23 208:2

characteristics [14] 10:22 11:25 41:19 58:24 59:24 107:9 107:11 207:21 217:24 217:25 219:2 243:1 243:3 243:4

characterization [1] 138:4

chart [6] 128:5 128:8 200:20 201:2 208:12 220:3

check [11] 70:23 76:20 76:24 86:10 133:18 181:16 183:12 183:20 183:25 215:14 264:2

check-off [3] 133:6

133:15 134:11
checked [2] 18:16 119:16
checks [1] 187:11
Chicago [5] 169:8 169:10 169:24 170:1 175:10
Chicogo [1] 169:6
chief [1] 169:4
choice [3] 82:25 176:25 240:1
choices [4] 84:14 195:16 196:6 199:8
choose [3] 44:8 187:22 188:5
choosing [4] 44:23 140:11 241:23 242:3
chose [5] 96:16 147:2 188:5 225:1 245:21
circle [5] 89:12 109:14 109:16 113:6 166:2
circled [20] 86:11 90:5 90:6 108:9 111:16 113:12 113:13 119:6 119:25 120:12 120:25 121:1 121:23 122:4 123:1 134:16 135:1 135:21 165:25 166:12
circles [1] 89:18
circling [3] 120:2 122:3 123:25
circuit [4] 40:19 251:10 251:21 252:19
circuits [1] 40:18
circumstance [1] 120:3
circumstances [2] 82:3 223:8
cite [1] 251:21
cited [3] 35:6 58:12 138:15
claim [9] 101:19 137:20 142:11 142:13 142:14 142:16 142:18 143:4 143:18
claimed [1] 222:18
claiming [1] 254:13
claims [2] 29:23 173:16
clarifies [1] 195:19
clarify [2] 125:18 134:3
Clarke [1] 250:5
class [1] 174:21
classic [2] 228:2 228:4
clear [13] 40:2 59:13 88:9 108:22 131:1 143:7 157:15 157:16 195:5 205:12 210:22 223:25 231:18
clearly [8] 13:1 26:4 58:22 106:25 139:9 146:12 148:2 156:9
clerk [2] 221:3 265:25
client [1] 52:19
clients [3] 169:15 171:6 171:8
clipboard [1] 86:23
close [8] 43:6 56:8 61:9 204:12 206:14 240:24 241:22 242:2
closed [1] 264:23
closely [1] 64:12
closer [1] 105:8
closest [1] 245:22
cloud [5] 7:16 9:14 55:6 55:9 261:14
code [8] 70:14 85:9 85:11 85:16 102:18 102:18 133:20 187:12
coded [10] 108:13 111:23 127:20 128:11 128:12 128:22 135:19 170:8 170:9 220:18
coder [1] 70:17
coding [4] 20:16 134:17 151:13 170:18
coffee [12] 7:18 55:13 55:16 57:3 147:9 147:11 147:17 152:14 153:9 153:14 189:12 261:16
Cola [2] 236:16 236:19
cold [4] 56:10 56:15 56:22 56:25
collate [1] 200:10
colleagues [1] 175:10
collected [2] 20:5 166:4
collection [1] 219:6
college [1] 73:15
collusions [1] 26:10
color [86] 16:21 24:24 25:22 26:2 26:4 39:5 52:12 53:11 54:11 59:21 60:3 60:6 60:6 60:9 60:10 60:13 60:14 60:16 60:20 60:23 60:25 62:13 64:10 87:8 89:19 107:2 144:17 145:6 146:12 146:18 146:24 147:2 147:6 147:6 148:4 148:5 148:7 148:9 149:5 151:18 154:12 154:14 154:14 154:16 154:20 156:7 156:22 189:16 189:18 189:19 189:20 189:25 192:11 208:18 208:23 209:14 210:4 210:11 211:22 211:23 212:2 219:24 220:21 222:21 223:12 243:6 249:16 250:18 253:9 253:15 253:18 253:19 254:3 254:6 254:14 254:25 255:12 255:16 255:18 257:14 261:22 262:6 262:11 262:16 262:25 263:6
colored [1] 144:25
coloring [1] 56:2
colors [10] 24:16 24:17 42:24 49:8 63:4 148:23 157:15 186:8 189:21 191:9
column [5] 95:23 108:7 113:16 201:25 202:25
combination [1] 50:2
comfortable [1] 177:4
coming [6] 28:5 60:7 125:16 125:20 157:20 265:9
comment [4] 48:9 49:14 139:1 191:8
commentary [3] 58:3 59:13 197:14
comments [3] 94:1 130:1 215:6
Commission [11] 3:21 4:1 4:3 4:10 224:4 224:6 224:8 224:9 224:12 225:11 225:11
commissioned [1] 226:6
committed [1] 238:10
common [13] 24:18 24:19 42:24 49:7 97:22 144:24 158:17 158:19 159:16 187:25 189:10 195:24 219:1
companies [1] 162:2
company [57] 1:9 3:18 6:14 11:8 12:16 30:13 30:21 30:25 31:4 31:7 31:10 31:15 31:15 31:24 33:15 37:13 38:3 38:9 69:14 69:16 107:16 112:23 151:24 161:19 161:20 162:2 162:16 162:22 162:23 169:7 172:20 180:15 194:3 194:9 195:13 195:15 196:4 196:4 196:11 198:18 199:25 213:1 213:1 213:2 213:4 213:4 213:5 213:6 231:22 235:7 235:18 237:2 237:8 238:18 244:25 245:15 247:6
compare [5] 36:18 45:7 157:2 204:9 209:22
compared [3] 25:2 232:17 245:18
comparing [2] 36:25 146:2
comparison [2] 25:25 154:3
compete [8] 171:11 250:3 250:5 250:7 250:10 250:16 251:25 263:5
competed [1] 252:13
competition [2] 173:16 253:3
competitor [2] 171:12 253:2
compilation [1] 76:23
compilations [1] 219:5
compile [2] 200:13 200:20
complete [2] 67:13 179:11
completed [1] 5:10
completely [1] 229:17
completing [1] 170:2
complex [1] 83:12
complexity [1] 172:24
compliance [1] 97:4
compliant [1] 96:4
comply [1] 98:3
complying [1] 96:5
component [1] 55:7
Comprar [1] 115:8
computer [2] 183:18 267:16
concern [3] 36:15 39:12 117:17
concerned [3] 110:2 116:6 141:24
concise [1] 195:6
conclude [2] 204:10 221:5
concluded [1] 266:5
concludes [2] 33:24 34:12
conclusion [9] 25:7 26:14 50:5 149:13 150:7 222:8 247:15 247:17 248:1
conclusions [3] 40:21 211:18 249:14
conduct [17] 5:21 19:17 169:14 171:7 171:16 171:17 171:17 171:18 172:5 175:14 177:1 177:21 180:9 180:24 182:10 226:5 226:8
conducted [23] 3:18 3:22 4:6 4:17 18:24 18:25 29:1 36:3 51:10 51:14 66:8 141:21 170:22 172:2 173:5 173:6 173:25 181:7 183:3 183:22 197:4 224:5 260:3
conducting [1] 5:13
conference [2] 118:8 138:16
confidence [3] 211:5 211:9 211:10
confidential [1] 229:18
confirmed [1] 121:8
confound [1] 141:7
confounding [1] 141:7
confuse [3] 247:14 247:24 248:1
confused [12] 31:1 66:7 81:10 141:4 183:2 200:9 200:9 204:22 205:4 210:23 237:14 256:4
confusing [4] 37:19 81:19 145:12 205:13
confusingly [1] 62:3
confusion [77] 27:12 27:14 33:24 33:25 34:1 34:9 34:12 34:13 34:24 35:9 37:8 38:16 49:17 49:20 50:2 51:10 61:25 64:7 68:15 68:18 68:21 101:18 122:2 123:7 141:8 163:18 169:18 173:14 175:23 176:2 181:12 181:12 181:19 182:5 182:7 182:14 182:17 188:16 188:18 189:24 194:1 194:21 194:24 202:13 204:11 204:18 204:24 205:6 206:21 210:17 210:22 221:9 223:6 223:7 228:1 228:19 233:25 237:12 243:21 243:25 244:8 244:11 244:13 244:19 245:16 246:1 246:3 246:6 246:8 247:17 247:21 247:22 248:16 248:17 248:22 249:8 255:24
connect [2] 64:12 125:6
connected [1] 158:22
connection [3] 65:25 66:1 173:22
Conscious [4] 19:20 19:24 20:18 119:22
consider [13] 7:1 118:21 119:20 153:4 164:7 200:11 204:6 204:7 204:13 220:2 256:7 256:15 259:12
considered [4] 119:2 119:18 192:25 259:13
considering [6] 30:3 62:2 191:1 191:6 192:7 230:19
considers [2] 33:18 236:24
consisted [1] 166:23
consistent [4] 43:2 49:1 185:5 207:17
consulting [3] 3:24 169:6 169:15
consumer [19] 2:21 4:3 49:17 77:10 81:13 83:7 169:18 171:8 171:23 172:19 174:24 175:23 180:20

188:8 193:2 194:25 206:22 243:20 254:14
consumer's [1] 182:6
consumers [30] 24:12 36:4 50:6 105:25 147:16 148:25 150:6 152:21 163:11 171:10 199:7 216:22 218:20 221:25 233:22 234:21 235:12 236:10 236:14 237:6 238:23 241:1 244:23 245:6 247:24 248:2 253:20 256:3 262:14 262:24
consumers' [1] 82:14
contact [3] 12:23 179:20 184:6
contacted [5] 4:24 5:3 68:9 69:1 180:19
contending [2] 53:20 149:17
context [2] 70:10 172:10
continue [3] 14:8 263:16 263:17
Continuing [1] 252:3
contrast [1] 246:25
control [229] 6:15 8:13 8:17 9:5 9:13 9:21 10:1 10:4 23:8 23:19 23:25 24:10 24:17 24:20 25:8 25:15 26:21 29:24 33:18 33:19 33:21 40:12 41:13 42:3 42:18 42:22 43:8 44:8 44:19 44:22 44:23 44:24 45:3 45:24 45:25 46:25 47:3 48:4 48:8 48:12 48:25 49:15 49:18 50:4 50:10 53:5 53:7 53:10 58:22 58:24 59:14 60:11 61:22 61:24 62:3 62:4 62:9 62:11 64:3 64:5 64:13 64:20 65:1 65:9 65:11 65:12 65:16 66:11 67:8 72:6 72:8 72:15 72:17 72:20 73:2 74:2 74:7 74:13 74:14 79:6 84:6 84:15 85:10 85:21 85:25 89:1 89:24 91:21 95:24 96:8 96:16 99:3 99:4 99:5 99:6 100:6 100:10 102:6 104:1 104:12 104:18 104:22 105:4 105:8 105:11 105:15 105:17 105:19 106:15 106:20 106:24 107:1 107:9 107:18 108:10 108:14 109:6 110:1 111:25 128:13 129:16 129:19 131:18 131:20 140:11 140:15 140:17 141:2 141:3 141:10 141:10 142:19 142:22 142:24 143:1 143:17 143:24 143:25 144:1 144:2 144:3 144:10 144:22 145:24 148:12 149:7 150:25 151:6 151:6 152:2 153:20 153:24 154:2 155:9 155:25 156:5 156:13 156:15 156:17 157:7 158:10 158:16 158:17 159:23 164:3 164:7 164:18 186:4 186:6 188:14 188:16 188:21 189:11 189:15 189:22 190:5 201:21 202:1 202:3 202:6 202:22 203:23 204:9 204:10 206:4 206:11 207:16 207:17 207:19 207:20 208:13 209:22 210:8 210:10 213:14 213:18 213:24 214:1 217:10 218:22 218:24 220:7 220:8 220:9 220:10 220:24 240:1 240:6 240:8 240:10 240:12 240:14 240:23 241:3 241:21 242:4 242:24 242:25 243:12 243:19 244:6 245:10 245:22 246:21 247:18 248:7 259:12 259:25 260:17
control's [2] 98:6 106:18
controlled [1] 100:4
controlling [2] 64:6 141:3
controls [7] 45:2 47:6 79:5 88:20 155:8 156:5 242:16
convenient [2] 168:6 263:24
conversation [1] 175:12
conversations [2] 124:20 175:17
convoluted [2] 37:9 238:19
copied [2] 116:8 116:25
copies [2] 10:14 217:6
copy [8] 4:21 10:16 27:17 117:11 140:7 217:5 242:9 242:11
copying [1] 115:21
core [1] 251:22
corner [7] 20:21 22:16 57:7 57:9 133:8 147:10 216:20
corporate [2] 62:14 264:11
correct [117] 23:24 29:6 48:5 52:9 52:13 53:8 53:11 54:9 54:13 54:21 54:25 55:4 56:5 56:21 57:16 57:17 58:10 61:1 62:5 64:21 65:22 66:2 67:1 69:2 70:17 74:7 74:14 78:3 78:16 81:3 81:16 83:23 85:23 89:15 89:20 93:22 99:7 106:7 111:24 121:7 130:19 131:16 149:5 150:12 155:12 159:14 161:7 163:16 178:2 179:11 187:18 188:7 196:20 198:11 201:10 201:13 201:14 202:17 207:9 208:16 211:1 212:7 212:10 218:6 224:2 224:4 224:19 225:3 225:7 225:8 225:12 225:23 226:2 226:11 226:12 226:24 228:3 228:12 228:16 228:17 230:23 231:3 231:6 231:7 231:15 231:16 231:24 231:25 232:2 232:5 233:1 233:2 233:18 234:23 235:24 236:25 237:9 238:5 240:7 240:16 240:20 241:3 246:18 247:2 247:21 248:2 248:18 249:11 250:9 251:4 253:13 256:17 261:25 262:6 262:11 262:16 267:14
correctly [3] 7:3 221:20 226:15
correlation [2] 64:25 65:3
cost [1] 252:7
counsel [2] 116:17 168:8
count [8] 89:4 107:23 108:4 188:11 200:9 214:7 219:19 225:14
counted [3] 37:16 111:3 113:9
counterpart [1] 264:16
couple [8] 2:22 37:11 47:7 88:8 138:21 159:20 222:23 251:13
course [4] 48:10 69:12 167:6 188:12
courses [3] 2:18 2:20 2:23
court [102] 1:1 2:1 2:10 7:23 10:15 10:16 13:12 17:21 20:8 26:7 46:3 47:19 51:18 51:20 51:23 62:24 63:8 67:16 94:7 94:24 100:14 109:24 112:16 112:18 112:20 114:9 114:25 115:3 116:12 116:21 117:24 118:2 118:9 126:10 127:17 128:3 128:6 132:1 132:3 134:7 137:3 137:14 138:2 138:9 138:17 139:5 139:21 148:15 149:13 149:17 149:23 149:25 151:11 163:25 164:2 164:6 165:1 165:5 165:14 167:1 167:11 167:13 167:16 167:20 167:23 168:7 168:12 168:17 169:3 169:22 172:14 174:6 175:2 176:15 203:18 222:19 223:18 223:19 233:13 236:24 239:21 244:10 246:15 251:7 251:17 252:5 252:5 252:21 252:24 263:11 263:17 263:25 264:9 264:15 264:19 265:6 265:16 265:20 265:21 266:1 267:13 267:20
Court's [2] 185:6 195:3
courtroom [5] 52:1 167:25 172:17 221:2 264:5
courtrooms [1] 264:23
courts [2] 199:6 225:6
cover [2] 17:18 186:23
covered [1] 217:7
covers [1] 174:10
crack [1] 14:20
create [4] 7:4 7:7 123:7 190:6
created [2] 9:22 141:14
credential [1] 172:17
credit [1] 220:17
criteria [1] 241:2
criticized [1] 185:15
cross [2] 118:12 223:17
cross-examination [5] 51:24 118:10 138:8 145:25 223:21
crumbling [1] 265:21
cue [1] 147:7
cues [1] 192:10
cup [12] 7:18 55:13 55:16 57:2 147:9 147:11 147:18 152:14 153:9 153:14 189:12 261:16
currency [1] 166:18
current [1] 185:14
curriculum [3] 4:21 225:2 225:4
cursory [1] 71:5
customary [1] 156:3
cut [1] 86:22
cuts [1] 153:2
cutting [1] 171:20
CV [1] 1:8
D [4] 2:17 12:4 12:5 12:9
Dallas [2] 263:24 264:3
dark [4] 54:21 54:24 257:13 257:18
darker [2] 54:17 55:4
data [55] 20:4 30:8 30:15 53:16 69:16 70:1 73:5 73:11 73:13 76:22 77:3 79:10 79:20 80:3 81:1 81:2 86:6 92:1 95:10 95:14 102:2 104:6 104:12 108:5 112:18 115:19 116:2 119:17 121:5 123:16 126:16 128:12 135:24 141:25 146:20 157:18 160:18 166:7 183:17 184:15 200:13 201:15 202:19 208:11 208:17 209:19 209:21 210:16 211:10 211:13 219:5 219:21 220:4 220:22 222:17
date [6] 70:3 70:5 124:12 124:15 124:19 125:2
dated [2] 26:12 26:13
Daubert [2] 165:10 166:17
days [5] 5:2 69:7 138:21 178:11 221:7
DD [3] 186:14 186:22 187:15
de-selecting [1] 205:20
deadline [2] 124:2 124:23
deal [5] 116:18 176:23 178:18 189:7 217:22
dealing [4] 204:25 222:25 237:10 237:12
deals [1] 47:2
debate [2] 103:12 206:8
decades [2] 165:17 252:13
decide [5] 44:24 111:8 188:17 216:3 217:15
decided [3] 19:1 19:5 123:5
decision [6] 102:19 119:17 140:21 219:24 251:13 253:17
decisions [1] 251:12
declaration [7] 40:10 41:25 42:2 43:10 49:7 62:22 173:24
defendant [8] 1:10 27:3 35:10 143:18 174:2 174:8 185:20 228:21
defendant's [3] 27:16 27:20 176:13
defendants [2] 1:22 173:21
defense [2] 174:4 233:24
define [1] 43:5

definitely [4] 44:19 71:19 78:22 96:7
definition [1] 43:2
definitive [1] 41:11
degree [4] 3:5 3:6 130:10 169:23
degrees [1] 73:16
DEL [2] 267:13 267:19
delete [2] 7:19 9:16
deleted [3] 7:19 32:9 123:6
demands [1] 62:17
demographic [1] 11:25
demonstrated [1] 160:13
denominator [1] 260:20
deodorant [1] 47:17
depend [1] 82:2
depending [2] 200:9 247:10
depict [1] 74:21
deployed [2] 20:3 20:4
describe [5] 6:9 7:23 21:11 182:25 216:12
described [4] 5:12 26:11 36:19 182:19
describes [2] 35:16 35:21
describing [2] 8:3 19:22
descriptions [1] 152:16
design [47] 16:21 26:1 29:12 34:18 34:23 34:25 37:7 38:15 38:20 38:21 105:22 106:18 137:7 147:5 150:12 150:15 150:16 150:18 150:20 150:20 151:5 151:7 151:15 151:16 151:17 151:17 151:18 154:4 154:5 154:9 154:11 154:12 169:14 170:21 172:5 177:12 177:16 185:4 191:9 206:3 212:19 212:21 217:11 228:2 228:5 238:14 258:10
designed [8] 27:13 46:24 172:2 172:8 176:9 182:23 196:19 259:16
designer [1] 258:10
designing [5] 58:22 185:2 207:19 242:18 242:24
designs [2] 154:7 185:12
desirable [1] 114:4
despite [1] 263:20
detail [1] 109:21
details [2] 99:14 99:17
detected [1] 124:5
determination [1] 150:4
determine [14] 6:17 27:13 48:12 90:9 90:18 101:17 149:14 149:17 155:7 161:2 181:11 199:23 244:2 244:10
determined [1] 15:20
determining [1] 149:25
detract [2] 25:7 150:3
developed [2] 10:19 78:12
DeWalt [2] 223:3 223:10
Diamond [3] 46:13 47:11 49:11
Diamond's [2] 58:3 59:13
dict [3] 236:15 236:15 236:16
differ [1] 49:19
difference [23] 17:7 33:19 33:22 33:23 34:7 53:3 79:18 79:25 163:11 176:24 193:13 193:14 202:24 204:1 208:4 210:9 210:11 210:12 210:12 210:14 212:23 236:14 248:10
differences [3] 78:11 78:13 80:14
different [65] 6:17 9:16 16:3 19:4 19:6 19:11 20:2 24:24 36:24 45:1 45:2 58:1 61:21 62:7 62:11 62:13 63:9 63:17 64:10 64:11 74:10 81:13 83:9 83:10 88:2 105:4 116:19 117:18 117:20 132:10 133:1 133:9 133:25 134:13 144:25 144:25 145:1 146:1 148:18 148:22 152:23 160:6 160:7 162:25 171:21 172:20 172:22 172:24 173:15 174:19 183:11 183:20 188:4 189:17 193:17 206:7 207:3 207:6 223:5 223:7 243:10 253:16 253:20 253:21 257:14
differently [1] 160:14
difficult [5] 215:10 216:8 217:14 217:22 258:9
difficulty [1] 74:25
digress [1] 92:13
dilutes [1] 240:21
dim [1] 55:3
dimensions [5] 57:15 57:19 57:20 57:25 147:1
diminimous [1] 204:14
diminished [1] 197:25
dimming [1] 54:24
dims [1] 54:16
direct [8] 2:11 46:22 81:5 83:15 168:24 229:7 239:3 264:13
directed [1] 9:6
direction [1] 15:6
directly [2] 149:21 204:2
director [2] 169:13 170:23
disagree [8] 83:10 108:22 109:3 110:3 138:3 155:22 241:17 255:21
disagreement [4] 42:20 178:1 178:3 181:18
discard [1] 90:24
disclosed [2] 124:17 126:19
discount [2] 126:23 164:2
discrepancy [2] 165:22 259:4
discussing [2] 47:3 47:5
discussion [2] 42:1 52:18
dispute [1] 181:18
disputed [1] 258:11
disqualify [1] 214:3
disrupts [1] 40:19
distinct [1] 45:18
distinction [2] 79:12 148:20
distinctions [1] 149:1
distinctive [3] 54:9 61:4 61:7
distinguishing [2] 133:2 147:14
distracting [1] 180:5
District [3] 1:1 1:1 100:1
ditched [1] 51:11
diversity [3] 19:7 29:9 79:4
doctrine [1] 251:3
document [12] 4:20 8:1 8:21 10:11 13:11 46:10 46:23 58:20 174:4 176:14 176:20 219:5
Documents [5] 17:20 20:7 26:6 46:2 137:13
doesn't [47] 6:11 6:25 9:13 9:14 9:14 23:12 25:13 32:9 41:18 42:12 45:20 50:10 55:15 55:24 57:20 57:21 60:2 82:13 92:20 102:23 103:23 113:10 125:21 139:5 139:8 139:15 143:2 150:3 154:17 154:19 164:20 186:13 186:23 212:4 212:9 213:19 214:3 214:5 214:5 229:24 230:3 230:5 243:15 252:14 253:8 253:11 255:23
dominant [5] 26:4 65:18 147:7 150:3 262:23
DOMINO [4] 54:12 61:15 62:20 189:19
done [70] 3:24 4:2 4:9 6:6 6:7 27:20 36:18 54:4 68:12 68:15 68:23 69:4 71:9 71:11 72:12 73:13 75:1 77:5 77:20 79:22 84:22 85:12 88:16 88:20 89:8 89:13 93:5 93:19 97:21 97:23 97:25 98:2 100:6 102:19 103:22 108:8 110:13 114:3 120:22 123:9 124:9 126:15 126:17 129:13 136:8 137:8 137:17 138:14 139:11 155:13 172:11 173:7 173:9 173:20 174:18 176:3 180:2 180:3 180:24 183:14 183:21 184:25 187:10 192:8 219:16 222:6 224:17 226:15 232:9 239:15
door [2] 130:14 186:5
double [4] 86:10 133:18 164:13 166:13
doubled [1] 241:13
doubts [1] 219:17
down [15] 28:10 38:16 58:16 79:15 86:22 112:3 142:25 156:24 160:2 164:4 173:2 216:20 240:3 265:21 267:15
dozen [2] 121:23 191:24
Dr [57] 52:1 55:15 56:14 60:25 64:16 67:7 73:15 74:15 81:4 88:8 88:15 91:10 92:2 94:6 101:9 113:14 118:14 125:24 149:21 150:10 150:17 158:16 159:7 165:7 166:4 173:4 177:22 178:8 179:6 195:2 196:2 196:21 197:13 198:16 208:8 212:12 213:9 213:24 214:17 215:7 218:7 218:21 219:6 219:10 220:4 220:5 220:21 222:14 231:8 231:11 231:17 256:19 258:17 258:23 259:7 261:19 261:24
draft [1] 67:19
draw [1] 78:17
dress [62] 5:23 5:24 6:10 6:17 7:14 8:9 10:1 10:1 15:20 22:10 24:20 25:10 26:14 26:18 26:23 47:17 49:22 50:7 52:8 52:12 52:21 53:21 53:23 55:8 56:19 57:6 57:14 59:8 59:17 61:1 61:3 62:8 63:4 63:10 140:15 146:2 147:9 147:10 149:20 149:22 150:1 215:13 221:12 237:6 241:22 241:23 243:6 244:15 244:16 245:13 245:25 246:11 249:10 251:22 257:19 257:23 258:25 260:5 260:17 261:18 262:5 262:7
drill [1] 117:3
dropped [1] 110:7
Drug [2] 3:20 4:2
due [10] 41:5 41:6 45:9 45:10 48:13 50:1 78:20 124:17 125:10 226:22
duly [2] 2:8 168:22
duplicative [1] 193:13
during [7] 28:2 52:19 114:9 175:12 175:16 180:12 201:15
dying [1] 233:5
E [3] 10:24 12:5 12:10
eager [1] 167:18
early [1] 265:7
easier [2] 81:23 177:9
easy [4] 55:25 64:10 86:14 156:4
Economics [1] 3:3
edge [1] 171:20
education [2] 169:22 170:2
educational [1] 3:2
effect [3] 197:24 240:22 241:25
effective [1] 240:23
effectively [1] 171:12
effects [1] 251:23
eight [2] 61:5 99:21
eighth [1] 57:5
either [23] 28:3 29:15 40:25 66:13 75:5 78:15 82:25 90:13 112:20 124:1 156:23 186:3 186:12 187:15 197:2 200:3

200:8 201:12 203:7 203:9 208:12 214:25 219:23
electrical [1] 40:18
element [20] 44:9 54:17 55:12 55:19 56:2 56:10 56:19 57:5 57:13 57:23 60:4 140:20 148:3 149:24 150:16 151:15 151:16 151:17 151:19 238:8
elements [37] 24:19 53:22 53:24 59:16 60:21 60:22 60:22 62:1 62:5 63:13 63:22 140:16 146:1 148:5 150:2 150:19 152:23 154:4 154:5 154:7 154:9 154:11 154:13 154:15 155:25 156:22 157:11 158:17 158:19 159:16 189:8 189:9 243:5 243:22 257:19 257:24 261:17
eligibility [1] 10:22
eligible [1] 10:21
eliminate [7] 8:7 11:6 11:13 28:12 44:17 110:21 215:12
eliminated [5] 21:22 21:25 110:6 120:18 213:13
employed [2] 12:16 224:12
employees [3] 170:14 170:15 265:21
enables [1] 148:10
encountered [1] 104:19
encouraging [1] 195:10
end [6] 15:10 15:11 48:11 93:2 186:20 203:8
ended [2] 146:15 184:3
English [9] 17:15 17:16 76:11 76:14 176:17 176:21 177:1 179:12 190:19
enormous [1] 259:13
entered [3] 121:5 121:5 166:8
entire [6] 22:6 23:1 74:21 129:4 166:16 166:22
entirely [1] 223:17
entry [1] 19:17
envisioned [1] 18:10
equal [41] 23:5 24:1 24:11 24:13 24:17 24:20 24:21 25:5 64:23 65:1 74:11 74:15 104:23 105:1 105:15 105:18 106:10 107:1 129:18 157:1 157:2 157:4 157:9 157:10 157:21 157:25 158:1 158:7 158:11 158:22 158:23 159:2 159:11 159:15 159:16 212:9 218:4 236:1 245:5 245:6 250:10
EQUAL's [3] 64:14 157:25 158:18
equally [2] 73:14 105:4
equals [1] 135:10
equipment [1] 142:6
ergo [1] 182:22
error [34] 77:9 77:9 77:12 96:2 96:4 97:14 135:23 136:1 136:3 145:4 145:10 188:18 206:2 206:6 211:5 211:12 214:2 218:9 220:13 220:15 240:6 245:2 247:12 248:6 248:7 248:7 248:20 248:22 248:25 249:1 249:4 249:12 256:18 259:14
errors [9] 86:15 86:20 86:20 86:22 87:21 88:3 88:4 88:5 145:7
especially [4] 78:6 88:1 178:22 265:9
ESQ [4] 1:21 1:21 1:23 1:24
essence [2] 162:3 246:4
essential [6] 42:18 45:3 60:3 60:4 252:6 252:14
essentially [5] 8:9 18:1 42:9 214:8 249:24
establishes [1] 202:4
estimate [1] 74:18
estimates [1] 248:5
et [7] 1:6 1:9 49:8 229:9 230:10 230:18 236:19
evening [3] 27:4 76:7 114:4
event [2] 252:17 264:20
events [1] 123:16
eventually [3] 67:13 103:7 170:23
everybody [6] 155:14 198:8 198:13 198:21 200:7 214:19
evidence [29] 7:9 7:21 8:19 9:2 24:3 46:11 49:12 58:10 111:16 117:9 124:17 132:18 136:22 137:16 137:24 138:6 138:25 141:20 154:24 154:25 166:16 166:20 167:24 207:15 224:8 224:10 225:5 225:10 260:24
evolved [2] 185:9 185:19
exact [7] 83:18 83:22 93:1 124:19 194:23 199:17 263:6
exactly [12] 17:4 18:11 90:9 92:24 115:14 121:10 122:12 152:12 152:12 191:20 217:1 236:20
examination [7] 2:11 118:12 132:4 148:16 163:8 168:24 251:23
examine [5] 14:6 32:6 251:15 251:16 252:1
examined [5] 2:8 14:7 71:20 138:1 168:22
example [38] 11:8 18:8 38:6 39:1 41:20 45:14 47:12 47:15 48:11 49:15 78:6 145:8 145:11 146:17 147:8 151:14 185:11 185:14 195:7 197:20 199:11 200:4 202:7 205:12 205:14 213:18 215:2 215:15 217:18 218:11 219:12 229:12 243:18 245:11 254:8 258:1 258:5 259:11
examples [2] 4:8 172:23
except [7] 17:5 93:1 107:11 113:1 115:4 131:10 227:10
exception [4] 12:19 59:6 207:22 243:2
excerpt [3] 35:7 40:9 251:9
excerpts [1] 47:7
exchanged [1] 76:6
exclude [3] 59:7 59:15 111:11
excluded [7] 103:25 165:8 166:17 166:21 172:16 219:20 220:5
exclusive [2] 253:4 253:21
exclusively [1] 211:24
excuse [2] 10:14 256:13
excused [2] 167:13 263:12
executive [1] 169:5
exemplar [1] 36:25
exhibit [39] 4:19 4:21 7:9 7:21 8:20 8:22 8:23 9:1 9:20 10:10 10:13 13:7 17:19 17:22 20:6 20:9 24:4 26:5 26:8 27:16 29:16 29:18 29:22 29:23 46:1 46:4 72:6 131:25 132:18 135:18 136:6 137:12 146:20 174:2 174:8 176:16 185:21 213:23 221:2
exhibits [1] 29:14
exist [9] 99:8 100:7 102:23 143:2 204:11 213:19 214:3 214:5 214:5
existing [1] 247:22
exists [2] 205:6 206:4
expect [10] 12:11 97:6 105:6 116:9 116:10 206:1 210:24 211:12 221:17 221:22
expected [1] 97:19
expecting [2] 72:16 72:25
experience [16] 26:25 90:11 141:12 145:14 164:25 165:17 176:5 184:16 185:6 186:1 193:19 222:12 222:20 222:21 223:11 223:25
experienced [1] 123:23
experiences [1] 206:22
experimental [7] 48:25 49:18 58:25 107:10 207:21 243:1 243:12
expert [32] 58:23 67:10 107:8 111:2 122:11 125:1 125:3 126:8 139:4 150:5 165:16 167:24 168:1 168:9 172:13 173:22 174:3 174:23 175:3 191:7 194:19 200:24 203:15 205:9 207:19 224:18 224:22 226:3 236:23 237:3 242:24 258:18
expertise [5] 222:3 224:23 224:24 224:25 251:15
experts [3] 46:19 83:10 262:22
explain [16] 8:14 9:1 10:25 19:1 25:17 29:12 30:9 91:6 134:5 134:10 146:23 160:17 176:20 182:11 202:1 206:10
explained [2] 175:12 175:18
explanation [1] 227:8
explore [1] 127:18
exposed [9] 10:4 21:5 31:6 33:2 33:4 33:14 44:5 105:16 143:23
express [1] 49:19
expressed [2] 97:3 253:12
extend [1] 49:24
extension [3] 199:11 199:13 199:14
extent [7] 116:22 137:18 143:3 143:6 173:14 241:4 249:16
external [1] 40:16
extraordinarily [3] 24:8 220:14 223:8
eye [1] 179:19
eyeglasses [2] 12:23 234:13
F [4] 1:23 12:21 12:23 46:23
F.T.C [1] 4:17
F3d [1] 251:21
face [2] 215:18 257:12
facing [1] 191:12
fact [27] 6:21 60:13 66:2 90:25 110:3 121:1 122:4 140:15 164:15 166:5 183:16 203:6 205:25 222:24 225:4 227:8 233:16 234:25 239:3 243:9 246:1 247:23 252:11 256:5 259:12 264:9 264:13
factor [7] 23:11 40:20 40:22 43:13 147:14 222:19 241:7
factors [3] 40:16 40:25 61:5
facts [3] 80:2 246:16 248:5
fades [1] 257:13
fading [1] 99:20
failed [2] 138:18 184:11
fair [17] 53:2 53:5 53:14 60:17 62:9 70:19 73:7 73:9 74:24 89:8 94:21 104:16 110:1 123:3 154:3 206:8 229:21
fairly [4] 61:9 166:24 178:7 178:8
fairness [2] 195:3 195:6
fake [3] 77:18 97:7 97:8
faked [2] 141:14 141:22
false [2] 4:16 173:15
familiar [18] 9:10 14:16 14:19 34:17 35:3 46:15 47:23 54:1 197:2 212:8 214:25 221:25 228:11 233:22 236:10 241:1 242:1 251:3
familiarity [4] 209:4 209:18 210:5 210:14
familiary [1] 228:14
family [1] 28:14
famous [3] 35:1 238:23 257:6
far [5] 56:7 146:12 147:4 147:7 217:14
fault [1] 98:6
fear [1] 255:21
feature [4] 99:12

243:13 252:6 262:23
features [1] 148:7
February [5] 1:16 5:1 124:10 138:17 241:13
federal [17] 3:21 4:1 4:10 46:6 58:9 59:11 172:13 207:14 224:3 224:6 224:7 224:9 224:12 225:6 225:10 225:11 242:5
feet [1] 215:16
felt [1] 207:6
few [14] 32:11 51:2 58:2 75:9 78:21 164:11 164:16 172:11 209:8 225:15 225:17 255:11 256:19 265:10
fewer [1] 145:7
fictional [1] 217:23
field [13] 18:3 19:19 19:22 78:9 78:13 90:17 135:13 165:18 180:14 180:18 180:19 226:10 237:4
fielded [1] 88:1
fielding [1] 20:19
fifth [1] 55:19
figure [9] 66:23 90:20 91:14 97:24 114:12 206:12 211:3 218:19 243:16
figures [3] 107:23 110:24 155:17
filed [8] 67:9 67:12 67:14 67:15 70:11 124:21 136:17 139:18
filings [3] 93:17 94:15 94:25
fill [5] 38:25 77:8 88:12 173:2 200:23
filled [14] 75:18 75:23 76:23 91:12 107:18 107:19 107:25 109:8 109:13 111:23 124:8 134:25 170:8 259:23
filling [2] 39:15 78:19
fills [1] 86:2
filter [6] 31:2 31:3 40:13 43:8 198:9 198:11
filtered [3] 32:17 38:13 256:9
final [1] 67:22
finalized [1] 125:5
finally [7] 25:16 49:11 76:9 125:6 145:23 179:19 189:16
finding [4] 86:18 161:25 180:12 202:12
findings [3] 157:6 162:24 167:2
fine [8] 28:21 32:18 38:24 39:24 40:1 65:12 250:7 264:7
fingers [1] 218:16
finish [2] 112:2 264:25
finished [2] 16:25 191:3
fire [1] 117:3
Firearms [1] 4:4
firm [4] 28:14 86:16 190:9 190:9
firms [1] 86:19
first [83] 2:7 3:1 4:24 4:24 5:9 10:10 13:17 14:9 21:1 21:11 21:19 24:6 25:23 27:16 27:23 27:23 30:11 31:2 34:17 35:22 42:1 50:14 50:16 50:25 51:2 54:7 72:10 84:16 84:24 88:9 91:6 91:24 92:4 108:8 108:15 126:3 127:12 128:10 130:17 139:4 144:24 168:5 168:12 170:6 170:19 175:7 176:17 176:18 176:21 177:16 178:14 183:6 186:5 186:11 188:23 190:21 193:22 198:7 198:9 198:10 198:14 198:18 199:20 200:13 200:16 201:1 205:20 209:23 212:17 213:12 214:4 214:18 215:10 220:7 230:16 230:25 231:5 231:11 231:13 240:3 240:5 246:5 246:9
fit [1] 128:25
five [10] 3:14 4:9 12:15 184:11 184:13 184:15 219:12 226:21 227:6 227:7
flight [1] 68:1
flip [3] 128:5 128:7 191:21
Florida [1] 3:14
flow [1] 180:5
focus [6] 51:12 171:8 171:19 173:7 196:19 196:20
focused [1] 198:1
focuses [1] 173:8
focusing [1] 238:8
follow [8] 15:8 33:11 33:12 163:7 178:8 193:11 196:16 200:18
followed [2] 167:23 208:14
following [1] 262:2
follows [2] 2:8 168:23
font [1] 216:6
food [6] 3:20 4:2 11:9 12:16 190:24 230:17
force [1] 198:12
foregoing [1] 267:14
foreground [8] 55:13 55:17 55:20 55:23 56:11 56:15 56:23 57:3
forget [1] 197:15
forgot [2] 12:24 67:17
forgotten [1] 115:9
form [6] 86:5 86:5 148:2 151:8 182:2 185:17
format [8] 35:9 35:11 35:16 36:22 36:23 50:17 228:19 228:21
former [1] 94:19
forming [1] 148:3
forms [2] 84:23 131:18
formula [1] 130:21
formulate [1] 83:10
formulated [1] 83:15
formulating [1] 140:6
formulation [3] 81:18 83:2 83:3
fortunately [1] 114:2
forward [4] 8:12 16:18 21:10 21:18
found [8] 39:21 41:6 111:13 183:19 213:15 217:24 222:12 222:14
foundation [1] 136:21
foundational [1] 94:9
four [14] 4:22 37:16 39:21 40:3 47:4 73:17 81:13 130:25 171:4 259:24 260:1 260:4 260:7 260:12
fourth [1] 55:12
frame [3] 73:21 190:16 191:9
Frankly [1] 166:9
fraud [5] 77:15 78:18 113:18 124:5 124:6
fraudulent [1] 141:14
frequent [1] 254:3
Friday [2] 1:16 181:9
friendly [4] 39:22 81:13 83:7 83:7
front [14] 7:11 8:23 13:24 27:17 55:14 56:12 56:13 56:17 56:23 57:7 87:4 174:3 176:10 235:13
fruit [7] 56:12 56:16 56:24 57:1 147:20 147:21 152:25
full [4] 55:13 170:19 254:19 267:14
fully [1] 80:13
function [1] 99:12
functional [9] 249:17 249:23 250:3 250:7 250:11 250:17 251:23 252:6 253:9
functionality [4] 251:3 251:18 251:19 252:25
functions [2] 174:20 174:21
funnel [1] 238:13
funneling [2] 197:23 238:8
funny [1] 87:17
G [1] 12:23
gaging [1] 106:15
Garcia [2] 1:16 7:25
gather [1] 225:21
gender [1] 12:1
general [7] 42:18 73:24 153:3 155:22 171:5 182:16 189:8
generally [16] 6:6 6:7 27:20 42:3 47:23 173:11 173:12 185:8 196:1 211:4 228:6 235:12 235:15 235:21 238:13 240:8
genericness [1] 173:14
genius [1] 243:16
genre [7] 42:7 189:10 209:4 236:15 245:19 249:18 249:24
geographic [3] 19:7 29:9 79:3
given [13] 10:16 30:2 30:2 32:6 34:22 121:3 174:19 184:4 186:19 190:13 242:13 248:13 259:16
giving [4] 18:3 64:5 86:25 193:2
glass [7] 56:10 56:22 59:22 147:20 147:22 153:9 189:12
glasses [5] 12:24 12:25 179:20 234:7 234:11
glean [2] 90:25 131:11
goals [1] 175:15
goes [9] 34:3 35:15 42:22 47:4 112:3 140:16 205:15 215:25 252:19
gold [1] 223:2
golden [1] 222:25
gone [3] 121:14 138:7 185:24
good [28] 2:1 2:13 2:14 36:25 37:8 38:17 50:4 60:10 62:4 65:9 65:11 74:18 78:7 91:4 94:14 110:18 118:14 118:15 169:1 169:2 188:21 205:21 223:23 223:24 240:10 240:14 263:23 266:2
government [4] 3:17 3:24 165:18 224:15
gradation [1] 9:15
gradually [3] 54:16 54:24 55:3
Graduate [2] 3:5 170:1
graduated [5] 257:13 257:18 258:3 258:4 261:15
grand [1] 259:24
granting [2] 251:24 252:25
Granutech [10] 92:25 92:25 93:11 136:13 137:8 138:19 138:24 139:12 140:8 161:6
graphics [5] 42:25 209:3 209:18 210:5 210:13
great [2] 87:12 92:2
greater [1] 180:3
greatly [1] 197:25
green [8] 65:14 107:2 107:6 157:16 157:17 158:13 158:15 158:16
GREGG [1] 1:23
GREGORY [1] 1:16
grocery [4] 189:21 205:15 205:16 206:23
group [46] 9:25 9:25 10:1 30:6 32:1 32:2 33:2 33:13 33:17 33:19 33:20 33:20 33:21 42:4 46:25 48:8 48:12 58:23 58:24 72:9 73:5 111:4 131:9 131:13 131:19 131:20 144:5 155:11 160:11 160:12 164:3 164:7 181:1 183:11 183:12 183:24 183:24 207:16 207:19 207:20 213:14 213:15 242:24 242:25 248:14 255:15
groups [3] 48:25 144:25 171:19
guess [51] 5:2 6:21 25:15 34:25 39:7 41:1 41:2 42:5 44:25 47:23 65:20 66:6 66:19 66:25 80:3 103:4 104:20 104:23 104:24 105:10 106:12 106:16 137:19 158:7 158:7 158:14 158:14 175:9 192:22 192:23 192:25 193:6 193:7 193:12 193:15 198:12 205:10 215:22 215:25 229:9 231:2 231:14 232:4 232:25 238:17 239:7 248:11 263:23 265:2 265:4 265:11
guess' [1] 193:17

guessed [1] 155:10
guessing [52] 6:18 8:17 9:19 14:14 23:11 23:15 41:8 41:24 43:14 44:13 44:17 45:8 45:9 45:14 45:19 45:22 47:9 48:18 64:6 65:23 66:6 66:12 66:14 66:14 66:17 67:3 67:5 100:16 100:19 103:9 105:6 106:4 131:14 141:4 141:7 142:25 143:7 158:6 164:22 193:8 214:2 218:14 218:17 220:11 220:25 229:25 230:3 230:6 240:7 249:5 259:14 261:7
guidance [1] 114:23
guide [2] 46:5 58:3
guy [1] 84:16
guys [1] 235:2
H [1] 12:21
half [27] 18:17 19:12 29:19 29:20 33:2 43:17 43:21 49:6 57:23 60:20 106:9 157:23 157:24 158:20 158:25 159:2 159:8 159:12 163:22 163:23 171:14 173:20 173:21 176:17 176:17 213:13 233:4
hand [12] 7:22 14:5 20:20 174:1 176:12 186:11 190:16 190:22 191:14 192:8 221:2 254:19
handed [23] 4:20 8:1 8:21 10:11 13:11 17:20 20:7 24:5 26:6 46:2 89:4 115:11 117:18 117:19 137:13 174:4 176:14 186:2 190:18 191:12 192:5 216:22 247:4
handing [1] 187:13
handle [1] 14:6
handled [1] 191:25
hands [1] 14:4
Hang [1] 242:20
happening [5] 32:15 119:23 120:6 130:19 218:25
happy [1] 223:15
hard [4] 83:13 87:10 131:8 234:15
hardly [2] 50:13 235:24
hear [3] 2:1 167:5 231:5
heard [14] 5:16 91:7 175:7 194:19 195:1 206:25 207:4 219:9 219:9 221:6 221:11 233:19 241:16 244:4
hearing [2] 263:25 266:4
hears [1] 231:5
hearsay [1] 139:6
held [3] 1:16 25:24 170:16
help [4] 176:9 186:15 213:20 242:15
helpful [4] 86:18 109:23 193:2 193:5
helping [2] 112:16 112:20
HEREBY [1] 267:14
HERIBERTO [1] 1:24
hey [3] 95:4 110:19 112:21
hide [1] 186:7
high [23] 24:9 26:15 26:17 47:19 64:25 65:3 72:16 97:18 97:20 97:24 98:7 98:15 114:21 184:5 184:16 220:14 220:15 222:18 222:22 223:8 223:11 247:1 260:16
higher [10] 33:23 50:18 65:7 97:19 108:11 147:4 190:2 210:7 211:1 220:13
highest [1] 26:1
highlight [2] 48:10 225:1
highlighted [5] 43:9 47:13 49:13 142:9 237:24
highlighting [2] 58:20 207:13
highly [1] 112:13
highly-qualified [1] 165:16
hints [2] 192:14 221:20
hired [2] 226:10 227:20
history [1] 185:12
hold [1] 218:15
holding [1] 87:5
Holds [1] 56:22
home [3] 7:21 89:23 168:2
honest [2] 112:24 117:17
honestly [1] 37:10
Honor [48] 2:3 2:9 51:22 63:1 94:4 94:10 116:13 116:22 116:25 117:15 118:6 127:15 128:5 131:25 134:2 134:4 137:5 137:15 138:13 138:16 139:4 139:19 149:13 149:16 154:14 158:24 165:7 165:13 165:15 167:9 167:10 167:15 167:22 168:11 168:18 174:22 186:18 203:13 222:7 223:14 223:15 239:17 239:19 263:9 263:13 263:15 264:8 265:15
HONORABLE [1] 1:16
hope [2] 68:7 265:25
horizontal [2] 57:22 57:24
hot [1] 161:9
hotels [1] 178:24
hour [2] 223:17 265:2
household [3] 28:4 177:20 179:18
huge [1] 164:10
human [1] 82:9
hundred [2] 166:10 172:11
hundreds [3] 172:2 173:1 173:1
hypothesis [3] 255:20 255:23 256:15
hypothetical [4] 99:6 99:11 100:8 110:24
i.e [1] 63:16
ice [2] 147:22 153:9
iced [6] 7:18 59:23 147:20 152:13 152:25 153:1
idea [23] 5:22 6:24 7:12 9:12 11:6 11:23 25:12 31:9 31:17 44:17 45:12 73:18 80:9 91:8 92:2 93:14 110:25 111:4 113:24 140:24 234:22 236:6 237:25
identical [1] 210:1
identification [1] 155:6
identified [11] 8:10 9:18 18:19 25:2 25:6 25:10 30:23 30:25 52:21 157:20 158:21
identifier [1] 60:7
identifies [2] 7:13 23:19
identify [11] 8:10 15:20 23:23 24:13 26:21 49:25 148:1 211:24 238:25 253:24 265:11
identifying [6] 6:8 6:11 8:8 117:1 117:5 117:8
ignore [1] 87:10
illegal [1] 222:8
Illinois [1] 100:1
Immediately [1] 232:3
impact [3] 80:24 196:5 243:13
imparting [1] 155:1
impasse [1] 149:19
imperfect [1] 156:6
important [19] 12:6 44:8 44:9 47:5 72:13 146:10 146:13 146:24 147:14 189:2 189:9 189:10 190:14 193:1 193:3 193:19 198:7 208:19 253:4
importantly [1] 190:25
impossible [1] 263:4
impression [6] 52:15 61:21 63:16 65:24 148:2 148:3
impressive [1] 166:24
improved [2] 161:10 228:7
inadequately [1] 100:4
inadvertently [1] 120:25
inappropriate [2] 53:14 217:11
inartfully [1] 115:23
inches [1] 4:15
inclined [2] 162:15 162:17
include [8] 42:3 46:25 90:14 90:15 111:6 113:15 192:23 193:20
included [5] 11:18 91:20 107:16 109:25 112:18
includes [1] 248:11
including [1] 131:17
incorrectly [2] 71:11 245:3
increase [1] 164:14
indeed [7] 57:2 58:9 63:16 64:11 96:24 97:20 103:19
independent [1] 71:1
indicate [3] 24:14 113:10 210:8
indicated [4] 22:19 22:20 101:10 178:1
indicates [3] 11:22 15:5 164:17
indicating [2] 87:14 154:24
indicative [1] 259:10
individuals [1] 127:10
indulge [1] 102:24
industry [1] 3:16
infinitely [1] 192:1
influence [6] 59:7 107:11 207:23 208:2 243:3 243:4
influences [1] 238:11
information [19] 6:8 6:11 8:8 9:17 48:21 95:5 117:1 117:5 117:9 126:14 131:19 140:5 152:24 166:4 174:3 186:10 186:24 200:14 216:25
informational [1] 57:6
infringe [2] 244:3 244:4
infringement [5] 49:16 49:22 243:20 244:9 244:9
infringer [1] 182:24
infringes [1] 244:3
infringing [9] 62:4 140:16 189:17 206:5 207:1 207:8 219:2 241:24 243:22
ingredient [1] 253:5
initial [1] 138:16
injunction [2] 1:14 166:24
inquiry [4] 213:6 214:20 251:22 252:24
insist [1] 9:4
insisted [1] 195:3
inspired [1] 185:13
instance [2] 146:25 208:1
instances [1] 124:5
instead [6] 17:2 109:12 133:1 212:18 214:22 245:12
instruct [2] 192:21 232:24
instructed [2] 88:25 231:14
instruction [9] 192:24 193:1 193:9 193:18 207:15 229:24 230:7 230:9 231:11
instructions [7] 15:23 20:3 190:7 190:12 190:14 192:17 229:21
integrity [1] 141:24
intellectual [1] 173:12
intelligent [1] 183:25
intention [1] 156:10
intents [1] 217:23
intercept [1] 19:15
interchangeably [1] 237:2
interest [3] 149:11 149:18 154:18
interested [3] 79:16 143:11 267:17
interesting [2] 87:20 222:15
interfere [2] 41:10 253:2
interferes [1] 40:19
interim [3] 67:10 67:17 125:4
International [2] 174:14 174:20
Internet [6] 2:22 9:8 24:22 156:11 156:18 171:18
interpret [1] 234:24
interpreter [2] 114:25 115:6
interview [7] 19:5 80:23 141:14 177:21

180:1 180:9 226:23
interviewed [3] 9:24 19:13 19:14
interviewee [2] 187:13 192:5
interviewees [1] 87:3
interviewer [26] 4:4 15:5 15:7 16:17 18:14 18:16 77:11 77:12 77:15 78:18 86:7 87:21 89:13 113:6 119:24 120:1 120:2 120:12 120:21 120:21 121:12 134:19 165:25 187:8 226:14 231:6
interviewers [15] 19:15 19:21 19:25 20:2 77:18 84:11 86:14 90:17 134:25 135:4 141:13 164:4 180:21 180:21 226:19
interviewing [8] 18:23 19:20 80:11 86:19 170:20 178:18 180:4 180:8
interviews [34] 19:8 19:10 19:18 28:25 77:19 80:25 80:25 119:24 119:24 135:25 141:21 144:18 145:20 165:23 166:10 166:10 170:21 171:17 171:18 171:18 180:11 180:24 184:11 219:12 219:14 226:5 226:8 226:21 226:25 259:4 259:6 259:23 260:3 260:15
intimate [1] 197:8
introduce [1] 169:3
introduced [2] 67:22 67:25
introduction [2] 3:17 229:6
inverse [1] 231:8
investigate [2] 109:20 110:4
invited [2] 12:18 15:2
involved [13] 4:25 5:13 5:15 9:3 37:6 140:4 141:13 171:14 172:7 175:6 181:1 222:5 222:23
involvement [1] 80:10
involves [1] 4:12
involving [2] 35:1 98:21
Inwood [1] 252:3
irregularities [2] 114:2 115:20
irrelevant [3] 60:23 109:2 120:19
irrespectively [1] 194:12
island [11] 19:6 20:4 75:2 79:7 80:1 80:10 80:12 80:13 80:22 80:23 80:25
island-wide [2] 19:2 29:4
isolate [1] 66:12
issue [46] 6:18 10:3 21:17 42:11 43:19 47:2 50:7 53:19 53:21 55:8 56:20 57:14 59:9 61:1 61:3 62:15 67:8 70:16 75:4 80:5 87:20 87:22 107:12 110:22 117:20 119:2 119:9 119:11 141:7 141:8 145:23 149:20 149:22 149:23 156:1 160:6 160:7 165:10 175:21 190:1 192:12 206:14 206:15 210:17 218:8 221:13
issued [2] 20:10 125:4
issues [9] 40:24 75:6 110:5 116:18 164:3 165:3 173:12 173:13 222:17
items [2] 41:10 205:15
its's [1] 185:25
itself [4] 49:17 91:11 232:13 243:20
Ives [1] 252:4
J [1] 169:5
JAG [1] 1:8
JAY [1] 1:16
job [5] 89:14 110:18 170:6 170:7 170:18
Johnson [45] 9:6 9:6 27:25 29:23 33:18 33:24 36:20 36:21 37:5 40:4 43:17 49:5 53:10 53:14 73:5 74:4 75:1 78:1 80:17 156:16 156:16 163:17 168:1 168:15 168:20 169:1 169:4 175:5 176:16 203:14 221:5 222:10 222:16 223:17 223:23 224:18 234:25 238:15 242:21 246:12 253:6 255:21 256:13 257:17 259:22
Johnson's [15] 29:13 34:9 38:21 38:24 39:7 39:17 40:10 41:25 43:9 50:5 53:4 53:17 59:4 60:6 84:14
Johson [1] 174:23
joined [1] 175:11
jotted [1] 164:4
JOYCE [2] 267:13 267:19
Juan [15] 9:3 29:3 29:4 75:2 76:15 79:13 79:13 80:2 80:21 81:1 125:7 125:14 125:24 180:3 180:25
judge [4] 1:16 7:24 8:2 259:9
judgment [1] 87:25
Judicial [1] 46:6
Judiciary [3] 58:9 59:11 207:14
jug [1] 254:16
juggle [1] 109:22
jungle [1] 155:17
junior [2] 170:22 182:24
junk [1] 258:18
Karla [2] 1:21 5:4
keep [2] 127:7 215:13
keeps [2] 37:18 158:25
kept [1] 245:13
key [15] 15:19 51:3 60:9 60:16 101:19 103:21 130:24 142:14 143:9 143:10 143:11 148:3 148:9 207:22 243:2
kind [27] 4:18 4:9 5:19 9:4 13:14 15:6 20:18 27:11 34:23 37:17 39:22 41:14 43:8 47:8 49:1 49:5 50:11 145:12 153:2 154:13 171:19 180:23 190:25 193:17 199:14 199:15 211:25
kinds [5] 1:14 155:16 173:4 173:6 173:15
knew [4] 31:7 114:5 131:20 254:20
knock [1] 35:2
know' [1] 93:2
knowledge [5] 11:7 41:9 48:19 48:23 136:1
known [7] 6:19 41:2 90:19 182:5 188:25 240:14 240:17
knows [2] 137:5 235:24
Kohler [1] 251:11
label [3] 83:24 186:25 187:8
labeled [1] 127:13
labeling [1] 187:7
Laboratories [2] 252:3 252:4
lack [1] 112:4
lamp [2] 36:7 36:10
lamps [2] 36:8 36:15
landscape [1] 57:24
language [9] 139:9 139:11 176:24 179:9 185:15 199:2 207:18 232:11 232:17
Lanham [6] 173:12 191:11 199:6 206:24 222:4 222:9
large [3] 215:15 215:18 241:7
larger [1] 259:10
largest [2] 47:24 65:19
last [20] 3:23 4:9 12:19 57:13 114:9 126:17 130:13 169:17 171:4 171:13 172:6 181:9 185:10 225:15 225:17 231:4 232:19 233:4 233:12 263:20
late [2] 159:8 252:23
Laughter [1] 5:6
law [5] 190:9 228:15 242:1 244:10 251:4
lawyer [2] 160:23 203:15
lawyer's [1] 125:25
lawyers [7] 76:8 93:15 94:21 114:7 124:24 127:5 155:16
lay [1] 63:6
lays [1] 79:8
lead [1] 53:16
leader [8] 48:2 48:20 233:16 234:22 241:10 241:11 244:14 250:20
leaders [2] 6:22 105:2
leading [5] 105:20 133:12 134:1 185:16 195:10
learn [1] 27:3
learned [2] 135:13 170:21
least [9] 92:9 120:23 121:23 123:13 141:10 160:1 189:1 233:12 256:20
leave [5] 8:8 216:2 216:4 216:5 261:12
leaving [1] 7:14
lectures [1] 174:19
lecturing [1] 174:18
left [20] 7:16 7:17 7:17 15:4 31:21 32:1 38:21 39:9 56:11 56:13 56:15 56:16 56:23 108:5 147:20 147:22 167:14 192:10 220:25 260:11
legal [9] 138:23 145:16 149:12 154:21 154:22 246:14 251:2 251:15 251:20
legitimate [2] 219:13 253:2
lenses [2] 12:23 179:20
Leo [8] 169:5 169:11 170:4 170:14 171:2 171:5 173:18 180:16
Leroy [1] 20:11
less [16] 57:10 65:6 72:8 73:23 73:25 74:12 74:23 114:4 153:23 154:2 184:6 196:6 207:13 240:22 240:23 241:14
lesser [2] 173:14 173:17
letter [2] 56:3 187:12
lettering [11] 54:16 54:20 54:23 148:6 209:2 209:17 210:13 257:13 257:15 257:18 261:15
letters [5] 26:2 26:2 56:5 147:6 187:2
level [23] 27:13 41:14 42:18 49:20 64:7 101:10 101:16 101:18 126:24 189:23 206:20 207:2 211:5 211:9 211:10 245:1 246:1 246:3 246:8 247:12 247:19 247:21 255:24
levels [2] 48:25 223:12
liaison [2] 20:18 181:4
library [1] 58:18
lieu [1] 249:3
lifetime [1] 145:17
light [5] 54:21 114:1 222:16 257:13 257:18
lighter [3] 54:16 54:24 55:4
lights [1] 66:15
likelihood [16] 68:17 68:21 169:18 173:13 176:2 181:12 182:4 182:17 194:24 210:17 210:22 221:8 223:6 244:12 247:16 247:16
likely [19] 35:9 45:22 49:17 50:2 50:12 50:21 105:18 157:14 164:22 175:23 210:23 228:19 241:6 243:20 243:25 249:8 249:12 255:24 256:3
Likewise [1] 262:13
limit [1] 200:3
limited [2] 80:17 196:9
limiting [2] 195:17 199:8
line [8] 25:23 199:10 199:13 199:13 202:18 210:14 242:3 245:20
Lipton [6] 254:9 254:10 255:8 255:9 255:11 255:17
list [6] 54:8 59:9 59:25 146:1 174:10 225:14
listed [4] 53:22 56:8 93:18 158:23

listen [1] 155:19
listening [1] 168:9
lists [1] 232:10
literally [1] 172:25
litigation [13] 137:8 171:15 172:10 172:21 173:3 173:9 224:18 224:24 226:1 228:11 236:23 242:5 246:13
live [4] 169:8 169:9 169:10 179:4
lives [1] 168:2
living [2] 2:15 169:11
local [2] 116:17 180:19
Locascio [85] 1:23 51:7 51:22 51:25 62:25 68:1 68:3 94:3 94:5 94:8 94:11 115:1 115:4 115:8 115:10 116:16 116:22 117:13 117:15 118:1 118:13 125:21 125:23 127:19 128:4 128:7 128:9 128:16 131:24 132:2 133:12 134:1 134:4 134:24 135:18 136:6 136:12 136:20 137:15 138:1 138:12 139:3 140:10 141:11 142:2 142:9 144:16 145:25 147:8 148:17 149:15 150:9 158:25 159:3 159:6 163:6 163:10 165:6 167:10 167:22 168:14 168:25 174:1 174:7 174:22 175:4 176:12 186:18 203:12 203:19 203:21 221:1 221:4 222:11 223:13 233:3 260:19 263:10 263:14 263:19 264:11 264:17 265:5 265:14 265:18
Locascio's [2] 138:4 143:14
location [1] 122:17
locations [7] 19:11 79:5 80:1 88:2 122:14 122:14 122:23
logo [1] 217:18
longer [1] 130:22
look [82] 2:20 6:25 8:9 8:16 11:24 14:2 22:5 23:7 23:12 25:13 25:20 30:3 32:10 34:1 37:2 42:16 46:9 62:2 62:7 63:4 63:7 63:15 66:24 68:1 71:5 74:4 75:7 75:11 76:2 76:18 79:6 79:20 81:20 83:11 87:13 90:1 91:13 93:14 94:25 95:4 97:1 97:2 102:17 105:24 108:19 115:1 116:13 116:14 119:4 119:7 127:4 128:24 130:23 131:21 146:15 147:1 147:16 150:14 152:2 156:16 157:1 157:6 157:18 161:25 164:18 164:20 177:12 191:1 192:6 203:2 204:16 211:20 214:15 216:24 217:9 217:10 230:18 243:18 255:25 257:1 258:3 258:4
looked [30] 24:10 27:9 37:24 38:1 38:2 61:5 71:18 71:21 71:23 72:2 72:5 75:9 76:3 76:13 76:15 76:22 96:19 106:6 107:8 114:2 115:18 118:25 119:1 119:3 140:3 156:25 158:4 160:2 207:5 232:12
looking [19] 11:22 28:5 34:5 66:13 74:12 74:13 87:3 90:3 133:16 133:22 154:4 176:1 189:12 191:5 211:13 215:25 216:21 220:3 256:17
looks [14] 14:11 15:16 21:3 21:24 62:10 66:20 92:5 97:5 162:12 179:8 213:21 214:14 217:7 221:21
loop [1] 240:25
Lopez [6] 20:11 90:8 90:17 91:5 119:15 121:18
lose [3] 4:15 4:15 238:19
lost [4] 40:4 40:7 116:7 116:9
lots [1] 221:20
low [7] 33:25 34:12 246:19 246:20 246:23 250:6 255:24
lower [13] 20:21 22:16 25:4 51:3 142:11 142:13 142:16 142:18 143:4 143:21 147:9 190:2 211:15
lower-left [2] 57:7 57:9
Loyola [1] 169:24
lst [2] 251:21 252:19
luck [2] 263:23 266:2
lump [1] 154:6
lunch [8] 118:3 118:7 118:16 118:25 121:9 127:6 219:11 264:2
Lund [1] 251:10
M.B.A [1] 3:4
M.C.I [2] 101:3 142:8
M.C.I./Ameritech [1] 101:1
machine [1] 267:15
magnitude [1] 209:24
mail [1] 112:25
main [3] 13:6 13:8 15:8
maintaining [1] 36:22
Mais [1] 196:2
major [2] 3:7 180:25
majority [3] 22:24 26:20 241:1
maker [2] 49:25 223:3
makes [53] 30:13 30:21 31:7 31:10 31:16 31:24 32:20 35:10 36:12 37:14 38:3 38:9 38:22 38:24 39:1 39:3 39:3 39:18 39:25 59:13 79:12 88:21 104:10 105:7 122:7 164:18 194:3 194:9 194:12 194:13 194:14 195:19 196:13 196:14 197:10 198:2 198:23 199:21 200:17 213:17 214:12 214:13 223:4 228:20 231:22 235:7 235:14 235:16 235:18 235:23 236:1 236:4 247:5
mall [1] 179:3
malls [1] 78:6
man [1] 205:14
managed [4] 20:15 250:3 250:6 250:16
management [1] 2:21
manager [1] 64:1
managers [1] 70:8
manages [2] 250:5 250:10
managing [1] 18:4
manner [2] 101:12 101:23
manual [6] 46:11 49:12 58:10 207:14 242:5 242:5
manufacturer [8] 32:23 39:20 42:6 199:1 211:24 214:21 214:21 254:3
manufacturers [3] 33:1 253:21 253:25
manufacturing [1] 195:21
mark [6] 131:25 187:9 190:4 247:20 253:1 257:3
marked [8] 124:8 129:24 176:13 186:12 186:20 186:21 187:15 219:22
market [53] 6:22 11:24 12:1 12:8 28:11 42:19 47:24 48:2 48:19 65:19 104:24 105:1 105:6 105:9 105:21 106:16 143:2 159:17 159:19 169:6 169:14 171:7 178:20 178:21 179:16 180:22 190:1 197:4 197:7 205:1 206:18 212:6 216:12 221:18 233:11 233:14 233:16 233:17 234:21 237:6 240:15 240:18 241:10 241:11 241:15 244:14 244:20 246:18 250:20 253:10 254:11 257:7 259:1
marketing [17] 2:16 2:20 2:21 2:22 2:22 3:8 3:17 3:19 11:12 19:20 19:25 20:19 28:14 63:25 63:25 172:19 174:15
marketplace [18] 65:18 96:9 99:8 107:4 175:24 176:23 204:12 210:25 211:23 212:6 217:25 218:20 219:1 241:8 241:10 244:13 247:20 248:14
marking [2] 186:12 219:23
Mason [2] 113:20 113:24
masters [1] 169:24
match [2] 11:25 113:8
matched [1] 70:24
matches [2] 108:15 187:12
math [7] 33:23 102:24 107:22 108:22 129:10 203:12 204:3
matter [11] 41:22 41:23 66:16 66:19 102:22 154:19 168:3 171:15 226:3 244:9 260:15
matters [4] 80:9 92:1 173:10 173:11
may [39] 2:9 13:7 17:19 41:5 41:6 43:1 44:15 45:14 45:22 47:21 47:23 49:18 50:1 50:19 51:22 66:6 66:7 66:7 75:9 77:15 89:22 90:1 116:13 116:25 120:14 128:5 137:12 154:15 167:20 179:2 193:16 195:15 205:7 205:13 212:7 213:7 215:4 239:16 242:11
Mayaguez [1] 122:22
Mazis [56] 2:4 2:6 2:13 13:13 26:24 52:1 55:15 56:14 60:25 64:16 67:7 73:15 74:15 81:4 88:9 88:15 91:10 92:2 94:6 101:9 113:14 118:14 125:24 132:7 138:2 138:20 150:10 150:17 158:16 159:7 165:15 166:5 173:4 177:22 178:8 195:2 196:21 197:13 198:16 208:8 212:12 213:9 213:25 214:17 215:7 218:21 219:10 220:4 220:21 222:14 226:18 229:13 231:11 231:17 238:5 261:19
Mazis' [3] 128:11 165:8 205:1
Mazis's [12] 149:21 179:7 218:7 219:7 220:5 229:12 231:8 256:19 258:17 258:23 259:8 261:25
McCarthy [13] 35:4 35:7 35:16 35:21 36:19 228:15 228:18 228:25 232:10 232:15 239:10 239:13 239:18
McDonald's [2] 22:24 223:2
McNeil [25] 2:4 51:9 52:20 53:20 55:2 56:8 62:22 76:8 76:10 92:25 93:5 93:15 93:18 94:19 116:23 137:5 137:7 137:8 137:17 138:17 139:10 154:17 236:3 257:19 264:8
McNeil's [6] 56:19 62:14 62:17 63:10 63:21 194:19
McNEIL-PPC [1] 1:6
McNeil/Granutech [1] 137:21
McNeill [1] 254:13
me' [1] 184:22
mean [56] 16:4 24:13 36:3 38:3 44:12 45:1 67:11 67:15 71:1 71:17 71:20 74:25 76:21 78:25 79:16 80:5 83:2 87:11 87:20 90:5 90:23 98:1 103:15 103:23 105:22 107:24 109:3 110:9 111:5 112:7 112:22 123:19 124:4 125:19 139:5 139:8 142:25 151:12 151:13 152:9 152:13 154:1 154:2 158:13 161:3 164:14 164:18 182:20 185:11 186:13 191:17 195:20 209:21 212:4 213:16 248:22
meaning [53] 5:13 5:16 27:10 47:13 47:15 51:13 68:10 71:24 95:3 97:25 137:6 140:4 150:11 151:5 154:24 155:1 160:24 161:12 161:22