162:3 162:19 173:13 182:1 182:3 182:15 187:2 211:22 212:9 212:21 212:24 213:11 213:15 213:18 214:9 214:16 215:1 215:3 215:11 216:2 217:17 221:13 221:23 221:24 222:3 222:9 222:13 222:15 223:6 237:10 249:19 257:7 257:22 258:25
means [17] 40:20 90:5 90:6 113:6 152:6 170:20 182:21 185:14 187:6 193:6 204:5 204:6 211:16 211:20 211:21 253:21 267:15
meant [7] 67:12 67:19 107:17 108:10 159:8 159:10 239:4
measure [20] 42:18 42:23 100:23 171:22 171:23 204:24 214:2 218:17 218:18 221:23 240:6 244:19 245:9 247:13 252:9 252:16 253:6 253:8 253:11 261:6
measured [1] 246:24
measurement [1] 205:6
measures [2] 223:8 251:16
measuring [7] 188:17 188:18 206:6 245:9 248:6 249:7 249:8
mediation [3] 263:22 265:3 266:3
mediator [1] 263:19
meet [2] 10:21 165:1
meets [2] 165:10 165:21
member [5] 28:13 174:12 174:14 180:22 181:4
members [1] 179:17
membership [2] 249:17 249:23
memorized [1] 130:24
memory [2] 99:20 200:24
MENNEN [4] 47:16 47:20 48:19 48:23
mention [9] 42:13 57:10 154:13 200:4 200:5 225:9 230:3 256:7 262:9
mentioned [36] 8:13 8:15 11:19 22:21 23:9 34:7 43:24 44:1 44:4 49:23 60:5 60:22 60:24 68:9 75:7 75:8 78:11 93:17 94:6 94:12 94:24 105:15 105:19 113:24 123:9 148:6 160:20 181:10 189:4 191:12 254:3 254:6 254:25 255:11 255:16 267:17
mentioning [5] 60:8 91:23 154:9 154:10 154:16
mentions [12] 25:21 45:18 72:17 106:21 189:7 209:8 209:24 209:25 211:25 241:6 254:23 256:15
merely [3] 8:7 47:21 197:21
Merisant [17] 1:9 27:3 38:5 39:2 52:19 62:19 94:12 94:20 136:17 137:22 138:15 168:15 235:23 236:2 245:7 250:14 263:5
Merisant's [6] 27:7 93:17 94:15 137:5 233:24 246:2
Mersant [1] 94:24
message [2] 113:3 161:16
messed [1] 112:5
met [1] 127:5
method [3] 37:2 37:8 267:16
methodologies [1] 182:16
methodology [5] 6:2 80:5 80:16 80:17 228:12
methods [1] 86:22
Meyers/McNeil [1] 138:13
Michael [2] 2:4 2:6
middle [3] 28:1 58:17 243:18
might [53] 6:17 7:1 11:7 11:9 19:3 19:4 38:5 42:5 43:13 45:3 50:17 62:8 65:20 78:17 78:18 79:5 79:24 80:14 81:23 81:25 82:15 85:10 88:18 90:20 91:10 93:11 93:12 103:1 103:2 103:5 104:23 104:24 113:21 116:7 117:16 123:18 124:2 131:10 155:21 155:22 156:7 157:23 159:20 172:20 190:23 195:20 196:3 196:6 213:21 229:15 230:17 247:24 250:22
mimics [1] 215:17
mind [7] 6:23 65:21 134:10 157:1 174:25 190:16 191:10
minds [1] 182:6
mine [2] 194:18 205:1
minimum [1] 247:16
minor [4] 3:8 18:2 78:13 130:11
Mint [1] 4:4
minus [3] 23:17 108:23 211:8
minute [5] 59:12 126:17 159:9 246:21 248:19
minutes [1] 205:16
mischaracterizes [1] 260:23
miscoded [13] 90:13 95:8 102:2 107:24 107:24 109:5 129:1 129:23 130:14 131:18 135:19 160:2 220:4
misidentify [1] 49:25
misleading [2] 53:17 93:12
mismarked [2] 118:17 118:20
missing [7] 89:6 113:2 113:25 115:20 227:6 227:7 227:9
misstapled [1] 117:10
misstate [1] 48:15
misstates [1] 93:23
mistabulated [1] 118:20
mistake [2] 121:17 123:2
mistaken [2] 97:12 127:12
mistakenly [1] 50:6
mistakes [2] 205:22 205:23
misunderstanding [1] 48:15
mix [2] 84:20 233:25
mixing [3] 247:7 247:9 260:20
MM [2] 174:2 174:8
modified [2] 228:5 245:13
moment [10] 111:7 111:9 111:11 112:7 112:21 112:22 159:7 197:13 225:9 263:8
monadic [3] 182:19 182:21 182:22
monadically [1] 258:3
Moncita [1] 121:22
Monday [5] 181:9 263:24 264:4 265:1 265:4
money [1] 78:3
monitor [2] 10:12 58:21
month [1] 241:13
months [6] 12:10 12:12 28:2 28:6 28:11 179:17
morning [14] 2:1 2:13 2:14 27:1 27:2 27:6 156:17 189:14 195:2 219:10 264:4 264:23 264:24 265:7
most [25] 12:5 23:4 37:20 47:23 60:24 72:23 74:20 120:20 146:12 148:8 148:10 152:17 160:1 171:8 182:17 185:18 187:25 188:1 188:1 188:8 204:13 211:13 238:23 254:3 255:19
mostly [2] 24:14 224:17
motion [1] 167:2
move [3] 5:11 7:20 165:7
Ms [15] 52:4 54:11 58:2 59:13 61:11 62:12 62:22 63:15 63:24 99:22 100:5 207:5 216:21 264:16 264:18
multiple [5] 15:21 65:17 122:14 162:2 208:22
must [7] 9:19 33:24 51:9 51:10 117:1 123:10 195:8
name [40] 7:12 7:17 7:19 9:15 14:1 16:15 22:22 23:4 32:8 34:22 36:14 39:11 42:5 47:10 47:23 54:16 55:2 55:7 55:10 96:14 121:19 148:11 169:4 215:25 217:21 233:5 233:23 234:15 235:12 236:7 237:8 238:18 243:10 249:3 254:20 257:3 257:4 258:12 258:14 262:4
named [6] 202:22 202:23 203:9 208:19 208:20 209:14
names [2] 17:5 47:21
nature [2] 41:6 82:9
necessarily [4] 81:17 91:4 197:8 236:7
necessary [3] 42:23 78:10 222:20
need [25] 78:20 81:21 91:24 94:9 99:3 110:4 110:19 112:23 114:8 115:3 115:13 124:1 130:22 139:10 176:19 178:3 188:16 190:4 191:22 201:2 206:16 222:10 223:11 234:11 264:1
needed [3] 5:10 72:18 222:3
needs [2] 23:15 102:11
neither [3] 29:19 137:20 138:5
neon [3] 54:12 61:11 61:16
net [13] 23:17 23:18 23:19 25:8 26:21 26:21 34:1 200:2 203:1 203:2 203:7 203:17 203:22
nets [1] 33:19
neutral [3] 6:24 41:18 45:17
never [38] 43:5 45:24 60:15 67:15 68:17 69:22 79:22 94:15 96:2 96:9 96:11 96:16 97:21 97:25 98:2 100:19 103:14 103:16 103:22 104:2 129:12 129:15 129:24 130:6 131:6 131:21 136:21 136:21 152:17 158:2 160:3 183:12 205:8 214:24 224:3 232:16 246:23 261:5
Nevertheless [1] 234:18
new [10] 3:5 160:23 175:22 197:3 228:7 233:11 233:13 233:20 246:2 262:14
next [22] 3:2 11:21 12:3 12:11 14:20 15:4 15:13 25:25 35:25 55:6 62:24 68:4 138:20 147:5 183:4 185:1 186:6 186:6 192:7 198:4 202:18 264:9
nice [1] 81:4
nicely [2] 250:16 250:19
night [6] 89:5 114:3 114:9 232:19 263:20 264:4
Nike [3] 215:20 257:6 258:2
nine [2] 63:12 63:22
ninth [1] 57:13
NN [4] 27:16 176:13 176:16 185:21
no's [3] 128:17 129:9 129:23
no-caloric [32] 7:17 9:9 11:24 12:17 14:1 14:10 15:16 16:15 21:3 22:9 22:11 22:22 23:20 25:9 26:16 26:19 92:5 105:20 129:21 162:11 216:5 216:11 216:15 216:16 230:10 233:14 233:17 245:23 252:12 253:10 254:10 262:24
no-calories [1] 255:10
nobody [1] 186:8
noise [53] 7:2 8:17 23:11 23:15 25:15 26:21 40:13 40:15 40:16 40:18

41:14 42:1 42:10 42:14 42:18 43:3 43:5 43:8 43:9 43:11 43:14 44:5 45:25 47:3 47:8 48:14 48:24 49:1 49:5 49:9 50:11 65:25 66:11 67:5 72:22 100:4 101:10 101:16 108:20 108:24 141:10 155:7 188:18 214:2 218:18 240:7 245:1 245:7 245:16 247:12 256:8 256:17 256:18
non-existent [1] 246:17
non-infringing [3] 61:20 61:24 206:19
non-Paladino [1] 212:24
non-trademark-related [1] 253:3
none [4] 18:21 50:14 78:1 92:16
noon [1] 264:24
nor [4] 81:1 137:22 138:5 139:16
normal [6] 84:15 85:13 87:7 184:17 188:8 189:18
normally [7] 72:8 87:19 116:2 205:8 212:18 245:18 257:5
Northern [1] 100:1
nothing [12] 32:19 38:11 49:10 67:24 127:10 137:25 148:14 153:10 163:24 192:13 207:1 237:25
notice [7] 18:9 23:25 64:25 87:15 166:25 193:9 210:7
noting [1] 25:5
notion [5] 45:3 218:9 218:10 239:20 247:18
now [43] 4:11 20:20 23:25 26:24 27:1 32:16 34:15 35:8 36:18 40:9 51:18 62:25 63:5 76:11 91:22 117:19 122:11 122:25 127:7 127:23 129:10 130:15 135:5 136:22 139:5 157:3 157:8 160:1 165:13 167:2 167:5 167:21 167:25 168:9 185:21 185:25 200:23 227:25 228:19 231:17 233:3 240:24 241:20
number [53] 22:2 23:9 23:16 23:18 24:9 25:2 33:25 34:6 34:12 34:15 43:25 50:18 50:22 51:5 70:15 72:16 72:25 73:1 73:3 98:6 101:17 112:2 119:25 120:13 146:18 147:4 154:10 164:10 164:24 174:19 179:6 184:5 184:16 201:18 209:23 210:7 211:1 224:6 225:24 227:2 227:5 227:18 240:3 248:9 248:10 248:11 248:11 248:23 251:7 251:12 253:15 260:16 261:3
numbered [5] 20:20 227:1 227:11 227:16 227:16
numbers [13] 51:3 74:10 108:10 109:22 113:8 127:3 127:15 129:2 136:5 187:1 200:23 227:13 227:15
numeral [1] 28:1
NUTRASWEET [1] 250:2
o'clock [1] 123:11
oath [3] 51:21 118:11 168:17
object [1] 137:15
objection [15] 67:24 93:23 125:18 127:14 133:12 134:1 134:4 136:20 149:12 150:8 151:8 158:24 175:1 222:7 260:19
objective [2] 5:18 28:17
observations [1] 27:9
observed [1] 40:23
obtain [1] 29:10
obviously [25] 9:13 12:24 13:1 24:11 25:3 36:23 39:14 51:9 79:16 80:7 83:9 97:3 102:23 105:24 110:18 112:4 119:23 126:6 126:7 127:1 127:2 143:7 151:17 161:14 166:19
occasions [2] 224:6 225:6
occupations [1] 11:5
occur [1] 43:12
occurred [1] 205:8
occurs [1] 143:10
off [10] 18:16 35:2 66:15 67:17 112:5 118:8 170:18 187:12 203:12 260:12
offered [6] 112:17 197:5 224:8 224:10 225:5 225:10
offhand [1] 209:9
office [3] 89:23 90:4 181:4
officer [1] 169:5
offices [1] 125:25
Official [2] 267:13 267:20
often [6] 46:7 60:24 85:7 152:12 152:22 193:6
old [1] 24:22
once [6] 13:13 22:19 22:20 129:18 129:23 170:8
one [238] 4:8 4:13 6:5 6:18 6:22 7:11 7:22 7:24 9:3 14:11 14:15 15:15 15:15 15:16 15:19 15:22 16:1 16:10 16:10 17:1 18:12 18:12 18:14 18:25 21:3 21:13 21:21 21:21 21:24 21:24 22:2 22:11 22:14 22:20 23:22 24:13 26:18 28:16 29:7 29:9 30:6 31:14 35:6 36:23 42:14 43:18 44:7 44:12 47:23 48:9 51:7 55:6 55:25 56:4 56:7 56:18 57:23 59:6 62:1 62:5 64:11 65:18 65:20 66:5 66:17 68:24 68:24 68:25 71:21 74:22 75:1 78:13 79:19 79:25 80:11 81:24 83:2 83:8 83:16 83:16 83:24 84:17 86:3 86:4 86:5 86:21 87:14 88:17 89:5 90:6 90:6 91:2 91:12 91:14 91:25 92:6 93:8 93:20 96:19 99:8 105:8 107:3 109:9 111:20 112:18 113:1 115:2 115:6 115:7 115:18 116:3 117:19 119:8 119:14 120:7 120:21 121:11 121:13 121:25 122:13 122:17 123:5 123:24 129:3 129:4 129:9 129:21 132:10 133:3 133:9 138:18 140:5 140:16 140:24 146:10 147:5 150:3 150:16 151:24 152:3 153:15 156:8 157:2 157:3 157:5 157:20 161:3 161:4 161:15 161:16 161:16 161:19 161:19 162:2 162:8 162:8 162:10 162:11 162:12 162:14 162:16 162:22 162:22 163:4 163:7 163:22 163:22 163:25 165:22 166:14 167:25 172:23 173:18 175:10 176:18 177:9 177:15 182:6 182:13 182:21 183:23 184:2 184:19 185:12 186:3 187:19 187:21 188:1 188:15 191:13 191:23 197:2 199:7 202:10 203:20 204:15 204:16 204:16 208:21 209:5 210:15 211:24 212:18 213:1 213:4 213:5 213:6 213:13 214:21 214:21 216:11 218:2 218:17 219:3 219:22 220:25 222:1 222:24 225:1 227:5 227:11 236:17 237:1 237:23 238:8 240:2 240:13 241:2 249:13 252:6 253:1 253:22 257:18 257:24 263:14 263:20 264:12 265:2
one-part [1] 82:1
one-tenth [3] 197:6 241:14 244:15
ones [11] 75:18 76:3 108:13 114:13 120:11 130:14 136:6 160:2 172:7 195:24 228:25
onto [1] 117:11
open [1] 146:15
open-ended [1] 208:22
opening [4] 51:8 52:4 52:19 204:19
opine [1] 222:12
opinion [41] 13:21 15:1 15:9 16:5 25:8 33:6 33:8 37:23 97:2 100:1 100:25 127:9 146:11 147:15 148:13 154:23 155:18 155:21 165:4 165:20 167:6 174:17 174:24 194:7 210:17 210:20 211:6 218:23 219:7 221:7 221:12 221:14 222:2 229:15 229:16 230:1 249:15 249:16 249:21 253:12 258:21
opinions [6] 13:20 77:4 80:13 212:12 212:15 218:8
opportunity [3] 35:17 139:22 158:2
oppose [1] 137:24
opposed [5] 73:4 77:9 87:19 240:20 261:8
option [2] 91:2 91:3
options [1] 90:23
or's [6] 37:16 37:18 39:21 40:3 81:22 92:9
order [7] 7:3 7:7 101:17 168:10 171:11 209:24 237:5
ordered [1] 263:23
ordinarily [1] 76:25
ordinary [1] 145:13
organization [3] 80:14 180:19 183:9
organizations [2] 4:7 174:13
orientation [4] 57:15 57:19 57:21 243:11
origin [1] 41:19
original [5] 83:21 121:7 185:12 195:22 232:17
originally [5] 18:8 18:10 123:4 132:9 133:17
originals [1] 117:8
otherwise [4] 60:10 179:21 180:12 195:10
ought [1] 239:11
outcome [1] 267:17
outlined [1] 243:17
outside [3] 40:19 40:22 40:25
overall [18] 52:12 52:15 61:21 62:7 63:4 63:7 63:15 63:16 65:24 66:1 73:18 101:17 123:2 148:2 148:3 150:15 150:18 257:1
overlap [3] 45:6 50:1 60:10
overlapping [1] 140:25
Overruled [2] 137:3 151:11
overruling [1] 195:3
oversight [2] 67:18 123:8
overwhelming [1] 146:17
own [6] 71:1 94:18 105:14 189:4 205:12 224:21
ownership [1] 254:14
owns [1] 213:1
P [1] 251:10
P-a-r-i-k-h [1] 99:23
p.m [3] 264:21 265:17 266:2
pack [2] 188:3 195:21
package [87] 6:10 6:20 7:8 8:9 8:13 8:18 9:7 9:9 13:1 13:25 14:2 14:4 14:5 14:7 14:14 16:22 18:19 25:13 25:14 29:20 29:21 30:2 30:6 34:14 39:5 43:18 43:22 43:25 44:2 45:4 45:6 47:18 52:8 52:9 52:16 55:19 55:22 57:15 57:16 57:16 57:19 63:8 66:1 105:17 105:23 146:3 146:6 147:21 147:23 152:4 161:18 162:21 169:19 175:22 187:25 188:1 189:9 190:3 190:23 201:19 201:22 203:11 206:25 207:6 210:23 215:7 215:10 216:4 216:9 216:10 216:18 217:10 217:14 217:16 218:12 218:13

218:18 230:8 230:10 230:16 248:13 250:24 257:2 258:10 259:19 259:20 259:25

package's [4] 55:14 56:12 56:13 56:16

packages [5] 45:10 112:19 191:18 197:2 217:12

packaging [8] 42:24 49:8 151:14 210:5 210:12 215:11 247:8 252:13

packet [12] 7:18 56:4 151:14 151:18 151:22 151:23 151:24 152:3 153:10 156:2 158:5 187:21

packets [5] 24:23 24:25 56:3 106:11 206:19

pad [1] 86:23

pads [2] 145:16 145:16

page [26] 11:21 20:16 20:21 21:14 22:15 22:17 22:18 25:17 25:19 27:23 35:25 46:9 46:10 46:22 48:9 49:13 58:13 62:24 146:19 185:22 190:13 198:4 225:15 242:15 242:18 251:20

pages [3] 47:4 58:2 117:21

pagination [1] 63:5

paid [3] 78:2 78:3 78:15

pair [1] 257:8

Paladino [8] 6:5 160:20 160:21 161:11 162:18 212:22 212:23 213:3

panel [7] 29:17 55:14 56:12 56:13 56:17 56:23 57:7

paper [61] 84:3 84:9 86:9 86:13 86:24 87:5 87:8 87:18 87:19 87:23 88:13 88:17 88:18 88:20 88:23 89:6 89:12 89:14 89:19 89:22 90:4 90:5 90:14 90:19 94:1 107:17 108:2 108:9 109:7 109:10 110:13 110:22 111:13 112:10 113:7 118:19 119:6 120:1 120:8 121:4 132:15 132:15 144:17 144:21 144:21 144:25 145:6 145:9 145:11 145:13 145:16 145:20 151:14 151:18 151:22 151:23 166:6 219:24 220:21 259:23 260:4

papers [5] 52:24 93:18 93:24 93:25 138:23

paragraph [9] 42:1 42:16 42:17 42:17 49:6 242:18 242:22 243:17 249:15

parameters [1] 178:17

pardon [1] 99:25

Parikh [3] 99:22 100:4 100:5

parrot [1] 235:21

part [26] 12:13 53:19 60:17 79:19 79:25 80:11 138:25 154:19 170:6 176:21 176:22 179:5 180:15 182:2 185:21 217:17 217:20 217:20 234:8 252:25 255:19 256:25 257:1 257:4 258:16 258:16

participant [4] 70:12 70:15 77:23 78:2

participants [7] 11:12 73:4 92:16 105:9 184:2 185:24 216:22

participate [2] 12:18 13:4

participated [5] 10:7 28:10 183:16 184:14 184:19

participating [1] 179:16

particular [17] 34:23 41:4 46:15 52:8 59:22 103:7 145:5 145:6 150:12 182:12 193:16 199:24 204:16 212:25 242:21 254:2 254:2

particularly [3] 156:4 205:13 222:16

parties [1] 263:21

parts [5] 19:6 79:14 176:17 198:10 204:13

party [1] 219:15

pass [1] 37:20

passes [1] 13:3

past [7] 12:10 28:2 28:11 125:10 178:11 179:17 221:7

pastel [5] 54:9 54:13 61:4 61:7 61:16

pattern [1] 178:9

Patterson [2] 5:4 137:17

pay [4] 77:23 78:10 78:14 89:17

paycheck [1] 77:21

Penn [1] 3:7

Pennsylvania [1] 3:4

people [436] 5:23 5:24 6:9 6:12 6:17 6:20 6:24 7:5 8:9 9:16 9:17 9:19 9:24 10:7 10:20 10:20 11:4 11:6 11:11 11:14 11:23 12:7 14:13 14:19 15:2 15:3 15:12 15:20 15:22 15:25 16:10 16:20 17:1 18:19 19:3 19:4 19:5 19:12 19:15 21:2 21:5 21:8 21:18 21:22 21:25 22:2 22:8 22:14 22:15 22:18 22:20 22:24 23:3 23:5 23:5 23:7 23:9 23:13 24:1 25:4 25:14 25:19 26:1 26:1 26:2 27:22 28:18 29:19 29:20 30:16 30:16 30:20 30:23 31:6 31:9 31:17 31:20 31:22 32:1 32:12 32:16 32:24 33:2 33:4 33:14 34:18 37:20 37:21 37:24 38:6 38:12 38:14 38:18 40:25 41:5 41:20 43:24 44:1 44:4 44:13 45:2 45:14 47:9 48:1 49:24 50:13 50:23 50:24 51:2 59:21 60:5 60:7 60:18 60:20 64:5 64:11 65:4 65:5 65:19 66:4 66:19 66:22 66:23 67:3 68:13 69:11 69:17 69:22 69:25 72:2 72:5 72:20 73:11 73:12 73:17 73:17 73:18 73:23 73:23 74:2 74:4 74:7 74:12 74:14 74:19 74:20 74:22 75:16 75:21 75:23 77:8 78:1 78:10 79:4 79:6 79:13 79:19 79:20 79:25 80:11 81:9 81:14 81:19 81:23 82:11 82:15 86:19 87:10 87:11 87:13 87:14 87:18 87:23 88:3 88:5 89:8 89:14 92:21 93:12 95:7 95:24 96:2 96:4 96:5 96:23 97:3 97:4 97:6 97:8 97:12 98:3 98:4 98:7 99:10 100:14 100:15 101:3 101:10 101:22 102:25 103:4 103:8 103:15 103:18 103:19 103:25 104:1 104:7 104:11 104:18 104:20 105:10 106:1 106:4 106:9 106:16 106:25 108:14 108:15 108:19 109:13 109:14 111:22 112:2 112:11 113:8 113:11 113:12 113:13 119:10 120:25 122:3 122:8 123:1 123:15 127:6 127:24 128:10 128:22 129:12 130:6 130:12 130:15 130:16 130:25 131:3 131:9 131:17 131:20 133:2 133:3 134:15 134:24 141:4 143:3 143:6 143:21 143:23 144:1 144:5 145:1 145:10 146:16 147:1 148:1 148:8 148:10 149:3 150:14 150:17 150:24 151:1 151:6 151:14 151:23 151:25 152:2 152:12 152:15 152:16 152:22 152:23 153:13 153:17 153:20 153:23 154:8 154:16 154:25 155:4 155:8 155:10 155:17 155:24 156:1 157:8 157:10 157:16 157:19 157:24 158:2 158:8 158:9 158:13 158:14 158:20 158:22 158:25 159:1 159:10 159:12 159:15 159:23 159:25 159:25 160:3 160:10 163:22 163:23 164:11 164:15 164:16 164:19 164:21 166:6 166:23 171:9 175:24 177:14 177:18 177:20 178:3 179:2 179:4 181:2 181:21 183:14 184:18 189:3 189:6 190:15 191:4 191:15 191:21 193:15 194:5 195:20 195:25 196:9 196:12 196:13 196:22 197:11 197:15 197:17 197:21 198:9 198:12 198:12 198:14 198:17 199:18 199:23 201:12 201:18 201:22 202:15 203:3 203:6 204:22 205:3 205:7 205:11 205:22 205:25 208:12 209:6 209:12 212:3 212:7 213:13 213:14 214:3 214:12 214:19 218:16 218:19 220:11 220:24 221:20 223:1 223:5 223:9 227:22 228:9 233:25 235:1 235:19 237:6 237:19 238:8 238:13 238:16 239:5 240:18 245:2 245:8 245:12 245:14 245:17 245:18 247:3 247:13 248:11 248:12 248:23 249:2 254:1 254:20 255:5 255:11 255:15 255:16 257:8 259:17 259:20 259:24 260:1 260:5 260:8 260:12 260:21 261:4 262:3 262:9 263:1

people's [1] 195:17

Pepsi [4] 236:8 236:15 236:16 236:18

percent [167] 21:7 21:7 22:3 22:3 22:15 23:1 23:3 23:14 23:17 23:18 23:18 23:21 24:12 25:1 25:3 25:9 26:15 26:19 26:20 30:23 31:6 31:8 31:9 31:16 31:22 32:2 32:11 32:24 33:2 33:3 33:8 33:13 33:17 33:23 33:25 34:8 37:21 38:13 40:4 40:7 48:13 50:6 50:13 50:20 65:4 65:5 95:15 95:18 95:24 96:23 97:18 98:14 101:4 101:6 101:10 101:16 101:21 102:2 102:5 102:23 102:25 103:5 103:13 103:24 105:16 106:1 106:3 107:15 108:14 108:16 108:23 127:13 127:21 127:22 128:21 128:21 129:11 130:9 130:13 130:17 130:17 131:4 131:17 142:23 143:20 143:25 144:3 144:4 150:15 150:22 151:2 151:3 151:7 151:25 152:3 153:18 153:20 153:23 154:8 154:25 157:19 159:10 159:25 164:12 184:4 184:6 197:6 197:7 201:20 201:23 202:10 202:13 202:22 202:23 202:24 203:8 204:11 204:12 204:17 204:21 204:21 208:20 208:25 209:1 209:3 209:13 209:15 209:17 209:18 210:9 210:11 210:12 210:13 211:3 211:8 211:11 211:13 211:15 218:10 218:11 220:10 220:14 221:18 223:1 223:5 234:20 235:1 238:22 241:15 244:15 244:23 245:4 245:6 247:23 248:2 248:15 248:20 260:9 260:13 260:13 260:13 260:14 261:4 261:8 261:11 261:12 262:14

percentage [11] 6:20 22:1 26:15 26:17 47:19 143:23 199:23 222:8 222:14 260:10 260:14

percentages [1] 128:20

perceptions [1] 150:6

perfect [5] 41:16 106:20 156:5 156:13 156:14

perform [1] 207:16

performed [1] 20:16

perhaps [6] 52:20 59:21 98:5 150:2 196:3 236:5

period [6] 5:11 20:5 69:5 123:22 149:11 181:6

permit [2] 14:6 253:1

Perry [2] 13:20 113:24
person [49] 11:10 12:24 13:2 13:3 15:7 15:9 16:24 19:24 30:18 30:20 74:21 86:7 86:25 89:18 90:17 91:10 99:22 107:18 107:19 107:24 108:9 111:16 114:11 114:17 119:16 120:22 121:16 121:23 122:10 124:11 124:15 129:3 129:4 129:6 135:14 152:3 156:8 178:6 179:25 180:7 183:20 183:21 186:5 186:6 186:7 187:16 214:13 215:24 232:22
personal [2] 118:4 171:17
personally [9] 19:17 46:14 75:11 160:22 171:13 226:5 226:8 226:13 227:18
pertinent [2] 12:8 16:8
perused [1] 35:19
Ph.D [1] 3:6
Pharmaceutical [1] 3:18
phenomenon [2] 47:25 48:18
Philip [3] 168:20 169:4 174:23
phone [1] 119:14
photocopy [1] 117:4
phrase [3] 39:16 82:4 135:19
physically [2] 119:1 119:4
pick [13] 8:16 74:22 86:3 86:4 156:15 186:12 187:7 188:7 188:16 190:5 205:11 205:15 206:13
picked [7] 24:10 159:18 187:1 240:9 244:5 246:20 247:18
picking [3] 84:11 87:23 241:9
picture [4] 47:16 153:1 153:9 153:10
pictures [14] 25:25 147:5 151:16 152:8 152:9 152:11 152:19 153:5 153:5 153:8 153:14 153:24 189:21 243:6
piece [4] 87:18 140:5 166:16 166:24
pieces [2] 238:4 238:7
pink [2] 145:9 145:11
pitting [1] 111:20
place [5] 70:10 190:24 200:8 203:8 236:17
placed [1] 186:22
places [2] 19:14
79:7
plaintiff [14] 7:21 8:20 29:18 29:22 29:23 35:10 59:16 132:17 137:12 146:20 167:15 213:23 213:24 228:20
plaintiff's [12] 4:19 7:9 8:23 9:20 10:10 20:6 24:4 46:1 72:2 72:5 167:24 242:11
plaintiffs [4] 1:7 1:20 149:16 173:21
plaintiffs' [1] 181:14
plan [3] 28:6 83:21 265:18
planning [2] 68:4 178:11
plausibly [1] 42:5
play [5] 113:20 114:13 139:7 148:5 235:20
playback [1] 47:21
pleasure [1] 139:14
plural [2] 17:6 17:7
plus [2] 135:10 211:8
point [39] 16:6 16:8 21:23 30:18 31:20 64:2 103:9 104:13 104:14 104:21 109:11 109:18 109:21 111:5 111:6 111:18 113:4 113:21 117:10 118:20 129:19 130:24 139:9 143:9 158:12 160:8 163:7 164:11 179:8 181:24 194:22 208:9 208:9 215:1 218:3 230:4 230:5 234:8 242:21
pointed [2] 165:22 257:12
points [2] 139:3 165:9
pole [1] 211:6
poll [1] 211:7
Ponce [1] 122:18
pop [1] 157:1
popular [7] 42:7 47:10 113:14 188:1 189:6 207:13 241:5
popularity [1] 42:19
population [1] 74:21
portion [2] 47:14 142:9
position [4] 3:15 63:21 137:23 213:4
positioning [1] 216:7
positions [2] 3:16 170:16
positive [1] 96:10
possibilities [1] 66:5
possibility [1] 244:12
Possibly [1] 82:2
possible [17] 9:5
14:23 44:18 48:12 59:6 59:15 93:13 107:10 113:11 113:17 113:19 176:1 207:22 241:22 242:2 243:2 243:25
possibly [1] 197:15
post-sale [1] 223:7
potential [2] 141:8 253:4
potentially [1] 80:7
pound [1] 78:21
power [3] 159:17 223:3 223:4
practical [1] 211:16
practice [5] 42:3 84:15 85:13 183:23 195:25
practices [3] 185:7 185:9 228:6
practitioner [1] 265:12
pre-existing [4] 41:9 48:14 48:17 48:22
preceding [1] 42:16
predecessor [1] 250:15
predominant [4] 25:21 149:4 149:24 154:15
prefer [1] 179:11
preliminary [2] 1:14 166:23
prepare [2] 173:22 184:24
prepared [16] 10:6 13:8 17:14 17:16 20:12 26:8 132:9 133:8 133:14 133:17 133:23 134:11 135:18 172:9 173:24 176:22
preparing [2] 140:2 176:5
prerequisite [1] 165:21
presence [3] 56:12 56:16 56:23
present [3] 56:20 167:18 208:10
presentable [1] 264:6
presentation [1] 23:2
presented [5] 163:14 163:18 163:21 249:10 249:11
president [7] 20:11 63:25 170:24 170:24 171:1 171:3 211:7
Prestone [1] 254:15
pretty [11] 27:25 33:25 108:22 154:10 189:5 230:13 233:11 240:10 243:14 255:25 257:24
prevent [2] 82:7 207:1
prevented [1] 172:16
prevents [1] 84:11
previous [1] 27:4
previously [4] 3:13 21:25 108:20 168:22
price [1] 143:4
primarily [6] 157:3 178:20 210:4 212:24 259:3 261:22
primary [9] 60:7 169:14 171:7 213:6 214:11 262:4 262:9 262:15 262:17
prime [1] 182:9
principal [1] 233:24
principles [1] 2:21
printed [5] 14:23 18:17 18:18 18:18 86:9
printout [1] 63:6
pro [1] 226:1
probative [2] 258:24 259:7
probe [2] 194:11 199:18
problem [7] 66:10 90:19 199:5 229:19 238:7 238:15 259:10
problems [4] 79:2 168:7 168:8 226:22
procedure [4] 34:21 36:2 36:6 104:5
proceed [3] 2:9 51:22 223:16
proceeding [1] 4:25
process [9] 8:5 41:17 176:8 180:11 180:13 181:2 183:17 184:12 205:20
processed [1] 183:7
produced [6] 34:13 41:3 45:21 48:24 79:12 106:21
producing [2] 45:11 183:18
product [96] 4:3 4:12 5:14 6:9 6:13 6:13 6:16 7:13 8:7 9:5 10:2 10:3 10:4 10:5 28:3 29:24 29:24 30:24 31:4 31:6 31:8 31:10 34:19 38:3 41:19 42:6 42:7 61:20 62:3 62:7 66:25 72:14 72:14 83:4 84:14 92:21 99:11 102:22 104:2 140:15 143:2 156:1 161:13 175:23 181:13 187:5 188:15 188:16 188:23 189:3 190:16 190:18 190:25 191:22 196:20 200:17 204:9 206:14 206:15 209:4 212:8 215:7 217:9 217:23 220:12 223:10 230:24 231:12 231:13 232:22 232:23 233:6 233:11 233:20 235:2 235:11 235:14 235:15 237:20 238:18 239:12 240:17 241:7 241:9 245:19
246:2 246:17 248:24 249:18 250:14 251:24 253:4 254:2 254:5 255:2 258:12
products [32] 11:9 12:9 12:11 35:10 36:14 39:11 42:8 42:25 43:1 45:7 65:17 163:18 171:10 176:2 192:13 197:9 198:2 204:15 205:12 205:21 216:12 228:20 236:11 236:16 237:7 241:7 247:14 249:10 249:20 254:8 254:15 256:2
professional [4] 3:11 11:12 28:12 174:12
professor [16] 2:4 2:13 2:16 13:13 26:24 47:11 49:11 132:6 138:1 138:20 138:21 165:15 226:18 229:12 229:13 238:5
progresses [1] 38:20
prohibited [2] 206:24 206:24
project [4] 5:10 80:10 169:13 170:23
prominent [3] 23:4 182:17 262:23
prompt [1] 182:9
proper [10] 34:4 50:20 73:14 79:13 81:14 91:17 93:21 137:20 144:15 144:20
properly [12] 50:16 76:21 77:5 108:9 108:13 109:13 127:13 127:20 128:11 128:12 135:19 220:18
property [1] 173:12
proportion [2] 42:4 164:21
proportions [1] 245:14
proposition [1] 46:24
protect [2] 53:24 257:20
protectable [4] 149:10 149:18 154:18 237:5
protected [3] 54:4 55:12 241:23
protecting [2] 54:8 54:15
protection [4] 251:24 253:1 257:23 257:25
prototype [1] 34:24
prove [3] 50:21 137:6 228:19
proved [1] 35:9
provide [2] 137:7 171:6
provided [2] 94:22 137:2
provides [1] 36:24
province [1] 263:7
prudent [1] 220:1

psychology [2] 3:8 169:23
public [2] 19:14 174:17
published [1] 160:23
Publishing [10] 10:12 20:25 92:3 100:2 105:13 114:16 126:22 136:25 177:7 207:10
Puerto [49] 1:1 5:22 9:8 9:9 12:2 22:9 23:21 25:10 26:16 26:25 28:22 28:25 48:2 73:19 79:14 79:19 80:18 96:11 96:17 98:2 98:3 98:7 104:25 105:21 149:1 159:19 175:24 177:18 178:22 189:1 191:18 192:2 233:14 233:17 233:22 234:20 238:24 240:15 241:1 241:15 244:13 244:20 246:18 247:3 247:24 250:15 256:3 258:25 265:7
pull [2] 84:18 226:22
purchase [9] 12:11 26:16 28:6 30:4 177:19 178:12 192:7 230:19 237:7
purchased [34] 12:10 14:10 15:15 21:2 21:24 28:3 92:5 92:12 92:14 92:14 92:17 92:22 95:13 95:15 95:19 95:25 96:3 96:21 96:25 97:15 100:18 100:20 102:7 129:7 129:21 161:3 161:13 162:7 162:10 163:3 178:10 192:4 214:23 220:12
purchased' [1] 161:16
purchaser [2] 162:14 191:10
purchasers [8] 5:22 9:10 12:7 22:9 23:20 25:9 26:17 28:19
purchasing [6] 11:24 179:14 191:2 191:5 191:6 205:3
pure [3] 109:24 110:1 110:9
purely [1] 106:16
purpose [8] 13:16 15:18 41:13 48:7 173:7 198:5 237:23 252:7
purposes [5] 134:17 165:2 211:16 217:23 237:24
push [1] 38:16
pushed [2] 107:1 158:11
put [50] 4:14 6:13 6:14 8:19 36:14 39:2 39:11 46:6 70:10 70:14 72:19 86:7 93:2 93:10 98:24 108:2 109:11 110:8 110:12 111:2 112:5 117:6 117:9 122:24 124:12 126:21 129:2 136:22 137:16 137:24 138:6 138:25 149:2 152:16 152:19 155:25 168:5 177:8 183:2 192:9 192:9 193:23 200:12 205:5 207:11 214:20 220:20 234:12 234:13 240:2
puts [39] 30:13 30:21 31:4 31:7 31:10 31:24 32:20 36:6 36:10 36:15 37:4 37:14 38:3 38:9 39:3 39:12 39:18 83:4 194:4 194:9 194:14 195:19 197:10 198:23 200:17 231:23 232:8 232:23 233:1 234:19 235:7 235:9 235:11 235:18 237:8 238:1 238:18 239:11 247:6
putting [5] 77:1 183:17 186:25 190:15 205:9
Q5 [2] 15:10 16:5
qualified [5] 22:8 150:7 175:3 180:7 258:18
qualify [3] 12:13 178:6 198:11
qualifying [1] 178:10
Qualitex [3] 252:20 252:20 252:24
quality [2] 236:18 252:8
quantified [1] 152:18
quarter [2] 25:4 159:2
questionable [1] 95:8
questioner [10] 77:9 85:9 86:2 86:11 87:4 109:15 122:9 123:24 123:24 187:11
questioners [1] 88:12
questioning [1] 37:9
questionnaire [42] 10:6 10:19 13:5 13:6 13:8 13:14 14:24 17:25 19:16 70:11 71:21 78:12 83:19 85:7 85:15 93:4 93:5 96:20 100:5 114:1 117:6 119:18 120:15 120:25 122:3 122:6 133:7 134:15 135:1 135:14 140:2 143:13 165:24 172:25 176:9 176:10 184:25 185:22 187:9 187:14 192:12 227:25
questionnaires [41] 17:14 20:17 70:10 70:24 71:18 71:23 75:8 76:1 76:4 76:7 76:8 76:9 86:24 88:16 89:11 102:1 108:3 109:5 111:15 112:9 117:4 119:5 120:9 124:8 124:9 125:15 125:25 126:4 126:12 126:13 132:10 132:17 133:9 133:24 135:5 135:6 135:8 135:16 152:17 227:1 227:3
questions [98] 10:6 10:23 11:3 11:4 11:15 12:5 12:6 12:15 12:20 12:21 13:15 13:19 13:22 15:19 16:23 18:6 18:7 18:22 21:9 27:24 30:7 34:2 34:20 35:23 36:1 36:24 36:25 40:2 40:3 44:15 44:15 44:18 45:15 47:1 50:20 50:22 51:5 51:16 69:11 69:15 69:17 69:23 70:3 75:15 81:10 81:22 83:9 87:9 93:21 94:9 104:3 109:8 131:24 135:24 136:12 137:22 139:15 139:17 140:7 140:10 141:11 142:2 143:12 143:14 144:16 149:21 161:15 163:5 173:1 179:6 179:13 179:24 185:17 190:6 190:10 192:20 195:23 200:1 200:11 201:8 201:11 204:6 204:7 205:7 205:24 213:8 213:11 219:3 223:13 228:24 229:5 229:14 231:1 232:6 246:14 256:19 262:12 263:10
quickly [1] 30:7
quite [10] 19:1 58:22 97:20 108:11 165:24 196:25 228:11 232:6 250:16 265:10
quota [1] 124:1
quote [3] 101:11 213:12 253:1
quote/unquote [1] 245:21
quoted [1] 107:7
rainy [1] 179:2
raise [1] 260:12
raised [1] 260:20
ramdomized [1] 191:16
ran [5] 88:22 89:14 111:14 163:2 220:22
random [5] 84:17 187:1 218:13 249:6 261:7
randomize [2] 186:4 190:21
randomized [2] 190:20 191:20
randomly [1] 227:13
rate [20] 7:2 23:11 23:15 34:9 38:16 41:24 45:8 45:19 66:6 66:12 211:12 220:13 248:16 248:17 248:20 248:22 248:22 249:1 249:8 249:12
rated [1] 248:6
rather [5] 65:13 81:22 115:23 191:19 218:1
rational [1] 197:1
re-juggle [1] 110:23
reaching [1] 184:3
react [2] 192:11 197:9
reactions [1] 49:18
read [16] 2:25 36:1 37:10 37:11 94:15 114:19 139:13 157:4 177:9 197:21 208:5 217:4 233:5 234:3 234:6 251:12
reading [2] 56:18 197:21
ready [38] 34:25 35:2 35:11 35:12 35:15 35:18 35:22 36:2 36:8 36:19 36:21 37:2 38:20 38:23 39:8 39:10 50:17 83:3 93:20 137:7 151:20 182:18 182:23 185:11 194:1 195:23 228:2 228:4 228:11 228:21 229:1 232:7 232:9 232:11 232:12 232:21 239:10 239:15
real [5] 51:5 97:5 188:23 188:25 206:4
really [36] 44:16 45:1 48:18 51:6 53:1 64:6 80:4 80:20 82:15 82:18 97:22 98:9 100:7 106:15 109:20 115:15 116:6 124:12 126:24 134:17 134:18 145:4 148:6 148:7 154:19 188:17 189:2 191:19 197:1 203:12 208:20 215:24 217:19 220:19 222:17 251:14
reason [30] 37:8 44:14 44:18 71:10 77:22 82:7 91:4 91:23 98:10 135:11 145:19 147:2 149:4 149:15 158:13 158:14 191:13 195:6 202:3 202:5 208:21 214:1 238:22 240:6 255:16 256:14 259:3 262:4 262:15 262:17
reasonable [2] 106:24 229:24
reasons [10] 44:12 74:9 165:23 208:21 208:22 209:25 210:1 240:2 240:13 248:12
receive [1] 139:24
received [2] 116:16 175:10
recent [3] 174:11 252:21 252:23
recently [3] 3:25 92:22 185:18
recess [7] 51:18 117:12 117:23 118:2 118:3 167:17 266:1
recognition [1] 151:4
recognize [5] 22:10 23:22 144:13 157:9 261:9
recognized [6] 23:21 26:15 47:19 102:2 189:3 237:19
recognizing [1] 189:6
recollection [4] 76:14 76:19 123:15 143:5
record [4] 16:17 118:8 240:4 267:14
recordation [1] 219:6
recorded [1] 76:21
Recross [2] 148:15 148:16
recuperate [1] 265:24
red [8] 8:23 10:4 23:12 24:15 40:11 65:13 156:2 249:2
redacted [1] 117:2
redid [1] 100:5
redirect [8] 64:16 116:21 132:3 132:4 134:2 139:22 163:8 256:14
reduce [2] 14:14 88:4
reduced [1] 131:19
redundant [1] 214:24
refer [2] 49:9 193:25
reference [11] 35:3 46:5 46:10 46:16 49:12 57:8 57:10 58:3 58:10 81:4 207:14
referenced [1] 93:1
references [1] 215:14
referred [4] 46:7 47:11 83:25 93:6
referring [5] 135:20 160:25 207:5 255:13 261:23
refers [1] 49:5
reflect [1] 240:4
reflected [1] 30:15
reflects [2] 22:17 240:4
regarding [2] 225:5 251:12
regardless [1] 144:13
registered [1] 217:18
registration [1] 217:20

regular [3] 12:7 12:17 28:18
reject [1] 256:14
related [10] 3:19 32:21 33:15 39:19 171:15198:24203:10 203:10218:4 245:4
relates [1] 179:9
relating [1] 169:17
relationship [3]32:25 199:17248:25
relationships [1] 204:8
relative [1] 209:23
relatively [2] 41:18 252:23
relevant [9] 42:5 43:16 60:23 79:23 160:7 160:9 160:12 177:17177:17
reliable [4] 90:12 116:1 118:22165:9
relied [2] 110:18 139:7
rely [7] 40:21 85:5 90:7 116:2 126:25 219:8 258:18
relying [4] 112:19 123:16123:17242:17
remain [1] 127:23
remarkable [1] 205:18
remember [55] 23:10 30:18 31:22 52:18 52:25 58:14 61:12 61:14 61:17 61:18 62:15 81:5 85:12 98:16 98:18 98:19 98:21 98:24 99:13 99:17 101:20118:17 118:23120:17121:19 124:18125:2 125:14 125:17136:14136:18 137:2 137:10140:18 141:15142:4 144:18 144:22147:12147:17 147:23151:13157:19 157:21157:23163:12 163:15177:24204:25 205:2 210:9 220:21 229:9 254:20258:20
remind [3] 51:20 118:11168:17
remove [10] 6:8 7:12 14:7 112:21 117:4 215:14216:4 257:8 257:24258:12
removed [9] 14:1 15:3 69:13 117:2 148:11184:14256:22 258:15262:4
removing [1] 186:24
repeat [4] 53:6 61:23 64:19 235:12
repeating [1] 159:3
repetitious [1] 127:16
rephrase [1] 134:7
report [37] 20:10 25:17 67:9 67:10 68:5 68:8 69:8 79:9 79:11 95:20 105:14111:2 123:13 125:1 125:3 125:5 125:5 125:8 126:8 126:16126:18136:13 138:24138:25139:2 139:24149:21153:5 157:21173:22200:24 209:10219:15219:17 224:22249:14249:14
reported [2] 201:23 209:2
Reporter [2] 267:13 267:20
REPORTER'S [1] 267:10
represent [5] 22:4 137:4 173:19189:10 202:10
representation [2] 136:10232:18
representative [3] 29:11 62:14 264:12
represented [1] 47:21
representing [2]79:17 80:13
reputable [4] 71:15 86:17 86:19 180:23
required [2] 179:22 222:8
requirement [2]117:3 202:6
requires [1] 251:23
rerun [1]91:25
research [53] 2:20 3:17 11:12 18:3 20:11 28:11 28:14 34:18 34:21 40:20 43:4 44:9 46:5 58:4 64:2 68:5 69:8 70:7 70:21 70:25 79:9 79:11 110:17111:22117:3 119:10119:15119:22 121:6 123:14127:6 141:6 142:22144:24 155:13155:14155:18 155:23157:6 166:25 169:6 169:14171:7 174:24179:16180:14 180:20180:22205:1 224:23225:25226:4 253:13
researcher [1] 63:24
researchers [2] 97:1 174:17
residents [1] 178:22
respect [10] 25:16 49:11 143:18150:6 164:3 169:18196:11 212:13238:15262:1
respected [3] 46:19 58:6 59:12
respects [1] 262:2
respond [4] 101:11 101:22195:18240:18
responded [3] 100:14 100:15155:5
respondent [13]13:25 14:5 14:7 117:1 173:1 178:6 182:22 192:11195:11217:2 229:13230:8 231:4
respondents [24] 29:13 40:5 43:18 47:15 47:20 47:22 48:13 48:15 49:19 78:7 78:14 78:15 105:16135:3 135:4 142:10176:25183:15 184:12187:3 229:6 229:22230:15260:16
responders [1] 28:12
responding [1] 160:14
response [19] 14:24 15:5 16:11 17:2 26:4 48:24 50:25 62:17 96:10 117:11 139:3 144:14194:13 196:15202:21234:18 245:8 255:1 256:8
responses [14] 12:14 14:23 45:13 45:21 48:16 64:4 72:14 145:20146:16146:18 166:6 200:11229:17 243:15
responsibility [1] 169:13
responsible [1] 180:18
rest [7] 33:6 80:22 80:23 80:25 89:15 150:3 238:11
resting [2] 55:20 55:22
rests [1] 167:15
result [10] 4:15 24:7 40:22 41:5 45:11 107:1 158:20 158:22244:21252:15
resulting [2] 141:8 201:11
results [18] 21:11 23:25 44:16 45:9 51:11 60:17 124:24 169:16183:5 196:25 209:22210:21211:8 220:6 220:8 220:9 253:14261:24
resume [3] 118:9 174:9 224:21
retabulate [1] 91:24
retailers [1] 171:9
retained [3] 138:22 224:7 224:11
retrospect [2] 65:13 157:4
return [1] 207:12
retyped [1] 30:8
review [5] 27:7 35:18 139:4 139:7 146:19
reviewed [5] 138:2 138:3 138:7 138:24 139:1
rewrite [1] 203:13
Rican [3] 9:9 233:14234:21
Rico [46]1:1 5:22 9:8 12:2 22:9 23:21 25:10 26:16 26:25 28:22 28:25 48:2 73:19 79:14 79:19 80:19 96:11 96:17 98:3 98:3 98:7 104:25105:21 149:1 159:19175:24 177:18178:22189:1 191:18192:3 233:18 233:22238:24240:15 241:1 241:15244:13 244:20246:18247:4 247:24250:15256:3 259:1 265:7
rid [2] 219:25260:11
ridiculous [3] 99:3 101:12101:23
ridiculously [1]98:15
right [338] 4:11 7:15 8:5 8:15 8:25 9:3 11:2 12:14 12:21 13:18 16:12 17:15 18:9 19:18 22:1 25:24 27:23 29:18 30:5 32:13 33:7 34:3 35:24 37:25 38:1 38:15 38:21 39:8 43:19 43:20 47:13 48:3 51:5 52:2 52:5 52:14 52:16 53:18 54:6 55:14 55:16 56:1 56:8 57:3 57:4 57:11 57:12 58:4 58:17 59:1 59:3 59:5 59:9 59:10 59:17 60:1 60:2 61:5 61:6 61:25 63:8 63:14 63:18 64:14 64:23 65:21 66:20 67:3 67:5 67:6 67:17 68:10 68:11 68:15 69:5 69:11 69:18 70:12 71:9 71:15 71:25 74:2 74:5 75:16 75:20 75:25 76:5 76:11 76:16 77:6 77:10 77:24 79:7 79:20 81:2 81:10 82:5 82:12 82:19 83:1 83:17 84:8 84:18 84:19 84:21 85:11 86:5 87:4 87:5 87:14 87:16 88:10 88:13 89:2 89:9 89:10 89:14 89:15 91:1 91:21 92:10 92:15 92:18 93:5 94:16 94:22 95:16 95:23 95:25 96:9 96:13 96:15 96:17 96:21 96:22 97:2 97:9 97:12 98:12 99:9 99:12 99:16 99:19 99:23 100:7 100:9 100:11100:17 100:20100:22100:23 101:7 101:13101:14 101:18101:24102:3 102:6 102:8 102:9 102:11103:1 103:5 103:13103:20104:3 104:4 104:13105:2 105:3 105:6 105:11 105:21105:22106:2 107:13107:14108:17 108:24109:17110:13 110:25111:17112:19 113:3 115:24117:6 123:16125:12125:13 125:16127:3 127:7 128:22129:8 129:12 129:14129:18129:20 130:2 130:8 131:5 131:7 131:11131:22 132:25133:4 133:11 135:11137:22139:16 142:7 144:10144:12 146:6 146:8 147:18 147:24148:23149:8 150:15152:1 152:5 152:20152:21153:15 153:18153:19153:21 154:1 154:17154:20 156:16156:25157:9 157:12157:25158:7 158:18160:4 160:19 161:4 162:4 162:8 163:3 164:5 167:2 167:4 178:6 181:13 187:14188:6 196:17 198:20200:18201:9 201:21203:17203:18 203:19206:9 208:15 213:10216:13224:1 225:2 225:18225:19 226:23227:2 227:3 227:6 227:7 227:21 228:7 228:22229:1 229:14230:13230:16 230:19230:22231:2 231:9 231:19232:1 232:4 232:9 232:15 232:16233:25234:1 234:4 235:10235:20 236:4 236:11236:16 236:21237:14237:21 238:20239:1 239:12 240:11240:15241:14 241:18243:7 243:15 243:16244:25245:8 245:16246:22247:1 247:8 249:4 250:4 250:8 250:18250:21 251:7 252:17254:6 254:17255:4 255:12 255:18256:9 259:25 260:6 261:10261:11 261:18262:20262:21 262:25
right-hand [4] 20:21 22:16 133:7 147:10
rights [2] 62:17 63:23
role [2] 20:14 148:5
Roman [2] 28:1 215:16
room [5]66:15 114:20

115:4 203:15 233:13
Rosa [2] 121:20 121:21
rotate [1] 84:16
roughly [4] 22:7 32:11 130:18 170:15
row [3] 81:4 81:5 81:5
rowing [1] 37:17
rule [3] 119:17 161:21 167:1
ruling [1] 167:7
run [3] 88:18 163:1 196:14
running [1] 123:25
runs [1] 19:24
rush [2] 78:6 265:6
Russ [1] 175:11
S [1] 3:3
S.K.U [1] 205:16
safe [1] 264:20
safely [1] 265:20
safest [1] 118:21
Safety [1] 4:3
sale [2] 96:11 197:5
sales [5] 188:1 241:13 246:19 246:23 246:25
sample [4] 22:6 29:11 75:4 164:13
San [15] 19:3 29:3 29:4 75:2 76:15 79:13 79:13 80:1 80:20 81:1 125:6 125:14 125:24 180:3 180:25
Sanchez [2] 1:21 5:4
Sandler [11] 52:5 54:11 61:11 62:12 62:22 63:15 63:24 207:5 216:21 264:16 264:18
satisfactory [1] 156:14
saucer [5] 55:13 55:16 55:20 55:22 55:24
saved [1] 262:19
saw [51] 9:25 10:1 10:2 14:2 23:7 30:12 30:16 30:16 37:12 38:4 43:25 44:1 52:4 52:4 54:11 89:15 89:22 96:3 103:19 114:14 114:18 120:22 133:2 133:3 144:2 155:8 155:11 157:24 158:5 158:21 158:25 159:1 172:22 172:25 189:18 194:2 201:5 201:6 201:22 208:11 209:12 213:8 217:2 219:4 228:23 229:4 231:17 235:20 253:18 255:15 261:9
sayers [1] 129:2
says [66] 8:24 13:18 13:24 14:5 15:7 15:7 16:14 16:23 17:5 18:9 20:15 20:16 22:3 30:11 31:23 35:8 37:12 38:8 42:2 42:17 47:14 48:11 48:22 49:15 55:6 58:17 58:22 61:3 62:23 63:15 69:8 94:2 100:13 114:18 123:14 123:20 126:16 129:3 129:4 132:18 132:21 135:1 149:22 186:21 186:22 193:10 202:25 204:21 216:16 217:3 220:13 222:14 222:16 225:9 230:1 230:9 234:9 236:19 242:2 242:6 243:11 244:4 245:1 249:14 251:17 253:17
scheduling [1] 168:4
scheme [3] 128:25 255:12 263:6
school [6] 2:16 3:4 3:5 114:21 170:1 170:7
science [1] 45:1
scientific [5] 46:11 49:12 58:10 126:25 207:15
screen [13] 10:20 10:24 24:17 28:18 115:2 150:25 177:8 177:10 178:3 180:21 200:12 207:11 220:3
screened [4] 27:22 27:25 27:25 214:18
screener [10] 10:17 10:18 10:19 13:4 28:9 133:17 177:23 179:24 184:25 185:25
screening [12] 11:3 11:15 12:3 12:15 27:23 28:17 35:23 133:7 178:5 178:9 178:13 179:5
screens [1] 179:16
scribbled [1] 114:11
seal [2] 216:7 216:21
Search [1] 20:13
seated [1] 167:20
Seattle [2] 168:2 169:9
second [24] 7:20 14:21 20:16 21:16 44:14 46:9 49:6 50:15 54:15 54:17 68:23 83:14 92:13 93:24 94:12 115:2 176:17 176:22 198:13 210:6 212:20 213:9 215:1 242:18
secondary [53] 5:13 5:16 27:10 47:12 47:15 51:13 68:10 71:24 95:2 97:25 137:6 140:4 150:11 151:4 154:24 155:1 160:24 161:2 161:12 161:21 162:3 162:18 173:13 182:1 182:3 182:15 211:21 212:9 212:21 212:24 213:11 213:15 213:18 214:9 214:16 215:1 215:3 215:11 216:2 217:17 221:13 221:23 221:24 222:3 222:9 222:13 222:15 223:6 237:10 249:19 257:7 257:22 258:25
secondly [1] 50:11
seconds [4] 31:11 32:11 197:16 238:25
section [8] 35:8 46:23 46:23 47:2 47:5 49:13 178:14 242:16
security [1] 179:15
see [65] 6:12 9:17 9:18 15:4 21:23 22:1 23:4 25:1 25:14 29:7 30:17 32:3 35:16 35:21 54:17 65:8 65:19 71:20 72:21 76:20 80:8 92:1 92:7 92:17 92:23 94:9 104:18 110:4 115:16 119:6 119:7 126:3 132:6 132:19 137:8 137:10 138:3 149:23 156:3 157:3 186:8 186:15 187:4 189:21 189:21 190:23 209:23 216:23 217:2 217:3 217:4 224:11 230:8 230:11 230:12 230:17 233:8 233:9 234:14 234:15 239:18 245:20 251:1 256:24 261:16
seeing [4] 111:23 139:14 187:16 221:17
seeking [2] 53:24 257:19
seem [1] 160:14
select [6] 58:23 64:3 107:8 207:20 241:3 242:25
selected [2] 8:18 146:16
selecting [3] 47:20 205:20 241:21
selection [2] 140:17 145:24
sell [2] 184:20 202:22
selling [1] 254:16
sells [2] 11:9 190:24
send [2] 113:14 156:23
sends [1] 161:16
senior [2] 170:23 246:10
sense [13] 88:21 101:13 101:23 104:10 105:7 122:7 164:19 170:9 197:1 213:17 219:22 226:16 229:20
sent [9] 67:15 75:15 76:7 79:11 126:4 136:13 138:23 156:16 156:18
sentence [2] 49:6 58:13
separately [1] 81:24
sequence [2] 38:18 227:11
sequential [1] 227:4
sequentially [1] 227:1
series [2] 10:23 34:19
serifs [2] 215:16 215:19
serve [1] 39:19
serves [1] 249:16
service [6] 19:19 19:23 135:13 180:23 190:13 226:10
services [2] 115:3 171:11
sessions [1] 20:2
set [15] 78:4 78:8 80:5 88:15 149:3 178:17 180:4 208:5 208:6 213:17 222:22 228:25 229:21 230:7 259:11
sets [3] 189:23 190:4 247:19
setting [1] 181:10
seventh [2] 56:10 56:19
several [1] 165:9
shade [3] 59:22 148:18 149:11
shades [1] 148:22
shall [2] 118:9 203:20
Shapiro [8] 169:5 169:11 170:4 170:14 171:2 171:5 173:18 180:16
share [20] 41:19 42:19 47:22 47:24 57:18 57:20 59:14 59:24 60:2 65:19 104:24 105:6 106:16 189:4 189:7 212:7 221:19 241:6 243:12 244:15
shared [2] 218:1 243:5
shares [6] 57:21 58:24 59:19 107:9 207:21 243:1
Shari [1] 46:13
sheet [2] 117:18 128:4
shelf [3] 189:20 189:22 191:20
ship [1] 195:21
shopping [9] 19:13 29:2 78:5 179:1 180:2 180:3 180:25 190:24 230:17
short [4] 5:11 153:2 167:17 196:6
shorter [2] 196:8 199:4
shorthand [1] 267:15
shortly [1] 4:18
shot [1] 255:22
show [49] 4:19 6:9 10:10 19:15 20:6 23:8 24:3 27:16 34:18 37:7 40:9 42:25 46:1 47:15 53:20 58:17 66:16 85:8 85:8 88:8 94:7 95:12 97:5 98:16 113:5 113:23 117:13 179:21 181:21 181:25 182:1 182:4 182:8 182:24 182:25 197:12 197:18 201:4 207:11 220:9 220:23 221:19 222:3 222:9 231:10 232:23 249:1 251:9 255:24
showed [46] 7:4 14:11 15:16 16:16 21:3 22:23 30:14 30:22 31:25 32:21 37:14 38:10 39:4 39:19 41:22 41:23 43:17 43:21 49:6 58:2 86:7 92:6 107:25 129:22 136:17 162:12 194:4 194:10 194:14 196:22 197:15 197:22 198:24 202:20 220:4 231:12 231:13 231:23 234:20 235:5 235:8 238:2 238:23 239:20 245:5 254:19
showing [12] 24:16 35:7 109:9 114:17 116:15 146:1 181:24 182:21 186:9 214:4 230:24 237:20
shown [40] 21:24 29:13 29:15 29:19 29:19 29:20 30:1 30:19 32:5 36:7 36:10 36:15 37:4 39:13 47:16 66:4 89:9 89:19 91:14 94:1 95:24 98:8 108:6 108:14 109:14 112:11 145:1 159:11 165:9 166:7 192:13 201:19 220:19 221:24 232:8 232:22 235:1 240:20 254:5 262:3
shows [12] 22:5 25:21 60:5 60:6 102:2 102:5 150:10 185:24 204:21 230:8 256:1 256:5
side [32] 9:17 55:14 55:16 56:11 56:13 56:15 56:16 56:23 57:14 73:2 98:25 99:22 110:9 110:12 112:6 117:7 133:22 133:22 147:20 147:22 149:2 149:2 163:14

163:15 163:18 163:19 167:17 173:18 190:19 190:19 206:19 244:21
side's [1] 263:21
sides [2] 35:6 167:5
sight [3] 14:7 192:9 192:10
signed [3] 63:5 125:11 126:8
significance [5] 187:4 208:7 214:11 249:19 259:19
significant [1] 211:4
signified [1] 120:3
signify [1] 214:11
silly [1] 257:24
similar [12] 16:2 28:16 30:1 48:24 62:3 95:2 105:19 105:24 140:3 178:9 179:6 255:12
similarities [3] 27:22 42:23 49:7
similarity [3] 45:10 247:8 249:2
simple [9] 8:5 8:6 16:18 16:25 36:2 36:4 36:5 39:11 123:8
simply [3] 42:6 94:1 141:14
simulation [1] 205:4
single [16] 5:25 5:25 6:14 6:14 8:11 15:21 22:19 25:5 26:22 71:21 120:21 214:12 226:14 236:25 237:9 259:20
sister [1] 235:15
sit [2] 71:8 111:11
sitting [3] 86:24 233:12 234:3
situation [12] 18:3 69:20 88:2 90:10 112:14 123:23 175:13 176:1 205:9 205:25 247:13 248:24
situations [1] 222:5
six [2] 19:5 19:11
sixth [1] 56:2
size [8] 57:25 58:1 75:4 187:20 187:21 187:25 188:2 188:4
sizes [1] 187:20
skipped [2] 227:13 227:15
sleep [1] 264:5
slide [1] 26:8
slightly [2] 16:2 240:22
slogan [2] 216:5 216:6
small [4] 15:7 164:15 164:23 215:18
smaller [1] 81:21
sneaker [1] 257:7
sneakers [1] 257:8
so-called [5] 9:21 40:12 43:8 64:5 142:11
social [1] 3:8
soda [1] 236:15
sold [10] 9:7 9:8 96:16 187:25 191:19 206:18 233:21 245:24 248:24 250:15
sole [1] 21:17
solely [2] 45:19 127:9
solid [1] 54:24
someone [17] 28:4 91:14 100:18 102:20 108:1 114:23 115:23 116:9 116:10 152:18 177:19 181:1 183:1 190:22 221:19 228:10 258:4
sometimes [19] 40:17 41:8 65:12 69:14 69:15 72:10 72:25 73:1 77:13 77:14 77:23 81:18 81:18 81:19 81:21 82:13 157:5 191:12 191:13
somewhat [1] 84:17
somewhere [1] 215:3
sorry [8] 12:21 19:22 30:25 56:18 95:22 102:18 103:2 127:25
sort [23] 11:2 11:13 34:24 35:1 36:25 44:25 53:23 54:20 64:9 116:1 173:5 173:19 189:23 194:20 195:25 198:8 209:24 212:22 218:13 218:17 221:19 261:2 261:6
sought [4] 207:1 241:22 257:23 257:25
sound [1] 225:17
sounded [2] 196:21 197:14
sounds [3] 54:5 89:10 225:19
source [32] 5:25 6:5 6:14 8:11 15:21 21:17 22:19 25:5 26:22 42:6 42:10 46:7 49:17 157:20 159:5 200:18 202:13 202:16 203:9 204:7 214:13 216:24 222:1 236:7 236:8 236:25 237:2 237:9 237:15 243:20 253:18 259:21
sources [1] 15:21
Spanish [15] 17:17 17:24 75:13 75:16 75:19 75:22 75:24 76:10 114:21 132:17 176:18 176:22 177:1 179:12 190:19
speak [1] 75:13
speaking [2] 235:21 238:13
specialized [1] 11:7
specific [7] 53:22 59:16 152:4 152:22 173:7 173:7 229:5
specifically [4] 13:15 52:20 61:3 88:25
specified [1] 191:11
speculate [4] 105:18 109:23 111:20 112:15
speculation [4] 109:24 110:1 110:9 113:22
spend [1] 171:14
SPENDA [1] 262:6
spends [1] 251:1
SPLENDA [236] 1:14 5:23 6:1 6:19 6:21 6:25 7:1 7:8 7:16 8:16 8:24 9:11 9:18 9:25 10:3 21:6 21:20 22:10 22:25 23:1 23:4 23:9 23:13 23:14 23:16 23:19 23:22 23:23 24:12 24:13 24:22 25:2 25:3 25:10 25:11 25:13 25:15 26:14 26:18 26:21 26:22 27:14 32:2 32:3 33:14 34:6 34:7 40:12 41:1 41:2 41:21 43:25 44:1 44:5 45:14 45:16 45:18 47:9 48:1 48:2 48:23 50:1 50:8 50:25 52:8 54:20 57:16 59:2 59:20 60:1 60:14 61:16 63:9 63:17 64:12 65:6 65:6 65:20 65:23 66:6 66:8 66:25 72:14 72:17 72:21 87:4 102:3 103:9 104:21 104:25 114:18 129:1 129:17 130:25 131:10 143:24 144:5 146:2 146:17 147:3 147:9 147:21 148:1 148:11 148:19 149:5 149:10 151:24 155:5 155:9 155:11 157:17 158:3 158:9 158:10 158:14 158:23 159:18 162:15 163:11 164:12 164:16 164:20 175:25 175:25 181:13 181:20 181:20 181:21 181:24 181:25 182:2 182:3 188:5 197:25 199:11 199:12 199:13 199:13 200:4 200:21 201:2 201:19 201:24 202:22 202:23 203:4 203:9 206:16 206:17 207:6 208:4 208:11 208:12 208:19 208:20 209:14 210:1 210:2 210:18 210:24 212:3 212:5 212:7 214:14 215:17 216:16 218:5 218:11 218:12 221:9 221:12 221:21 222:1 234:1 236:2 236:4 244:1 244:14 244:16 244:20 244:25 245:3 245:11 245:15 245:16 245:23 246:9 246:25 247:5 247:6 247:7 247:9 247:14 247:17 247:25 248:12 248:25 249:3 249:4 249:10 254:5 255:3 255:18 255:25 256:4 256:7 256:16 257:4 257:11 258:24 258:24 259:18 259:21 259:25 260:5 260:18 261:6 261:10 261:13 261:17 262:4 262:8 262:10 262:15 262:25 263:1 263:5 263:6
SPLENDA' [1] 202:16
SPLENDA's [1] 212:8
spoken [1] 251:7
sponsored [6] 32:22 39:19 198:25 199:2 199:9 203:10
sponsors [1] 202:18
sponsorship [2] 32:25 204:8
staff [1] 58:18
stand [8] 61:15 63:20 113:20 121:6 167:14 168:15 168:16 197:20
standard [16] 6:2 11:3 13:22 34:21 35:8 37:1 106:7 117:2 155:15 155:23 165:11 183:23 190:1 211:5 228:19 230:13
standards [2] 165:1 251:20
standing [1] 86:12
stapled [1] 117:11
stark [1] 149:7
start [12] 7:8 42:1 123:25 151:20 167:17 178:4 185:25 190:12 190:15 251:19 264:21 265:16
started [5] 123:18 123:19 170:4 170:18 175:6
starts [2] 35:22 35:23
state [5] 3:7 4:5 172:14 174:24 225:6
statement [2] 41:11 51:8
statements [6] 52:4 52:19 80:18 80:20 80:22 204:19
states [6] 1:1 125:9 236:24 251:6 251:17 252:4
statistics [5] 3:9 73:16 130:10 130:11 248:4
stayed [1] 170:10
stays [1] 108:5
steer [3] 105:10 155:25 156:7
step [2] 67:7 192:17
stepping [1] 242:3
steps [1] 69:13
STEVEN [1] 1:21
stick [1] 47:16
sticker [5] 29:16 186:21 186:22 186:22 221:1
sticking [1] 110:24
still [16] 24:9 32:17 125:16 125:19 126:17 139:6 146:21 164:6 165:1 170:7 185:14 193:8 205:22 234:6 264:24 265:12
stimuli [4] 49:18 140:25 145:1 243:15
stimulus [30] 6:25 7:4 7:7 8:3 8:16 9:21 40:12 41:18 45:17 49:16 58:23 58:25 104:19 107:8 107:10 140:17 143:24 145:5 182:21 207:20 207:22 240:20 242:25 243:2 243:12 243:19 245:8 256:21 259:25 260:17
stock [1] 91:19
stop [6] 7:20 14:22 178:13 178:13 254:15 256:20
store [7] 11:8 14:3 189:21 190:24 205:15 205:17 206:23
stores [1] 230:17
story [1] 10:20
straight [2] 8:12 16:18
strawberries [8] 24:23 64:13 64:20 64:23 65:2 106:12 156:2 158:6
strawberry [2] 24:21 24:22
strikes [1] 212:17
stripes [2] 47:16 47:18
struggle [1] 72:12
stuck [1] 25:9
studied [1] 35:19
studies [9] 41:17 44:7 71:19 75:7 86:15 169:15 171:7 171:15 182:17
study [41] 4:11 9:3 10:21 13:2 13:6 19:2 20:19 29:25 30:5 41:12 43:14 51:5 51:10 58:23 59:14 72:19 72:24 72:24 73:1

73:2 80:6 88:1 92:25 98:2 100:4 101:2 103:10 113:11 129:4 149:3 153:25 173:25 182:1 182:10 185:17 202:6 205:19 207:19 214:10 242:24 253:14

style [3] 209:3 209:17 215:16

subject [2] 173:9 173:11

subscribe [1] 80:4

subsequently [2] 170:24 192:15

subsidiary [1] 180:17

substantial [1] 26:20

substantially [1] 62:11

substitute [28] 28:3 30:13 30:21 31:25 32:21 37:4 37:14 38:10 39:4 39:12 39:14 39:18 178:11 178:20 190:23 191:2 194:4 194:10 194:14 198:24 230:16 231:23 232:8 234:20 235:7 235:19 238:2 238:23

substitutes [5] 28:6 177:19 216:13 249:18 249:24

subtract [17] 41:14 100:24 102:13 103:11 103:18 144:4 144:12 155:8 155:12 202:4 202:7 202:8 202:8 204:2 206:11 218:10 248:8

subtracted [8] 23:16 43:24 101:15 102:11 102:16 108:21 143:16 143:20

subtracting [1] 158:10

subtraction [5] 101:20 103:16 108:24 109:2 143:9

subtractions [1] 155:16

suburbs [1] 79:14

such [16] 11:7 39:5 42:3 42:17 42:22 43:1 46:19 48:14 48:23 80:17 100:16 140:12 156:1 175:24 182:12 249:19

sufficient [1] 213:5

sugar [145] 28:3 28:6 29:21 29:24 30:13 30:17 30:21 31:8 31:24 32:2 32:4 32:21 33:4 33:17 33:21 34:6 37:4 37:14 38:9 39:4 39:12 39:14 39:18 43:21 44:1 44:5 45:5 45:8 45:21 49:24 50:2 53:10 54:12 54:23 55:9 55:15 55:21 56:4 56:14 56:20 57:8 57:9 57:10 57:18 59:19 61:15 61:16 62:15 62:23 63:3 63:8 64:7 66:4 66:9 84:15 141:2 141:5 141:9 146:2 146:6 147:10 147:22 148:19 163:12 169:19 175:22 177:19 178:10 178:19 187:19 188:3 188:10 188:19 188:20 189:20 190:23 191:2 192:2 194:4 194:10 194:14 198:23 199:12 199:14 201:20 201:22 202:15 203:11 203:22 207:5 208:10 208:13 209:12 209:13 209:15 209:16 210:18 212:5 216:12 221:8 230:16 231:23 232:8 233:19 234:19 235:2 235:7 235:18 237:21 238:1 238:23 240:9 240:12 241:2 243:25 244:3 244:6 244:14 244:16 244:19 244:24 245:3 245:21 246:3 246:9 246:10 246:10 246:17 246:19 247:4 247:7 247:9 247:14 247:19 247:25 249:9 249:18 249:24 255:12 256:2 256:8 256:16 256:17 262:18 262:20

suggest [7] 68:20 116:23 117:15 117:23 156:21 166:16 252:14

suggested [7] 51:8 107:22 136:17 143:13 144:20 185:6 198:17

suggesting [4] 122:25 195:8 249:17 249:23

suggests [1] 212:2

summarize [1] 26:13

summarizes [1] 173:24

summary [2] 3:1 183:18

supervised [2] 172:5 226:6

supervision [1] 20:12

supplement [1] 68:5

supplied [1] 180:20

supplier [1] 180:23

supply [1] 48:20

suppose [1] 54:5

supposed [17] 15:6 16:17 88:12 108:16 120:16 125:4 131:9 131:13 132:10 132:14 132:23 141:2 145:10 175:16 194:23 218:22 218:25

supposedly [1] 4:14

suppress [2] 38:16 50:22

Supreme [5] 236:24 251:6 251:17 252:5 252:21

surprise [3] 70:9 87:12 124:7

surprised [4] 24:6 24:9 157:6 256:24

surrounding [2] 55:6 55:10

survey [323] 3:22 4:17 5:13 5:19 5:21 7:5 8:12 10:8 11:12 11:16 13:4 13:9 14:17 15:3 16:6 16:25 17:12 17:13 17:25 18:1 18:4 18:4 18:5 18:23 20:14 20:15 21:2 22:8 25:16 26:10 27:3 27:7 27:10 27:11 27:12 27:20 28:11 28:23 29:5 29:13 30:2 31:21 32:18 34:16 34:17 34:21 34:23 35:9 35:22 36:16 36:18 38:19 40:11 40:20 43:7 46:5 46:8 46:18 46:24 46:25 47:13 47:14 49:12 51:12 51:13 53:3 53:4 53:7 53:18 58:4 59:4 60:5 60:6 60:12 60:17 68:10 68:18 68:21 68:23 69:4 70:8 70:12 71:24 72:3 72:11 73:3 73:17 73:17 74:18 75:15 77:24 78:2 79:1 83:15 84:3 84:9 85:7 85:15 85:16 87:5 87:8 88:6 89:11 90:12 91:1 91:11 92:16 93:11 93:15 93:19 93:22 94:19 94:23 96:19 97:1 97:21 98:1 98:24 100:11 104:1 104:8 105:14 108:15 110:14 112:23 113:25 116:2 117:2 123:3 124:21 126:4 128:11 129:12 129:19 130:4 130:15 132:9 136:13 137:7 137:16 137:19 137:20 137:21 138:14 138:18 138:24 139:10 139:11 139:12 139:14 139:15 139:20 140:6 140:8 140:12 141:22 143:17 144:24 145:21 146:17 147:25 150:10 154:19 154:23 154:25 155:17 156:3 161:6 163:17 163:18 164:7 165:2 165:21 166:5 166:23 167:24 168:1 169:17 170:17 171:20 173:19 174:23 175:14 175:16 176:6 176:9 177:1 177:8 177:11 177:12 177:16 178:4 178:14 178:16 179:9 179:12 180:15 180:16 181:6 181:10 181:19 181:20 182:5 182:12 182:14 183:3 183:5 183:15 183:16 184:8 184:14 184:19 184:21 184:24 185:2 185:4 185:21 185:23 185:25 186:16 187:11 188:13 190:7 193:1 193:3 193:8 193:20 193:22 194:2 194:21 194:24 195:25 197:4 198:4 198:9 198:20 198:21 199:24 200:13 201:5 201:6 201:7 201:16 202:19 203:15 204:21 205:1 205:1 205:25 206:3 206:21 210:16 210:21 211:25 212:13 212:24 213:12 213:18 213:25 214:1 214:6 215:11 216:22 219:5 219:7 219:14 219:21 220:13 220:15 224:23 225:5 225:10 225:25 226:3 226:6 226:19 226:19 228:1 228:2 228:2 229:12 229:22 229:23 230:15 235:1 237:19 238:14 239:8 239:9 240:2 240:7 241:12 241:21 244:21 244:24 245:2 247:13 248:5 248:6 248:23 249:11 251:16 252:1 252:9 252:15 252:16 253:6 253:8 253:23 254:1 255:3 255:23 256:1 256:5 256:10 256:12 256:20 258:17 258:23 259:8 259:16 262:12 262:13

surveyed [4] 78:1 79:4 96:23 130:12

surveying [1] 123:9

surveyors [1] 88:25

surveys [59] 3:19 4:6 6:7 13:23 36:3 36:4 68:13 68:15 70:23 78:5 78:19 83:22 84:13 88:15 89:4 90:3 95:3 95:4 97:23 107:16 118:17 118:23 119:3 119:4 126:15 140:4 141:12 152:22 155:24 160:24 166:22 170:8 171:16 171:21 171:25 172:3 172:4 172:7 172:9 172:13 172:19 172:21 173:4 173:6 173:9 174:21 179:17 183:21 183:22 191:23 205:2 213:15 220:5 222:6 224:5 224:8 224:10 253:19 262:22

suspenders [1] 166:14

sustained [1] 150:8

SWEET'N [1] 250:6

sweetener [39] 5:21 7:17 11:24 12:13 14:1 14:10 15:16 16:15 21:3 22:9 22:11 22:22 23:20 25:9 28:19 55:19 55:22 56:3 66:16 66:21 92:5 105:20 129:21 162:11 216:5 216:11 216:14 216:15 216:15 216:16 217:25 218:1 230:10 233:14 233:17 245:23 248:13 253:10 254:11

sweeteners [8] 12:8 12:17 26:16 26:19 252:11 252:12 255:10 262:24

swirl [2] 215:20 215:21

swoosh [11] 215:20 216:3 216:6 217:16 256:22 257:4 257:7 257:9 257:10 258:2 261:15

swore [1] 62:13

sworn [3] 2:8 168:13 168:22

synonymous [1] 236:25

system [1] 90:13

table [1] 146:20

tables [3] 20:17 20:20 183:18

tabulate [6] 69:16 70:18 79:10 81:1 110:15 160:18

tabulated [7] 70:1 74:1 95:19 110:11 124:14 135:25 136:2

tabulates [1] 86:6

tabulating [1] 89:17

tabulation [3] 20:17 77:3 96:24

tabulations [3] 70:24 71:2 121:7

tackle [1] 176:18

takes [4] 30:4 32:10 213:3 264:22

taking [4] 34:5 70:7 205:3 266:4

talks [1] 18:7

taste [1] 236:19

tastes [1] 217:4

taught [3] 2:20 3:13 3:14

tea [13] 7:18 59:23 147:20 147:22 152:13 152:25 153:9 254:9 254:10 255:8 255:9 255:11 255:17

teach [1] 2:18

teacher [1] 115:8

team [1] 19:25

technique [2] 93:21 185:13

techniques [3] 171:20 182:12 219:6

tee [1] 153:1

telephone [7] 142:6 171:18 175:12 183:7 183:8 183:10 183:15
telling [7] 82:21 100:13 128:1 193:15 232:3 238:16 262:10
tells [3] 251:21 258:5 259:20
ten [3] 171:3 233:21 250:15
tend [1] 218:1
tendency [2] 82:9 193:5
tender [1] 174:23
tends [3] 211:12 211:23 252:13
term [2] 40:17 74:17
terms [22] 12:1 19:8 20:19 23:8 27:22 28:17 60:18 80:18 171:5 178:9 179:16 185:2 185:16 192:14 201:17 210:23 211:4 211:22 219:1 244:19 246:9 258:6
test [91] 10:2 33:20 46:24 71:24 72:9 72:14 74:5 83:25 84:1 84:22 84:23 85:8 85:9 85:19 88:10 88:16 89:9 91:21 100:3 101:6 101:17 102:3 102:25 103:3 103:19 104:4 107:10 107:20 109:15 109:17 111:24 111:24 112:3 113:6 119:5 128:13 144:5 144:21 149:5 150:15 151:22 152:4 152:9 153:6 153:17 153:24 154:1 161:21 182:18 182:19 182:23 185:11 186:3 186:6 186:7 187:23 188:15 189:9 202:1 202:5 202:21 204:9 204:17 206:4 208:13 208:19 209:22 210:7 210:10 213:14 213:24 215:6 215:7 215:10 217:10 217:13 220:19 220:24 232:21 239:15 245:10 248:7 251:17 256:21 257:10 257:22 258:2 258:2 258:3 258:13
tested [2] 59:15 256:2
testified [22] 2:8 68:12 98:11 99:25 111:3 127:5 138:21 154:23 165:20 166:5 168:22 173:5 178:8 218:21 220:16 225:15 225:17 225:20 229:7 237:4 247:15 248:19
testify [6] 52:5 54:11 172:13 243:24 244:12 263:3
testifying [10] 4:18 62:12 98:21 122:8 134:6 143:17 150:5 172:17 226:1 261:19
testimony [29] 71:16 112:17 122:11 142:3 165:8 165:10 189:13 206:25 207:4 218:8 221:6 222:10 225:5 225:23 227:14 229:10 233:19 235:19 239:3 241:16 241:24 244:4 245:25 256:23 258:14 258:17 258:19 260:23 267:15
testing [5] 59:1 217:17 259:16 259:17 259:18
Texas [3] 183:9 183:14 265:9
text [1] 7:13
texts [1] 83:22
Thank [12] 2:3 51:16 63:1 74:1 118:6 163:6 167:10 168:18 203:25 204:3 223:20 263:13
thanked [1] 15:11
themselves [3] 70:24 75:8 177:19
theory [3] 44:6 100:3 105:7
thereafter [1] 267:15
therefore [3] 50:23 72:17 121:6
Thereupon [2] 2:5 168:19
they've [3] 112:3 113:5 185:24
thinking [7] 37:17 133:14 182:8 194:16 194:17 196:18 199:21
third [2] 55:7 159:18
Thirty-three [1] 170:13
thought [25] 18:13 40:25 65:12 72:12 76:19 81:9 83:15 93:9 94:13 94:20 94:25 106:6 114:13 123:19 123:20 129:25 158:3 158:8 161:8 161:10 175:13 196:25 240:10 240:13 244:24
thoughts [2] 34:15 212:12
three [16] 3:20 10:14 12:10 12:11 47:4 65:1 105:1 105:5 179:17 180:3 184:13 187:20 196:15 197:15 199:7 218:16
three-quarters [1] 22:7
through [35] 10:24 10:25 12:21 13:3 13:14 30:7 34:16 35:15 37:21 47:7 59:9 60:1 71:18 71:21 91:12 114:2 119:8 121:14 127:14 146:23 169:21 176:8 176:19 179:23 185:24 186:5 193:23 201:15 205:19 208:7 208:9 208:17 227:12 252:12 253:3
throughout [2] 20:4 145:17
throw [2] 90:22 214:6
thumbs [2] 156:23 156:24
Thursday [1] 5:1
tie [1] 145:5
tighten [1] 199:4
times [14] 37:11 46:17 81:13 82:6 109:7 172:12 172:15 176:4 181:25 185:15 218:15 237:4 251:7 265:10
tissue [1] 175:18
Tobacco [1] 4:4
today [11] 63:20 71:8 78:20 121:8 169:16 189:19 219:4 228:6 247:3 247:15 247:24
together [6] 72:20 104:1 117:6 120:8 154:7 205:5
token [1] 257:11
Tom [1] 232:16
tone [5] 100:7 100:7 100:17 142:19 143:3
took [11] 7:15 23:2 75:23 92:24 93:4 115:23 168:16 219:12 220:23 230:22 245:11
tool [2] 224:23 226:1
tools [2] 223:4 223:4
top [16] 6:23 46:9 54:21 58:12 65:21 86:25 122:25 132:11 132:12 132:19 132:21 133:11 133:25 134:22 135:2 165:25
Torres [2] 121:20 121:21
toss [3] 90:6 90:14 108:4
total [5] 90:15 128:10 159:23 203:8 259:24
totally [4] 9:15 14:13 43:15 109:2
tourists [1] 178:25
toward [2] 48:11 92:21
town [2] 178:24 178:25
trade [78] 3:21 4:1 4:10 5:23 5:24 6:10 6:17 7:14 8:8 9:25 10:1 15:20 22:10 24:20 25:10 26:14 26:18 26:23 47:17 49:22 50:7 52:8 52:12 52:21 53:21 53:23 55:8 56:19 57:5 57:6 57:14 59:8 59:17 61:1 61:3 62:8 63:4 63:10 140:15 146:2 147:9 147:10 149:20 149:22 150:1 215:13 221:12 224:4 224:6 224:7 224:9 224:12 225:10 225:11 237:4 237:6 241:22 241:23 243:6 244:15 244:16 245:13 245:25 246:11 249:9 251:22 257:3 257:3 257:19 257:23 258:12 258:14 258:24 260:5 260:17 261:18 262:5 262:7
trademark [19] 5:15 34:23 47:14 49:16 49:22 52:11 140:11 174:15 174:20 208:7 228:15 237:5 238:24 243:19 249:19 251:4 256:25 258:12 259:19
Trademarks [2] 35:4 35:8
Trading [1] 251:10
traditional [3] 137:6 171:19 232:11
trained [1] 20:1
training [2] 20:2 181:2
transcribed [1] 267:15
transcript [2] 218:3 267:14
transcription [1] 267:16
translate [1] 183:6
translated [4] 17:17 76:1 76:3 177:2
translation [2] 76:4 177:5
translations [1] 76:12
translator [1] 115:13
travelling [1] 265:8
travels [1] 265:12
treat [1] 211:16
treated [1] 44:4
treatise [5] 228:14 228:25 232:10 232:17 242:1
trial [1] 4:12
tried [1] 115:23
triple [1] 64:13
Troche [1] 121:22
trouble [1] 262:19
true [8] 61:20 66:11 77:7 82:23 131:23 214:6 226:20 267:14
try [17] 8:16 9:6 11:25 14:14 37:11 41:17 41:20 66:23 86:21 90:25 91:12 110:20 193:5 195:5 205:5 255:20 264:17
trying [17] 12:6 23:10 28:12 80:10 81:15 87:9 100:22 103:6 103:8 134:3 168:2 184:20 193:2 205:10 218:19 244:6 254:15
TT [4] 186:14 186:21 187:9 187:15
Tuesday [14] 76:7 125:3 125:10 139:14 263:18 264:1 264:1 264:4 264:4 264:21 264:25 265:17 265:19 266:2
tunneling [1] 197:24
turn [3] 20:21 21:14 180:20
turned [6] 21:5 27:4 67:21 76:12 79:11 211:21
turns [1] 252:25
twenty [1] 172:6
twice [4] 41:17 141:19 200:7 200:8
twin [98] 29:21 29:24 30:17 31:8 32:2 32:4 33:4 33:17 33:21 34:6 43:21 44:2 44:5 45:5 45:8 45:21 49:24 50:3 53:10 54:12 54:23 55:9 55:15 55:21 56:4 56:14 56:20 57:9 57:18 59:19 61:16 62:16 62:19 62:23 63:3 63:8 64:8 66:4 66:9 84:15 141:2 141:5 141:9 146:3 146:6 147:10 147:22 148:19 163:12 188:10 188:19 188:20 189:20 192:2 199:12 199:14 201:22 203:22 207:5 208:10 209:12 209:13 209:15 209:16 212:5 237:21 240:9 240:12 241:2 243:25 244:3 244:6 244:14 244:16 244:19 244:24 245:3 245:21 246:3 246:9 246:10 246:10 246:17 246:19 247:4 247:7 247:9 247:14 247:19 247:25 249:9 255:12 256:3 256:8 256:16 256:17 262:18 262:20
two [50] 4:8 5:2 15:19 20:1 29:14 34:2 34:8 40:2 41:10 44:12 45:7 66:5 68:4 69:13 83:16 84:13 90:23 92:9 92:11 119:14 120:7 124:5 127:10 132:10 133:1 133:9 134:13 139:3 144:17 157:2 166:14 167:25 169:17 175:9 176:2 176:16 176:22 186:3

186:19 187:2 191:24 198:10 200:1 204:15 217:12 219:3 221:7 238:25 247:14 248:8
two-dimensional [1] 7:22
two-part [2] 37:5 81:25
two-week's [1] 166:25
type [14] 42:14 66:17 72:24 93:20 102:15 103:17 103:22 155:23 209:3 209:17 215:16 215:18 216:6 257:12
types [6] 3:23 40:24 171:16 171:21 182:12 182:14
typically [8] 6:15 173:6 184:5 188:2 189:22 193:25 219:10 257:16
U.S [1] 4:4
ultimate [3] 77:4 143:1 150:7
ultimately [1] 159:1
Ultra [5] 100:7 100:7 100:17 142:19 143:3
under [12] 20:12 51:20 69:16 102:10 103:3 118:11 159:16 167:4 168:17 217:5 222:4 222:9
undergraduate [1] 170:5
underlying [3] 77:3 79:1 117:20
underneath [1] 30:15
understand [29] 5:18 7:3 32:5 36:5 37:12 43:17 52:7 52:15 85:18 110:20 115:5 119:22 122:1 132:6 135:20 135:23 148:22 189:12 195:20 196:10 208:1 222:2 243:23 246:11 254:13 254:17 254:18 257:17 260:10
understandable [3] 36:6 38:18 165:24
understandings [1] 185:5
understatement [1] 50:12
understood [2] 119:8 175:21
unfair [1] 173:16
unfamiliar [1] 14:13
unfortunate [1] 166:12
unfriendliness [1] 195:4
unfriendly [1] 194:25
Union [3] 35:1 35:12 232:6
United [5] 1:1 236:24 251:6 251:17 252:4
universe [6] 42:5 79:17 80:9 177:13 177:17 177:17
University [9] 2:17 2:19 2:24 3:4 3:6 3:10 3:13 169:24 169:25
unknown [1] 261:3
unless [1] 263:5
unlikely [1] 112:13
unsigned [1] 125:9
unusual [2] 114:14 256:25
up [78] 3:24 7:23 9:7 12:7 15:8 25:5 33:11 33:12 40:17 41:17 45:2 58:13 60:8 60:21 67:7 69:10 78:4 78:8 79:12 80:5 84:11 84:20 86:4 87:23 89:4 93:14 99:5 100:6 100:10 104:2 106:23 107:3 109:21 112:5 113:8 113:21 116:21 126:17 126:21 130:23 135:16 142:20 149:3 155:10 156:24 162:23 163:7 166:9 167:21 176:12 177:8 184:3 184:9 185:24 188:24 193:11 196:16 199:4 200:18 203:8 205:11 205:15 208:14 213:17 217:7 218:16 218:17 221:2 223:17 225:16 233:25 238:4 238:6 242:7 242:20 247:7 247:9 260:20
updated [1] 228:5
upper [1] 133:7
urbanized [1] 19:4
use/buy [1] 26:3
used [51] 6:2 8:4 12:2 17:25 18:14 35:9 36:21 37:3 40:11 42:25 43:1 43:3 46:17 53:10 58:7 59:14 62:20 81:17 82:4 87:22 94:6 97:9 100:5 100:11 107:2 111:15 120:1 135:19 140:5 144:17 145:8 156:12 157:15 158:17 169:9 173:2 182:16 188:2 215:7 219:6 224:5 228:1 228:6 228:8 228:19 229:1 229:2 239:4 241:3 249:20 253:19
useful [6] 19:1 29:10 82:13 95:5 167:23 237:18
user [4] 39:22 83:6 182:24 246:10
uses [8] 34:18 37:5 47:18 63:3 161:4 189:19 189:20 245:24
using [7] 4:16 60:19 74:17 151:6 159:23 183:7 185:18
usually [13] 40:24 41:8 41:10 69:19 79:15 97:23 152:23 153:2 180:1 220:15 258:1 258:8 258:11
valiant [1] 106:23
valid [1] 164:8
validate [3] 183:7 219:13 226:23
validated [1] 184:10
validation [2] 184:11 226:22
validations [1] 183:13
validity [1] 212:14
VALLE [2] 267:13 267:19
value [5] 60:12 105:6 240:21 258:24 259:7
variable [1] 191:17
variation [1] 160:11
varied [1] 85:4
various [3] 19:14 80:1 169:15
vast [2] 22:24 240:25
venue [1] 173:16
verb [1] 115:9
verbatim [2] 140:7 152:16
verified [1] 122:1
verify [1] 183:15
version [72] 7:22 18:9 18:10 18:11 18:14 18:16 21:18 67:21 67:22 83:20 83:21 83:24 85:16 85:17 85:18 85:21 85:24 86:11 88:9 89:6 89:18 103:3 109:9 113:9 113:12 113:13 119:19 119:20 120:16 120:16 120:18 120:22 120:24 121:1 121:2 122:2 122:3 122:4 122:24 123:4 123:6 132:7 132:11 132:12 132:14 132:15 132:19 132:21 133:10 133:10 133:20 133:21 133:23 134:12 134:12 134:14 134:14 134:16 134:19 134:20 134:22 134:23 135:1 135:21 135:21 153:25 165:25 166:1 166:2 176:21 176:22 177:10
versions [8] 17:24 83:16 103:24 123:6 133:23 134:13 176:23 220:22
versus [10] 24:17 79:19 80:1 80:25 82:1 92:25 137:8 217:10 232:7 252:4
VI [1] 28:13
vibrate [1] 4:14
vice [2] 63:25 170:24
view [15] 5:23 53:3 53:4 64:2 103:3 108:23 109:1 119:5 127:1 127:4 127:7 155:25 159:17 195:9 219:20
views [1] 212:12
Vince [1] 160:20
Vincent [1] 6:5
virtually [2] 220:25 246:17
virtuously [1] 28:8
visual [2] 179:22 192:10
vitae [3] 4:21 225:2 225:4
volume [3] 233:17 234:22 250:20
volunteered [1] 147:2
voting [1] 211:6
vouch [5] 136:5 226:13 226:16 226:18 227:23
vs [1] 1:8
walk [3] 176:8 201:15 234:6
wants [1] 139:5
Warner-Lambert [1] 3:18
Washington [3] 2:17 3:22 207:13
waste [1] 117:13
watch [1] 205:19
waves [1] 185:9
ways [5] 36:24 83:9 133:1 172:24 182:14
wear [1] 179:19
Wednesday [11] 27:1 27:2 27:6 76:9 89:5 114:3 114:4 117:4 125:5 264:22 264:24
week [3] 3:25 68:4 206:22
weekend [3] 69:9 123:10 126:16
weeks [3] 5:2 169:17 175:9
weight [1] 4:15
weighting [1] 166:20
Weisman [1] 175:11
well-accepted [1] 195:24
well-known [1] 189:2
Wharton [1] 3:3
whatsoever [1] 166:18
whereas [3] 147:10 232:21 236:19
white [88] 8:23 10:4 18:12 18:19 21:13 23:7 23:12 24:1 24:15 40:12 53:7 55:6 55:9 63:12 65:13 83:17 84:7 84:10 85:24 87:19 87:23 88:17 89:11 89:22 90:4 90:5 95:23 105:16 107:17 108:1 108:2 108:8 108:9 109:9 110:12 110:13 111:4 111:15 112:10 112:11 113:2 113:3 113:7 113:15 119:6 119:18 120:1 120:2 120:7 120:8 120:9 120:10 121:3 121:4 122:5 122:5 132:7 132:15 132:21 133:3 134:19 134:22 134:25 135:8 135:14 135:15 135:16 144:21 149:7 149:8 150:25 156:2 157:3 157:4 166:6 166:7 166:8 166:10 192:12 213:23 220:10 220:20 245:24 249:2 249:9 259:23 260:4 260:4
whites [2] 109:12 112:24
whole [11] 17:13 35:20 36:16 75:2 75:2 103:9 130:25 149:22 167:5 264:22 265:4
wholly-owned [1] 180:17
wildly [2] 189:17 241:5
willing [3] 95:4 101:11 101:22
wind [3] 35:5 135:15 166:9
wiped [1] 216:24
wise [1] 60:10
wish [1] 266:2
with' [1] 99:3
withdraw [1] 239:24
within [3] 180:25 205:20 264:25
without [14] 48:11 92:1 107:23 181:8 219:2 241:23 242:2 250:3 250:5 250:7 250:11 250:17 252:13 265:21
witness [54] 2:2 2:7 4:20 8:21 10:11 13:11 17:20 20:7 24:5 26:6 46:2 51:20 52:5 61:14 63:20 93:24 115:5 116:15 117:16 118:11 128:15 133:12 134:5 134:6 136:20 137:13 137:18 138:6 164:1 164:5 164:9 165:4 167:14 167:14 168:16 168:21 172:13 174:4 176:13 176:14 186:19 226:3 227:24 234:13 239:22 242:13 263:10 263:11 263:13 263:14 264:9 264:10

264:12264:13
witnessed [1] 226:16
witnesses [5] 167:11 167:21 167:25 168:11 263:21
witnessing [1] 205:3
woman [1] 205:14
word [9] 70:7 81:8 97:12 112:5 162:20 232:19 232:19 238:20 239:4
worded [2] 41:4 199:16
wording [9] 16:3 18:6 18:7 41:3 41:9 42:12 43:15 194:25 194:25
words [28] 16:24 22:25 41:1 119:25 169:14 180:16 182:2 182:6 186:5 187:25 194:18 200:3 201:2 202:12 203:4 206:17 211:11 211:23 213:3 214:13 218:15 221:16 227:2 237:1 237:24 240:21 245:2 247:19
worked [12] 3:17 3:20 3:25 11:8 65:16 71:12 166:15 170:11 172:1 224:3 224:14 225:22
works [2] 151:13 201:7
world [2] 122:7 156:3
worry [1] 241:6
worse [1] 246:2
worthless [1] 258:18
wreak [1] 181:9
write [1] 86:5
writing [8] 45:5 86:12 86:25 115:17 128:7 167:6 174:18 217:4
written [2] 6:4 129:25
wrong [26] 13:18 32:19 38:11 71:9 77:8 84:12 87:23 90:13 91:15 91:18 96:25 97:2 97:12 118:19 119:25 120:13 121:24 123:1 124:8 124:12 124:15 157:25 166:12 220:1 229:14 237:25
wrote [4] 93:3 114:12 136:6 240:3
WTNESS [1] 168:18
X [3] 187:6 215:15 216:23
XXX [1] 215:21
yea-say [2] 103:4 129:1
yea-sayed [3] 101:4 102:5 155:9
yea-sayer [1] 108:20
yea-sayers [16] 101:7 101:21 102:14 102:21 103:1 103:2 103:5 104:11 104:14 107:15 108:14 108:16 127:21 128:12 129:8 159:5
yea-saying [15] 82:8 96:6 96:7 97:4 97:16 97:18 98:11 99:16 100:21 100:24 101:15 102:11 103:19 131:15 159:17
year [1] 178:23
years [21] 2:25 3:14 3:20 3:23 4:10 36:4 43:5 99:20 99:21 170:12 170:13 171:3 171:14 172:6 185:10 195:23 225:15 225:17 233:22 250:11 250:16
yell [1] 66:15
yellow [155] 7:16 9:13 9:25 10:3 18:12 18:17 18:18 18:18 21:6 21:12 21:18 21:20 25:20 29:15 45:4 45:6 45:7 45:23 49:24 50:2 52:12 53:5 53:11 53:14 54:9 54:12 54:13 56:2 56:5 59:21 59:22 60:13 60:14 61:1 61:4 61:8 61:10 61:11 61:16 61:17 62:18 62:21 63:3 63:11 63:11 63:23 64:4 65:18 65:19 65:24 66:2 66:25 83:16 84:2 84:4 84:23 85:22 86:8 86:9 86:12 87:5 87:11 87:18 88:10 88:13 88:18 88:20 88:22 89:6 95:12 105:1 107:19 107:25 108:6 109:6 110:9 110:25 111:14 112:14 113:1 113:3 113:7 114:17 114:22 115:7 119:19 120:3 132:8 132:15 132:18 133:2 134:15 135:6 141:1 141:1 144:21 145:11 145:13 145:16 145:20 146:24 147:3 148:12 148:19 149:5 149:11 149:18 150:11 151:5 153:7 154:17 155:1 166:7 166:10 187:19 211:22 212:3 212:3 212:4 212:8 220:19 221:19 223:4 243:6 245:24 249:9 250:2 250:6 250:10 250:18 250:22 250:24 252:13 253:9 253:19 253:24 254:6 254:12 254:14 254:16 254:22 255:1 255:4 255:7 259:18 261:13 261:14 262:3 262:6 262:11 262:14 262:16 262:17 262:25 263:2
yellows [3] 109:12 112:24 113:12
yes's [1] 129:10
yes-sayer [1] 128:23
yesterday [11] 51:8 52:2 114:9 116:17 126:10 172:23 189:13 189:19 206:25 217:19 244:4
yet [5] 63:7 67:25 113:7 125:15 125:19
York [2] 3:5 160:23
yourself [7] 12:9 28:4 46:20 169:3 172:5 190:7 259:15
YY [3] 132:2 135:18 136:6
Zalesin [67] 1:21 2:3 2:9 2:12 7:24 8:19 13:7 17:19 26:5 51:16 52:23 58:2 67:24 93:23 116:12 116:13 116:19 116:24 117:22 117:25 118:6 125:18 127:14 128:14 132:5 133:13 134:2 134:8 134:9 136:24 137:1 137:4 137:9 137:12 138:1 138:11 138:14 139:13 139:23 148:14 149:12 151:8 158:24 163:7 163:9 163:24 165:12 165:15 167:8 167:12 167:15 168:10 175:1 198:16 204:20 222:7 223:15 223:20 223:22 239:16 239:19 242:11 242:14 260:20 260:25 263:8 264:7
ZALEZIN [2] 239:24 239:25
zero [3] 204:13 204:14 211:17
zero-calorie [1] 216:15
zoom [1] 15:15