IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| McNEIL NUTRITIONALS, LLC,       )<br>                                                          )<br>            Plaintiff,                          )<br>                                                          )<br>      v.                                             )<br>                                                          )<br>MERISANT COMPANY,                  )<br>                                                          )<br>            Defendant.                     )<br>_____) | Civil Action No. 04-2291(JP) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiff McNeil Nutritionals, LLC hereby dismisses this action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. Defendant Merisant Company has not yet served an answer or moved for summary judgment in this action.

In view of this Court's denial of McNeil's motion to reassign this case to Judge García-Gregory, who is currently presiding over another action between these parties, McNeil no longer believes that the District of Puerto Rico is the most efficient forum in which to litigate this dispute. Accordingly, McNeil hereby dismisses this action and will file an answer to Merisant's mirror image, second-filed action in the Eastern District of Pennsylvania.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 13th day of January, 2005.

          **PATTERSON, BELKNAP,**
          **WEBB & TYLER LLP**
          Attorneys for
          McNeil Nutritionals, LLC
          Steven A. Zalesin
          Richard J. McCormick
          Jennifer L. Higgins
          1133 Avenue of the Americas
          New York, New York  10036-6710
          Tel.: (212) 336-2000
          -and-
          **McCONNELL VALDÉS**
          Attorneys for
          McNeil Nutritionals, LLC
          P.O. Box 364225
          San Juan, PR  00936-4225
          Telephone  (787) 250-5657
          Fax (787) 759-2798
          dmp@mcvpr.com


          By:  S/ Dora M. Peñagarícano
          Dora M. Peñagarícano
          USDC-PR No. 203202


Of Counsel:

    Donna Malin, Esq.
    Johnson & Johnson


## CERTIFICATE OF SERVICE

    I hereby certify that on this same date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys: Heriberto J. Burgos-Pérez, Esq. (hburgos@fgrlaw.com), Jorge R. Roig-Colón (jroig@fgrlaw.com) and Gregg F. LoCascio (glocascio@kirland.com).

          S/ Dora M. Peñagarícano
          Dora M. Peñagarícano