```
               IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF PUERTO RICO
```

McNEIL NUTRITIONALS, LLC,            *
                                     *
    Plaintiff                        *
                                     *
vs.                                  *      CIVIL NO. 04-2291(JP)
                                     *
MERISANT COMPANY,                    *
                                     *
    Defendants                       *
                                     *

### FINAL JUDGMENT

The Court has before it Plaintiff's "Notice of Voluntary Dismissal Without Prejudice" (**docket No. 19**), dated January 13, 2005, wherein the Plaintiff in this action informs this Court of its voluntary dismissal of the action. Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Court hereby **ENTERS JUDGMENT, DISMISSING WITHOUT PREJUDICE** the complaint against Defendant, without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 18th day of January, 2005.

                                                                  S/ Jaime Pieras, Jr.
                                                                   JAIME PIERAS, JR.
                                                  U. S. SENIOR DISTRICT JUDGE